UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, UAW, and its LOCAL 1402, <br><br>and<br><br>RONALD CLAPP, ROBERT RIETVELD, ANN SKILES, and JOHN CHESTER, as individuals, on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>HYDRO AUTOMOTIVE STRUCTURES, INC., HYDRO AUTOMOTIVE STRUCTURES NORTH AMERICA, INC., and HYDRO ALUMINUM ADRIAN, INC.<br><br>    Defendants. | Case No.: 1:11-cv-28<br><br>Hon. Robert J. Jonker<br>United States District Judge |

# EXHIBIT 2

**TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

AGREEMENT

BY AND BETWEEN

PLANT #16

BOHN ALUMINUM & BRASS COMPANY

HOLLAND, MICHIGAN

A Division of

GULF + WESTERN METALS FORMING COMPANY

AND

THE INTERNATIONAL UNION,

UNITED AUTOMOBILE, AEROSPACE

AND AGRICULTURAL IMPLEMENT WORKERS

OF AMERICA

UAW

And

LOCAL NO. 1402

Effective September 3, 1972

Section 6. Workmen's Compensation Offset to Pension Benefits.    On and after January 1, 1973, the monthly pension benefit of an employee who is age sixty-five (65) but not age sixty-seven (67) and who is otherwise qualified for any type of pension benefit under the pension plan will be reduced by fifty percent (50%) of the amount of any Workmen's Compensation benefits he is receiving.

On and after January 1, 1973, the monthly pension benefit of an employee who is age sixty-seven (67) or older and who is otherwise qualified for any type of pension benefit under the pension plan will be reduced by one hundred percent (100%) of the amount of any Workmen's Compensation benefits he is receiving.

## ARTICLE XV    INSURANCE

Section 1. General.    Life, accidental death and dismemberment, transition and bridge, weekly indemnity, and medical insurance coverages (i.e., hospitalization and surgical) for active and inactive payroll employees which were in effect during the life of the contract that expired on September 2, 1972, will continue in effect during the new contract's life at Company expense. In addition, the improvements to which this Article makes reference will be placed into effect on the dates indicated at Company expense. Policies regarding eligibility for coverage and coverage effective dates which prevailed during the life of the contract that expired September 2, 1972, and which are unchanged by this Article of the contract will continue in effect during this labor agreement's life.

Section 2. Life Insurance.    Effective October 1, 1972, life insurance coverage for otherwise eligible active payroll employees will be increased from eight thousand dollars ($8,000) to nine thousand dollars ($9,000).

seventy dollars ($70) per week to seventy-five ($75) per week during the twenty-six (26)-week period.

Section 6. Blue Shield $2.00 Co-Pay Drug Program. Effective October 1, 1972, otherwise eligible active payroll employees will be covered by the "Michigan Blue Shield $2.00 Co-Pay Drug Program". Also effective October 1, 1972, the Company will pay one-half (½) the cost of Blue Shield $2.00 Co-Pay Drug Program coverage for former employees who have retired under any feature of the pension plan covered by this agreement, providing retirees pay the remaining drug program cost in advance by authorizing deductions from their monthly pension benefit checks.

## ARTICLE XVI   GENERAL

Section 1. Bulletin Boards. The Company shall permit the use by the Union of sufficient space on the Company's bulletin board for the posting of notices restricted as follows:

- A. Notices of Union recreational and social affairs.
- B. Notice of Union elections, appointments, and results of Union elections pertaining to the plant or department involved.
- C. Notice of Union meetings.

All such notices must be submitted to the Company for approval before posting.

Section 2. Safety. The Company shall continue to make reasonable provisions for the safety and health of its employees during the hours of their employment, as it has prior to the signing of this agreement through the maintenance of its protective devices and equipment in accordance with the requirements of the State law.

The trainees will exercise their seniority in their own trainee classification in the event of reduction of force. The last individual transferred or hired into the department shall be the first transferred out or laid off, as the case may be.

Trainees shall work those shifts which would be most advantageous to their training.

## ARTICLE XVIII   TERMINATION AND MODIFICATION

This agreement will become effective on September 3, 1972, and shall continue in full force and effect without change until 12:00 midnight, September 2, 1975, and thereafter for successive periods of sixty (60) days, unless either party shall, on or before the sixtieth (60th) day prior to expiration, serve written notice on the other party of a desire to terminate, modify, alter, renegotiate, change, or amend this agreement. A notice of desire to modify, alter, amend, renegotiate, or change, or any combination thereof, shall have the effect of terminating the entire agreement (on the expiration date) in the same manner as a notice of desire to terminate, unless, before that date, all subjects of amendments proposed by either party have been disposed of by agreement or by withdrawal by the party proposing amendment.

Within ten (10) days after receipt of any such notice, a conference will be arranged to negotiate the proposals, in which case this agreement shall contine in full force and effect until termination, as provided herein.

Notices shall be sufficient if sent by mail, addressed, if to the Union, to Local No. 1402, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, Holland, Michigan, or to such other address as the Union

shall furnish to the Company in writing; and, if to the Company, to Bohn Aluminum & Brass Company, Plant No. 16, Holland, Michigan, or to such other address as the Company may furnish to the Union in writing.

IN WITNESS WHEREOF, the Company has caused these presents to be signed in its behalf by its duly authorized and accredited representatives; and the Union has caused the same to be signed in its name by its accredited officers and committeemen this 15TH day of DECEMBER, 1972.

BOHN ALUMINUM & BRASS COMPANY  
HOLLAND, MICHIGAN  
PLANT NO. 16  
A Division of Gulf + Western Metals Forming Company

*Wilbert Ehmann*  
Wilbert Ehmann

*John J. Hosta*  
John J. Hosta

*Roger N. Berkes*  
Roger N. Berkes

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA  
UAW AND LOCAL NO. 1402, UAW

*Douglas Elenbaas*  
Douglas Elenbaas

*Robert Rietfield*  
Robert Rietfield

Duane Johnson

*Brian Hyma*  
Brian Hyma

*Harald H. Kronemeyer*  
Harald H. Kronemeyer

*Robert Hulsebus*  
Robert Hulsebus, International Representative

*Kenneth W. Robinson*  
Kenneth W. Robinson, Regional Director