UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, UAW, and its LOCAL 1402,<br><br>and<br><br>RONALD CLAPP, ROBERT RIETVELD, ANN SKILES, and JOHN CHESTER, as individuals, on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>HYDRO AUTOMOTIVE STRUCTURES, INC., HYDRO AUTOMOTIVE STRUCTURES NORTH AMERICA, INC., and HYDRO ALUMINUM ADRIAN, INC.<br><br>    Defendants. | Case No.: 1:11-cv-28<br><br>Hon. Robert J. Jonker<br>United States District Judge |

# EXHIBIT 3

**TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

AGREEMENT

BY AND BETWEEN

PLANT #16, HOLLAND, MICHIGAN

BOHN ALUMINUM & BRASS CORPORATION

GULF + WESTERN MANUFACTURING COMPANY

AND

THE INTERNATIONAL UNION,

UNITED AUTOMOBILE, AEROSPACE AND

AGRICULTURAL IMPLEMENT WORKERS

OF AMERICA, U.A.W.

AND

LOCAL NO. 1402

Effective September 3, 1975

F. <u>Workmen's Compensation Offset to Pension Benefits.</u>   <u>By way of further clarifying this feature of the pension plan, the following language will be added</u>:

<u>"The monthly pension benefit of an otherwise eligible retiree will be reduced by fifty percent (50%) of any Workmen's Compensation benefits he receives if application for Workmen's Compensation benefits is made when such retiree is between the ages of sixty-five (65) and sixty-seven (67). The monthly pension benefit of an otherwise eligible retiree will be reduced by one hundred percent (100%) of any Workmen's Compensation benefits he receives if application for Workmen's Compensation benefits is made when such retiree is age sixty-seven (67) or older."</u>

G. <u>Pension Booklets.</u>   <u>Subsequent to including ERISA Law-mandated changes in the pension plan, the complete plan text will be printed, reproduced in sufficient quantity, and distributed to all employees covered by this agreement.</u>

## ARTICLE XV -- INSURANCE

<u>SECTION 1. GENERAL.</u>   Life, accidental death and dismemberment, transition and bridge, weekly indemnity, and medical insurance coverages (i.e., hospitalization and surgical) for active and inactive payroll employees which were in effect during the life of the contract that expired on September 2, <u>1975</u>, will continue in effect during the new <u>agreement's</u> life at Company expense. In addi-

tion, the improvements to which this Article makes reference will be placed into effect on the dates indicated at Company expense. Policies regarding eligibility for coverage and coverage effective dates which prevailed during the life of the contract that expired September 2, 1975, and which are unchanged by this Article will continue in effect during this labor agreement's life.

SUMMARY OF BENEFITS IN EFFECT 9/2/75

| BENEFITS | BENEFIT AMOUNTS |
|---|---|
| Life insurance for active payroll employees | $10,000 |
| Dependent Life insurance | |
| - Spouse | $ 1,000 |
| - Dependent children between the ages of six (6) months and nineteen (19) years | $ 1,000 |
| - Dependent children between the ages of fifteen (15) days and six (6) months | $ 100 |
| Life insurance for pension plan retirees | $ 1,000 |
| Accidental death and dismemberment insurance for active payroll employees | $ 8,000 |
| Survivor income benefit insurance | |
| - Transition (24 months) | $ 125 per month |
| - Bridge | $ 125 per month |
| Weekly sickness and accident benefits (for employees, commencing the first day of an accident and the fourth day of a sickness for a maximum period of 26 weeks; six-week maternity benefit) | $ 75 per week |
| Medical insurance (Employee & Dependents) | Michigan Blue Cross-Blue Shield MVF-2 Ward program, including the following riders:<br>- D45NM<br>- ML<br>- IMB<br>- OPC<br>- CC<br>- DCCR<br>- $2.00 Co-pay Drug<br>- XF for retirees |

In the event it is subsequently determined that weekly sickness and accident benefits remitted in this circumstance should not have been paid and/or should have been paid in a lesser amount, written notice shall be given to the claimant and he shall repay the entire amount or the amount of overpayment to the insurance carrier. If the claimant fails to repay promptly, the insurance carrier shall recover the amount due and owing by making an appropriate deduction or deductions from any future benefit payment or payments payable to the employee under the group insurance program or may cause the Company to make an appropriate deduction or deductions from future compensation payable by the Company to the claimant.

