UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE AEROSPACE AND
AGRICULTURAL WORKERS OF
AMERICA, UAW, and its LOCAL 1402,

and

RONALD CLAPP, ROBERT RIETVELD,
ANN SKILES, and JOHN CHESTER, as
individuals, on behalf of themselves and
all persons similarly situated,

    Plaintiffs,
v.

HYDRO AUTOMOTIVE STRUCTURES,
INC., HYDRO AUTOMOTIVE
STRUCTURES NORTH AMERICA, INC.,
and HYDRO ALUMINUM ADRIAN, INC.

    Defendants.

Case No.: 1:11-cv-28

Hon. Robert J. Jonker
United States District Judge

# EXHIBIT 7

### TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*Permanent File*

# AGREEMENT

## BY AND BETWEEN

Plants 16 & 19-Holland, MI.
BOHN ALUMINUM & BRASS DIVISION
Gulf + Western Manufacturing Company

AND

The International Union,
United Automobile, Aerospace and
Agricultural Implement Workers of
America, UAW
and Local No. 1402

Effective September 3, 1983

Article XIII Cont.

D. The vacation bonus will be paid no later than the pay period immediately preceding February 15, each year during the life of this agreement.

## ARTICLE XIV- PENSION PLAN

SECTION 1. GENERAL. Although reflected in separate document, the pension plan which was in effect during the life of the contract that expired on September 2, 1982, will continue as part of this labor agreement and will continue in effect during the new contract's life at Company expense. In addition, the improvements described in subsequent sections of this Article will be placed into effect on the dates indicated at Company expense and will be reflected in the pension plan's text.

SECTION 2. FUTURE RETIREES. The basic benefit level per month per year of credited service for otherwise eligible employees who retire under the pension plan's normal, early, disability or vested deferred provisions on or after October 1, 1978, will be $9.00 per month per year of credited service $9.50 per month per year of credited service on and after October 1, 1979; and $10.00 per month per year of credited service on and after October 1, 1980. Applicable actuarial reduction formulas specified within the pension plan will continue in effect. The benefit level per month per year of credited service in effect at the time a vested employee's service terminates will continue to be the basis for determining the monthly benefit amount when he is eligible to receive such benefits.

Article XIV Cont.

withhold a maximum of ($1.00) per month
from the pension benefit of eligible
retirees. Such monies are to be paid
to the Local Union as monthly dues.

M. All provisions of the present pension plan
not modified above will remain as at present.

## ARTICLE XV - INSURANCE

SECTION 1. GENERAL. Life, accidental
death and dismemberment, transition and
bridge, weekly indemnity, and medical
insurance coverages (i.e., hospitalization and
surgical) for active and inactive payroll
employees which were in effect during the life
of the contract that expired on September 2,
1983, will continue in effect during the new
agreement's life. Policies regarding eligibility
for coverage and coverage effective dates which
prevailed during the life of the contract that
expired September 2, 1983, and which are
unchanged by this Article, will continue in
effect during this labor agreement's life.
*The Company's obligation for increases in the
group's Health Insurance premiums shall be
limited to not more than 10% cumulative per
year; that is, a total amount not to exceed
ten per cent (10%) the first year, twenty per
cent (20%) the second year, etc. The first
such measurement to be based upon the differ-
ential between the premium in effect immediately
prior to January 1, 1984, and immediately
following January 1, 1984. Any resulting
adjustments in premium contributions by the
Company and or employees, or benefits coverage
shall become effective October 1, 1984. There-
after, a second adjustment shall be made if
necessary on October 1, 1985, based upon the
premium differential effective January 1, 1985.*

Article XV Cont.

SUMMARY OF BENEFITS IN EFFECT 9/2/78

| Benefits | Benefit Amounts |
|---|---|
| Life Insurance for active payroll employees | $11,000 |
| Dependent Life Insurance | |
|   Spouse | $ 1,000 |
|   Dependent Children between the ages of six months and (19) years | $ 1,000 |
|   Dependent Children between the ages of five days and six months | $ 100 |
| Life Insurance for Pension Plan Retirees | $ 1,000 |
| Accidental death and dismemberment Insurance for active payroll employees | $ 9,000 |
| Survivor Income benefit insurance. | |
|   Transition (24 months) | $ 150/month |
|   Bridge | $ 150/month |
| Weekly sickness and accident benefits for employees (Commencing the first day of an accident and the fourth day of a sickness for a maximum period of 26 weeks; six-week maternity benefit) | $ 90/week |

Medical insurance (employee and dependents)

Michigan Blue Cross/Blue Shield MV-2
Ward Program, including the following
riders: D45NM – ML – IMB – OPC –
CC – DCCR – $2.00 Co-pay Drug –
XF for retirees · FAE – VST – Reciprocity

80

Article XV Cont.

    making an appropriate deduction or deductions from any future benefit payment or payments payable to the employee under the group insurance program, or may cause the Company to make the appropriate deductions from future compensation payable by the Company to the claimant.

