UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE AEROSPACE AND
AGRICULTURAL WORKERS OF
AMERICA, UAW, and its LOCAL 1402,

and

RONALD CLAPP, ROBERT RIETVELD,
ANN SKILES, and JOHN CHESTER, as
individuals, on behalf of themselves and
all persons similarly situated,

    Plaintiffs,

v.

HYDRO AUTOMOTIVE STRUCTURES,
INC., HYDRO AUTOMOTIVE
STRUCTURES NORTH AMERICA, INC.,
and HYDRO ALUMINUM ADRIAN, INC.

    Defendants.

Case No.: 1:11-cv-28

Hon. Robert J. Jonker
United States District Judge

# EXHIBIT 8

**TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

PERMANENT

AGREEMENT

BY AND BETWEEN

Plants 16 & 19, Holland, Michigan
BOHN ALUMINUM AND BRASS DIVISION
Wickes Manufacturing Company

AND

The International Union
United Automobile, Aerospace and
Argicultural Implement Workers of
America, UAW
and Local Number 1402

Effective September 21, 1986

Article XIV

## ARTICLE XIV - PENSION PLAN

SECTION 1. GENERAL. Although reflected in separate document, the pension plan which was in effect during the life of the contract that expired on September 2, 1986, will continue as part of this labor agreement and will continue in effect during the new contract's life at Company expense. In addition, the improvements described in subsequent sections of this Article will be placed into effect on the dates indicated, at Company expense, and will be reflected in the pension plan's text.

SECTION 2. FUTURE RETIREES. The basic benefit level per month per year of credited service for otherwise eligible employees who retire under the pension plan's normal, early, disability, or vested deferred provisions on or after October 1, 1986, will be $10.75 per month per year of credited service; $11.50 per month per year of credited service on and after October 1, 1987; and $12.25 per month per year of credited service on and after October 1, 1988. Applicable actuarial reduction formulas specified within the pension plan will continue in effect. The benefit level per month per year of credited service in effect at the time a vested employee's service terminates will continue to be the basis for determining the monthly benefit amount when he is eligible to receive such benefits.

SECTION 3. PAST RETIREES AND SURVIVING SPOUSES. On and after October 1, 1978, the pension benefit of former employees, and surviving spouses of former employees, who retired under the normal, early, vested deferred, or disability features of the pension plan prior to

Article XIV Continued

    Such monies are to be paid to the Local Union
    as monthly dues.

M.  All provisions of the present pension plan not
    modified above will remain as at present.

### ARTICLE XV - INSURANCE

SECTION 1. GENERAL. Life, accidental death and dismemberment, transition and bridge, weekly indemnity, and medical insurance coverages (i.e., hospitalization and surgical) for active and inactive payroll employees which were in effect during the life of the contract that expired on September 2, 1986, will continue in effect during the new agreement's life. Policies regarding eligibility for coverage and coverage effective dates which prevailed during the life of the contract that expired September 2, 1986, and which are unchanged by this Article, will continue in effect during this labor agreement's life.

The Company's obligation for increases in the group's health insurance premiums shall be limited to not more than 10% cumulative per year; that is, a total amount not to exceed ten percent (10%) the first year, twenty percent (20%) the second year, etc. The first such measurement to be based upon the differential between the premium in effect immediately prior to January 1, 1987, and immediately following January 1, 1987. Any resulting adjustments in premium contributions by the Company or employees, or benefits coverage shall become effective October 1, 1987. Thereafter, a second adjustment shall be made, if necessary, on October 1, 1988, based upon the premium differential effective January 1, 1988.

