UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE AEROSPACE AND
AGRICULTURAL WORKERS OF
AMERICA, UAW, and its LOCAL 1402,

And

RONALD CLAPP, ROBERT RIETVELD,
ANN SKILES, and JOHN CHESTER,

    Plaintiffs,

v.

HYDRO AUTOMOTIVE STRUCTURES,
INC., HYDRO AUTOMOTIVE
STRUCTURES NORTH AMERICA, INC.,
And HYDRO ALUMINUM ADRIAN, INC.,

    Defendants.
_____/

Case No. 1:11-cv-28
Hon. Robert J. Jonker

### REPLY BRIEF IN SUPPORT OF
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 7

AGREEMENT

BY AND BETWEEN

HYDRO ALUMINUM-BOHN

Holland, Michigan

AND

The International Union,
United Automobile, Aerospace and
Agricultural Implement Workers of
America, UAW
and Local Number 1402

Effective November 08, 1990

# TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| ARTICLE I | AGREEMENT PARTIES | 1 |
| ARTICLE II | RECOGNITION | 1 |
| ARTICLE III | UNION SECURITY | 2 |
| ARTICLE IV | MANAGEMENT | 5 |
| ARTICLE V | REPRESENTATION | 8 |
| ARTICLE VI | GRIEVANCE AND ARBITRATION PROCEDURE | 10 |
| ARTICLE VII | STRIKES AND LOCKOUTS | 17 |
| ARTICLE VIII | DISCIPLINE AND DISCHARGE | 18 |
| ARTICLE IX | SENIORITY | 21 |
| ARTICLE X | LEAVES OF ABSENCE | 39 |
| ARTICLE XI | WAGES, HOURS, AND OVERTIME | 43 |
| ARTICLE XII | HOLIDAY PAY | 60 |
| ARTICLE XIII | VACATION PROVISIONS | 64 |
| ARTICLE XIV | PENSION PLAN | 67 |
| ARTICLE XV | INSURANCE | 71 |
| ARTICLE XVI | GENERAL | 82 |
| ARTICLE XVII | SKILLED TRADES SUPPLEMENT | 92 |
| ARTICLE XVIII | WORK RELOCATION | 101 |
| ARTICLE XIX | TERMINATION AND MODIFICATION | 101 |
| | ABSENTEEISM POINT MEMORANDUM OF UNDERSTANDING | 105 |
| | INSURANCE CO-PAYMENT MEMORANDUM OF UNDERSTANDING | 106 |
| | SHOP RULES | 107 |
| | INDEX | 111 |

than the current program provides. The Company agrees to comply with the final litigation in this regard.

SECTION 6. MEDICAL INSURANCE.

A. CMM 100/200, 80-20 PLAN. Effective November 8, 1990, eligible employees and their dependents will be covered by the Michigan Blue Cross/Blue Shield CMM 100/200, 80-20 plan (or equivalent alternate carrier coverage), with a $1000 stop loss (after deductibles are met), BC/BS (or alternate) to reimburse eligible, covered employees for reasonable and customary charges (R&C) pursuant to BC/BS's (or alternate's) schedule of reimbursable payments. Employees shall co-pay 5% of the monthly premium, said co-pay amounts to be deducted from gross pay rather than net pay under Internal Revenue Code Section 125.

B. PAST RETIREE (PRE - 11/08/90) MEDICAL INSURANCE COVERAGE
During the term of this Agreement Past Retiree Medical Insurance Coverage will be as follows:

1. B-77 Program. Effective November 8, 1990, eligible past retirees (and their dependents) who have retired from active service under the Pension Plan will be covered by the Michigan Blue Cross/Blue Shield B-77 Program (or equivalent alternate carrier coverage), including the FAE-VST-Reciprocity Rider. The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

2. **Master Medical Program.** Effective November 8, 1990, eligible past retirees (and their dependents) who have retired from active service under the Pension Plan will be covered by the Michigan Blue Cross/Blue Shield 80/20 co-pay master medical program (or equivalent alternate carrier coverage). Deductibles under this plan shall be one hundred dollars ($100.00) individuals and two hundred dollars ($200.00) family. The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

3. **Drug Coverage.** Effective November 8, 1990, coverage for past retirees only under the previous contract's medical insurance program's two dollar ($2.00) co-pay drug rider under the pension plan, will continue in force and to be fully paid by the Company.

