# EXHIBIT 3

## 1972-1975  UAW - BOHN CONTRACT

AGREEMENT

BY AND BETWEEN

PLANT #16

BOHN ALUMINUM & BRASS COMPANY

HOLLAND, MICHIGAN

A Division of

GULF + WESTERN METALS FORMING COMPANY

AND

THE INTERNATIONAL UNION,

UNITED AUTOMOBILE, AEROSPACE

AND AGRICULTURAL IMPLEMENT WORKERS

OF AMERICA

UAW

And

LOCAL NO. 1402

Effective September 3, 1972

# TABLE OF CONTENTS

Page

| | | |
|---|---|---|
| ARTICLE I | Agreement Parties . . . . . . . . . . | |
| ARTICLE II | Recognition . . . . . . . . . . . . . | |
| ARTICLE III | Union Security . . . . . . . . . . . | |
| ARTICLE IV | Management . . . . . . . . . . . . . | |
| ARTICLE V | Representation . . . . . . . . . . . | |
| ARTICLE VI | Grievance Procedure . . . . . . . . . | |
| ARTICLE VII | Strikes and Lockouts . . . . . . . . | |
| ARTICLE VIII | Discipline and Discharge . . . . . . | |
| ARTICLE IX | Seniority . . . . . . . . . . . . . . | |
| ARTICLE X | Leaves of Absence . . . . . . . . . . | |
| ARTICLE XI | Wages, Hours, and Overtime . . . . . | |
| ARTICLE XII | Holiday Pay . . . . . . . . . . . . . | |
| ARTICLE XIII | Vacation Provisions . . . . . . . . . | |
| ARTICLE XIV | Pension Plan . . . . . . . . . . . . | |
| ARTICLE XV | Insurance . . . . . . . . . . . . . . | |
| ARTICLE XVI | General . . . . . . . . . . . . . . . | |
| ARTICLE XVII | Skilled Trades Supplement . . . . . . | |
| ARTICLE XVIII | Termination and Modification . . . . | |
| | Index . . . . . . . . . . . . . . . . | |

# ARTICLE I    AGREEMENT PARTIES

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of Americe (UAW) and Local No. 1402 thereof, hereafter referred to as the Union, having demonstrated that it represents for purposes of Collective Bargaining a majority of the employees in the appropriate bargaining unit, the said International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Local No. 1402 and the Holland, Michigan Plant No. 16 of Bohn Aluminum & Brass Company, Holland, Michigan, a Division of Gulf + Western Metals Forming Company, hereafter referred to as the Company, hereby agree as follows:

WITNESSETH THAT:

WHEREAS, it is the desire of the parties hereto to promote mutual cooperation and harmony and to formulate a working agreement to cover the relationship between the Company and the Union,

THEREFORE, the parties hereto agree as follows:

# ARTICLE II    RECOGNITION

Section 1.  Representation Scope.    The Company recognizes the Union as the exclusive bargaining agency in Plant No. 16 for all production and maintenance employees, including tool room, shipping and receiving employees and group leaders, but excluding office clerical employees, professional employees, all other plant clerical employees, techni...., engineering and professional employees, time study employees, time keepers, foremen, assistant foremen, all other supervisors as

defined in the Act, and guards, for the purpose of collective bargaining with
respect to rates of pay, wages, hours, dismissals, and other conditions of
employment, and for the purpose of adjusting any grievance or complaints which
may exist now or may arise in the future.

Section 2.  Other Unions.    The Company will not, during the life of this
agreement, promote, aid, or finance any other labor group or organization which
proposes to engage in collective bargaining, and will not negotiate or deal with
any other union group or organization during the period covered by this agreement,
unless ordered to do so by the National Labor Relations Board.

Section 3.  Non-Discrimination.    The Company agrees that it will not dis-
criminate against employees in their training, upgrading, promotion, transfer,
layoff, discipline, discharge, or otherwise because of race, creed, color,
national origin, sex, age, marital status or political beliefs.

The Company will not interfere with the right of its employees to become members
of the Union.  Neither the Company nor any of its agents will exercise discrimi-
nation, interference, restraint, or coercion against any representative of the
Union because of such representation.

## ARTICLE III   UNION SECURITY

Section 1.  Union Shop.    All present employees who are members of the Union
shall, as a condition of continued employment, maintain their membership in the
Union during the life of this agreement through regular payments of initiation
fees and dues to the Union.  The Company may hire new employees who do not belong
to the Union, but all new employees and all present employees who are not members
of the Union shall, as a condition of continued employment, join the Union

thirty (30) calendar days after the date of employment or the effective date of this agreement, whichever is later, and shall thereafter maintain membership in the Union during the life of this agreement through regular payments of initiation fees and dues to the Union.

Notwithstanding a new employee's obligation to join the Union after thirty (30) calendar days, each new employee must satisfactorily complete a probationary period consisting of forty (40) days of work as reflected in Section 1 of Article IX. During this probationary period, a new employee will not be covered by the terms of this agreement and will not have recourse to the grievance procedure established by this contract in the event that he is discharged by Management.

Section 2.  Non-Discrimination in Union Membership.    The Union agrees that membership in the Union will be available to each employee on the same terms and conditions generally applicable to other members of the Union. The Union further agrees that the Company will not be requested to terminate the services of any employee who has been denied membership in the Union; or be requested to terminate the services of any employee for reasons other than the failure of the employee to tender the periodic dues and initiation fees uniformly required as a condition of acquiring and retaining membership.

Section 3.  Union Membership Cessation.    The Union will notify the Company in writing of any employee who, during the life of this agreement, shall cease to be a member of the Union in good standing. Such notice shall be supported by an affidavit of the Secretary of the Local Union to the truth of the facts contained therein. Such employees will be discharged within two (2) days after receipt of said affidavit.

Section 4.  Checkoff.    The Company agrees to deduct from the earnings of each

Union member, after the payroll          as required by law, an amount equal to
the regular initiation fees and membership dues of such member, provided the
employee on whose account such deductions are to be made shall have filed a
written assignment with the Company authorizing such deductions. The Union
agrees to provide the necessary assignment-of-wage forms. The amounts so deducted
by the Company for initiation fees and dues shall be remitted each month by the
Company to the Union.

In the case of special emergency dues levied by the International Union, the
Company agrees, upon proper notification, to make bi-weekly deductions of such
dues. If for any reason an employee's dues are not deducted in the scheduled
pay period, the Company will deduct these dues on his first pay period following.

## ARTICLE IV    MANAGEMENT

Section 1.  General.    The management of the work and the direction of the
working forces, including the rights to hire, promote, transfer, suspend, or
discharge, are vested exclusively in the Company. The operations throughout the
plant shall be determined by the Company, including the rights to decide the
nature, means, and methods of operations.

Section 2.  Production Standards.    Production standards shall be established
on the basis of fairness and equity consistent with the quality of workmanship,
efficiency of operations, and the reasonable working capacities of normal
operators. The Union shall have the right to process grievances involving dis-
puted production standards through the grievance machinery set up in this contract
but not including arbitration.

Section 3.  Sub-Contracting.    The Company reserves the right to continue to

contract out certain building repair, maintenance and tooling work, as has been the custom; to sub-contract production work which may be over and above the acceptable burden for its regular facilities for any particular type of work. However, this will not be used for the purpose of reducing the work force.

## ARTICLE V    REPRESENTATION

Section 1.  Union Bargaining Committee.    In all matters of collective bargaining, the Union shall be represented by a Bargaining Committee, which shall likewise act as the Grievance Committee, of five (5) persons who shall include in their number the president of the Union.

Section 2.  Union Stewards.    For the purpose of collective bargaining as it pertains to the grievance procedure, the employees shall have the right to be represented by Stewards as specified below:

Day Shift:

| | |
|---|---|
| Forge | 1 |
| Fabrication: | |
|   Buffing | 1 |
|   Mechanical | 1 |
|   Anodize and Paint | 1 |
| Extrusion | 1 |
| Shipping and Receiving | 1 |
| Maintenance, Tool Room, Building and | |
|   Grounds, and Die Repair | 1 |

Afternoon Shift:

| | |
|---|---|
| Forge | 1 |

Fabrication:

    Buffing                                               1

    Mechanical                                          1

    Anodize and Paint                            1

Extrusion (including Shipping and Receiving)        1

Any department with less than five (5) employees per shift will

be represented by the Forge Steward.

The Union may designate one of the afternoon shift stewards to

function as Chief Steward for his shift.

Midnight Shift:

    Forge                                               1

    Fabrication:

        Buffing and Mechanical                      1

Extrusion and Die Repair                      1

Any department with less than five (5) employees per shift will

be represented by the Forge Steward.

It is understood and agreed between the parties that it may be necessary to

change the above schedule for Steward representation because of changes in

productive operations or conditions. Any such changes shall be negotiated between

the Company and the Union.

## ARTICLE VI    GRIEVANCE PROCEDURE

Section 1. Grievance Steps.      For the purpose of this Article, a grievance

shall be defined as a complaint against the Company in regard to the interpretation

or application of this agreement or a complaint in regard to working conditions

within the plant or on Company premises. The Grievance Procedure shall be as follows:

A. Steward-Foreman Step. The employee or a representative of a group of employees, or the Steward of the department, or both, shall take the grievance up with the Foreman of the department. If it cannot be settled verbally, it shall be presented in writing to the Foreman of the department within three (3) working days. The Foreman shall give his decision in writing within two (2) working days after the grievance is received.

B. Bargaining Committeeman-Superintendent Step. In the event the grievance is not settled with the Department Foreman, the Steward and a member of the Bargaining Committee shall present said grievance to the Superintendent, in writing, and signed by the aggrieved. Such written grievance shall be presented within three (3) days (working days) following the Foreman's decision. The Superintendent shall give his decision, in writing, within three (3) working days after receiving the grievance in writing.

C. Bargaining Committee-Personnel Manager Step. In the event the grievance is not settled with the Superintendent, it will be referred to the Personnel Manager in writing within three (3) working days following the Superintendent's decision. The Personnel Manager will place the grievance on the Agenda for decision between the Bargaining Committee and Plant Management at the next regularly scheduled Union-Management meeting, unless the issue is tabled by mutual agreement.

Union-Management meetings shall be scheduled on the second Thursday of each month at 10:00 A.M., providing there are grievances to consider and the issues are listed on an Agenda presented to the Company by noon on the Tuesday prior to the meeting day. The meeting date may be changed by mutual agreement. Minutes of each Union-Management meeting shall be given to the committee and posted in the plant no later than Wednesday noon following the meeting. If the Company or Union Representative designated herein to make the presentation of and decision on the grievance are not available, an additional five (5) working days shall be allowed. If the grievance is one which presents a possible continuing liability or is of an urgent nature, a special meeting may be held. The International Representative of the Union and the Company Director of Industrial Relations, or his representative, may also attend meetings at this step of the Grievance Procedure.

D. Arbitration.    If the grievance is not resolved as provided in sub-section C hereof, it may, by written notice directed by one party to the other, be referred to arbitration. Such notice shall be given within twenty (20) days after the receipt of the final written decision of the Company.

Grievances concerning the interpretation or application of this agreement, except those dealing with wages, production standards, and health and safety may be appealed to arbitration.

In the event that the Company and the Union cannot agree upon an arbitrator within five (5) days after the written notice of intention to submit the matter to arbitration, the matter will be submitted to

-8-

the American Arbitration Association for disposition according to the rules of that Association. The decision of the arbitrator shall be in writing and shall be final and binding upon both parties. One (1) copy of the arbitrator's decision shall be sent directly to the International Union, Arbitrator Service Department, 8000 E. Jefferson Avenue, Detroit, Michigan, and blue.

The Company and the Union shall share equally the compensation and expenses of the arbitrator. All other arbitration expenses, including the payment of witnesses, shall be borne by the party incurring them.

The arbitrator shall have authority to interpret this agreement for the purpose of settling grievances and he may modify penalties assessed by the management in disciplinary discharges and layoffs; but he shall have no authority to add to or subtract from or change this agreement or to arbitrate wages, production standards, or health and safety.

E. Time Limits.    It is understood that time limits established between steps of the Grievance Procedure may be extended by mutual agreement. Failure of the Union to either request an extension of the time limits or appeal a grievance to the next step within the time limits shall be considered as a withdrawal of the grievance. Failure of the Company to either request an extension of grievance procedure time limits or to respond to a grievance within the time limits established in sub-sections A and B of this Section 1 will cause the grievance to be automatically advanced to the next grievance procedure step; however, in no case will such a grievance be automatically advanced

into the arbitration step of the grievance procedure. When a grievance has been satisfactorily settled, the terms of the settlement shall be reduced to writing and copies furnished to both parties.

F. Retroactivity. Any claims, including claims for back wages by an employee covered by this Agreement, or by the Union against the Company, shall not be valid for any period prior to the date the grievance was filed. In any case, the claim shall be limited to thirty (30) days retroactive to the date the grievance was first filed.