C. Weekly S&A during Maternity Leave. The Company agrees to indemnify Local #1402 and the International Union against possible liability in a suit seeking to require the inclusion of maternity benefits in sickness and accident insurance coverage to a greater extent than the current program provides. The Company agrees to comply with final litigation in this regard.

SECTION 6. MEDICAL INSURANCE.

A. FAE-VST-Reciprocity Rider. Effective October 1, 1975, and thereafter, the Michigan Blue Cross-Blue Shield rider identified as "FAE-VST-Reciprocity" will be added to the currently-in-effect Blue Cross-Blue Shield medical insurance program. Benefits from this rider will apply to new claims which originate on and after October 1, 1975.

B. Retiree Drug Coverage. Effective on and after October 1, 1975,

coverage under the currently-in-effect medical insurance program's $2.00 Co-pay Drug Rider for retirees under the pension plan, which is a part of this agreement, will be fully paid by the Company.

SECTION 7. DENTAL INSURANCE COVERAGE. Effective on and after July 1, 1976, eligible employees and their covered dependents will be provided dental program insurance coverage at Company expense. Dental program benefits will be equivalent to benefits afforded bargaining unit employees of the General Motors Corporation on the effective date of this contract. Coverage effective dates will be as per this Article's Section 8.

SECTION 8. INSURANCE COVERAGE EFFECTIVE DATES.

A. Group insurance coverages (i.e., life, AD & D, dependent life, transition and bridge, weekly sickness and accident) and medical insurance coverages for a new hire or a rehired employee will become effective on the thirty-first (31st) day of employment, providing such employee is on the active payroll on such day.

B. For an employee reinstated from the inactive to the active payroll, group and medical insurance coverages provided by this agreement will become effective on the effective date of placement onto the active payroll.

C. Except for Company-paid group and medical insurance coverages hereinbefore specified for employees who retire under this agreement's pension plan, all Company paid group and medical insurance coverages will cease on the first (1st) day immediately following termination of seniority.

Only in the event of a curtailment of force in the Skilled Departments will such transferees be transferred back to their former departments, except during the probationary period. All trainees will be transferred or laid off before Journeymen are laid off.

The trainees will exercise their seniority in their own trainee classification in the event of reduction of force. The last individual transferred or hired into the department shall be the first transferred out or laid off, as the case may be.

Trainees shall work those shifts which would be most advantageous to their training.

## ARTICLE XVIII -- TERMINATION AND MODIFICATION

This agreement will become effective on September 3, <u>1975</u>, and shall continue in full force and effect without change until 12:00 midnight, September 2, <u>1978</u>, and thereafter for successive periods of sixty (60) days, unless either party shall, on or before the sixtieth (60th) day prior to expiration, serve written notice on the other party of a desire to terminate, modify, alter, renegotiate, change, or amend this agreement. A notice of desire to modify, alter, amend, renegotiate, or change, or any combination thereof, shall have the effect of terminating the entire agreement (on the expiration date) in the same manner as a notice of desire to terminate, unless, before that date, all subjects of amendments proposed by either party have been disposed of by agreement or by withdrawal by the party proposing amendment.

behalf by its duly authorized and accredited representatives; and the Union has caused the same to be signed in its name by its accredited officers and committeemen this ___16th___ day of ___January___, 1976.

| | |
|---|---|
| BOHN ALUMINUM & BRASS CORPORATION<br>PLANT #16<br>GULF + WESTERN MANUFACTURING CO.,<br>HOLLAND, MICHIGAN | INTERNATIONAL UNION, UNITED AUTOMOBILE,<br>AEROSPACE AND AGRICULTURAL IMPLEMENT<br>WORKERS OF AMERICA, U.A.W.<br>AND LOCAL NO. 1402, U.A.W. |
| Richard A. Crane, Plant Manager | Douglas Elenbaas |
| John J. Hosta, Personnel Manager | Robert Rietveld |
| Herm Ter Horst, Plant Superintendent | Brian Hyma |
| Roger N. Berkes, Industrial Relations Director, Midwest Region | Don Douglas |
| | Wilburn Saylor |
| | Robert Hulsebus, International Representative |
| | Owen Bieber, Regional Director |