  C. **WEEKLY S&A DURING MATERNITY LEAVE.** The Company agrees to indemnify Local #1402 and the International Union against possible liability in a suit seeking to require the inclusion of maternity benefits in sickness and accident insurance coverage to a greater extent than the current program provides. The Company agrees to comply with final litigation in this regard.

SECTION 6. MEDICAL INSURANCE.

  A. **B-77 PROGRAM.** Effective October 1, 1978, eligible employees and their dependents will be covered by the Michigan Blue Cross-Blue Shield B-77 Program, including the FAE-VST-Reciprocity rider. The cost of such coverage is to be borne by the Company.

  B. **RETIREE DRUG COVERAGE.** Effective on and after October 1, 1978, coverage under the currently in-effect medical insurance program's $2.00 Co-pay Drug Rider for retirees under the pension plan, which is a part of this agreement, will continue to be fully paid by the Company.

Article XV Cont.

C. MASTER MEDICAL PROGRAM. Effective October 1, 1978, eligible employees and their dependents will be covered by the Michigan Blue Cross-Blue Shield 80/20 Co-pay Master Medical program. Deductibles under this plan shall be ($100.00) individual and ($200) family. The cost of such coverages is to be borne by the Company.

SECTION 7. DENTAL INSURANCE COVERAGE.

Effective on and after September 3, 1978, eligible employees and their covered dependents will continue to be provided dental program insurance coverage at Company expense. Coverage effective dates will be as per this Article's Section 8.

SECTION 8. INSURANCE COVERAGE EFFECTIVE DATES.

A. Group insurance coverages (i.e., life, AD&D, dependent life, transition and bridge, weekly sickness and accident) and medical insurance coverages for a new hire or a rehired employee will become effective on the 31st day of employment, providing such employee is on the active payroll on such day.

B. For an employee reinstated from the inactive to the active payroll, group and medical insurance coverages provided by this agreement will become effective on the effective date of placement onto the active payroll.

C. Except for Company-paid group and medical insurance coverages hereinbefore specified for employees who retire under this agreement's pension plan, all Company-paid group and medical insurance coverages will cease

Article XV Cont.

on the first (1st) day immediately following termination of seniority.

D. Company-paid group and medical insurance coverages for inactive payroll employees will be continued in accordance with the following:

1. Life, dependent life, AD&D, transition and bridge, and medical insurance coverages will be afforded to employees who become inactive by reason of layoff, vacation leave, personal leave, or any other approved leave for two (2) calendar months following the month in which such leaves commence.

2. Life, dependent life, AD&D, transition and bridge, and medical insurance coverages will be afforded to employees who become inactive by reason of an approved sick, industrial injury and/or sickness, or maternity leave for six (6) calendar months immediately following the month in which such approved leaves commence.

E. An employee who becomes inactive by reason of layoff and/or an approved leave may purchase medical insurance coverage for one (1) year immediately following the last month for which the Company remits insurance premiums in behalf of the inactive employee by making advance payments to the Company's Personnel Office.

F. An employee who becomes inactive by reason

87

Article XVII Cont.

training in Extrusion Die Repair, Sample Maker or Layout Inspector, the Company will pay the individual his or her applicable rate of pay, including cost-of-living, but excluding shift premium and overtime premium for the actual hours that an individual participates in classroom instruction. This related training as outlined shall be on a mandatory basis for all future employees entering into this Upgrader Training. In the event an employee fails to achieve a passing grade in a course of related training, the cost of repeating such course of instruction shall be borne by the employee.

Q. The Upgrader Training Program may be amended to include additional training programs by mutual agreement of the Company and the Union.

## ARTICLE XVIII – 
## TERMINATION AND MODIFICATION

This agreement will become effective on September 3, 1983, and shall continue in full force and effect without change until 12:00 midnight, September 2, 1986, and thereafter for successive period of (60) days, unless either party shall, on or before the (60th) day prior to expiration, serve written notice on the other party of a desire to terminate, modify, alter, renegotiate, change, or amend this agreement. A notice of desire to modify, alter, amend, renegotiate, or change, or any combination thereof, shall have the effect of terminating the entire agreement (on the expiration date) in the same manner as

Article XVIII Cont.

| Bohn Aluminum & Brass Division-Plants 16 & 19 Gulf + Western Mfg. Co. Holland, Michigan | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW & Local No. 1402 UAW |
|---|---|
| *signature* J. A. Hockema, V.P.- Extruded Prods. Div. | *signature* Robert Rietveld |
| *signature* W. L. Ehmann, V.P. - Engine & Fdry. Div. | *signature* Donald G. Douglas |
| *signature* Richard A. Crane Plant Mgr.-16 | *signature* Kenneth Ter Horst |
| *signature* Gilbert J. Hilt Plant Mgr.-19 | *signature* Randal Maynard |
| *signature* Michael M. Leitzell Ind. Relations Mgr. | *signature* Inasio Gonzales |
| *signature* Roger Van Dam Plant Supt.-16 | *signature* James F. Thayer |
| *signature* Donald R. Hoyt Plant Supt.-19 | *signature* Art Vega |
| *signature* Joe C. Tucker, Dir.- Group Labor Relations | *signature* Robert Fllerman Regional Director |