Article XV Continued

SUMMARY OF BENEFITS IN EFFECT SEPTEMBER 21, 1986

| Benefits | Benefit Amounts |
| --- | --- |
| Life insurance for active payroll employees | $13,000 |
| Dependent insurance: | |
|     Spouse | $1,000 |
|     Dependent children between the ages of six (6) months and nineteen (19) years | $1,000 |
|     Dependent children between the ages of five (5) days and six (6) months | $100 |
| Life insurance for pension plan retirees | $1,000 |
| Accidental death and dismemberment insurance for active payroll employees | $11,000 |
| Survivor income benefit insurance: | |
|     Transition (twenty four (24) months) | $175/month |
|     Bridge | $175/month |

Article XV Continued

| Benefits | Benefit Amounts |
|---|---|
| Weekly sickness and accident benefits for employees (Commencing the first day of an accident and the fourth day of a sickness for a maximum period of twenty six (26) weeks; six- (6) week maternity benefit) | $140/week |
| Medical insurance (employee and dependents): | |
| Michigan Blue Cross/Blue Shield MV-2 ward program, including the following riders: D45NM, ML, IMB, OPC, CC, DCCR, $2.00 co-pay drug XF for retirees, FAE, VST, reciprocity | |

SECTION 2. LIFE INSURANCE. Effective October 1, 1978, the insurance coverage for otherwise eligible active payroll employees will be increased from eleven thousand dollars ($11,000) to twelve thousand dollars ($12,000). Effective October 1, 1979, life insurance coverage for otherwise eligible active payroll employees will be increased from twelve thousand dollars ($12,000) to thirteen thousand dollars ($13,000).

SECTION 3. ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE. Effective October 1, 1978, accidental death and dismemberment insurance for otherwise eligible active payroll employees will be increased from nine thousand dollars ($9,000) to eleven thousand dollars ($11,000).

Article XV Continued

    amount or the amount of overpayment to the insurance carrier. If the claimant fails to repay promptly, the insurance carrier shall recover the amount due and owing by making an appropriate deduction or deductions from any future benefit payment or payments payable to the employee under the group insurance program, or may cause the Company to make the appropriate deductions from future compensation payable by the Company to the claimant.

C. **WEEKLY SICK AND ACCIDENT DURING MATERNITY LEAVE.** The Company agrees to indemnify Local Number 1402 and the International Union against possible liability in a suit seeking to require the inclusion of maternity benefits in sickness and accident insurance coverage to a greater extent than the current program provides. The Company agrees to comply with final litigation in this regard.

SECTION 6. MEDICAL INSURANCE.

A. **B-77 PROGRAM.** Effective October 1, 1978, eligible employees and their dependents will be covered by the Michigan Blue Cross/Blue Shield B-77 Program, including the FAE-VST-Reciprocity rider. The cost of such coverage is to be borne by the Company.

B. **RETIREE DRUG COVERAGE.** Effective on and after October 1, 1978, coverage under the currently in-effect medical insurance program's two dollar ($2.00) co-pay drug rider for retirees under the pension plan, which is part of this agreement, will continue to be fully paid by the Company.

Article XV Continued

C.  MASTER MEDICAL PROGRAM. Effective
    October 1, 1978, eligible employees and their
    dependents will be covered by the Michigan
    Blue Cross/Blue Shield 80/20 co-pay master
    medical program. Deductibles under this plan
    shall be one hundred dollars ($100.00) indi-
    vidual and two hundred dollars ($200.00)
    family. The cost of such coverages is to be
    borne by the Company.

SECTION 7.  DENTAL INSURANCE COVERAGE.
Effective on and after September 3, 1978, eligible
employees and their covered dependents will
continue to be provided dental program insurance
coverage at Company expense. Coverage effective
dates will be as per this Article's Section 8.

SECTION 8.  INSURANCE COVERAGE EFFECTIVE DATES.

A.  Group insurance coverage (i.e., life, AD&D,
    dependent life, transition and bridge, weekly
    sickness and accident) and medical insurance
    coverages for a new hire or a rehired employee
    will become effective on the thirty first
    (31st) day of employment, providing such
    employee is on the active payroll on such day.

B.  For an employee reinstated from the inactive
    to the active payroll, group and medical
    insurance coverages provided by this agreement
    will become effective on the effective date of
    placement onto the active payroll.

C.  Except for Company-paid group and medical
    insurance coverages hereinbefore specified for
    employees who retire under this agreement's
    pension plan, all Company-paid group and
    medical insurance coverages will cease on the

Article XV Continued

   first day immediately following termination of
   seniority.