4. **Medicare Co-Payment.** During the life of this Agreement the Company will continue to contribute eight dollars and twenty cents ($8.20) per month toward the cost of medicare coverage for eligible past retirees and surviving spouses.

5. **Premium Co-Payment.** Retiree group premium co-payments must be paid on a monthly basis and may be made by cash payment or by authorized reduction in the retiree's monthly retirement benefits.

C. FUTURE RETIREE MEDICAL INSURANCE COVERAGE

Future retirees (those who retire subsequent to the effective date of this Agreement) will for the term of this Agreement be covered pursuant to the changes in medical coverage reflected by this Agreement. This includes:

1. **CMM 80-20 Plan with $100/$200 Deductible.**

    Effective November 8, 1990, employees retiring from active service (and their dependents) will be covered by the Michigan Blue Cross/Blue Shield CMM 80/20-$100/$200 Deductible Plan (or equivalent alternate carrier coverage), with a $1,000 stop loss (after deductibles are met).

    Blue Cross/Blue Shield (or alternate carrier) to reimburse eligible covered retirees for reasonable and customary charges (R & C) pursuant to Blue Cross/Blue Shield's (or alternate's) schedule of reimbursable payments.

    The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

2. **Medicare Co-Payment.** During the life of this Agreement the Company will continue to contribute eight dollars and twenty cents ($8.20) per month toward the cost of medicare coverage for eligible retirees and surviving spouses.

3.  **Premium Co-Payment.** Retiree group premium co-payments must be paid on a monthly basis and may be made by cash payment or by authorized reduction in the retiree's monthly retirement benefits.

SECTION 7. DENTAL INSURANCE COVERAGE. Effective on and after September 3, 1978, eligible employees and their covered dependents will continue to be provided dental program insurance coverage at Company expense. Coverage effective dates will be as per this Article's Section 8.

SECTION 8. INSURANCE COVERAGE EFFECTIVE DATES.

A.  Group insurance coverage (i.e., life, AD&D, dependent life, transition and bridge, weekly sickness and accident) and medical insurance coverages for a new hire or a rehired employee will become effective on the thirty first (31st) day of employment, providing such employee is on the active payroll on such day.

B.  For an employee reinstated from the inactive to the active payroll, group and medical insurance coverages provided by this agreement will become effective on the effective date of placement onto the active payroll.

C.  Except for Company-paid group and medical insurance coverages hereinbefore specified for employees who retire under this agreement's pension plan, all Company-paid group

80

IN WITNESS WHEREOF, the Company has caused these presents to be signed in its behalf by its duly authorized and accredited representatives; and the Union has caused the same to be signed in its name by its duly authorized and accredited representatives, officers and committeepersons this 11th day of February, 1991:

Article XIX Continued

Hydro Aluminum Bohn, Inc.  
Holland Plant  
Holland, Michigan

_____  
Jack Elliott  
Attorney-At-Law

_____  
C. E. Beckham  
Vice President of Operations

_____  
Herman TerHorst  
Operations Manager - Fabrication

_____  
David A. Forbes  
Human Resource Manager

International Union, United  
Automobile, Aerospace and  
Agricultural Implement  
Workers of America, UAW,  
and Local Number 1402, UAW

_____  
Robert Rietveld  
President

_____  
Donald Welch  
Chairman of Bargaining Committee

_____  
George Powell  
Committee Person

_____  
Ricardo Marques  
Committee Person

_____  
Ronald Clapp  
Committee Person

_____  
Philip Sullivan  
Committee Person

_____  
Steve Ayers  
International Representative

_____  
Paul Mastos  
Regional Director