Deductions from an employee's wages to recover overpayments made due to Company error shall be limited retroactively to a period not to exceed thirty (30) days prior to the date the employee was first notified of the overpayment.

Section 2. Pay for Union Time. Members of the Union Bargaining Committee and Stewards will be paid for time spent in grievance settlement, provided, in the opinion of Management, the privilege is not abused.

Time spent in meetings with Management on grievances outside the employee's regular eight (8)-hour shift will not be paid for by the Company unless the Company requests that the meeting be continued beyond the employee's regular quitting time.

Union negotiating committee members will be paid by the Company for regular work time missed during the normal work week as a result of labor agreement negotiations with Management.

The rate of pay for Union representatives while settling grievances and while meeting with Management will be their hourly rate.

Section 3. Permission for Union Time. No Union Representative shall seek

grievance settlement or use any time for grievance investigation without first receiving permission from his Foreman. Any Union Representative authorized to function in a department in which he is not himself employed must notify his own Foreman before leaving his job or department and must check with the supervisor of the department to which he is going before proceeding further. The Company will recognize only the Union Representative(s) designated to handle grievances in the appropriate step of the procedure.

Section 4.  Pay Rate, Production Standard and Health & Safety Grievances.   Any grievance concerning a rate or production standard which cannot be settled with the Foreman or the Superintendent shall be immediately reduced to writing and presented by a Union Bargaining Committee member to the Company Representative in the third step.  The Company will promptly investigate and attempt to resolve such grievance. If the Union requests that an Industrial Engineer or Time Study Man from the International be given an opportunity to investigate the disputed standard, such representative shall be allowed access to observe the job in dispute upon application to the Company in advance of the date of plant entry.  He will, likewise, be permitted to check with the Company Industrial Engineer; and, in such case, it is agreed to hold the grievance in the third step until this can be accomplished.  The same procedure will be followed at the Union's request by the International Compensation and Safety Department Representative in grievances at the third-step level involving health and safety.

Section 5.  Off-Shift Plant Entry.   When entering the plant on his own time for the purpose of investigating a grievance on an off-shift, the president, or his alternate in case of the president's absence, shall sign in with the Plant Guard or Plant Supervision and report first to the supervisor on the shift.  When entering a department for the purpose of this investigation, the president, or his alternate in case of the president's absence, will make his presence known to the department supervisor and will not discuss the grievance with any employee without first notifying the supervisor.

-11-

## ARTICLE VII    STRIKES AND LOCKOUTS

The Company agrees that during the term of this Agreement there shall be no lockouts until all of the Grievance Procedures, including arbitration, have been exhausted, and in no case on which the Arbitrator shall have ruled, and in no other case on which the Arbitrator is not empowered to rule until after negotiations have continued for three (3) days. A layoff due to lack of work shall not be construed as a lockout.

The Union agrees that during the term of this Agreement there shall be no strikes, slow-downs, or stoppage of work until all the grievance procedures, including arbitration, have been exhausted, and in no case on which the Arbitrator shall have ruled, and in no other case on which the Arbitrator is not empowered to rule, until after negotiations have continued for three (3) days, and not even then unless authorized by the International Union, UAW.

## ARTICLE VIII    DISCIPLINE AND DISCHARGE

Section 1.    General.     It is mutually agreed that the Company may adopt and publish rules of conduct for all employees, governing their conduct while upon the premises of the Company, provided that such rules are not contrary to the terms of this Agreement.

Section 2.    Rule Violation Penalties.     Any employee of the Company who violates the published rules of conduct or other reasonable published requirement of the Company shall be subject to disciplinary action by the Company up to and including discharge.

Section 3.    Discipline Penalty Limit.     It is recognized that an employee should be allowed to improve his status; therefore, disciplinary action shall

-12-

relate only to those violations of the immediate past twelve (12) calendar months. Furthermore, when an employee has received no disciplinary action for a twelve (12)-month period, his record shall be cleared.

Section 4. Disciplinary Hearings.    The Company agrees to permit any seniority employee who has been disciplined by layoff or discharge to present his case to Management at the earliest possible date.

An employee who is removed from his work or called to an office for interview regarding unsatisfactory work or conduct or for violation of shop rules shall be represented by a Steward or Committeeman. The employee will be informed of his right to such representation.

Section 5. Disciplinary Protests.    In the event a discharged or disciplined employee desires to have the Union review the case with the Company, the matter will be handled in accordance with the Grievance Procedure as outlined in Article VI hereof.

Section 6. Disability Placement Option.    A seniority employee physically unable to fulfill the requirements of his job shall not be subject to discharge until after he has had a reasonable chance to qualify for other work in the same department or plant.

Section 7. Garnishments.    Excessive garnishments will not be tolerated. Employees who receive garnishments or wage attachments of any kind will be subject to disciplinary action as follows:

| First Offense: | Disciplinary Warning |
| Second Offense: | One (1)-day Layoff |
| Third Offense: | Three (3)-day Layoff |
| Fourth Offense: | Discharge |

The four (4) offenses must occur within the same twelve (12)-month period.

Pursuant to Michigan Public Act No. 175 of 1964, the Company will not discipline any employee subject to a court-ordered wage assignment in favor of the Friend of the Court for the support of minor children and/or a divorced or estranged spouse.

Michigan state law and/or Federal regulations will be adhered to if in conflict with this section.

Section 8.  Absenteeism and tardiness:

Upon accumulating a total of five (5) points for unexcused absence and/or tardiness in a six (6)-month period, employees will be issued a written warning. On the sixth (6th) point, employees will be issued a one (1)-week disciplinary layoff and on the seventh (7th) point, employees will be discharged.

Absence due to illness will not be counted provided the employee has a good attendance record overall and provided further that excessive time off because of illness does not result from such consideration.

Absences due to accident or death in the immediate family will not be counted if acceptable proof is presented.

Employees who have no unexcused absences or tardiness for a period of six (6) calendar months will have their records cleared.

For the purpose of arriving at the number of points for unexcused absence and/or tardiness as referred to above, each day of unexcused absence will be counted as one (1) and each unexcused tardiness of less than one (1) hour will be counted as one-quarter (¼) and each unexcused tardiness of one (1) hour or more will be counted as one-half (½).

For example, four (4) days of unexcused absence and two (2) occasions of tardiness of less than one (1) hour will total four and one-half (4½) points.

Upon advance application to the foreman, an employee may be given an excused absence if he presents an acceptable reason. <u>Such requests will be approved or disapproved by the foreman as soon as possible, but in no case later than the end of the shift on which the request was made.</u>

## ARTICLE IX   SENIORITY

<u>Section 1. Probationary Period.</u>   All employees are probationary until they have completed forty (40) days of work. After such period they shall be considered Seniority Employees.

<u>Section 2. Seniority Definitions.</u>   All employees shall have Department Seniority and Plant Seniority. Department Seniority is equal to the total length of service in a Department. Plant Seniority is equal to the total length of service with the Company.

<u>Section 3. Seniority Coverage.</u>   Seniority lists cover the following departments:

    Maintenance

    Tool Room

    Fabrication -- Mechanical

    Fabrication -- Anodize

    Buffing

    Paint

    Extrusion

    Extrusion Die Repair

Forge

Shipping and Receiving

Building and Grounds

Laboratory Helpers

Inspection

<u>Section 4. Seniority Application.</u>    Seniority Application in all Classifications except Maintenance Journeyman, Tool and Die Journeyman, and Apprentices, Extrusion Die Repairmen and Extrusion Die Repair Trainees:

**A.  Department Seniority.**    Department seniority shall be used in the following cases:

1)  Whenever practicable in determining work shift;

2)  Determining the order in which employees are laid off from their department;

3)  Determining the order in which employees are recalled to their original department;

4)  <u>To select</u> employees for open jobs in their departments;

5)  Determining the order in which employees are reduced from their classifications.

**B.  Plant Seniority.**    Plant Seniority shall be used in the following cases:

1)  Determining the order in which employees are laid off from the plant;

2)  Determining the order in which employees are recalled to work from plant layoff;

3)  In considering employees who have applied for a transfer into another department.

-16-

Section 5. Promotions and Transfers (In Departments Outlined in Section 4).

All employees shall have an opportunity to transfer into departments other than their own according to their Plant Seniority and to move to open job classifications in their own department, according to Department Seniority as follows:

A. Job Posting. Job openings, except Group Leaders, in the higher skilled classifications within a department, along with job qualifications, shall be posted on the Department Bulletin Board for two (2) working days. Employees in the department who wish to be considered for the job may so indicate by signing their names on the bulletin board notice. Employees shall be considered for the job on the basis of Department seniority. The most senior bidder will not be awarded a posted job if he has failed to satisfactorily perform the job on a previous occasion and if, since failing to perform the posted job satisfactorily, he has not performed other work within the plant which would warrant affording him another opportunity to perform the posted job. Job qualifications, length of trial period, and whether the employee has satisfactorily completed the trial period shall be determined by the Company. Job openings which are created by absenteeism, leave of absence, and vacations will not be posted.

B. Job Transfers. Employees may apply for a transfer at the Personnel Department for jobs in departments outlined in Section 4 other than their own. Before new employees are hired, employees requesting transfer to a different department shall be considered on the basis of Plant Seniority. The most senior bidder will not be awarded a posted job if he has failed to satisfactorily perform the job on a previous occasion and if since failing to perform the posted job satisfactorily he has not performed other work within the plant

which would warrant affording him another opportunity to perform the posted job. Employees so transferring must follow the established procedure of job progression to qualify for promotion. The Company reserves the right to hire experienced people to fill immediate needs, and also reserves the right to retain an employee who otherwise would be transferred for a reasonable length of time in order to train his replacement. The Company will promptly attempt to obtain and train such replacement.

C. Seniority Upon Transfer. All employees transferred to a job in another department as outlined in Section 4 shall retain their seniority in their old department for a period of thirty (30) calendar days and shall start accumulating seniority in the new department the first day. After thirty (30) calendar days' service in the new department, the transfer shall be considered permanent and employee's seniority in the new department shall equal employee's total length of service in his plant.

D. Effect of Layoff on Transfer Seniority. In the event an employee who has requested and received a transfer to another department is laid off in the new department before completing thirty (30) calendar days of service, due to a force reduction, he shall be credited with the number of days worked in the new department and, upon recall, must complete the number of days needed to total thirty (30) calendar days before being given full seniority in the new department. An employee laid off from his regular department must return to such department when recalled and will maintain and accumulate seniority in his original department only.

Section 6. Temporary Transfers Pay Rate.    In the event the Company transfers an employee to a temporary job, the employee so transferred shall take the rate of pay of his original job or the rate of pay of the job to which transferred, whichever is higher.

Section 7. Preferential Seniority.    All persons elected or appointed to hold Local Union positions must be employees of the Company.  The President, Vice President, Recording Secretary, Financial Secretary, Guide, Sergeant at Arms, Trustees, and members of the Bargaining Committee of the Union shall head the Seniority List during their terms of office, but shall be returned to their original standing upon termination of their service on said committee or in said office.  The President, Recording Secretary, Financial Secretary, and members of the Bargaining Committee shall be assigned to <u>shifts of the Union's choice within their respective job classifications</u> during their terms of office; but, such <u>Union officers</u> shall be assigned a shift according to their seniority upon expiration of their term of office.  Stewards shall head the seniority lists in their respective departments or districts during their terms of office.  The Local officers, committeemen, and stewards shall in the event of a layoff, be continued at work as long as there is a job in their respective departments which they are able to do without training.  Seniority under this section will apply to layoff and recall only.

Section 8. Supervisors - Seniority and Bargaining Unit Work.    Any employee covered by this agreement transferred or promoted to a supervisory or other job outside the bargaining unit will continue to accumulate Plant Seniority as well as seniority in the department from which he was promoted provided, however, such an employee may not be promoted and returned to the bargaining group more than twice in any twelve (12)-month period.  Such employee may voluntarily return or

may be returned by the Company to the bargaining unit at which time he may apply his seniority to claim any open job, or any non-posted job held by an employee with lower seniority.

Foremen and supervisory employees shall not perform work normally done by Bargaining Unit workers, except in case of emergency or for instruction or experimental purposes. The restriction on Supervisors performing work normally done by Bargaining Unit workers shall not apply to the Foreman of the Tool Room nor shall it apply to Maintenance Supervisors performing electrical work such as they have performed in the past.

Section 9.  Layoffs:

A.  Layoffs and Bumping.    Layoffs from the plant out of the departments
outlined in Section 4 shall be by Plant Seniority.  Probationary
employees in such departments shall be laid off first.  Employees with
the least amount of Department Seniority shall be laid off from their
department.

An employee laid off from his department will be placed on an open
job in another department that he can perform without training.  If
no such open jobs exist, he will replace the employee with the lowest
plant-wide seniority, provided he can perform such job without training.
If the lowest seniority employee would then be laid off from the plant,
the bumping employee may elect to take the layoff instead of exercising
his seniority.  However, he must accept the first open job when recalled.
If he does exercise his bumping privilege and remains in the plant, he
may then (if he has suffered a reduction in pay by bumping) apply to
the Personnel Department for a higher paying job plant-wide, if he has

previously satisfactorily performed such job in this plant. If such a job is held by an employee with less plant-wide seniority, he will be assigned to the job and shift held by the most junior employee in such classification. Bumps will become effective on the Monday following an employee's application to bump.