D. Company-paid group and medical insurance
   coverages for inactive payroll employees will
   be continued in accordance with the following:

   1. Life, dependent life, AD&D, transition and
      bridge, and medical insurance coverages
      will be afforded to employees who become
      inactive by reason of layoff, vacation
      leave, personal leave, or any other
      approved leave for two (2) calendar months
      following the month in which such leaves
      commence.

   2. Life, dependent life, AD&D, transition and
      bridge, and medical insurance coverages
      will be afforded to employees who become
      inactive by reason of an approved sick-
      ness, industrial injury and/or sickness,
      or maternity leave for six (6) calendar
      months immediately following the month in
      which such approved leaves commence.

E. An employee who becomes inactive by reason of
   layoff and/or an approved leave may purchase
   medical insurance coverage for one (1) year
   immediately following the last month for which
   the Company remits insurance premiums in
   behalf of the inactive employee by making
   advance payments to the Company's personnel
   office.

F. An employee who becomes inactive by reason of
   an industrial illness shall continue to be
   provided with coverages for life, dependent
   life, AD&D, transition and bridge, and medical

Article XV Continued

      insurance for a period not to exceed two (2)
      years. Cost of such coverages will be fully
      paid by the Company.

SECTION 9. INSURANCE HIGHLIGHT BOOKLETS.
Descriptions of benefits and eligibility requirements which prevailed during the immediately preceding labor agreement's term and improvements to which reference is herein made will be reflected in insurance highlight booklets which the Company will request the respective carriers to provide covered employees.

SECTION 10. EYEGLASS PURCHASE. Effective September 3, 1983, the Company will make available to dependents of employees (those eligible for hospital/medical insurance coverage) the option to purchase eyeglasses through the Company on the same basis as such program has previously been available to employees.

## ARTICLE XVI - GENERAL

SECTION 1. BULLETIN BOARDS. The Company shall permit the use by the Union of sufficient space on the Company's bulletin board for the posting of notices restricted as follows:

A. Notice of Union recreational and social affairs.

B. Notice of Union elections, appointments, and results of Union elections pertaining to the plant or department involved.

C. Notice of Union meetings.

Article XIX

ARTICLE XIX - TERMINATION AND MODIFICATION

This agreement will become effective on September 21, 1986, and shall continue in full force and effect without change until 12:00 midnight September 8, 1989, and thereafter for a successive period of sixty (60) days, unless either party shall, on or before the sixtieth (60th) day prior to expiration, serve written notice on the other party of a desire to terminate, modify, alter, renegotiate, change, or amend this agreement. A notice of desire to modify, alter, amend, renegotiate, or change, or any combination thereof, shall have the effect of terminating the entire agreement (on the expiration date) in the same manner as a notice of desire to terminate, unless before that date all subjects of amendments proposed by either party have been disposed of by agreement or by withdrawal by the party proposing the amendment.

Within ten (10) days after receipt of any such notice, a conference will be arranged to negotiate the proposals, in which case this agreement shall continue in full force and effect until termination, as provided herein.

Notices shall be sufficient if sent by mail, addressed, if to the Union, to Local Number 1402, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, Holland, Michigan, or to such address as the Union shall furnish to the Company in writing; and, if to the Company, to Bohn Aluminum and Brass Division, Plant 16, Wickes Manufacturing Company, Holland, Michigan, or to such other address as the Company may furnish to the Union in writing.

Article XIX Continued

| Bohn Aluminum and Brass Division-Plants 16 & 19 Wickes Manufacturing Company Holland, Michigan | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, and Local Number 1402, UAW |

_____
Richard Brooks
VP Manufacturing

_____
Donald Wade
VP Manufacturing

_____
Thomas Fulton
Plant Manager - 16

_____
Donald Hoyt
Plant Manager - 19

_____
Scott Guernsey
Mgr. Pers./Ind. Rel.

_____
Roger Van Dam
Plant Supt. - 16

_____
E. R. Eckert
Director-Ind. Relations

_____
Cheryl Lucas

_____
Ken Ter Horst

_____
Pierre Jalving

_____
Brian Hyma

_____
Darlene Robbins

_____
Robert Rietveld

_____
James Sanborn

_____
Paul Mastos
Regional Director