B. Home Department Recall. An employee going to work in a department other than his own because of layoff must return to his own department when recalled.

C. Layoff Notice. Each employee to be placed on the inactive payroll will be given as much advance notice of layoff as is possible. To accomplish this purpose, each Foreman will be obliged to notify each of his employees to be affected by layoff during the first half of the shift on which the Foreman has been advised. In the event a Foreman is advised of who will be laid off during the last half of a shift, he will be obliged to advise affected employees as soon as practicable, but before the end of the shift.

Section 10. Temporary Layoffs. A temporary layoff is one which may be of no more than five (5) working days' duration, and these layoffs may be made without regard to seniority or shift.

Section 11. Recalls Following Layoffs:

Employees shall be notified of their recall to work by either personal message, telephone, or telegraph, confirmed by certified mail, return receipt requested. Upon being recalled, employees who fail to report for work within the period outlined in Section 12, Item D, of this Article, shall be considered to have voluntarily quit.

Seniority employees shall be recalled to work before probationary employees are recalled.

When employees are to be re-employed within a department, those employees having the greatest departmental seniority shall be called back first.

## Section 12. Seniority Break-off:

Seniority is broken under the following conditions:

    A. When an employee quits.

    B. When an employee is discharged.

    C. Being laid off the Company payroll continuously for a period as follows:

        1) One (1) year for seniority employees with less than one (1) year seniority at the time of layoff.

        2) For a period of time equal to the length of seniority at the time of layoff, up to a maximum of two (2) years for employees with one (1) to three (3) years' seniority.

        3) Employees with more than three (3) years' seniority may obtain protection for an additional <u>two (2)</u> years (making a total maximum of <u>four (4)</u> years from date of layoff) by indicating to the Company in writing that it is their intention to return to work when recalled. Such notice must be given to the Company and the Union by registered mail fifteen (15) days following the two (2) continuous years of layoff referred to above.

-23-

D. Failure to notify the Company of intention to return to work within three (3) days after notice has been sent by the Company by personal message, telephone, telegraph, or certified mail, return receipt requested, and failure to return to work within five (5) days from receipt of such notice from the Company. No employee shall lose his seniority if failure to return to work when called is caused by sickness or accident, provided that the Company is notified thereof within three (3) days from the time notice is sent and provided, further, that such employee upon his recovery shall immediately report to the Company for work. The Chairman of the Bargaining Committee of the Union will be notified in writing of any employee's failure to report for work within three (3) days after notice has been sent.

E. Failure to come to work for three (3) consecutive days without properly notifying the Company and without giving acceptable reason for such absence.

F. When an employee retires and receives a nondisability pension under the Company pension plan.

G. Failure to report for work within ninety (90) calendar days after receiving a military discharge provided, however, that discharged servicemen on Medical Leave of Absence shall not be subject to the provisions of this sub-section.

H. Failure to report for work upon the expiration of a leave of absence without giving an acceptable reason.

Section 13. Seniority Lists and Union Officer Lists.   The Company will furnish to each member of the Bargaining Committee and Stewards a complete plant seniority

list each three (3) months. Copies will be posted on the bulletin boards. The Company will maintain in the Personnel Department a master seniority list which will be kept up to date at all times. Two (2) or more employees having the same date of first employment shall, for all seniority consideration, be listed as follows: Day Shift employee ranks first, Afternoon Shift employee ranks second, and Midnight Shift employee will be given the following day's date. If two (2) or more employees begin work on the same shift, they will rank according to the order in which the employment paperwork is completed. If transferred to another department, they will be ranked according to the plant-wide master seniority list. The Company will furnish to the Union each month a list of additions or deletions.

The Recording Secretary of the Union will provide the Company with an up-to-date written list of committeemen, officers, and stewards each three (3) months, and/or whenever there are changes.

Section 14. Shift Preference.     Once each six (6) months, employees having seniority may make application for transfer to another shift in the same classification and department as they are working at time of application. Such applications will be made in writing to the Personnel Department. No further changes will be made for a period of six (6) months unless an opening in the same classification and department should occur on another shift during such period. In the event such an opening occurs, preference will be given to the longest-seniority employee who has made application for that shift. It is recognized that where necessary, an experienced employee shall be assigned an off shift for the time required to train a new employee.

<u>Section 15. Skilled Departments (Tool Room, Maintenance, and Extrusion Die Repair).</u>

A. <u>Application of Seniority in Skilled Departments.</u>   The seniority of employees transferring to jobs in the Tool Room and Maintenance Departments shall agree with the date of entry into the department. Department seniority, whenever practicable, shall be used in determining work shift. The seniority of the employees in the Extrusion Die Repair Department is covered in the Skilled Trades <u>Article of this</u> Agreement.

B. <u>Promotion to Higher Skilled Jobs.</u>   All job openings, except Group Leader, in the skilled departments, along with qualifications, shall be posted on the bulletin board per procedures outlined for departments specified in Section 4.

C. <u>Layoffs.</u>   Layoffs from the Skilled Departments shall be by job classification seniority. Employees laid off from these departments may claim a job in departments specified in Section 4, providing they have the ability and sufficient plant seniority; or these employees may elect to take a voluntary layoff. Probationary employees shall be laid off before seniority employees are laid off.

D. <u>Temporary Layoffs.</u>   Same as for departments specified in Section 4.

E. <u>Recalls.</u>   Employees in Skilled Departments shall be recalled to work as jobs become available that they are capable of performing and will be recalled in the reverse order in which they were laid off.

F. <u>Seniority Break-off.</u>   Same as for departments specified in Section 4.

G.  Seniority Lists.  Same as for departments specified in Section 4.

Section 16.  Humanitarian Placement.  When an employee's absence from work is due solely to his being incapacitated for work through accident or occupational disease arising out of and within the scope of his employment, he shall not lose seniority and shall be returned to work in accordance with his seniority as nearly as may be practicable, as if he had not suffered such disability, provided he returns to work within five (5) years and is able to perform work available to him when he returns.  In the event that he is so incapacitated as not to be able to perform his regular work, he may be employed in other work which is available and which he can perform without regard to the seniority provisions of this agreement.

## ARTICLE X  LEAVES OF ABSENCE

Section 1.  Eligibility.  An employee requesting a leave of absence for more than one (1) day shall make application therefor in writing, on a form provided for that purpose, to the supervisor of the department in which he is employed. Employees must have six (6) months or more seniority to be eligible for consideration of a leave of absence, except in those cases where definite proof is provided that they are unable to work due to emergency or sickness.

Section 2.  General Leaves.  Leaves of absence for reasons other than medical or for vacation may be granted at the discretion of the Company to any employee for such period as the Company may determine, but not exceeding two (2) months. When a leave of absence is granted to an employee, before it shall become effective, he and the Union shall be furnished with a written notice of the duration

of such leave. The employee must state the reasons he desires a leave on his application. It is agreed that leaves under this section are to be granted only under special and/or unusual circumstances.

Section 3. General Leaves Duration. Leaves of absence other than medical will normally be given only for periods comparable to the usual vacation allowances of one (1), two (2), three (3), or four (4) weeks per year depending on length of service of the employee concerned. An employee may use his vacation leave time as he sees fit, but leaves of absence will not be given in order or for the reason that the employee wishes to do other work, either for others or on his own farm or house or business.

Section 4. Medical Leave. An employee who shall become ill and whose claim is supported by evidence satisfactory to the Company, shall be granted a sick leave of absence for the period of such disability provided it does not exceed two (2) years. Medical leaves precipitated by circumstances to which specific reference is made in Section 16 of this Agreement's Article IX will be granted for up to five (5) continuous years, providing the need for such an absence is substantiated by competent medical authority.

Section 5. Other Work During Leave. An employee while on leave of absence accepting employment by others for compensation without permission of the Company and the Union shall be deemed to have voluntarily quit.

Section 6. Union and Political Leaves. Employees elected or selected to perform union duties, and employees elected to public office in their respective counties or states or in the United States Congress, shall be granted leave of absence until such service shall end.

Section 7. Pregnancy Leave.    A pregnant employee will be granted an approved pregnancy leave of absence to become effective on the date that the condition of pregnancy interferes with an employee's ability to perform regular job duties in a safe manner and to terminate on the day immediately preceding the first regularly scheduled work day on which an employee is first able to resume regular job duties in a safe manner. When such a leave will commence and terminate will be determined by a doctor; however, in no case will a pregnancy leave span more than nine (9) consecutive calendar months unless the need to extend the leave is corroborated by a written statement from a medical doctor. As is the case with any leave precipitated by medical causes, the Company may cause such an employee to be examined by its medical doctor at any time before, during, or after a pregnancy leave of absence. A pregnant employee is obliged to notify the Company of the need for a pregnancy leave as soon as possible before the pregnancy leave commences and terminates.

Section 8. Peace Corps Leave.    Any employee who has seniority and who is accepted for service in the Peace Corps shall, upon making written application, be granted a leave of absence for his first term of service in the Corps, not to exceed a period of thirty (30) months. Seniority will accumulate during the period of such leave.

Section 9. Educational Leaves.    Employee veterans who have acquired seniority and other employees with seniority of one or more years who desire to further their education may make application for a leave of absence for that purpose. The granting of such a leave shall be subject to mutual agreement between the Company and the Union following consideration of the applicant's length of service and the type of schooling to be followed.

Such a leave shall be continuous for a period not to exceed twelve (12) months. Additional leaves of absence may be granted at the option of Management.

Section 10. Seniority Continuation During Leaves.    Seniority shall accumulate during authorized leaves of absence.

## ARTICLE XI    WAGES, HOURS, AND OVERTIME

Section 1. Overtime.    For the purpose of computing overtime premium pay, the regular working day is eight (8) hours and regular working week is forty (40) hours.

The work week shall be deemed to commence with the No. 1 shift Monday (7:00 P.M. Sunday to 5:00 A.M. Monday) and ends one hundred sixty-eight (168) hours there-after.

Work schedules which exceed eight (8) hours per day or forty (40) hours per week shall be compensated for as follows:

A.  Daily.    Time and one-half will be paid for all hours worked in excess of eight (8) hours per day in any continuous twenty-four (24) hours beginning with the starting time of the employee's shift, and for all hours worked in excess of forty (40) hours per week. When hours are worked in excess of eight (8) in twenty-four (24) hours because of an employee-requested shift change, such hours will not be considered for overtime premium pay unless those hours otherwise qualify for such premium pay.

B.  Saturday.    Time and one-half will be paid for Saturday work. No employee shall be laid off during the week for the purpose of avoiding overtime payment.

C.  Sunday and Holidays.      Double time will be paid for work on
Sundays and for work on the designated holidays.

D.  Pyramiding.      There shall be no pyramiding of overtime pay,
and allowance made for time not worked shall not be used in com-
puting hours worked.

E.  Notice.      When possible, the Company agrees to give nine (9)
working hours previous notice of work to be performed on Saturdays
and holidays.

F.  Overtime Work Opportunities.      When overtime is necessary,
employees who hold the classification involved shall work the overtime
period.  Insofar as practical, employees working on the same operation
shall have the overtime divided equitably among them.  Employees may
decline the overtime subject to the remainder of this paragraph.
Overtime regularly scheduled for periods of time will be rotated.  Daily
overtime on a casual basis will be performed by the man who holds the
classification and job involved (if he is notified of the overtime work
the preceding day, it will be compulsory for him to perform such daily
overtime.  If he is notified on the day when the overtime is scheduled
to be performed, it will be voluntary.).

Regarding Saturday overtime, the Company will follow its past practice
of going outside of the department and classifications scheduled to
work to get qualified volunteers in the event a sufficient number of
employees in the department affected do not wish to work overtime.
Having done this and still not having sufficient employees willing
to work the Saturday overtime, the Company will then assign the over-
time work to employees in the classification in the order of inverse
seniority with the junior qualified employee assigned first, etc., until

the Company has obtained sufficient employees to do the work.
This provision does not apply to temporary employees, nor does
it apply to Sunday overtime, except that it will apply to Sunday
on breakdown situations, and in case of national emergency.

G.  Equalization of Overtime.  All employees' overtime hours will
be adjusted to zero beginning 9/3/72.  The following provisions
of this paragraph apply to weekend overtime:

When an entire department is scheduled to work overtime, this information
will be posted on the department bulletin board by Wednesday noon.
All employees will report for work on their regular shift unless
they inform their foreman by 7:00 A.M., Thursday, that they do not
want to work the overtime offered, in which case they will be charged
with the equivalent overtime hours.  If an employee is absent on
Wednesday, he will be scheduled to work the overtime.  If he is also
absent Thursday, he will be deleted from the overtime schedule and
charged the equivalent hours.  The jobs will then be filled by
qualified volunteers from outside the department.

When a partial department is scheduled to work, scheduled overtime
will be offered to employees in their classification within the
department in the order of least amount of overtime hours until jobs
are filled.  The determining factor in overtime assignment will be
the least number of overtime hours worked or charged without regard to
seniority.  The first employees asked will be offered work on their
regular shift until the employees' regular shifts are filled.  Next
employees asked will be offered work on a shift other than their
regular shift.  When an employee is offered overtime, he will be advised

-32-

of the day, shift and job. The employee must accept or reject the overtime offer at the time the offer is made. An employee who refuses offered overtime will be charged with the equivalent number of overtime hours. If an employee is absent for any reason when the overtime is offered, he is automatically charged the equivalent overtime hours.

Two (2) lists reflecting overtime hours <u>worked by volunteers</u> <u>(i.e., a plant-wide list and a departmental list)</u> will be maintained by the Personnel Department in order to equalize overtime hours worked out of classification or out of regular department. When insufficient employees in a department volunteer to work scheduled weekend overtime, qualified volunteers from other departments will be offered overtime according to the least number of overtime hours worked or charged in departments other than their own. Hours included on the "volunteer" list will not be included in the department list.

Union representatives will be charged overtime hours in the same manner as any other employee. In the event that an employee is no longer a Union representative, his overtime hours within his classification will be adjusted to the highest number of overtime hours within the classification.

An employee who accepts an overtime assignment and who fails to report for work without acceptable excuse will be charged double the overtime hours available to work.

H. Union Representation on Overtime.    When five (5) or more people are scheduled to work overtime in a Steward's department or district,

the Steward will be offered an opportunity to work provided he is qualified to do one of the jobs scheduled to be performed. If the Steward is unavailable or unable to perform one of the jobs scheduled, a Bargaining Committeeman will be offered work in his place, provided he is qualified to perform one of the jobs scheduled to be done. This will be handled according to established past practice.

I. Union Time Away from Plant.    No Local Union Officer shall take time away from the plant for the purpose of conducting Union business except with the permission of his foreman or supervisor. Such permission shall be freely granted. In the event such officer leaves the plant with permission during his work shift to perform duties for the Union, the time so taken shall, for the purpose of computing overtime pay or holiday pay, be considered as time actually worked.

J. Union Time in Contract Negotiations.    Time spent by the Bargaining Committee in contract negotiations will be counted as time worked for the purpose of pension credit, vacation hour requirements, vacation pay computations, and to satisfy the conditions for holiday pay if otherwise eligible.

Section 2.  Holiday Pay Computation.    Employees will be paid eight (8) hours' pay at their regular straight time hourly rate, exclusive of night shift, and overtime premium for the holidays specified elsewhere in this Contract, providing they meet all of the eligibility rules set forth in this Contract.

Section 3.  Shift Designation.

A. An employee whose scheduled shift starts on or after 7:00 P.M. but

before 5:00 A.M. shall be deemed to be working the No. 1 (Midnight) shift.

B. An employee whose scheduled shift starts on or after 5:00 A.M. but before 10:30 A.M. shall be deemed to be working the No. 2 (Day) shift.

C. An employee whose scheduled shift starts on or after 10:30 A.M. but before 7:00 P.M. shall be deemed to be working the No. 3 (Afternoon) shift.

Section 4. Report Pay.    Any employee permitted to report for work, without having been notified that there will be no work, will be given four (4) hours' work or four (4) hours' pay at his regular rate. This provision shall not apply when the lack of work is due to labor dispute at this plant, fire, acts of God, utility failures, or other causes beyond the control of the Company. Employees absent at the time notice is given that there will be no work and employees reporting for work following a leave of absence will not be entitled to call-in pay.

Section 5. Call-Back Pay.    Any employee called to work will be given a minimum of four (4) hours' work in the plant or four (4) hours' pay at his regular hourly rate. Any employee called to work during a shift other than the one he is regularly working, because of an emergency, will be paid a minimum of four (4) hours' pay, and may not be required to work beyond the duration of the emergency. This will not include persons continuing work into another shift beyond their regular working hours.

Section 6. Pay Checks.    Under normal conditions, pay checks will be distributed prior to the lunch period on Friday of each employee's regularly scheduled work week. Afternoon shift employees will normally receive their pay checks on

Thursday. However, any such employees who receive pay checks on Thursday and who do not complete their work shift on Thursday or who do not report to work on the scheduled next day following receipt of said pay checks will forfeit their privilege of being paid on Thursday until they have demonstrated improved work attendance.

Section 7. Shift Premium.    A shift premium of <u>fifteen cents (15¢)</u> per hour will be paid to employees regularly working on the first (Midnight) shift. A shift premium of ten cents (10¢) per hour will be paid to employees regularly working on the third (Afternoon) shift.

Section 8. Wage Increases.    Although not contained in this contract, the document entitled "Exhibit A", which reflects all established job classifications and hourly pay rates covered by this agreement, is a part of this contract.

During the life of this agreement, hourly pay rates reflected on "Exhibit A" will be increased at the times and in the amounts specified in this labor agreement's Section 8 within Article XI.

    A.  Effective on and after September 3, 1972:

        1)  Hourly pay rates reflected in "Exhibit A" will be increased by the amounts subsequently reflected adjacent to the established "Exhibit A" job classifications to which they will be added.

| | |
|---|---|
| Janitor-Sweeper | 15¢ |
| Labor-Material Handler | 15¢ |
| | |
| Production Helper (Fab, Forge, Ext., Ship. & Rec., Paid Depts.) | 17¢ |
| Forge Saw Operator | 17¢ |
| Forge Tumbler Operator | 17¢ |
| Ext. Baler Operator | 17¢ |
| Lea, Sand & Deburr | 17¢ |
| Tool Keeper | 17¢ |
| Ext. Die-Head Man | 17¢ |
| Forge Belt Inspector | 17¢ |
| Ext. Press Utility Man | 17¢ |
| Fab. Anodize Hoist Operator | 17¢ |
| Forge Chamber Operator | 17¢ |
| Forge Grinder Operator | 17¢ |
| Silk Screener | 17¢ |
| Line Sander Operator (Machine Operator Only) | 17¢ |
| Tool Room Helper | 17¢ |
| Fab. Anodize Rack Maker | 17¢ |
| Gas Welder | 17¢ |
| Torch Brazer | 17¢ |
| Stockkeeper | 17¢ |
| Ext. Billet Saw Operator | 17¢ |

(cont'd.)

| JOB CLASSIFICATIONS | HOURLY WAGE INCREASE EFFECTIVE 9/3/72 |
|---|---|
| Warehouseman | 17¢ |
| Forge Press Operator | 19¢ |
| Oiler | 19¢ |
| Screw Machine Operator | 19¢ |
| Laboratory Helper | 19¢ |
| Fab. Set-Up Man | 19¢ |
| Hand Buffing (separately or in combination with deburring) | 19¢ |
| Floor Inspector | 19¢ |
| Samplemaker | 19¢ |
| Extrusion Press Operator | 19¢ |
| Layout Inspector | 19¢ |
| Screw Machine Operator & Set Up | 19¢ |
| Extrusion Die Repair Classification | 21¢ |
| Maintenance Dept. (Trainees, Apprentices, & Journeymen) | 23¢ |
| Tool Room (Trainees, Apprentices, & Journeymen) | 25¢ |

2) Also effective on and after September 3, 1972, twenty-
seven cents (27¢) per hour will be added to all hourly
pay rates established for the job classifications
reflected on "Exhibit A" in accordance with sub-section
A-2 of this Section 8 if, when, and to the extent
permissible under Federally sanctioned Pay Board
guidelines. This twenty-seven cents (27¢) per hour
represents Cost-of-Living monies (i.e., COLA) which
would have been paid to otherwise eligible employees
during the term of the labor agreement that expired
on September 2, 1972, had the Company's COLA obligation
not been limited under the terms of that labor
agreement. Acknowledgment of this twenty-seven cents
(27¢) per hour is in deference to and in complete
fulfillment of the terms of a letter concerning lost
COLA monies from the Company to the Union, dated
December 5, 1969, which letter was the consequence of
negotiations between the parties to this agreement
toward mutual agreement on the terms of the labor
agreement which terminated on September 2, 1972.

It is understood that the combination of this twenty-
seven cents (27¢) per hour with the wage increase to
which specific reference is made in sub-section A-1
of this Section 8 may not be permissible under Federal
Pay Board guidelines. As a consequence, all wage
increases to which this sub-section A makes reference

will be implemented in accordance with the following rules:

a) Effective September 3, 1972, that portion of all wage increases to which sub-section A of this Section 8 makes reference, reduced by the impact of roll-up, which is equivalent to five and one-half percent (5.5%) of all bargaining unit labor costs as defined by the Federal Pay Board, will be added to all established "Exhibit A" pay rates. (Roll-up impact is the estimated increased costs of overtime premium, vacation pay, holiday pay, jury pay, and bereavement pay that are the consequence of increasing the hourly pay rate on which such pay computations are based.) The result will be an hourly increase to all "Exhibit A" pay rates on 9/3/72 of that amount specified in sub-section A-2 of this Section 8, or a total amount of twenty-three cents (23¢) per hour, which amount when added to its roll-up impact of three cents (3¢) per hour is the maximum amount permitted by Federal Pay Board guidelines.

b) The remaining twenty-two cents (22¢) per hour
of total monies negotiated for effectuation
on and after 9/3/72 under sub-section A-2 of
this Section 8 will be added to established
hourly pay rates if, when, and to the extent
permitted by Federal Pay Board guidelines.
If the Federal Pay Board rules that such
monies may be implemented effective 9/3/72,
twenty-two cents (22¢) per hour will be
added to all hourly pay rates reflected by
"Exhibit A" to this contract. If the Federal
Pay Board rules that such monies may not be
implemented, the twenty-two cents (22¢) per
hour will not be implemented until on and
after the date on which the Federal Pay Board
makes public a written modification to its
previous ruling or the Federal Pay Board is
dissolved and is not replaced with similar
Federal prohibitions. The Company's obligation
to effect this twenty-two cents (22¢) per hour
if, when, and to the extent permissible, will
cease concurrent with the expiration of this
contract.

B. Effective on and after September 3, 1973:

On September 3, 1973, hourly pay rates reflected by "Exhibit A"

to this agreement will be increased in accordance with the following table; however, such increases in the aggregate will not exceed three percent (3%) of all "Exhibit A" hourly pay rates in effect just prior to September 3, 1973.

| Exhibit A Hourly Pay Rates Between | Will, on 9/3/73, Warrant an Hourly Increase of |
|---|---|
| $3.83 or less | 11¢ |
| $3.84 to $4.16 | 12¢ |
| $4.17 to $4.49 | 13¢ |
| $4.50 to $4.83 | 14¢ |
| $4.84 to $5.16 | 15¢ |
| $5.17 to $5.49 | 16¢ |
| $5.50 to $5.83 | 17¢ |
| $5.84 to $6.16 | 18¢ |
| $6.17 to $6.49 | 19¢ |
| $6.50 to $6.83 | 20¢ |
| $6.84 to $7.16 | 21¢ |
| $7.17 to $7.49 | 22¢ |

C.  Effective on and after September 8, 1974:

On September 8, 1974, hourly pay rates reflected by "Exhibit A" to this agreement will be increased in accordance with the following table; however, such increases in the aggregate will not exceed three percent (3%) of all "Exhibit A" hourly pay rates in effect just prior to September 8, 1974.

| Exhibit A Hourly Pay Rates Between | Will, on 9/8/74, grant an Hourly Increase of |
|---|---|
| $3.83 or less | 11¢ |
| $3.84 to $4.16 | ?¢ |
| $4.17 to $4.49 | ¢ |
| $4.50 to $4.83 | |
| $4.84 to $5.16 | |
| $5.17 to $5.49 | 16¢ |
| $5.50 to $5.83 | 17¢ |
| $5.84 to $6.16 | 18¢ |
| $6.17 to $6.49 | 19¢ |
| $6.50 to $6.83 | 20¢ |
| $6.84 to $7.16 | 21¢ |
| $7.17 to $7.49 | 22¢ |

Section 9.  New Pay Rate.    Rates for new job classifications as established
by the Company shall be designated as temporary and the Union notified thereof
within five (5) days.  The rate shall be considered temporary for a period of
one (1) month following the date of notification to the Union.  During this
period, the Union may request the Company to negotiate the rate for the job
classification.  The negotiated rate, if higher than the temporary rate, shall
be applied retroactively to the date of the establishment of the temporary rate.
If no request has been made by the Union to negotiate the rate within the one (1)-
month period or upon completion of negotiations, the temporary rate or the
negotiated rate, as the case may be, shall become the established rate for the
job classification.  If no agreement is reached within thirty (30) days after the
Union requests the Company to negotiate the rate, the dispute over such rate may
be submitted under the Grievance Procedure at Section   C, but not subject to
arbitration.

Section 10.  Cost-of-Living Allowance (COLA)

A.  Allowance Basis.    Each employee covered by this agreement
shall receive a Cost-of-Living Allowance in accordance with this
Section of the labor agreement.

It is agreed that only the Cost-of-Living Allowance will be sub-
ject to reduction so that, if a sufficient decline in the cost of
living occurs, employees will immediately enjoy a better standard
of living.  Such an improvement will be an addition to the improve-
ment factor increases provided for in Section 8 of this Article.

The Cost-of-Living Allowance will be determined in accordance with
changes in the official Consumer Price Index for Urban Wage Earners

and Clerical Worker (including Single Workers), published by the
Bureau of Labor St    stics, U. S. Department of Labor, (1957-1959 = 100)
and hereinafter re    red to as the BLS Consumer Price Index.

In the event the    au of Labor S!    does not issue the
appropriate Cons    Price Indexes    fore the beginning of
one of the pay    ds to which su    ference is made, any
adjustments    ost-of-Living    required by such appro-
priate index    ll be effective at    ginning of the first pay
period after    pt of the Indexes.

No adjustments, retroactive or otherwise, shall be made due to any
revision which may later be made in the published figures for the
BLS Consumer Price Index for any month or months subsequently
specified.

The parties to this agreement agree that the continuance of the
Cost-of-Living Allowance is dependent upon the availability of the
monthly BLS Consumer Price Index in its present form and calculated
on the same basis as the Index for July 15, 1972, unless otherwise
agreed upon by the parties.  If the Bureau of Labor Statistics changes
the form or the basis of calculating the BLS Consumer Price Index,
the parties agree to request the Bureau to make available, for the
life of this agreement, a monthly Consumer Price Index in its present
form and calculated on the same basis as the Index for July 15, 1972.
B.  Application of COLA to Earnings.   The Cost-of-Living Allowance
provided by this labor agreement Section shall be added to each
employee's hourly wage rate (or straight time hourly earned rate, in
the case of employees on an incentive job classification) and will

-45-

be adjusted up or down as _subsequently_ provided.

The Cost-of-Living Allowance shall be taken into account in computing overtime, Sunday, holiday, and in determining call-in pay and pay for vacations and unworked holidays.

C.   COLA Amounts.

   1)  Effective on and after September 3, 1972, the Cost-of-Living Allowance of twenty-one cents (21¢) per hour which was in effect just prior to midnight on September 2, 1972, will be added to all hourly pay rates reflected in "Exhibit A" of this contract and will become a permanent part of hourly base rates.

   2)  At the start of the first pay period beginning on or after September 1, 1973, a Cost-of-Living Allowance will be established in accordance with this Section 10 of Article XI in an amount equal to one cent (1¢) for each full four tenths of one percent (.4 of 1%) change in the Consumer Price Index during the period July 15, 1972 through July 15, 1973.

   3)  At the start of the first pay period beginning on or after September 1, 1974, a Cost-of-Living Allowance will be established in accordance with this Section 10 of Article XI in an amount equal to one cent (1¢) for each full four tenths of one percent (.4 of 1%) change in the Consumer Price Index during the period July 15, 1973 through July 15, 1974.

Section 1.  Bereavement Pay.     When death occurs in an employee's family (i.e., spouse, parent or step-parent, parent or step-parent of a current spouse, child or step-child, brother, stepbrother or half-brother, or sister, stepsister

or half-sister), the employee, on request, will be excused for any of the first three (3) normally scheduled working days (excluding Saturdays, Sundays and holidays) immediately following the date of death provided he attends the funeral.

In the event a member of the employee's immediate family as above defined dies while in the active service of the Armed Forces of the United States, the employee may, should the funeral be delayed, have his excused absence from work delayed until the period of three (3) normally scheduled working days, which includes the date of the funeral. In the event the body of a member of the employee's immediate family as above defined is not buried in continental North America solely because the cause of death has physically destroyed the body or the body is donated to an accredited North American hospital or medical center for research purposes, the requirement that the employee attend the funeral will be waived.

An employee excused from work under the above paragraph shall, after making written application, receive the amount of wages he would have earned by working during straight time hours on such scheduled days of work for which he is excused (excluding Saturdays, Sundays and holidays, or, in the case of employees working in necessary continuous seven (7)-day operations, the sixth (6th) and seventh (7th) work days of the employee's scheduled working week and holidays).

Except for employees compensated on group bonus or piece work, payment shall be made at the employee's rate of pay, not including overtime and night shift premium, as of his last day worked. For employees on group bonus or piece work, payment shall be made at the employee's average hourly earned rate, not including overtime and night shift premium, for the hours worked during the last pay period in which the employee worked preceding the pay period in which he is excused. Time thus paid will not be counted as hours worked for purposes of overtime.

Section 12.  Jury Duty.     An employee with one (1) or more years' seniority who
is summoned and reports for jury duty, as prescribed by applicable law, shall be
paid by the Company an amount equal to the difference between the amount of wages
(excluding night shift premium and continuous operations premium) the employee
otherwise would have earned by working during straight time hours for the Company
on that day -- and the daily jury duty fee paid by the court (not including travel
allowances or reimbursement of expenses) for each day on which he reports for or
performs jury duty and on which he otherwise would have been scheduled to work for
the Company.

The Company's obligation to pay an employee for jury duty is limited to a maximum
of sixty (60) days in any calendar year.

In order to receive payment, an employee must give local Management prior notice
that he has been summoned for jury duty and must furnish satisfactory evidence that
he reported for or performed jury duty on the days for which he claims such payment.
The provisions of this Section are not applicable to an employee who, without being
summoned, volunteers for jury duty.


ARTICLE XII   HOLIDAY PAY

Section 1.  Holidays and Eligibility.     All hourly rated employees shall receive
holiday pay for New Year's Day, Good Friday, Memorial Day, Fourth of July, Labor
Day, Thanksgiving Day, the day after Thanksgiving Day, the day before Christmas,
Christmas Day, the day before New Year's, and for two (2) additional days, one (1)
of which will not become effective until during the second (2nd) year of this
labor agreement's life, providing:

    A.  The employee has seniority as of the date of the holiday;

B. The employee would otherwise have been scheduled to work on such day if it had not been a holiday; and

C. The employee must have worked the last scheduled work day prior to and the next scheduled work day after such holiday within the employee's scheduled work week; only one (1) work week will be considered. Employees tardy on such last and next scheduled work days shall not lose their holiday pay, provided such tardiness does not exceed twenty-five percent (25%) of the employee's scheduled work hours for that day. Employees absent on such last scheduled work day and next scheduled work day for reasons of illness must furnish acceptable proof of illness to the Company's Medical Department.

Section 2.  Holiday Celebration Dates.    The dates on which various holidays are celebrated during each of the calendar years 1973 and 1974 will be changed to afford time off between the Christmas and the New Year's holidays during the second (2nd) and third (3rd) years of this contract's life.  In the event an otherwise eligible employee is caused to work on a day subsequently designated as a celebration day, he will be eligible for premium pay as prescribed by this contract; however, in the event an otherwise eligible employee is caused to work on a holiday subsequently designated to be celebrated on another date, he will be paid in accordance with pay policies established for work performed on any regular work day during any regular work week.  The following table reflects those holidays which will be recognized by the new contract and the specific dates on which each of the respective holidays will be celebrated.

## CELEBRATION DATES DURING NEW CONTRACT'S LIFE

| Contract Holidays By Name | Calendar Year 1972 | Calendar Year 1973 | Calendar Year 1974 | Calendar Year 1975 |
|---|---|---|---|---|
| New Year's Day | | Mon. 1/ 1/73 | Tues. 1/ 1/74 | Wed. 1/ 1/75 |
| Good Friday | | Fri. 4/20/73 | Thurs. 12/27/73 | Fri. 3/28/75 |
| Memorial Day | | Mon. 5/28/73 | Mon. 5/27/74 | Mon. 5/26/75 |
| Independence Day | | Wed. 7/ 4/73 | Thurs. 7/ 4/74 | Fri. 7/ 4/75 |
| Labor Day | Mon. 9/ 4/72 | Mon. 9/ 3/73 | Mon. 9/ 2/74 | Mon. 9/ 1/75 |
| Thanksgiving Day | Thurs.11/23/72 | Thurs. 11/22/73 | Thurs. 11/28/74 | |
| Day after Thanksgiving Day | Fri. 11/24/72 | Fri. 11/23/73 | Fri. 11/29/74 | |
| Day before Christmas | Tues. 12/26/72 | Mon. 12/24/73 | Thurs. 12/26/74 | |
| Christmas Day | Mon. 12/25/72 | Tues. 12/25/73 | Wed. 12/25/74 | |
| Day before New Year's | Tues. 1/ 2/73 | Mon. 12/31/73 | Tues. 12/31/74 | |
| Employee's birthday | As it occurs throughout calendar year 1972 | Wed. 12/26/73 | Fri. 12/27/74 | |
| New Holiday (effective on and after 9/3/73) | | Fri. 12/28/73 | Mon. 12/30/74 | |

Section 3.  Holiday Pay Computation.     Holiday pay shall be for eight (8) hours at straight time exclusive of night bonus or overtime.

Section 4.  Eligibility Modifications.

    A.  Employees with seniority who have been laid off in a reduction of force during the work week prior to or during the week in which the holiday occurs will receive holiday pay.

B. Employees with seniority who are absent from work during a regularly scheduled work week during which one (1) of the above mentioned holidays falls, due to approved Leave of Absence or sick leave commencing not more than one (1) week prior to or terminating not more than one (1) week after the week in which the holiday falls, shall receive holiday pay.

C. Employees who are absent from work during a regularly scheduled work week due to an approved Vacation Leave of not more than four (4) weeks' duration, during which one (1) of the above holidays falls, shall receive holiday pay.

D. When a holiday falls on Saturday, eligible employees shall receive holiday pay, provided they have worked the full scheduled shift on the last preceding scheduled work day within the week in which that holiday falls.

E. Any employee who works on a holiday will receive holiday pay if otherwise eligible under the holiday procedure and will also be paid double his normal straight time earnings for such hours worked.

F. Employees who have accepted holiday work assignments and failed to report for and perform such work, without reasonable cause acceptable to management, shall not receive holiday pay.

G. Employees who receive holiday pay under this procedure and work part of a shift that falls within the holiday shall receive straight time for such work on a holiday.

## ARTICLE XIII    VACATION PROVISIONS

<u>Section 1.  Vacation Time Off.</u>    Each employee who, on January 1, 1973 and on each succeeding January 1, for the duration of this Agreement has one (1) year or more of seniority and who in the twelve (12) months preceding said date shall have worked not less than one thousand forty (1,040) hours shall be entitled to vacation pay as outlined in Section 2 below, and time off, if desired, for a period according to years of service as follows:

| Service on Qualifying Date | Time Off |
|---|---|
| One (1) to two (2) years service | One (1) week off |
| Two (2) to eight (8) years service | Two (2) weeks off |
| Eight (8) to fifteen (15) years service | Three (3) weeks off |
| Fifteen (15) years service and over" "' | Four (4) weeks off |

An employee who moves to a new length-of-service bracket on his anniversary hire date will be allowed vacation leave corresponding to the number of weeks for that particular year that his new bracket calls for.  For example:  An employee whose eighth (8th) anniversary hire date falls on September 1 is entitled to two (2) weeks' vacation time off prior to September 1.  After September 1, he would be eligible for an additional one (1) week for a total of three (3) weeks in that calendar year.

Requests for vacation time off must be made and approved by the Company and the Union at least two (2) weeks in advance and the Company reserves the right to limit the number of leaves in any department at one time to not more than ten percent (10%) of the number of employees in that department.

Vacations will be allocated by seniority, except in those cases where such

allocation would result in too many employees in the same classification being off, in which event the Company will retain the necessary employees to maintain the operation.

Time lost on account of industrial accidents or occupational disease, as well as time lost away from the plant by Union Representatives on official Union business, shall be counted as time worked for the purpose of this Section.

Vacation time unused in any calendar year shall be of no value or credit in any other year, except for one (1) week, which may be banked.

Section 2. Vacation Pay

    A. Vacation pay will be computed in accordance with the following:

| Seniority on December 31 | % of all Earnings Except Vacation Pay During the Calendar Year |
|---|---|
| One (1) year, but less than three (3) years | $3\frac{1}{2}$% |
| Three (3) years, but less than five (5) years | $4\frac{1}{2}$% |
| Five (5) years, but less than ten (10) years | 6% |
| Ten (10) years, but less than fifteen (15) years | $6\frac{1}{2}$% |
| Fifteen (15) years, but less than twenty (20) years | 7% |
| Twenty (20) years or over | $7\frac{1}{2}$% |

    B. Employees who quit or are discharged shall receive their vacation bonus provided they have accumulated one (1) or more years' seniority at the date of quitting.

    C. Employees who retire under the terms of Article XIV of this agreement will receive vacation bonus for the portion of the year during which they were active employees, but will not be entitled

to any vacation bonus for any period after the date of retirement.

D.  The vacation bonus will be paid before March 1 of each year during the life of this agreement.


## ARTICLE XIV    PENSION PLAN

Section 1.  General.    The pension plan which was in effect during the life of the contract that expired on September 2, 1972, will continue as a part of this labor agreement and will continue in effect during the new contract's life at Company expense.  In addition, the improvements described in subsequent sections of this Article will be placed into effect on the dates indicated at Company expense.

Effecting improvements to which this Article makes reference on the dates indicated is contingent upon the Company's receipt of written approvals from such governmental authorities as may have jurisdiction to determine whether the pension plan will continue to be exempt under the plan's terms.  In the event that such approval is not timely, the subsequently specified effective dates will be deferred to the first of the calendar month immediately following the calendar month during which such written approvals are received.

The additional cost of subsequently reflected improvements will be funded over new thirty (30)-year periods, which periods will commence with the improvements' respective effective dates.

Section 2.  Future Retirees.

A.  The pension benefit of an otherwise eligible employee who is age sixty-two (62) but not age sixty-five (65) and who qualifies and applies for early retirement benefits on or after January 1, 1973,

will not be actuarily reduced in accordance with the retirement provisions of the existing pension plan; however, the pension benefit of an otherwise eligible employee who is age fifty-seven (57) but not age sixty-two (62) and who qualifies and applies for early retirement benefits on or after January 1, 1973, will be actuarily reduced in accordance with the early retirement provisions of the existing pension plan.

B. For otherwise eligible employees who qualify and apply for normal, early, or disability retirement benefits on and after January 1, 1973, the benefit level per month per year of credited service will be increased from five dollars ($5.00) to five dollars and fifty cents ($5.50). On and after January 1, 1973, this improvement will be applied to the monthly pension benefit of otherwise eligible retirees who qualified and applied for normal, early, or disability retirement benefits on and after 9/3/72.

C. For otherwise eligible employees who qualify and apply for normal, early, or disability retirement benefits at the start of the first (1st) calendar month beginning on or after January 1, 1974, the benefit level per month per year of credited service will be increased from five dollars and fifty cents ($5.50) to six dollars ($6.00). On and after January 1, 1974, this improvement will be applied to the monthly pension benefit of otherwise eligible retirees who qualified and applied for normal, early, or disability retirement benefits on and after 9/3/73.

D. For otherwise eligible employees who qualify and apply for normal, early, or disability retirement benefits on or after January 1, 1975, the benefit level per month per year of credited

service will be increased from six dollars ($6.00) to six dollars
and fifty cents ($6.50). On and after January 1, 1975, this improve-
ment will be applied to the monthly pension benefit of otherwise
eligible retirees who qualified and applied for normal, early, or
disability retirement benefits on and after 9/3/74.

These improvements do not apply to former employees whose seniority
was or is terminated prior to the effective dates of these improve-
ments.

Section 3. Past Retirees.    On and after January 1, 1973, the pension benefit
of former employees who retired under the normal,early, or disability feature
of the pension plan prior to 9/3/72 will be increased by fifty cents (50¢) per
month per year of credited service.

On and after January 1, 1974, the pension benefit of former employees who retired
under the normal, early, or disability feature of the pension plan prior to
9/3/72 will be increased by fifty cents (50¢) per month per year of credited
service.

Section 4. Survivor's Option Feature.

   A.  In the event that a retiree's designated survivor predeceases
   the retiree and in the event such retiree has elected the
   survivor's option benefit, the retiree's pension benefit will be
   reinstated to what it would have been had he not elected the sur-
   vivor's option feature.  Such reinstatement will be effective at
   the start of the first (1st) calendar month following the Company's
   receipt of written notice and written proof of the survivor's
   death from the otherwise eligible retiree.  This change will apply

to otherwise eligible retirees whose spouses predecease them on and after January 1, 1973.

B. An otherwise eligible disability retiree who becomes totally and permanently disabled on or after January 1, 1973, and who is at least sixty (60) years of age, may choose the survivor's option at any time before he reaches age sixty-five (65).

C. The income test for spouses of otherwise eligible female retirees will be eliminated as a determinant of whether such an employee may elect the surviving spouse feature. In other terms, the spouse of a female retiree will be regarded the same as the spouse of a male retiree for purposes of electing the surviving spouse option. This improvement will apply to otherwise eligible employees who qualify and apply for pension benefits on and after January 1, 1973.

## Section 5. Credited Service.

A. On and after January 1, 1973, an employee who commences an industrial injury leave (i.e., a leave precipitated by an on-the-job sickness or illness) will be given pension credit for up to two (2) continuous years while he is away from work on an approved leave of absence. No more than two (2) years of pension plan credited service will be granted in conjunction with any given industrial injury or sickness.

B. Pension credits will be granted to a local Union officer or to a steward for the time spent away from the plant conducting Union business if such credits, when combined with other pension credits earned under the pension plan during that pension-credit year, will equal a full year of pension plan credited service.

Section 6. Workmen's Compensation Offset to Pension Benefits.     On and after
January 1, 1973, the monthly pension benefit of an employee who is age sixty-
five (65) but not age sixty-seven (67) and who is otherwise qualified for any
type of pension benefit under the pension plan will be reduced by fifty percent
(50%) of the amount of any Workmen's Compensation benefits he is receiving.

On and after January 1, 1973, the monthly pension benefit of an employee who is
age sixty-seven (67) or older and who is otherwise qualified for any type of
pension benefit under the pension plan will be reduced by one hundred percent
(100%) of the amount of any Workmen's Compensation benefits he is receiving.

## ARTICLE XV     INSURANCE

Section 1.  General.     Life, accidental death and dismemberment, transition and
bridge, weekly indemnity, and medical insurance coverages (i.e., hospitalization
and surgical) for active and inactive payroll employees which were in effect
during the life of the contract that expired on September 2, 1972, will continue
in effect during the new contract's life at Company expense.  In addition, the
improvements to which this Article makes reference will be placed into effect on
the dates indicated at Company expense.  Policies regarding eligibility for
coverage and coverage effective dates which prevailed during the life of the
contract that expired September 2, 1972, and which are unchanged by this Article
of the contract will continue in effect during this labor agreement's life.

Section 2.  Life Insurance.     Effective October 1, 1972, life insurance coverage
for otherwise eligible active payroll employees will be increased from eight
thousand dollars ($8,000) to nine thousand dollars ($9,000).

Effective October 1, 1973, life insurance coverage for otherwise eligible active payroll employees will be increased from nine thousand dollars ($9,000) to nine thousand five hundred dollars ($9,500).

Effective October 1, 1974, life insurance coverage for otherwise eligible active payroll employees will be increased from nine thousand five hundred dollars ($9,500) to ten thousand dollars ($10,000).

Section 3. Accidental Death & Dismemberment Insurance.    Effective October 1, 1972, accidental death and dismemberment coverage for otherwise eligible active payroll employees will be increased from six thousand dollars ($6,000) to seven thousand dollars ($7,000).

Effective October 1, 1973, accidental death and dismemberment coverages for otherwise eligible active payroll employees will be increased from seven thousand dollars ($7,000) to eight thousand dollars ($8,000).

Section 4. Transition and Bridge Benefits.    Effective October 1, 1973, the monthly benefit under the transition and bridge program will be increased from one hundred dollars ($100) to one hundred twenty-five dollars ($125). This improvement will apply to claims initiated by eligible survivors based on qualifying deaths which occur on and after this improvement's effective date.

Section 5. Weekly Sickness and Accident Benefits.    For new claims based on qualified disabilities which commence on and after October 1, 1972, the weekly sickness and accident benefit will be increased from sixty five dollars ($65) per week to seventy dollars ($70) per week during the twenty-six (26)-week period.

For new claims based on qualified disabilities which commence on and after October 1, 1973, the weekly sickness and accident benefit will be increased from

seventy dollars ($70) per week to seventy-five ($75) per week during the twenty-six (26)-week period.

Section 6.  Blue Shield $2.00 Co-Pay Drug Program.     Effective October 1, 1972, otherwise eligible active payroll employees will be covered by the "Michigan Blue Shield $2.00 Co-Pay Drug Program".  Also effective October 1, 1972, the Company will pay one-half (½) the cost of Blue Shield $2.00 Co-Pay Drug Program coverage for former employees who have retired under any feature of the pension plan covered by this agreement, providing retirees pay the remaining drug program cost in advance by authorizing deductions from their monthly pension benefit checks.

## ARTICLE XVI    GENERAL

Section 1.  Bulletin Boards.     The Company shall permit the use by the Union of sufficient space on the Company's bulletin board for the posting of notices restricted as follows:

A.  Notices of Union recreational and social affairs.

B.  Notice of Union elections, appointments, and results of Union elections pertaining to the plant or department involved.

C.  Notice of Union meetings.

All such notices must be submitted to the Company for approval before posting.

Section 2.  Safety.     The Company shall continue to make reasonable provisions for the safety and health of its employees during the hours of their employment, as it has prior to the signing of this agreement through the maintenance of its protective devices and equipment in accordance with the requirements of the State law.

In order to carry out the intent of this Section, the Union shall appoint two (2) of its members to serve on the Plant Safety Committee. The Plant Safety Committee shall meet at least once each month. Special meetings may be held when conditions warrant. Unsafe conditions shall be reported first to the Supervisor of the area.

Section 3. Contract Pre-emption.  Any agreement made by representatives of either party which is not consistent with the terms of this contract shall be of no force and effect.

Section 4. Validity of Agreement.  This agreement supersedes all prior agreements and understandings, oral or written, except as they are expressly reaffirmed or incorporated herein. Should any term or terms of this agreement be or become wholly or partly in conflict with the laws existing during the term of this agreement, the validity of the balance of this agreement shall in no way be affected and this agreement shall be deemed modified to conform to the provisions of said existing laws.

Section 5. Complete Agreement.  The parties acknowledge that during the negotiations which resulted in this Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to any subject or matter not removed by law from the area of collective bargaining, and that the understandings and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in this agreement. Therefore, the Company and the Union, for the life of this agreement, each voluntarily and unqualifiedly waives the right, and each agrees that the other shall not be obligated, to bargain collectively with respect to any subject or matter referred to or covered in this agreement or with respect to any subject or matter not specifically referred to

or covered in this agreement, even though such subject or matter may not have been within the knowledge or contemplation of either or both of the parties at the time that they negotiated or signed this agreement.

Section 6.  Trustee Reports.     Copies of all Trustees' Reports of all benefit plans shall be provided to the International Union, UAW, Solidarity House, Detroit, Michigan, (8000 East Jefferson Avenue) and to the Regional Director, 1-D, Box H, Grand Rapids, Michigan  49501.

Section 7.  Mailing Lists.     Within thirty (30) days after the ratification of this agreement and every six (6) months thereafter during the term of this agreement, the Company shall give to the International Union the names of all retirees, as well as employees covered by this agreement, together with their addresses as they then appear on the records of the Company.  The International Union shall receive and retain such information in confidence and shall disclose it only to those officials of the Union whose duties require them to have such information.

Section 8.  Compensable Injuries.     When, because of a compensable injury, it is necessary for an employee to leave his work for medical treatment on the day of injury, he shall be paid for time lost from regular work while receiving treatment.  If the doctor finds that the employee is unable to return to work on the day of injury, the employee shall be paid for the balance of the shift on which he was injured.  If, upon his return to work, the employee has to receive medical treatment due to such injury, and such treatment can only be received during his regular work shift, he shall be paid for time lost while receiving treatment.

Section 9.  Printing of Contract:     The Company shall have the total agreement

printed in booklet form and furnish sufficient copies to the Union and to each employee in the bargaining unit.

Section 10.  Changes of Address.    It shall be the responsibility of employees to report any change of address or telephone numbers to the Company in writing. The employee shall get a receipt of such notice from the employment office with a duplicate furnished to the Union.

Section 11.  Credit Union Payroll Deduction.    As soon as is practical after this agreement's effective date, a credit union payroll deduction program will be placed into effect for employees covered by this Contract.  This program will be patterned after the credit union payroll deduction program currently in effect at the Company's South Haven, Michigan facility, which program, among other things, prescribes the manner in which an employee authorizes or rescinds authorization to deduct monies from his paychecks for remittance to the credit union and places restrictions on how often an employee may authorize or cancel such deductions from his paychecks.

## ARTICLE XVII    SKILLED TRADES SUPPLEMENT

Section 1.  Skilled Trades Definition.    Skilled Trades Departments, for the purpose of this Agreement, shall mean the Tool and Die Department, the Maintenance Department, and the Extrusion Die Repair.

Section 2.  Occupational Seniority.    Seniority in the Skilled Trades Departments shall be by occupations or trades within a department.  The seniority list shall be by basic classification, except that present employees of such departments shall continue to be listed in the same order shown on seniority lists last published prior to September 3, 1972, the date of this Agreement.  Neither this section nor any other section of this Agreement shall be interpreted to mean that the Company shall not have the right of assigning work outside of classification to fill out a Journeyman's time or to answer an emergency.

Section 3.  Future Occupational Seniority.    After the signing of this Agreement, seniority of Journeymen in the Skilled Trades Departments shall begin as of date of entry into such department, except graduates of the apprenticeship program; they shall have seniority as provided for in the apprenticeship standards.

Section 4.  Seniority Outside Skilled Trades.    Production workers will not carry seniority into the skilled trade occupations; however, skilled trades workers may, in case of layoff, exercise their plant seniority as provided in Article IX of the Bargaining Agreement.

Section 5. "Journeyman" Definition.    The term "journeyman" as used in this Agreement shall mean any person:

   A.  Who presently holds a Journeyman classification in the plant in
   the skilled trades occupations.

-64-

B. Who has served a bona fide apprenticeship and has a certificate which substantiates his claim of such service.

C. Who has had eight (8) years of practical experience and can prove same with proper affidavits.

The Company may consider the possession of a UAW Journeyman Card as presumptive proof of qualifications under "B" and "C" above.

Section 6.  Future Skilled Trades Employment.    Any further employment in the skilled trades occupations in these plants, after signing of this Agreement, shall be limited to Journeymen and Apprentices.

Section 7.  Change-Over Agreements.    Whenever the skilled trades occupations are required to increase their force, and Journeymen are not available, a changeover employee agreement may be negotiated.  Such agreement shall fully protect the equity of the skilled Journeyman and provide that the changeover employee shall not accumulate seniority of permanent status in the Skilled Department, but shall accumulate seniority in his Production Department.

The Company may hire temporary employees, whether or not a changeover agreement is negotiated, provided the skilled trades seniority employees are regularly employed and the agreed upon number of apprentices are indentured, and further provided the usual procedures for recruitment of Journeymen are continued.  Such temporary employees shall be hired with the understanding that seniority cannot be attained and release will be forthcoming as Journeymen become available through either the apprenticeship program or recruitment, or the need is removed.

Section 8.  Layoff & Recall.    In the case of layoff in the Skilled Trades

Department, the following procedure shall be used:

A.  Temporary employees.

B.  Probationary Journeymen.

C.  Youngest seniority employee within the occupation.

D. Youngest seniority employee in the department, providing the employee retained is able to perform the available work.

E. The same procedure shall apply in the Maintenance Department.

F. Recalls shall be made in the reverse order of the layoffs.

**Section 9. Skilled Trades Occupations.** The following classifications shall be established in the Skilled Trades Departments:

Tool & Die Maker

Electrician

Welder Maintenance (not apprenticeable)

Millwright

Extrusion Die Repair (not apprenticeable)

Saw Sharpener-Cannister Maker (not apprenticeable)

**Section 10. Apprenticeship Standards.** The Company and the Union have negotiated an apprenticeship program. The apprenticeship standards are in keeping with the standards of the International Union, UAW. The apprenticeship standards shall be considered as an inseparable part of the Supplementary Agreement.

**Section 11. Labor Agreement Application.** All sections of the Bargaining Agreement presently in effect which are not inconsistent with the Supplement shall apply to the skilled workers.

**Section 12. Extrusion Die Repair Training Program.** When Journeymen are not available in the Skilled Trades classification of Extrusion Die Repair which is not apprenticeable, workers from other sections of the plant may be transferred to such department and classified as trainees.

Such transferees shall be given on-the-job experience in the Extrusion Die Repair classification to make them proficient in performing their duties.

Trainees shall be selected after plant posting on the basis of their overall qualifications.

1. Applicants who are interested in and qualified for such a program.

2. Should no employees be interested and/or qualified, then the Company may hire suitably qualified persons outside of the Company. New employees shall not be hired into this classification until an opportunity has been provided for all qualified employees having adaptable skills to be transferred into these classifications.

3. Accepted applicants shall serve a probationary period of ninety (90) calendar days. Such time may be worked on the day shift.

4. The hiring rate of Extrusion Die Repairmen trainees exclusive of cost-of-living, shall be not less than twenty-three cents (23¢) less than the Journeyman rate with automatic increases of five cents (5¢) at the end of sixty (60) days, an additional six cents (6¢) at six (6) months, additional six cents (6¢) at one and one-half (1½) years, and final six cents (6¢) at the end of two (2) years in the training program.

5. Upon completion of the two (2)-year period, such employee shall use, for his Skilled Trades seniority, one hundred percent (100%) of his actual training time for the purpose of layoff and recall.

Only in the event of a curtailment of force in the Skilled Departments will such transferees be transferred back to their former departments, except during the probationary period. All trainees will be transferred or laid off before Journeymen are laid off.

-68-

The trainees will exercise their seniority in their own trainee classification in the event of reduction of force. The last individual transferred or hired into the department shall be the first transferred out or laid off, as the case may be.

Trainees shall work those shifts which would be most advantageous to their training.

## ARTICLE XVIII   TERMINATION AND MODIFICATION

This agreement will become effective on September 3, 1972, and shall continue in full force and effect without change until 12:00 midnight, September 2, 1975, and thereafter for successive periods of sixty (60) days, unless either party shall, on or before the sixtieth (60th) day prior to expiration, serve written notice on the other party of a desire to terminate, modify, alter, renegotiate, change, or amend this agreement. A notice of desire to modify, alter, amend, renegotiate, or change, or any combination thereof, shall have the effect of terminating the entire agreement (on the expiration date) in the same manner as a notice of desire to terminate, unless, before that date, all subjects of amendments proposed by either party have been disposed of by agreement or by withdrawal by the party proposing amendment.

Within ten (10) days after receipt of any such notice, a conference will be arranged to negotiate the proposals, in which case this agreement shall contine in full force and effect until termination, as provided herein.

Notices shall be sufficient if sent by mail, addressed, if to the Union, to Local No. 1402, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, Holland, Michigan, or to such other address as the Union

-69-

shall furnish to the Company in writing; and, if to the Company, to Bohn Aluminum & Brass Company, Plant No. 16, Holland, Michigan, or to such other address as the Company may furnish to the Union in writing.

IN WITNESS WHEREOF, the Company has caused these presents to be signed in its behalf by its duly authorized and accredited representatives; and the Union has caused the same to be signed in its name by its accredited officers and committeemen this _15TH_ day of _DECEMBER_, 1972.

BOHN ALUMINUM & BRASS COMPANY
HOLLAND, MICHIGAN
PLANT NO. 16
A Division of Gulf + Western Metals
Forming Company

Wilbert Ehmann

John J. Hosta

Roger N. Berkes

INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA
UAW AND LOCAL NO. 1402, UAW

Douglas Elenbaas

Robert Rietfield

Duane Johnson

Brian Hyma

Harald H. Kronemeyer

Robert Hulsebus, International
Representative

Kenneth W. Robinson, Regional Director

# INDEX

Page

Absenteeism and Tardiness . . . . . . . ✓ . . . . . . . . .

Accidental Death & Dismemberment Insurance . . . . . . . .

Allowance Basis . . . . . . . . . . . . . . . . . . . . .

Application of COLA to Earnings . . . . . . . . . . . . .


Bereavement Pay . . . . . . . . . . . . . . . . . . . . .

Blue Shield $2.00 Co-Pay Drug Program . . . . . . . . . .

Bulletin Boards . . . . . . . . . . . . . . . . . . . . .


Call-Back Pay . . . . . . . . . . . . . . . . . . . . . .

Change-over Agreements . . . . . . . . . . . . . . . . .

Changes of Address . . . . . . . . . . . . . . . . . . .

Checkoff . . . . . . . . . . . . . . . . . . . . . . . .

COLA Amounts . . . . . . . . . . . . . . . . . . . . . .

Compensable Injuries . . . . . . . . . . . . . . . . . .

Complete Agreement . . . . . . . . . . . . . . . . . . .

Contract Pre-emption . . . . . . . . . . . . . . . . . .

Cost-of-Living Allowance (COLA) . . . . . . . . . . . . .

Credit Union Payroll Deduction . . . . . . . . . . . . .

Credited Service . . . . . . . . . . . . . . . . . . . .


Daily Overtime . . . . . . . . . . . . . . . . . . . . .

Department Seniority . . . . . . . . . . . . . . . . . .

Disability Placement Option . . . . . . . . . . . . . . .

Disciplinary Hearings . . . . . . . . . . . . . . . . .

Disciplinary Protests . . . . . . . . . . . . . . . . .

Discipline and Discharge, general . . . . . . . . . . . .

Discipline Penalty Limit . . . . . . . . . . . . . . .


Educational Leaves . . . . . . . . . . . . . . . . . . .

Effect of Layoff on Transfer Seniority . . . . . . . . .

Eligibility . . . . . . . . . . . . . . . . . . . . . .

Eligibility Modifications . . . . . . . . . . . . . . . .

Equalization of Overtime . . . . . . . . . . . . . . . .

Extrusion Die Repair Training Program . . . . . . . . . .


Future Retirees . . . . . . . . . . . . . . . . . . . .

Future Skilled Trades Employment . . . . . . . . . . . .


Garnishments . . . . . . . . . . . . . . . . . . . . . .

General Leaves . . . . . . . . . . . . . . . . . . . . .

General Leaves Duration . . . . . . . . . . . . . . . . .

Grievance Steps . . . . . . . . . . . . . . . . . . . .


Holiday Celebration Dates . . . . . . . . . . . . . . . .

Holiday Pay Computation . . . . . . . . . . . . . . . . .

Holidays and Eligibility . . . . . . . . . . . . . . . .

Home Department Recall . . . . . . . . . . . . . . . . .

Humanitarian Placement . . . . . . . . . . . . . . . . .



Insurance, general . . . . . . . . . . . . . . . . . . . . .

Job Posting . . . . . . . . . . . . . . . . . . . . . . .

Job Transfers . . . . . . . . . . . . . . . . . . . . . . .

Journeyman Definition . . . . . . . . . . . . . . . . . . .

Jury Duty . . . . . . . . . . . . . . . . . . . . . . . . .

Layoff Notice . . . . . . . . . . . . . . . . . . . . . . .

Layoffs . . . . . . . . . . . . . . . . . . . . . . . . . .

Layoffs and Bumping . . . . . . . . . . . . . . . . . . . .

Layoffs, temporary . . . . . . . . . . . . . . . . . . . .

Life Insurance . . . . . . . . . . . . . . . . . . . . . .

Mailing Lists . . . . . . . . . . . . . . . . . . . . . . .

Management, general . . . . . . . . . . . . . . . . . . . .

Medical Leave . . . . . . . . . . . . . . . . . . . . . . .

New Pay Rate . . . . . . . . . . . . . . . . . . . . . . .

Non-Discrimination . . . . . . . . . . . . . . . . . . . .

Non-Discrimination in Union Membership . . . . . . . . . .

Off-Shift Plant Entry . . . . . . . . . . . . . . . . . . .

Other Work During Leave . . . . . . . . . . . . . . . . . .

Overtime . . . . . . . . . . . . . . . . . . . . . . . . .

Overtime, notice of . . . . . . . . . . . . . . . . . . . .



Overtime, pyramiding of . . . . . . . . . . . . . . . . .

Overtime, Saturday . . . . . . . . . . . . . . .

Overtime, Sunday and holidays . . . . . . . . . . .

Overtime Work Opportunities . . . . . . . . . . . . .

Past Retirees . . . . . . . . . . . . . . . . . . .

Pay Checks . . . . . . . . . . . . . . . . . . . .

Pay Rate and Production Standard Grievance . . . . . . .

Peace Corps Leave . . . . . . . . . . . . . . . . . .

Pension Plan, general . . . . . . . . . . . . . . . .

Pregnancy Leave . . . . . . . . . . . . . . . . . .

Printing of Contract . . . . . . . . . . . . . . . .

Probationary Period . . . . . . . . . . . . . . . .

Production Standards . . . . . . . . . . . . . . . .

Promotions and Transfers . . . . . . . . . . . . . .

Recalls Following Layoff . . . . . . . . . . . . . .

Report Pay . . . . . . . . . . . . . . . . . . . .

Representation Scope . . . . . . . . . . . . . . . .

Rule Violation Penalties . . . . . . . . . . . . . .

Safety . . . . . . . . . . . . . . . . . . . . . .

Seniority Application . . . . . . . . . . . . . . . .

Seniority Break-off . . . . . . . . . . . . . . . .

Seniority Coverage . . . . . . . . . . . . . . . . .

Seniority Definitions . . . . . . . . . . . . . .

Seniority Lists and Union Officer Lists . . . . . . . .

Seniority Outside of Skilled Trades . . . . . . . . .

Seniority, preferential . . . . . . . . . . . . .

Seniority Upon Transfer . . . . . . . . . . . . .

Shift Designation . . . . . . . . . . . . . . .

Shift Preference . . . . . . . . . . . . . . . .

Shift Premium . . . . . . . . . . . . . . . . .

Skilled Departments (Tool Room, Maintenance, and
  Extrusion Die Repair) . . . . . . . . . . . .

Skilled Trades, Apprenticeship Standards . . . . . . .

Skilled Trades Definition . . . . . . . . . . . .

Skilled Trades, Future Occupational Seniority . . . . .

Skilled Trades, Labor Agreement Application . . . . . .

Skilled Trades, Layoff and Recall . . . . . . . . .

Skilled Trades, Occupational Seniority . . . . . . . .

Skilled Trades Occupations . . . . . . . . . . . .

Sub-contracting . . . . . . . . . . . . . . . .

Supervisors - Seniority Bargaining Unit Work . . . . . .

Survivor's Option Feature . . . . . . . . . . . .


Temporary Transfers Pay Rate . . . . . . . . . . .

Transition and Bridge Benefits . . . . . . . . . .

Trustee Reports . . . . . . . . . . . . . . . .


Union and Political Leaves . . . . . . . . . . . .

Page

Union Bargaining Committee . . . . . . . . . . . . . . . . .

Union Membership Cessation . . . . . . . . . . . . . . .

Union Representation on Overtime . . . . . . . . . . . .

Union Shop . . . . . . . . . . . . . . . . . . . . . .

Union Stewards . . . . . . . . . . . . . . . . . . . .

Union Time Away from Plant . . . . . . . . . . . . . . .

Union Time in Contract Negotiations . . . . . . . . . . .

Union Time, pay for . . . . . . . . . . . . . . . . . .

Union Time, permission for . . . . . . . . . . . . . . .

Unions, other . . . . . . . . . . . . . . . . . . . . .


Vacation Pay . . . . . . . . . . . . . . . . . . . . . .

Vacation Time Off . . . . . . . . . . . . . . . . . . .

Validity of Agreement . . . . . . . . . . . . . . . . .


Wage Increases . . . . . . . . . . . . . . . . . . . . .

Weekly Sickness and Accident Benefits . . . . . . . . . .

Workmen's Compensation Offset to Pension Benefits . . . .

MEMORANDUM OF UNDERSTANDING REGARDING GROUP LEADERS
BETWEEN
LOCAL #1402, UAW
AND THE
HOLLAND PLANT, BOHN ALUMINUM & BRASS CO.,
G + W METALS FORMING CO.

(Effective 9/3/72 through 9/2/75)

During negotiations which resulted in the labor agreement that became effective September 3, 1972, the Union and the Company agreed that the following language describing a group leader's role would be incorporated into a memorandum of understanding for the purpose of governing the Group Leader's work behavior during this contract's life.

A group leader is an hourly-payroll employee who is a member of the Bargaining Unit. He is normally paid a certain amount of money above the rate of the highest rated worker in the group that he is the leader of. He works at regularly assigned production work and, in addition, acts as a leader of his group. He may provide personal relief time for the members of the group. A group leader punches the time clock in the same manner as any other employee and he receives overtime pay for all overtime hours worked.

The group leader is not a foreman. He receives his orders and work schedules from a supervisor or foreman and then acts as a conduit to pass the supervisor's order on to the work crew. He carries out set instructions of the supervisor.

The group leader will assign work within the group in accordance with the supervisor's instructions and the work schedule of jobs or parts to be produced.

The group leader will give necessary instructions to employees in performance of their work to insure an even flow of production in the department.



In case of failure on the part of an employee to do a job properly, he shall explain how the job should be done and why it should be done that way. A group leader is not to report rule violations to the foreman for the purpose of causing Management to impose discipline on an employee or group of employees. It will be expected that violations affecting the safety of other employees or the worker involved will be referred to the steward and supervision.

He does not attend supervisory meetings and does not have the privileges reserved for supervisors or foremen.

Supervisors are not to perform production work; however, the group leader devotes a substantial part of his work hours performing the same type of work that his group performs.

The group leader makes routine reports to his supervisor concerning the flow of work and conditions encountered by the group; but he has no authority to hire, transfer, suspend, lay off, recall, promote, discharge, reward or discipline other employees, or to adjust their grievances, or to effectively recommend such action.

On shifts where a foreman is not available and a situation requiring some immediate action or decision outside the authority of a group leader occurs, the group leader

present shall contact the foreman or designated Company representative to determine the action to be followed.

For LOCAL NO. 1402, UAW
    INTERNATIONAL UNION, UNITED AUTOMOBILE,
    INTERSPACE AND AGRICULTURAL IMPLEMENT
    WORKERS OF AMERICA, UAW

Douglas Elenbaas
Douglas Elenbaas

Robert Rietveld
Robert Rietfield

    Duane Johnson

Brian Hyma
Brian Hyma

Harald H. Kronemeyer
Harald H. Kronemeyer

For THE HOLLAND PLANT
    BOHN ALUMINUM & BRASS CO., OF THE
    G + W METALS FORMING COMPANY

W. L. Ehmann
W. L. Ehmann

J. J. Hosta
J. J. Hosta

MEMORANDUM OF UNDERSTANDING REGARDING POSTING OF TEMPORARY JOBS

BETWEEN

LOCAL #1402, UAW

AND THE

HOLLAND PLANT, BOHN ALUMINUM & BRASS CO.,

G + W METALS FORMING CO.

(Effective 9/3/72 through 9/2/75)

During contract negotiations which resulted in the labor agreement that became effective September 3, 1972, the Union and the Company agreed to continue an understanding to the effect that whenever temporary openings are caused by extended medical leaves of absence, such openings will be posted; however, any other type of temporary opening will not be posted as is specified in Article IX of this contract. It is understood that employees selected to fill temporary openings to which this letter makes reference will not accrue seniority in the new classification.

For LOCAL NO. 1402, UAW
    INTERNATIONAL UNION, UNITED
    AUTOMOBILE, INTERSPACE AND AGRICULTURAL
    IMPLEMENT WORKERS OF AMERICA, UAW

For  THE HOLLAND PLANT,
    BOHN ALUMINUM & BRASS CO., of the
    G + W METALS FORMING COMPANY

_Douglas Elenbaas_
Douglas Elenbaas

_W. L. Ehmann_
W. L. Ehmann

_Robert Rietveld_
Robert Rietfield

_J. J. Hosta_
J. J. Hosta

_____
Duane Johnson

_Brian Hyma_
Brian Hyma

_Harald H. Kronemeyer_
Harald H. Kronemeyer

— 80 —

MEMORANDUM OF UNDERSTANDING REGARDING
SAW SHARPENER-CANNISTER MAKER JOB CLASSIFICATION
BETWEEN
LOCAL #1402, UAW
AND THE
HOLLAND PLANT, BOHN ALUMINUM & BRASS CO.,
G + W METALS FORMING CO.
(Effective 9/3/72 through 9/2/75)

During contract negotiations which resulted in the labor agreement which became effective September 3, 1972, the Union and the Company agreed to continue the practice of not permitting bumping of the job incumbent by employees on other shifts for shift preference.

In the event of layoff, a maintenance man with greater seniority and present ability to perform the work may displace the holder of the Saw Sharpener-Cannister Maker classification at the rate of the job. Such layoff will not be considered as permanent vacating of the classification.

During periods when the Saw Sharpener-Cannister Maker does not have full-time work in his classification, he shall work with maintenance men in accordance with past practice.

This new classification shall only exist until the employee now doing this work

permanently vacates it. At such time, the parties will renegotiate this classification with appropriate job content and rate.

For LOCAL NO. 1402, UAW
   INTERNATIONAL UNION, UNITED AUTOMOBILE,  For THE HOLLAND PLANT,
   INTERSPACE AND AGRICULTURAL IMPLEMENT    BOHN ALUMINUM & BRASS CO., of the
   WORKERS OF AMERICA, UAW                 G + W METALS FORMING COMPANY

_Douglas Elenbaas_             _W. L. Ehmann_
Douglas Elenbaas                W. L. Ehmann

_Robert Rietveld_              _John J. Hosta_
Robert Rietfield                J. J. Hosta


Duane Johnson

_Brian Hyma_
Brian Hyma

_Harald H. Kronemeyer_
Harald H. Kronemeyer

# MEMORANDUM OF UNDERSTANDING REGARDING OVERTIME DISTRIBUTION
## BETWEEN
## LOCAL #1402, UAW
## AND THE
## HOLLAND PLANT, BOHN ALUMINUM & BRASS CO.,
## G + W METALS FORMING CO.

### (Effective 9/3/72 through 9/2/75)

During the negotiations which resulted in the labor agreement that became effective September 3, 1972, the Union and the Company agreed to continue the practice of not offering overtime to an employee in accordance with the Contract's Article XI if this would require the employee to work sixteen (16) hours in succession. In all other situations, the labor agreement's Article XI will be adhered to when overtime work opportunities are distributed.


For LOCAL NO. 1402, UAW
   INTERNATIONAL UNION, UNITED
   AUTOMOBILE, INTERSPACE AND AGRICULTURAL
   IMPLEMENT WORKERS OF AMERICA, UAW

For THE HOLLAND PLANT,
   BOHN ALUMINUM & BRASS CO., of the
   G + W METALS FORMING COMPANY

_Douglas Elenbaas_
Douglas Elenbaas

_W. L. Ehmann_
W. L. Ehmann

_Robert Rietveld_
Robert Rietfield

_John J. Hosta_
J. J. Hosta

Duane Johnson

_Brian Hyma_
Brian Hyma

_Harald H. Kronemeyer_
Harald H. Kronemeyer

_83-_

MEMORANDUM OF UNDERSTANDING REGARDING
SENIORITY ADMINISTRATION WITHIN THE INSPECTION DEPARTMENT
BETWEEN
LOCAL #1402, UAW
AND THE
HOLLAND PLANT, BOHN ALUMINUM & BRASS CO.,
G + W METALS FORMING CO.

(Effective 9/3/72 through 9/2/75)

During contract negotiations which resulted in the labor agreement that became
effective September 3, 1972, the Union and the Company agreed that seniority
within the Inspection Department would continue to be administered as follows:

1. The Inspection Department will operate plant wide. Job
   classifications within the Inspection Department will be
   Group Leader, Layout Inspector, and Floor Inspector.

2. For the purpose of training floor inspectors to become
   competent in the inspection of more than one (1) product,
   floor inspectors will be assigned to departments other
   than their "home" department. When they have gained
   competence in the inspection of other product(s), they
   will be allowed to transfer back to their "home" depart-
   ment and be assigned to other departments only to main-
   tain their competence or as work schedules dictate.

3. Job openings for floor inspectors will be posted plant
   wide.

4. In the event of a department layoff, an inspector may
   apply his seniority to claim an open job for which he is



qualified; or, if no such job exists, he may claim any

non-posted job held by a junior employee.

For LOCAL NO. 1402, UAW
    INTERNATIONAL UNION, UNITED
    AUTOMOBILE, INTERSPACE AND AGRICULTURAL
    IMPLEMENT WORKERS OF AMERICA, UAW

For THE HOLLAND PLANT,
    BOHN ALUMINUM & BRASS CO., of the
    G + W METALS FORMING COMPANY

Douglas Efenbaas

W. L. Ehmann

Robert Rietfield

J. J. Hosta

Duane Johnson

Brian Hyma

Harald H. Kronemeyer

-85

## SUPPLEMENTAL AGREEMENT
## REGARDING
## UNION PARTICIPATION IN SAFETY INSPECTIONS AND
## UNION MANAGEMENT SAFETY MEETINGS

### BETWEEN

### LOCAL #1402, UAW

### AND THE HOLLAND PLANT, BOHN ALUMINUM & BRASS CO.,
### G + W METALS FORMING CO.

The parties to this agreement hereby agree that the Union Committee's chairman may accompany Federal or State safety inspectors on tours of the Holland plant and that he will be paid for regular work time missed as a consequence of such inspections.

In addition, the Union Committee's chairman may participate in monthly Union-Management safety meetings and will be paid for regular work time missed as a consequence of such meetings. Participation in monthly Union-Management safety meetings by the Union Committee's chairman will be in addition to participation by the two Union members of the Plant Safety Committee to which specific reference is made in Section 2 of Article XVI of the current labor agreement.

This supplemental agreement has been signed on this _9 TH_ day of November, 1972, by the duly authorized representatives of both parties, whose signatures are subsequently reflected, and has thereby been caused to go into effect and to remain in effect until midnight on September 2, 1975.

For LOCAL NO. 1402, UAW
    INTERNATIONAL UNION, UNITED
    AUTOMOBILE, AEROSPACE AND
    AGRICULTURAL IMPLEMENT WORKERS OF
    AMERICA, UAW

For THE HOLLAND PLANT,
    BOHN ALUMINUM & BRASS CO.,
    OF THE G + W METALS
    FORMING COMPANY

_Douglas Elenbaas_
Douglas Elenbaas

_W L Ehmann_
W. L. Ehmann

_Robert Rietveld_
Robert Rietveld

_J. J. Hosta_
J. J. Hosta

Duane Johnson

_Brian Hyma_
Brian Hyma

_Harald H. Kronemeyer_
Harald H. Kronemeyer

86