# EXHIBIT 8
## (Part 1)

**1983-1986  UAW - BOHN CONTRACT**

*Permanent File*

# AGREEMENT

## BY AND BETWEEN

Plants 16 & 19-Holland, MI.

BOHN ALUMINUM & BRASS DIVISION
Gulf + Western Manufacturing Company

AND

The International Union,
United Automobile, Aerospace and
Agricultural Implement Workers of
America, UAW
and Local No. 1402

Effective September 3, 1983

## TABLE OF CONTENTS

|           |       |                             | Page |
|-----------|-------|-----------------------------|------|
| Article   | I     | Agreement Parties           | 1    |
| Article   | II    | Recognition                 | 1    |
| Article   | III   | Union Security              | 2    |
| Article   | IV    | Management                  | 5    |
| Article   | V     | Representation              | 6    |
| Article   | VI    | Grievance Procedure         | 9    |
| Article   | VII   | Strikes and Lockouts        | 16   |
| Article   | VIII  | Discipline and Discharge    | 17   |
| Article   | IX    | Seniority                   | 20   |
| Article   | X     | Leaves of Absence           | 38   |
| Article   | XI    | Wages, Hours & Overtime     | 43   |
| Article   | XII   | Holiday Pay                 | 67   |
| Article   | XIII  | Vacation Provisions         | 72   |
| Article   | XIV   | Pension Plan                | 75   |
| Article   | XV    | Insurance                   | 79   |
| Article   | XVI   | General                     | 88   |
| Article   | XVII  | Skilled Trades Supplement   | 98   |
| Article   | XVIII | Termination & Modification  | 108  |
|           |       | Jail Letter                 | 111  |
|           |       | Shop Rules                  | 112  |
|           |       | Index                       | 115  |

## ARTICLE I – AGREEMENT PARTIES

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Local No. 1402 thereof, hereafter referred to as the "Union", having demonstrated that it represents for purposes of collective bargaining a majority of the employees in the appropriate bargaining unit, the said International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Local No. 1402 and the Bohn Aluminum & Brass Division, Plants 16 & 19, Holland, Michigan, Gulf + Western Manufacturing Company, hereinafter referred to as the "Company", hereby agrees as follows:

WITNESSETH THAT:

WHEREAS, it is the desire of the parties hereto to promote mutual cooperation and harmony and to formulate a working agreement to cover the relationship between the Company and the Union,

THEREFORE, the parties hereto agree as follows:

## ARTICLE II – RECOGNITION

SECTION 1. REPRESENTATION SCOPE. The Company recognizes the Union as the exclusive bargaining agency in Plants 16 & 19 for all production and maintenance employees, including tool room, shipping and receiving employees and group leaders, but excluding office clerical employees, professional employees, all other plant clerical employees, technical, engineering and professional employees, time study employees, time keepers, foremen, assistant foremen,

1

Article II Cont.

All other supervisors as defined in the Act, and
guards, for the purpose of collective bargaining
with respect to rates of pay, wages, hours,
dismissals, and other conditions of employment,
and for the purpose of adjusting any grievance
or complaints which may exist now or may arise
in the future.

SECTION 2. OTHER UNIONS. The Company will
not during the life of this agreement promote, aid,
or finance any other labor group or organization
which proposes to engage in collective bargaining
and will not negotiate or deal with any other union
group or organization during the period covered
by this agreement, unless ordered to do so by
the National Labor Relations Board.

SECTION 3. NON-DISCRIMINATION. The
Company agrees that it will not discriminate against
employees in their training, upgrading, promotion,
transfer, layoff, discipline, discharge, or other-
wise because of race, creed, color, national
origin, sex, age, marital status, or political
beliefs.

The Company will not interfere with the right of
its employees to become members of the Union.
Neither the Company nor any of its agents will
exercise discrimination, interference, restraint
or coercion against any representative of the
Union because of such representation.

ARTICLE III – UNION SECURITY

SECTION 1. UNION SHOP. All present employees
who are members of the Union shall, as a condition
of continued employment, maintain their membership

Article III Cont.

in the Union during the life of this agreement through regular payments of initiation fees and dues to the Union. The Company may hire new employees who do not belong to the Union, but all new employees and all present employees who are not members of the Union shall, as a condition of continued employment, join the Union 30 calendar days after the date of employment or the effective date of this agreement, whichever is later, and shall thereafter maintain membership in the Union during the life of this agreement through regular payments of initiation fees and dues to the Union.

Notwithstanding a new employee's obligation to join the Union after (30) calendar days, each new employee must satisfactorily complete a probationary period consisting of six calendar weeks of employment as reflected in Section 1 of Article IX. During this probationary period, a new employee will not be covered by the terms of this agreement and will not have recourse to the grievance procedure established by this contract in the event that he is discharged by Management. However, the Company agrees that for informational purposes, the Union will be advised of the release and/or discharge of any probationary employee.

SECTION 2. NON-DISCRIMINATION IN UNION MEMBERSHIP. The Union agrees that membership in the Union will be available to each employee on the same terms and conditions generally applicable to other members of the Union. The Union further agrees that the Company will not be requested to terminate the services of any employee who has been denied membership in the Union or be

3

Article III Cont.

requested to terminate the services of any
employee for reasons other than the failure
of the employee to tender the periodic dues
and initiation fees uniformly required as a
condition of acquiring and retaining member-
ship.

SECTION 3. UNION MEMBERSHIP CESSATION.
The Union will notify the Company in writing
of any employee who, during the life of this
agreement, shall cease to be a member of the
Union in good standing. Such notice shall
be supported by an affidavit of the Secretary
of the Local Union to the truth of the facts
contained therein. Such employees will be
discharged within two (2) days after receipt
of said affidavit.

SECTION 4.CHECKOFF. The Company agrees
to deduct from the earnings of each Union
member, after the payroll deductions required
by law, an amount equal to the regular initia-
tion fees and membership dues of such member,
provided the employee on whose account such
deductions are to be made shall have filed a
written assignment with the Company authorizing
such deductions. The Union agrees to provide
the necessary assignment-of-wage forms. The
amounts so deducted by the Company for initia-
tion fees and dues snall be remitted each month
by the Company to the Union, in the case of
special emergency dues levied by the Inter-
national Union, the Company agrees, upon
proper notification, to make bi-weekly deduc-
tions of such dues. If for any reason an
employee's dues are not deducted in the
scheduled pay period, the Company will deduct
these dues on his first pay period following.

4

## ARTICLE IV – MANAGEMENT

SECTION 1. GENERAL. The management of the work and the direction of the working forces, including the rights to hire, promote, transfer, suspend, or discharge *for just cause*, are vested exclusively in the Company. The operations throughout the plant shall be determined by the Company, including the rights to decide the nature, means, and methods of operations.

SECTION 2. PRODUCTION STANDARDS. Production standards shall be established on the basis of fairness and equity consistent with the quality of workmanship, efficiency of operations, and the reasonable working capacities of normal operators. The Union shall have the right to process grievances involving disputed production standards through the grievance machinery set up in this contract, but not including arbitration.

SECTION 3. SUB-CONTRACTING. The Company reserves the right to continue to contract out certain building repair, maintenance and tooling work, as has been the custom, to sub-contract production work which may be over and above the acceptable burden for its regular facilities for any particular type of work. However, this will not be used for the purpose of reducing the work force or reducing overtime.

# ARTICLE V - REPRESENTATION

**SECTION 1. UNION BARGAINING COMMITTEE.**
In all matters of collective bargaining, the Union shall be represented by a Bargaining Committee, which shall likewise act as the Grievance Committee, of six (6) persons, who shall include in their number the president of the Union, a minimum of one (1) Committeeman representing employees at Plant #16 and a minimum of one (1) Committeeman representing employees at Plant #19.

In administration of the grievance procedure as provided for in Article 6, Section 1-B of this agreement, committeemen shall function only within the plant at which they are actively employed.

**SECTION 2. UNION STEWARDS.** For the purpose of collective bargaining, as it pertains to the grievance procedure, the employees shall have the right to be represented by stewards as specified below.

## A. DAY SHIFT

| MANUFACTURING DEPTS. | STEWARDS |
|---|---|
| Plant 16 | |
| Forge | 1 |
| Fabrication-Buffing | 1 |
| Fabrication-Mechanical | 1 |
| Fabrication-Anodize | 1 |
| Extrusion | 1 |
| Shipping & Receiving | 1 |

6

Article V Cont.

| | STEWARDS |
|---|---|
| Maintenance, Tool Room, Buildings & Grounds, Die Repair, Sample Maker & Layout Insp. | 1 |
| Inspection Department | 1 |
| Paint Department | 1 |

Plant 19

| | |
|---|---|
| Piston Machine Shop | 1 |
| Inspection | 1 |
| Inspect & Pack | 1 |
| Tool Room & Maintenance | 1 |

B. AFTERNOON SHIFT.

| MANUFACTURING DEPTS. | STEWARDS |
|---|---|

Plant 16

| | |
|---|---|
| Forge | 1 |
| Fabrication-Buffing | 1 |
| Fabrication-Mechanical | 1 |
| Fabrication-Anodize & Paint | 1 |
| Extrusion (including Shipping and Receiving) | 1 |
| Inspection Department | 1 |
| Maintenance, Tool Room and Die Repair | 1 |

(Any department with less than five (5) employees per shift will be represented by the Forge Steward, unless the Union and the Company agree to a different representation arrangement.)

7

Article V. Cont.

Plant 19

|  | STEWARDS |
|---|---|
| Piston Machine Shop | 1 |
| Inspection | 1 |
| Inspect & Pack | 1 |
| Tool Room & Maintenance | 1 |

(The Union may designate one of the
afternoon shift stewards to function as
chief steward for his shift in each plant.)

C. MIDNIGHT SHIFT.

| MANUFACTURING DEPTS. | STEWARDS |
|---|---|

Plant 16

| Forge | 1 |
|---|---|
| Fabrication–Buffing & Mechanical | 1 |
| Extrusion and Die Repair | 1 |

(Any department with less than five (5)
employees per shift will be represented
by the Forge Steward, unless the Union
and the Company agree to a different
representation arrangement.)

It is understood and agreed between the parties
that it may be necessary to change the schedule
for steward representation because of changes
in productive operations or conditions. Any
such changes shall be negotiated between the
Company and the Union.

8

# ARTICLE VI - GRIEVANCE PROCEDURE

SECTION 1.  GRIEVANCE STEPS.  For the purpose of this Article, a grievance shall be defined as a complaint against the Company in regard to the interpretation or application of this agreement or a complaint in regard to working conditions within the Plant or on Company premises.  The grievance procedure shall be as follows:

A.  STEWARD-FOREMAN STEP.  The employee or a representative of a group of employees, or the steward of the department, or both, shall take the grievance up with the foreman of the department.  If it cannot be settled verbally, it shall be presented in writing to the foreman of the department within three (3) working days.  The foreman shall give his decision in writing within two (2) working days after the grievance is received.

B.  BARGAINING COMMITTEEMAN SUPERINTENDENT STEP.  In the event the grievance is not settled with the department foreman, the steward and a member of the Bargaining Committee shall present said grievance to the superintendent in writing.  Such written grievance shall be presented within three (3) days (working days) following the foreman's decision.  The superintendent shall give his decision in writing within three (3) working days after receiving the grievance in writing.

C.  BARGAINING COMMITTEE-PERSONNEL MANAGER STEP.  In the event the grievance

.9.

## Article VI Cont.

is not settled with the superintendent,
it will be referred to the Personnel
Manager in writing within three (3)
working days following the superintendent's
decision. The Personnel Manager will place
the grievance on the Agenda for decision
between the Bargaining Committee and
Plant Management at the next regularly
scheduled Union-Management meeting,
unless the issue is tabled by mutual
agreement.

Union-Management meetings shall be
scheduled on the second Thursday of
each month at 10:00 a.m., providing
there are grievances to consider and the
issues are listed on an Agenda presented
to the Company by noon on the Tuesday
prior to the meeting day. The meeting
date may be changed by mutual agreement.
Minutes of each Union-Management meeting
shall be given to the Committee and results
posted in the plant no later than Wednesday
noon following the meeting. If the Company
or Union representative designated herein
to make the presentation of and decision
on the grievance are not available, an
additional five (5) working days shall be
allowed. If the grievance is one which
presents a possible continuing liability or
is of an urgent nature, a special meeting
may be held. The International Representa-
tive of the Union and the Company Director
of Industrial Relations, or his representative,
may also attend meetings at this step of the
grievance procedure.

Article VI Cont.

D. ARBITRATION. If the grievance is not resolved as provided in sub-section C hereof, it may, by written notice directed by one party to the other, be referred to arbitration. Such notice shall be given within (20) days after the receipt of the final written decision of the Company.

Grievances concerning the interpretation or application of this agreement, except those dealing with wages, production, standards, and health and safety, may be appealed to arbitration.

*Selection of the arbitrator shall be done by the local Management and the Union jointly petitioning the Federal Mediation and Conciliation Service for a panel of five (5) names from which the Union and the Company shall alternately strike one name from such panel until one remains. Such remaining person shall act as the arbiter.*

The decision of the arbitrator shall be in writing and shall be final and binding upon both parties. One copy of the arbitrator's decision shall be sent directly to the International Union, Arbitrator Service Department, 8000 E. Jefferson Avenue, Detroit, Michigan.

The Company and the Union shall share equally the compensation and expenses of the arbitrator. All other arbitration expenses, including the payment of

11

witnesses, shall be borne by the party
incurring them.

The arbitrator shall have authority to
interpret this agreement for the purpose
of settling grievances, and he may modify
penalties assessed by the management in
disciplinary discharges and layoffs; but
he shall have no authority to add to or
subtract from or change this agreement
or to arbitrate wages, production standards,
or health and safety.

E.  TIME LIMITS:  It is understood that time
limits established between steps of the
grievance procedure may be extended by
mutual agreement.  In the event the Union
fails to either request an extension of the
time limits or appeal a grievance to the
next step within the time limits, the
grievance shall be considered resolved on
the basis of the Company's last answer in
the preceding step of the grievance pro-
cedure.  Failure of the Company to either
request an extension of grievance procedure
time limits or to respond to a grievance
within the time limits established in sub-
sections A and B of this Section 1 will
cause the grievance to be automatically
advanced to the next grievance procedure
step; however, in no case will such a
grievance be automatically advanced into
the arbitration step of the grievance pro-
cedure.  When a grievance has been
satisfactorily settled, the terms of the
settlement shall be reduced to writing
and copies furnished to both parties.

F. RETROACTIVITY. Any claims, including claims for back wages by an employee covered by this agreement, or by the Union against the Company, shall not be valid for any period prior to the date the grievance was first filed. In any case, the claims shall be limited to (30) days retroactive to the date the grievance was first filed.

Deductions from an employee's wages to recover overpayments made due to Company error shall be limited retroactively to a period not to exceed (30) days prior to the date the employee was first notified of the overpayment.

SECTION 2. PAY FOR UNION TIME. Members of the Union Bargaining Committee and stewards will be paid for time spent in grievance settlement, provided, in the opinion of Management, the privilege is not abused.

Time spent in meetings with Management on grievances outside the employee's regular eight (8) hour shift will be paid for by the Company only if the Company requests that the meeting be continued beyond the employee's regular quitting time.

In the event that a shop committeeman assigned to work during other than day shift working hours is scheduled to attend a meeting with Management during day shift working hours within the regular work week, he will be paid as herein specified and his plant work schedule for that day will be reduced by the amount of

Article VI Cont.

time spent in the meeting with Management.
In no case will the shop committeeman affected
be entitled to any special pay premiums under
this agreement's Article XI, Section 1(A) as a
consequence of attending such meetings.

Union negotiating committee members will be
paid by the Company for regular work time
missed during the normal work week as a
result of labor agreement negotiations with
Management.

The rate of pay for Union representatives
while settling grievances and while meeting
with Management will be their hourly rate.

SECTION 3. PERMISSION FOR UNION TIME.
No Union representative shall seek grievance
settlement or use any time for grievance
investigation without first receiving permission
from his foreman. Any Union representative
authorized to function in a department in
which he is not himself employed must notify
his own foreman before leaving his job or
department and must check with the supervisor
of the department to which he is going before
proceeding further. The Company will recognize
only the Union representative(s) designated
to handle grievances in the appropriate step
of the procedure.

SECTION 4. PAY RATE, PRODUCTION
STANDARD AND HEALTH & SAFETY
GRIEVANCES. Any grievance concerning a
rate or production standard which cannot be
settled with the foreman or the superintendent
shall be immediately reduced to writing and

14

presented by a Union Bargaining Committee member to the Company representative in the third step. The Company will promptly investigate and attempt to resolve such grievance. If the Union requests that an Industrial Engineer or Time Study Man from the International be given an opportunity to investigate the disputed standard, such representative shall be allowed access to observe the job in dispute upon application to the Company in advance of the date of plant entry. He will, likewise, be permitted to check with the Company Industrial Engineer; and, in such case, it is agreed to hold the grievance in the third step until this can be accomplished. The same procedure will be followed at the Union's request by the International Compensation and Safety Department Representative in grievances at the third step level involving health and safety.

SECTION 5. OFF-SHIFT PLANT ENTRY. When entering the plant on his own time for the purpose of investigating a grievance on an off-shift, the president, or his alternate in case of the president's absence, shall sign in with the plant guard or plant supervision and report first to the supervisor on the shift. When entering a department for the purpose of this investigation, the president, or his alternate in case of the president's absence, will make his presence known to the department supervisor and will not discuss the grievance with any employee without first notifying the supervisor.

Article VI Cont.

SECTION 6. APPEALS. It is agreed that if the UAW International Executive Board, Public Review Board, or Convention Appeals Committee, or any agency or court, decides that an employee's grievance was improperly withdrawn from the grievance procedure by the Union, the grievance shall be reinstated in the grievance procedure at the step from which it was withdrawn.

If such a grievance is arbitrated and decided in the employee's favor, the Company shall not be required to pay back pay for the period between the withdrawal and reinstatement of the grievance.

## ARTICLE VII - STRIKES AND LOCKOUTS

The Company agrees that during the term of this agreement there shall be no lockouts until all of the grievance procedures, including arbitration, have been exhausted, and in no case on which the arbitrator shall have ruled, and in no other case on which the arbitrator is not empowered to rule until after negotiations have continued for three (3) days. A layoff due to lack of work shall not be construed as a lockout.

The Union agrees that during the term of this agreement there shall be no strikes, slowdowns, or stoppage of work until all the grievance procedures, including arbitration, have been exhausted, and in no case on which the arbitrator shall have ruled, and in no other case on which the arbitrator is not enpowered to rule, until after negotiations have continued

for three (3) days, and not even then unless authorized by the International Union, U.A.W.

## ARTICLE VIII – DISCIPLINE AND DISCHARGE

**SECTION 1.  GENERAL.** It is mutually agreed that the Company may adopt and publish rules of conduct for all employees governing their conduct while upon the premises of the Company, provided that such rules are not contrary to the terms of this agreement.

**SECTION 2.  RULE VIOLATION PENALTIES.** Any employee of the Company who violates the published rules of conduct or other reasonable published requirement of the Company shall be subject to disciplinary action by the Company up to and including discharge.

**SECTION 3.  DISCIPLINE PENALTY LIMIT.** It is recognized that an employee should be allowed to improve his status; therefore, disciplinary action shall relate only to those violations of the immediate past nine (9) calendar months.  Furthermore, when an employee has received no disciplinary action for a nine (9) month period, his record shall be cleared.

**SECTION 4.  DISCIPLINARY HEARINGS.** An employee who is removed from his work or called to an office for interview regarding unsatisfactory work or conduct or for violation of shop rules shall be represented by a steward or committeeman.  The employee will be informed of his right to such representation.

Article VIII Cont.

The Company agrees to permit any seniority employee who has been disciplined by layoff or discharge to present his case to Management at the earliest possible date.

An employee will be suspended from work in the event violation of a plant rule warrants consideration of discharge. Imposition of the discharge penalty or of any lesser penalty Management may subsequently decide to impose will be delayed until after a Union-Management meeting, providing the Union Committee requests such meeting promptly subsequent to notification.

SECTION 5. DISCIPLINARY PROTESTS. In the event a discharged or disciplined employee desires to have the Union review the case with the Company, the matter will be handled in accordance with the grievance procedure as outlined in Article VI hereof.

SECTION 6. DISABILITY PLACEMENT OPTION. A seniority employee physically unable to fulfill the requirements of his job shall not be subject to discharge until after he has had a reasonable chance to qualify for other work in the same department or plant.

SECTION 7. ABSENTEEISM AND TARDINESS. Upon accumulating a total of five (5) points for unexcused absence and/or tardiness in a six (6) month period, employees will be issued a written warning. On the sixth (6th) point, employees will be issued a one (1) week disciplinary layoff, and on the seventh (7th) point, employees may be discharged.

Article VIII Cont.

Employees shall be notified in writing within four (4) working days of the occurrences whenever they are charged with points for absenteeism or tardiness.

Absence due to illness will not be counted provided the employee has a good attendance record overall and provided further that excessive time off because of illness does not result from such consideration.

Absence due to accident or death in the immediate family will not be counted if acceptable proof is presented.

Employees who have no unexcused absences or tardiness for a period of six (6) calendar months will have their records cleared.

For the purpose of arriving at the number of points for unexcused absence and/or tardiness as referred to above, each day of unexcused absence will be counted as one (1) and each unexcused tardiness of less than one (1) hour will be counted as one-quarter (1/4) and each unexcused tardiness of one (1) hour or more will be counted as one-half (1/2).

Upon advance application to the foreman, an employee may be given an excused absence if he presents an acceptable reason. Such requests will be approved or disapproved by the foreman as soon as possible, but in no case later than the end of the shift on which the request was made.

## ARTICLE IX – SENIORITY

SECTION 1. PROBATIONARY PERIOD. All employees are probationary until they have completed six (6) calendar weeks of employment. After such period, they shall be considered seniority employees.

SECTION 2. SENIORITY DEFINITIONS & APPLICATION. Each employee covered by this agreement shall have plant seniority and home department seniority. Both shall be equal to the total length of service with the Company.

Home department seniority will apply to the department into which an employee is hired or into which he is transferred at his request as hereinafter provided. By virtue of home department seniority, an employee will be afforded all seniority privileges to which this agreement makes reference; seniority privileges of employees placed into departments other than their respective home departments will be as per Article's Section 5(C).

SECTION 3. SENIORITY COVERAGE. Seniority lists cover the following departments:

### Plant 16

| | |
|---|---|
| Maintenance | Forge |
| Tool Room | Shipping & Receiving |
| Fabrication–Mechanical | Building & Grounds |
| Fabrication–Anodize | Laboratory Helpers |
| Buffing | Inspection |
| Paint | Sample Maker |
| Extrusion | Layout Inspector |
| Extrusion Die Repair | |

Article IX Cont.

<u>Plant 19</u>

Piston Machine Shop
Floor Inspection
Inspect and Pack
Tool Room
Maintenance

SECTION 4. PERMANENT WORK FORCE
INCREASES. The procedure reflected within
this Section 4 will be followed when the work
force is to be increased for an undetermined
period of time <u>except as follows:</u>

1. Classifications identified with Maintenance
   Journeyman and Apprentices, Tool and
   Die Journeyman and Apprentices, Extru-
   sion Die Repairmen and Trainees, Sample
   Makers and Layout Inspectors, will be
   increased in accordance with this
   Agreement's Article XVII.

2. Classifications identified as Fab Set-Up
   Man, Piston Set-Up Man, Floor Inspector,
   Extrusion Press Operator, Forge Press
   Operator, Screw Machine Operator &
   Set-Up and Set-Up Lineman, will be
   increased in inverse order of the pro-
   visions of this Agreement's Article IX,
   Section 5, Sub-Section A.

Sub-paragraphs of this section are reflected in
priority order.

A. JOB CLASSIFICATION BIDS. Employees of
   the department wherein an opening exists
   will be returned to job classifications

21

obtained through the bidding procedure
to which reference is made in this section's
sub-paragraph B in line with their depart-
ment seniority.

B. JOB POSTING WITHIN THE DEPARTMENT.
If an opening is not filled through this
section's sub-paragraph A, employees of
the department wherein an opening exists
will be afforded the first opportunity to
fill an open job. A notice of job opening
and required qualifications will be posted
on the bulletin board of the Department
in which such opening exists for two (2)
working days. Employees of the depart-
ment in which such opening exists who
sign the bulletin board notice will be
considered for the job opening. Employees
shall be considered for the job on the
basis of department seniority. The most-
senior bidder will not be awarded a posted
job if he has failed to satisfactorily perform
the job on a previous occasion, and, if,
since failing to perform the posted job
satisfactorily, he has not performed other
work within the plant which would warrant
affording him another opportunity to
perform the posted job, or if he is not
qualified to perform job duties. Job quali-
fications, length of trial period, and
whether the employee has satisfactorily
completed the trial period shall be deter-
mined by the Company.

Job openings which are created by absentee-
ism, leave of absence, and vacation will not

be posted; however, job openings caused
by extended medical leaves of (30) and
more calendar days will be posted and
seniority rights of successful bidders
will be as per this Article's Section 5(C).
providing seniority permits, an employee
who returns from extended medical leave
will be placed into the job classification
and department he vacated in his/her
plant. The employee who filled the
temporary vacancy caused by an extended
medical leave will be reassigned either to
the "Production Helper" classification
(entry level classification at the Engine
Piston Machining Plant) or an open job in
his plant which has not been filled by the
job posting procedure.

Permanent job transfers shall be effective
on the Monday following reassignment.

C. HOME DEPARTMENT RECALL. If an opening
is not filled through this section's sub-
paragraphs A and B, an active payroll
employee with home department seniority
within the department wherein the job
opening exists who is working in another
department will be transferred. The phrase
"home department recall" includes all
employees who were transferred into a
department at their request, whether or
not such employees completed (30) or
more calendar days of employment. An
employee whose inter-department transfer
request has been honored will not be
recalled to his immediately preceding home
department during his first (30) days

within his new home department. An employee must accept recall to his home department.

D. EMPLOYEE JOB TRANSFER REQUESTS.
In the event that an opening cannot be filled through this section's sub-paragraphs A, B, or C, employee initiated job transfer requests for work in another department and/or plant will be reviewed. The effect of honoring an employee request for inter-department and/or plant transfer will be to change his home department for purposes of seniority administration under this agreement's terms.

Employees may apply for a transfer at the Personnel Department for departments outlined in Section 3 other than their own *(except Skilled Trades and Inspection)*. An employee requesting transfer to a different department and/or plant shall be considered on the basis of plant seniority. The most senior-bidder will not be awarded a job opening if he has failed to satisfactorily perform the job on a previous occasion, and, since failing to perform the posted job satisfactorily, he has not performed other work within the plant which would warrant affording him another opportunity to perform the posted job. Employees so transferring must follow the established procedure of job progression to quality for promotion. The Company reserves the right to retain an employee who otherwise would be transferred for a reasonable length of time in order to train his replacement. The Company will promptly attempt

24

Article IX Cont.

to obtain and train such replacement.

Requests for all transfers must be initiated by Wednesday of the week preceding the week in which the transfers take place.

All employees transferred to a job in another department, as outlined in Section 3, shall retain their seniority in the old department for a period of (30) calendar days and shall start accumulating seniority in the new department the first day. After the (30) calendar days' service in the new department, the transfer shall be considered permanent, and an employee's seniority in the new department shall equal his total length of service in the plant.

Subsequent to granting an employee's request for inter-department transfer, all time worked in the new home department will count toward fulfilling the (30) calendar day requirement, even though such work time may be interrupted by temporary transfer, temporary layoff, or permanent layoff.

In the event an employee who has requested and received a transfer to another department is laid off from the new department before completing (30) calendar days of service, he shall be credited with the number of days worked in the new department, and, upon recall, must complete the number of days needed to total (30) calendar days before being given full seniority in

the new department. When several employees
with fewer than (30) calendar days of service
are laid off from a department which they
have requested (i.e., their new home depart-
ment), recall priority shall be in order of
the most calendar days completed prior to
layoff. An employee laid off from his regular
department must return to such department
when recalled and will maintain and accumulate
seniority in his original department only.

An employee requesting and receiving an
interplant transfer under this section will
not be considered for another interplant
transfer for six (6) calendar months.

The number of employees transferring from
Plant #16 to Plant #19 shall be limited to not
more than 20% of the employees in a classi-
fication during any 60 day period except
by mutual agreement of the Company and
the Union.

E. JOB POSTING PLANTS-wide. If an opening
is not filled through this Section's Sub-
Paragraphs A through D, the opening will
be posted at both Plants 16 and 19. Employees
shall be considered for the job on the basis
of their Bargaining Unit Seniority. The most
senior bidder will not be awarded a posted
job, if he has failed to satisfactorily perform
the job on a previous occasion, and, if, since
failing to perform the posted job satisfactorily,
he has not performed other work within the
Plants which would warrant affording him
another opportunity to perform the posted

job, or if he is not qualified to perform job duties. Job qualifications, length of trial period, and whether the employee has satisfactorily completed the trial period shall be determined by the Company.

F. LEAST SENIOR EMPLOYEE. If an opening is not filled through this Section's Sub-Paragraphs A through E, the least senior employee within the Plant where the opening exists will be placed into the job.

G. RECALL FROM INACTIVE STATUS. In the event a job opening cannot be filled through this section's sub-paragraphs A through F, the inactive payroll employee with the most plant-wide seniority will be recalled to active employment.

*Recalled employees must accept the first open job.*

H. NEW HIRE. If an open job cannot be filled through this section's sub-paragraphs A through G, the Company may hire a new employee to fill the job vacancy.

SECTION 5. PERMANENT WORK FORCE REDUCTION. The procedure reflected within this Section 5 will be followed when the work force is to be decreased for an undetermined period of time, except that job classifications identified with Maintenance Journeyman, Tool & Die Journeyman and Apprentices, Extrusion Die Repairman, Sample Maker, Layout Inspector and Trainees will be decreased in accordance with this agreement's Article XVII.

A. LAYOFF SEQUENCE. Employees will be

reduced from classifications and departments to the end that those employees with the least plant-wide seniority will be laid off from the active payroll. However, employees in the following classifications shall be reduced out only when displaced by an employee qualified to perform the work without training:

| | |
|---|---|
| Fab Set-Up Man | Forge Press Operator |
| Piston Set-Up Man | Screw Machine Operator |
| Floor Inspector | & Set-Up |
| Ext. Press Operator | Set-Up Lineman |

Layoffs will be effected in accordance with the following sequence which is reflected in priority order:

1.  Probationary employees within the department.

2.  Employees working in the department under alternate placement (i.e., this Article's Section 5B).

3.  The least-senior employees with departmental seniority, whether placement was obtained through hiring or through employee-initiated transfer requests (i.e., this Article's Section 4D).

4.  *A senior employee in a classification and department being reduced in conjunction with a plant layoff may volunteer for layoff by notifying his/her supervisor. A senior employee who elects voluntary layoff will be laid off for a minimum period of 90 calendar days unless recalled through the normal recall procedures in Article IX, Section 4, or to the classification vacated by such employee, or his home classification is increased.*

*However, employees in the Production Helper Classification who elect voluntary layoff, and who are thereafter recalled under these provisions, shall be subject to recall only when the total plant work-force increases.*

*Employees who elect voluntary layoff may, after ninety (90) days, exercise their seniority to bump back into the Plant as permitted by seniority and qualifications. However, such employee must report in person to the Personnel Department and give a five (5) day notice of intent to return. When an employee signs a request to return and bump, such request cannot be withdrawn. Requests must be made on the first scheduled work day of the week.*

*An employee returning from voluntary layoff will have the same rights to recall or bumping as an active employee.*

B.  ALTERNATE PLACEMENT.  An employee reduced from his home department will be placed into other jobs or on layoff from the plant in accordance with the following:

   1.  Providing an opening exists, such employee must accept placement into an open job within another department in his/her plant which he can perform without training.  In the event an opening within another department in the same plant does not exist, and the reduced employee chooses not to bump, or cannot bump by virtue of insufficient seniority, such employee will be placed on the inactive payroll as a layoff.

   2.  If an open job does not exist, and the employee does not elect layoff under

Step 1 above, such employee will replace the employee on the active payroll with the least plantwide seniority in his/her plant, providing he can perform required job duties without training.

3. In the event an employee being reassigned under Step 2 above, is the least senior employee in his/her plant, such employee may in that event replace (i.e. bump) the least senior employee in the other plant represented by Local Union 1402, seniority permitting.

4. An employee being reassigned under Step 3 above, may elect voluntary layoff in lieu of bumping the least senior employee in the other plant, providing such displacement would result in layoff of the junior employee.

In all cases, (except as noted in Sub-Section A above) the employee with the least plantwide seniority will be removed from the active payroll regardless of whether or not they have home department seniority within the department from which they are displaced.

If an employee chooses to exercise his bumping privilege and remains in the plant, he may then (if he has suffered reduction in pay by bumping) apply to the Personnel Department for a higher paying job within his/her plant, if he has previously satisfactorily performed

such job in this plant. If such a job is held by an employee with less plant-wide seniority, he will be assigned to the job and shift held by the most junior employee in such classification. Bumps will become effective at the start of the next pay period immediately following exercise of the privilege.

C. SENIORITY PRIVILEGES UNDER ALTERNATE PLACEMENT. An employee who is placed into a department other than his home department for up to (30) calendar days under this agreement's terms may not bid for an open job within the department, may initiate a request for transfer to another department, must accept temporary transfers and may not share in overtime opportunities except as a "qualified volunteer" under this agreement's Article XI, Section 1F.

An employee who is placed into a department other than his home department for (30) or more calendar days may bid for open jobs within the department, initiate requests for inter-department transfers, exercise shift preference, and share in departmental over-time opportunities as per this agreement's terms. In addition, such employee will retain recall rights to his home department, layoff from which resulted in his placement into an alternate department. In the event an employee on alternate placement for (30) or more calendar days is awarded a bid job, his home department will become the one into which he was alternately placed and his recall right to his immediately preceding

31

home department will cease. All time worked under alternate placement within another department between layoff from home department and recall to home department will count toward fulfilling the (30) calendar day requirement, even though such work time may be interrupted by subsequent alternate placements, temporary transfers, temporary layoffs, or permanent layoffs; however, all such work time will be permanently lost when an employee is recalled to his home department.

SECTION 6. TEMPORARY TRANSFERS. Temporary transfers of active payroll employees on a shift may be made for up to and including five (5) consecutive working days in accordance with this Section 6. The Company will establish from which department and job classification employees may be spared. Temporary transfers within a department will be offered to qualified employees of the classification from which employees may be spared in order of seniority; however, the least-senior qualified employee will be obliged to accept such transfers. Temporary transfers between departments will be offered to qualified employees of the department and classification from which employees may be spared in order of seniority; however, the least-senior qualified employees will be obliged to accept such transfers. A temporarily transferred employee may not bid, may initiate interdepartment transfer requests, may not exercise shift preference, and may not share in overtime opportunities except as a "qualified volunteer" under this agreement's Article XI, Section 1F.

Article IX Cont.

In the event the Company transfers an employee to a temporary job, the employee so transferred shall take the rate of pay of his original job or the rate of pay of the job to which transferred, whichever is higher.

SECTION 7. PREFERENTIAL SENIORITY. All persons elected or appointed to hold local Union positions must be employees of the Company. The president, vice president, and members of the Bargaining Committee of the Union shall head the seniority list during their terms of office, but shall be returned to their original standing upon termination of their service on said Committee or in said office. The president and members of the Bargaining Committee shall be assigned to shifts of the Union's choice within their respective job classifications during their term of office, but, such Union officers shall be assigned a shift according to their seniority upon expiration of their terms of office. Stewards shall head the seniority lists in their respective departments or districts during their terms of office. The Local officers, committeemen, and stewards shall in the event of a layoff be continued at work as long as there is a job in their respective departments which they are able to do without training. Seniority under this section will apply to layoff and recall only.

SECTION 8. SUPERVISORS-SENIORITY & BARGAINING UNIT WORK. On and after Sept. 3, 1975, a bargaining unit employee (i.e., an included employee) who accepts a transfer to a job with the Company which is not covered by the labor agreement (i.e., an excluded job) will cease to accumulate seniority under this

33

contract six (6) consecutive calendar months immediately following the date of transfer to an excluded job and will retain the seniority accumulated until such time as service with the Company is terminated. On and after Sept. 3, 1975, a bargaining unit employee who occupies an excluded job will continue to accumulate seniority under the labor agreement for six (6) consecutive calendar months, after which seniority accumulation will cease, and he shall retain the total amount of seniority accumulated as of that date.

An excluded employee with seniority under this Agreement will be placed into work covered by this contract at his or the Company's election, such placement will be into any open job which he can perform, or, if none exists, into any non-posted job held by the least senior employee on the Plants-wide Seniority List.

Foremen and supervisory employees shall not perform work normally done by bargaining unit workers, except in case of emergency or for instruction or experimental purposes.

SECTION 9. TEMPORARY LAYOFFS. If, due to acts of God or to circumstances beyond the Company's control, the work force must be temporarily reduced, employees may be laid off for up to and including five (5) consecutive working days. Senior employees of the affected department and shift will be given preference for available work, and the least senior employees of the affected department and shift will be laid off providing senior employees are able to perform required work. Temporarily laid off employees will not be privileged to bump.

Article IX Cont.

SECTION 10.  RECALL NOTIFICATION.
Employees shall be notified of their recall to
work by either personal message, telephone,
or telegraph, confirmed by certified mail,
return receipt requested.  Upon being recalled,
employees who fail to report for work within
the period outlined in Section 11, Item D, of
this Article, shall be considered to have
voluntarily quit.

SECTION 11.  SENIORITY BREAKOFF.
Seniority is broken under the following
conditions:

A.  When an employee quits.

B.  When an employee is discharged.

C.  Being laid off the Company payroll
continuously for a period as follows:

   1.  One (1) year for seniority employees
      with less than One (1) year seniority
      at the time of layoff.

   2.  For a period of time equal to the length
      of seniority at the time of layoff, up to
      a maximum of three (3) years for
      employees with one (1) to three (3)
      years' seniority.

   3.  Employees with more than three (3)
      years' seniority may obtain protection
      for an additional two (2) years (making
      a total maximum of five (5) years from
      date of layoff) by indicating to the

company in writing that it is their
intention to return to work when
recalled. Such notice must be given
to the Company and the Union by
registered mail fifteen (15) days
following the three (3) continuous
years of layoff referred to above.

D. Failure to notify the Company of intention
to return to work within three (3) days
after receiving notice sent by the Company
through certified mail, return receipt
requested, and failure to return to work
within (5) days from receipt of notice from
the Company. No employee shall lose his
seniority if failure to return to work when
called is caused by sickness or accident,
provided that the Company is notified
thereof within three (3) days from the time
notice is received and provided: further,
that such employee upon his recovery
shall immediately report to the Company
for work. The chairman of the Bargaining
Committee of the Union will be notified in
writing of any employee's failure to report
for work within three (3) days after notice
has been received. In the event that the
United States Postal Service returns such
notice as undeliverable at the address last
reported by the employee to the Company,
as per this contract's Article XVI, Section
10, his seniority will be terminated.

E. Failure to come to work for three (3)
consecutive days without properly
notifying the Company and without
giving acceptable reason for such absence.

F. When an employee retires and receives a non-disability pension under the pension plan.

G. Failure to report for work within (90) calendar days after receiving a military discharge, provided, however, that discharged servicemen on medical leave of absence shall not be subject to the provisions of this sub-section.

H. Failure to report for work upon the expiration of a leave of absence without giving an acceptable reason.

SECTION 12. SENIORITY LISTS AND UNION OFFICER LISTS. The Company will furnish to each member of the Bargaining Committee and stewards a complete plant seniority list each three (3) months. Copies will be posted on the bulletin boards. The Company will maintain in the Personnel Department a master seniority list which will be kept up to date at all times. Two (2) or more employees having the same date of first employment shall, for all seniority consideration be listed as follows:

Day Shift employee ranks first, and Afternoon employee ranks second, and Midnight Shift employee will be given the following day's date. If two (2) or more employees begin work on the same shift, they will rank according to the order in which the employment paperwork is completed. If transferred to another department, they will be ranked according to the plant-wide master seniority list.

Article IX Cont.

The Company will furnish to the Union each month a list of additions or deletions.

The recording Secretary of the Union will provide the Company with an up-to-date written list of committeemen, officers, and stewards each three (3) months and/or whenever there are changes.

SECTION 13. Shift Preference.
Once each three (3) months, employees having departmental seniority may make application for transfer to another shift in the same classification and department as they are working at time of application. Such applications will be made in writing to the Personnel Department. No further changes will be made for a period of three (3) months unless an opening in the same classification and department should occur on another shift during such period. In the event such an opening occurs, preference will be given to the longest-seniority employee who has made application for that shift. It is recognized that where necessary an experienced employee shall be assigned an off shift for the time required to train a new employee.

SECTION 14. HUMANITARIAN PLACEMENT.
When an employee's absence from work is due solely to his being incapacitated for work through accident or occupational disease arising out of and within the scope of employment, he shall not lose seniority and shall be returned to work in accordance with his seniority as nearly as may be practicable, as if he had not suffered such disability, provided

Article IX Cont.

he returns to work within five (5) years or a
period of time equal to his seniority, whichever
is greater, and is able to perform work available
to him when he returns. In the event that he
is so incapacitated as not to be able to perform
his regular work, he may be employed in other
work which is available and which he can per-
form without regard to the seniority provisions
of this agreement.

## ARTICLE X – LEAVES OF ABSENCE

SECTION 1. ELIGIBILITY. An employee re-
questing a leave of absence for more than one
(1) day shall make application therefor in writing,
on a form provided for that purpose, to the
supervisor of the department in which he is
employed. Employees must have six (6) months
or more seniority to be eligible for consideration
of a leave of absence, except in those cases
where definite proof is provided that they are
unable to work due to emergency or sickness.
A Union committeeman will be advised if the
Company denies an emergency leave request.

SECTION 2. GENERAL LEAVES. Leaves of
absence for reasons other than medical or for
vacation may be granted at the discretion of
the Company to any employee for such period
as the Company may determine, but not exceed-
ing two (2) months. When a leave of absence
is granted to an employee, before it shall become
effective, he and the Union shall be furnished
with a written notice of the duration of such
leave. The employee must state the reasons he
desires a leave on his application. It is agreed
that leaves under this section are to be granted
only under special and/or unusual circumstances.

Article X Cont.

SECTION 3.  GENERAL LEAVES–DURATION.
Leaves of absence other than medical will normally
be given only for periods comparable to the usual
vacation allowances of one (1), two (2), three (3)
or four (4) weeks per year depending on length
of service of the employee concerned. An employee
may use his vacation leave time as he sees fit,
but leaves of absence will not be given in order
or for the reason that the employee wishes to do
other work, either for others or on his own farm
or house or business.

SECTION 4.  MEDICAL LEAVE.  An employee who
shall become ill and whose claim is supported by
competent medical evidence shall be granted a
sick leave of absence for the period of such
disability provided it does not exceed three (3)
years.  Medical leaves precipitated by circum-
stances to which specific reference is made in
Section 14 of this agreement's Article IX will
be granted for up to five (5) continuous years
or a period of time equal to the employee's
seniority, whichever is greater, providing the
need for such an absence is substantiated by
competent medical authority.

An employee returning from a medical leave of
absence must present to the Company Medical
Department a return-to-work permit from the
employee's personal physician.  Under normal
circumstances, if the medical leave of absence
was of three (3) weeks or more duration, the
employee will be examined by the Company
physician before being allowed to resume work;
however, the Company reserves the right to
require examination by the Company doctor
following any absence due to illness or injury.
Examination by the Company doctor, when
required following a medical leave of absence,

40

Article X Cont.

will be handled with the least delay possible
consistent with the other demands on the doctor
or his substitute doctors.

If, following a leave of less than three (3) weeks
duration, examination by the Company doctor is
required in addition to the return-to-work permit
from an employee's personal doctor, such employee
will be notified of the time and place for the
examination, so that work time otherwise available
will not be lost. In the event the employee is
approved for work by the Company doctor and
otherwise available work time has been lost, the
employee will be paid an amount equal to that
which he would have earned during such lost
time, providing the employee has notified the
Company of his availability for wrok at the
earliest reasonable time following release by
his personal physician.

In any case wherein an employee has been re-
leased by his personal doctor to return to work
from a medical leave of absence, and the Company
doctor subsequently refuses approval for such
return, and if the employee has been receiving
sickness and accident benefits and/or is other-
wise eligible for such benefits, those benefits
will be paid until return to work is allowed or
until the maximum benefit limit is reached.

SECTION 5. OTHER WORK DURING LEAVE. An
employee while on leave of absence accepting
employment by others for compensation without
permission of the Company and the Union shall
be deemed to have voluntarily quit.

SECTION 6. UNION AND POLITICAL LEAVES.
Employees elected or selected to perform Union
duties and employees elected to public office in

their respective counties or states or in the
United States Congress shall be granted leave
of absence until such service shall end.

SECTION 7. PREGNANCY LEAVE. A pregnant
employee will be granted an approved pregnancy
leave of absence to become effective on the date
that the condition of pregnancy interferes with
an employee's ability to perform regular job duties
immediately preceding the first regularly scheduled
work day on which an employee is first able to
resume regular job duties in a safe manner. When
such a leave will commence and terminate will be
determined by a doctor; however, in no case
will a pregnancy leave span more than nine (9)
consecutive calendar months, unless the need
to extend the leave is corroborated by a written
statement from a medical doctor. As is the case
with any leave precipitated by medical causes,
the Company may cause such employee to be
examined by its medical doctor at any time before,
during, or after a pregnancy leave of absence.
A pregnant employee is obliged to notify the
Company of the need for a pregnancy leave as
soon as possible before the pregnancy leave
commences and terminates.

SECTION 8. PEACE CORPS LEAVE. Any employee
who has seniority and who is accepted for service
in the Peace Corps shall, upon making written
application, be granted a leave of absence for
his first term of service in the Corps, not to
exceed a period of (30) months. Seniority will
accumulate during the period of such leave.

SECTION 9. EDUCATIONAL LEAVES. Employee
veterans who have acquired seniority and other
employees with seniority of one (1) or more years
who desire to further their education may make

Article X Cont.

application for a leave of absence for that
purpose. The granting of such a leave shall
be subject to mutual agreement between the
Company and the Union following consideration
of the applicant's length of service and type of
schooling to be followed. Such a leave shall be
continuous for a period not to exceed (12) months.
Additional leaves of absence may be granted at
the option of Management.

SECTION 10. SENIORITY CONTINUATION
DURING LEAVES. Seniority shall accumulate
during authorized leaves of absence.

## ARTICLE XI –
## WAGES, HOURS, AND OVERTIME

SECTION 1. OVERTIME. For the purpose of
computing overtime premium pay, the regular
working day is eight (8) hours and regular
working week is (40) hours.

The working week shall be deemed to commence
with the No. 1 shift Monday (7:00 p.m. Sunday
to 5:00 a.m. Monday) and ends (168) hours
thereafter.

Work schedules which exceed eight (8) hours
per day or (40) hours per week shall be
compensated for as follows:

A. DAILY. Time and one-half will be paid for
   all hours worked in excess of eight (8)
   hours per day in any continuous (24) hours
   beginning with the starting time of the
   employee's shift and for all hours worked
   in excess of (40) hours per week. When
   hours are worked in excess of eight (8)
   in (24) hours because of an employee-

43

requested shift change, such hours will not be considered for overtime premium pay, unless those hours otherwise qualify for such premium pay.

B. SATURDAY. Time and one-half will be paid for Saturday Work. No employee shall be laid off during the week for the purpose of avoiding overtime payment.

C. SUNDAY AND HOLIDAYS. Double time will be paid for work on Sundays and for work on the designated holidays.

D. PYRAMIDING. There shall be no pyramiding of overtime pay, and allowance made for time not worked shall not be used in computing hours worked.

E. NOTICE. When possible, the Company agrees to give nine (9) working hours' previous notice of work to be performed on Saturdays and holidays.

F. OVERTIME WORK OPPORTUNITIES. When overtime is necessary, employees who hold the classification involved shall work the overtime period. Insofar as practical, employees working on the same operation shall have the overtime divided equitably among them. Employees may decline the overtime subject to the remainder of this paragraph. Overtime regularly scheduled for periods of time will be rotated. Daily overtime on a casual basis will be performed by the man who holds the classification and job involved. (If he is notified of the over-time work the preceding day, it will be compulsory for him to perform such daily overtime. If he is notified on the day when the overtime is scheduled to be performed, it will be voluntary.)

44



Article XI Cont.

Regarding Saturday overtime, the Company will
follow its past practice of going outside of the
department and classification scheduled to work
to get qualified volunteers in the event a suffi-
cient number of employees in the department
affected do not wish to work overtime. Having
done this and still not having sufficient employees
willing to work the Saturday overtime, the
Company will then assign the overtime work to
employees in the classification in the order of
inverse seniority with the junior qualified
employee assigned first, etc., until the Company
has obtained sufficient employees to do the work.
This provision does not apply to temporary
employees, nor does it apply to Sunday overtime,
except that it will apply to Sunday on breakdown
situations and in case of national emergency.

G. EQUALIZATION OF OVERTIME. All employees
overtime hours will be adjusted to zero (0)
beginning Sept. 3, 1983. The following pro-
visions of this paragraph apply to weekend
overtime.

When an entire department is scheduled to work
overtime, this information will be posted on the
department bulletin board by Wednesday *2:00 p.m.*
All employees will report for work on their
regular shift unless they inform their foreman
by 7:00 a.m., Thursday, that they do not want
to work the overtime offered, in which case
they will be charged with the equivalent overtime
hours. If an employee is absent on Wednesday,
he will be scheduled to work the overtime. If
he is also absent Thursday, he will be deleted
from the overtime schedule and charged the

45

Article XI Cont.

equivalent hours. The jobs will then be filled by qualified volunteers from outside the department.

When a partial department is scheduled to work, scheduled overtime will be offered to employees in their classification within the department in the order of least amount of overtime hours until jobs are filled. The determining factor in overtime assignment will be the least number of overtime hours worked or charged without regard to seniority. The first employees asked will be offered work on their regular shift until the employees' regular shifts are filled. Next employees asked will be offered work on a shift other than their regular shift. When an employee is offered overtime, he will be advised of the day, shift and job. The employee must accept or reject the overtime offer at the time the offer is made. An employee who refuses offered overtime will be charged with the equivalent number of overtime hours. If an employee is absent for any reason when the overtime is offered, he is automatically charged the equivalent overtime hours.

Two (2) lists reflecting overtime hours worked by volunteers (i.e., a plant-wide list and a departmental list) will be maintained by the Personnel Department in order to equalize overtime hours worked out of classification or out of regular department. When insufficient employees in a department volunteer to work scheduled weekend overtime, qualified volunteers from other departments will be offered overtime according to the least number of overtime hours worked or charged in departments other than

46

their own. Hours included on the "volunteer" list will not be included in the department lists.

Union representatives will be charged overtime hours in the same manner as any other employee. In the event that an employee is no longer a Union representative, his overtime hours within his classification will be adjusted to the highest number of overtime hours within the classification.

When an employee is awarded a new job classification or is transferred to a different department, his overtime will be adjusted to the highest number of overtime hours within that department or classification at the time he/she physically moves.

An employee laid off from his department for not more than (30) days shall continue to be charged for overtime hours on the department volunteer list which would have been offered had the employee not been placed on layoff.

Layoffs of more than (30) days – the employee will have his overtime hours adjusted to the highest number on the volunteer list upon his return from department layoff.

An employee who accepts an overtime assignment and who fails to report for work without acceptable excuse will be charged double the overtime hours available to work.

H. UNION REPRESENTATION ON OVERTIME.
When five (5) or more people are scheduled to

work overtime in a steward's department or district, the steward will be offered an opportunity to work provided he is qualified to do one of the jobs scheduled to be performed. If the steward is unavailable or unable to perform one of the jobs scheduled, a Bargaining Committeeman will be offered work in his place, provided he is qualified to perform one of the jobs scheduled to be done. This will be handled according to established past practice.

I. UNION TIME AWAY FROM PLANT. No Local Union officer shall take time away from the plant for the purpose of conducting Union business except with the permission of his foreman or supervisor. Such permission shall be freely granted in the event such officer leaves the plant with permission during his work shift to perform duties for the Union, the time so taken shall, for the purpose of computing overtime pay, holiday pay, pension and vacation credits, be considered as time actually worked.

J. UNION TIME IN CONTRACT NEGOTIATIONS. Time spent by the Bargaining Committee in contract negotiations will be counted as time worked for the purpose of pension credit, vacation hour requirements, vacation pay computations, and to satisfy the conditions for holiday pay if otherwise eligible.

K. SUCCESSIVE SATURDAYS. An employee required to work three (3) *or more consecutive* Saturdays in accordance with the compulsory provisions of this Section shall not be

required to work the following Saturday.
Thereafter, he shall be required to work
when scheduled under said compulsory
terms until (3) *or more* consecutive
Saturdays have again been worked.

L.  APPLICATION-PLANTS 16 & 19.  The pro-
visions of this section shall apply separately
to each of the two (2) plants independent
of the other.

SECTION 2.  HOLIDAY PAY COMPUTATION.
Employees will be paid eight (8) hours' pay at
their regular straight-time hourly rate, exclusive
of night shift and overtime premium for the
holidays specified elsewhere in this contract,
providing they meet all of the eligibility rules
set forth in this contract.

SECTION 3.  SHIFT DESIGNATION

A.  An employee whose scheduled shift starts
on or after 7:00 p.m., but before 5:00 a.m.,
shall be deemed to be working the No. 1
(Midnight) shift.

B.  An employee whose scheduled shift starts
on or after 5:00 a.m., but before 10:30 a.m.,
shall be deemed to be working the No. 2
(Day) shift.

C.  An employee whose scheduled shift starts
on or after 10:30 a.m., but before 7:00 p.m.,
shall be deemed to be working the No. 3
(Afternoon) shift.

Article XI Cont.

SECTION 4. REPORT PAY. Any employee
permitted to report for work without having been
notified that there will be no work will be given
four (4) hours' work or four (4) hours' pay
at his regular rate. This provision shall not
apply when the lack of work is due to labor
dispute at this plant, fire, acts of God, utility
failures, or other causes beyond the control of
the Company. Employees absent at the time
notice is given that there will be no work and
employees reporting for work following a leave
of absence will not be entitled to call-in pay.

SECTION 5. CALL-BACK PAY. Any employees
called to work will be given a minimum of four (4)
hours' work in the plant or four (4) hours' pay
at his regular hourly rate. Any employee called
to work during a shift other than the one he is
regularly working, because of an emergency,
will be paid a minimum of four (4) hours' pay,
and may not be required to work beyond the
duration of the emergency. This will not
include persons continuing work into another
shift beyond their regular working hours.

SECTION 6. PAY CHECKS. Under normal
conditions, day shift enmployee paychecks
will be distributed prior to the end of the
regular shift on Thursday of each week; after-
noon shift employee paychecks will be distributed
prior to the lunch break on Thursday of each
week; and midnight shift employee paychecks
will be distributed prior to the lunch break on
Friday of each week. However, any such
employees who receive paychecks on Thursday
and who do not complete their work shift on
Thursday or who do not report to work on the

50

scheduled next day following receipt of said paychecks will forfeit their privilege of being paid on Thursday until they have demonstrated improved work attendance.

SECTION 7. SHIFT PREMIUM. A shift premium of (23¢) per hour will be paid to employees regularly working on the first (midnight) shift. A shift premium of (18¢) per hour will be paid to employees regularly working on the third (afternoon) shift.

SECTION 8. WAGES.

A. COMPOSITION OF HOURLY PAY RATES. The hourly pay rates for each job classification to be paid for each hour worked and paid under this agreement's provisions during the term of the agreement are subsequently reflected.

1. Effective September 3, 1983, through September 3, 1984, all guaranteed hourly wage rates shall be those set forth in Article II, Section 8-B of the Labor Agreement which expired September 2, 1983.

2. Effective September 3, 1984, all guaranteed hourly wage rates then in effect, shall be increased by fifteen (15) cents per hour.

3. Effective September 3, 1985, all guaranteed hourly wage rates then in effect, shall be increased by fifteen (15) cents per hour.

B. Hourly pay rates by job classification during this contract's term shall be as follows:

Article XI Cont.

| Bargaining Unit Job Classifications | Effective 9/3/83 thru 9/2/84 | | | Effective 9/3/84 thru 9/2/85 | | | Effective 9/3/85 thru 9/2/86 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start Rate | After 45 Days* | After 90 Days* | Start Rate | After 45 Days* | After 90 Days* | Start Rate | After 45 Days* | After 90 Days* |
| Janitor-Sweeper | 9.61 | 9.67 | 9.74 | 9.76 | 9.82 | 9.89 | 9.91 | 9.97 | 10.04 |
| Labor-Material Handler | 9.73 | 9.80 | 9.86 | 9.88 | 9.95 | 10.01 | 10.03 | 10.10 | 10.16 |
| Production Helper (Fab, Forge, Ext. Ship. & Rec., Paint Dept.) | 10.00 | 10.06 | 10.14 | 10.15 | 10.21 | 10.29 | 10.30 | 10.36 | 10.44 |
| Machine Loader | 10.00 | 10.06 | 10.14 | 10.15 | 10.21 | 10.29 | 10.30 | 10.36 | 10.44 |
| Inspect & Pack-Plt. 19 | 10.00 | 10.06 | 10.14 | 10.15 | 10.21 | 10.29 | 10.30 | 10.36 | 10.44 |
| Forge Saw Operator | 10.04 | 10.11 | 10.18 | 10.19 | 10.26 | 10.33 | 10.34 | 10.41 | 10.48 |
| Forge Tumbler Operator | 10.04 | 10.11 | 10.18 | 10.19 | 10.26 | 10.33 | 10.34 | 10.41 | 10.48 |
| Ultra Sonic | 10.05 | 10.11 | 10.19 | 10.20 | 10.26 | 10.34 | 10.35 | 10.41 | 10.49 |
| Tank Maintenance | 10.06 | 10.12 | 10.20 | 10.21 | 10.27 | 10.35 | 10.36 | 10.42 | 10.50 |
| Yard Man | 10.06 | 10.12 | 10.20 | 10.21 | 10.27 | 10.35 | 10.36 | 10.42 | 10.50 |
| Baler Operator | 10.06 | 10.13 | 10.20 | 10.21 | 10.28 | 10.35 | 10.36 | 10.43 | 10.50 |
| Tool Keeper | 10.09 | 10.15 | 10.22 | 10.24 | 10.30 | 10.37 | 10.39 | 10.45 | 10.52 |
| Ext. Die-Head Man | 10.09 | 10.15 | 10.22 | 10.24 | 10.30 | 10.37 | 10.39 | 10.45 | 10.52 |

*calendar days of employment

52

Article XI Cont.

| Bargaining Unit Job Classifications | Effective 9/3/83 thru 9/2/84 | | | Effective 9/3/84 thru 9/2/85 | | | Effective 9/3/85 thru 9/2/86 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start Rate | After 45 Days* | After 90 Days* | Start Rate | After 45 Days* | After 90 Days* | Start Rate | After 45 Days* | After 90 Days* |
| Forge Belt Inspector | 10.09 | 10.15 | 10.22 | 10.24 | 10.30 | 10.37 | 10.39 | 10.45 | 10.52 |
| Fab Anodize Hoist Operator | 10.11 | 10.17 | 10.24 | 10.26 | 10.32 | 10.39 | 10.41 | 10.47 | 10.51 |
| Forge Chamfer Operator | 10.12 | 10.18 | 10.25 | 10.27 | 10.33 | 10.40 | 10.42 | 10.48 | 10.55 |
| Forge Grinder Operator | 10.12 | 10.18 | 10.25 | 10.27 | 10.33 | 10.40 | 10.42 | 10.48 | 10.55 |
| Piston Machine Grinder | 10.12 | 10.18 | 10.25 | 10.27 | 10.33 | 10.40 | 10.42 | 10.48 | 10.55 |
| Silk Screener | 10.12 | 10.18 | 10.26 | 10.27 | 10.33 | 10.41 | 10.42 | 10.48 | 10.56 |
| Line Sander Operator (Machine Operator only) | 10.13 | 10.19 | 10.27 | 10.28 | 10.34 | 10.42 | 10.43 | 10.49 | 10.57 |
| Ext. Press Utility Man | 10.14 | 10.20 | 10.27 | 10.29 | 10.35 | 10.42 | 10.44 | 10.50 | 10.57 |
| Tool Room Helper | 10.14 | 10.20 | 10.27 | 10.29 | 10.35 | 10.42 | 10.44 | 10.50 | 10.57 |
| Fab Anodize Rack Maker | 10.15 | 10.22 | 10.28 | 10.30 | 10.37 | 10.43 | 10.45 | 10.52 | 10.58 |
| Gas Welder | 10.16 | 10.23 | 10.29 | 10.31 | 10.38 | 10.44 | 10.46 | 10.53 | 10.59 |
| Torch Brazer | 10.16 | 10.23 | 10.29 | 10.31 | 10.38 | 10.44 | 10.46 | 10.53 | 10.59 |
| Block Setter–Cutter Grinder | 10.16 | 10.23 | 10.29 | 10.31 | 10.38 | 10.44 | 10.46 | 10.53 | 10.59 |

*Calendar days of employment

53

| Bargaining Unit Job Classifications | Effective 9/3/83 thru 9/2/84 | | | Effective 9/3/84 thru 9/2/85 | | | Effective 9/3/85 thru 9/2/86 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start Rate | After 45 Days* | After 90 Days* | Start Rate | After 45 Days* | After 90 Days* | Start Rate | After 45 Days* | After 90 Days* |
| Lea, Sand & Deburr | 10.16 | 10.23 | 10.30 | 10.31 | 10.38 | 10.45 | 10.46 | 10.53 | 10.60 |
| Stockkeeper | 10.18 | 10.25 | 10.31 | 10.33 | 10.40 | 10.46 | 10.48 | 10.55 | 10.61 |
| Ext. Billet Saw Operator | 10.18 | 10.25 | 10.32 | 10.33 | 10.40 | 10.47 | 10.48 | 10.55 | 10.62 |
| Warehouseman | 10.19 | 10.26 | 10.32 | 10.34 | 10.41 | 10.47 | 10.49 | 10.56 | 10.62 |
| Oiler | 10.24 | 10.30 | 10.36 | 10.39 | 10.45 | 10.51 | 10.54 | 10.60 | 10.66 |
| Screw Machine Operator | 10.28 | 10.34 | 10.40 | 10.43 | 10.49 | 10.55 | 10.58 | 10.64 | 10.70 |
| Laboratory Helper | 10.29 | 10.35 | 10.41 | 10.44 | 10.50 | 10.56 | 10.59 | 10.65 | 10.71 |
| Fab Set-Up Man | 10.31 | 10.37 | 10.44 | 10.46 | 10.52 | 10.59 | 10.61 | 10.67 | 10.74 |
| Piston Set-Up Man | 10.31 | 10.37 | 10.44 | 10.46 | 10.52 | 10.59 | 10.61 | 10.67 | 10.74 |
| Floor Inspector | 10.37 | 10.43 | 10.50 | 10.52 | 10.58 | 10.65 | 10.67 | 10.73 | 10.80 |
| Hand Buffing (Separately or in combination with Deburring) | 10.45 | 10.52 | 10.58 | 10.60 | 10.67 | 10.73 | 10.75 | 10.82 | 10.88 |
| Extrusion Press Operator | 10.48 | 10.54 | 10.61 | 10.63 | 10.69 | 10.76 | 10.78 | 10.84 | 10.91 |
| Forge Press Operator | 10.49 | 10.55 | 10.61 | 10.64 | 10.70 | 10.76 | 10.79 | 10.85 | 10.91 |
| Truck Driver | 10.53 | 10.59 | 10.67 | 10.68 | 10.74 | 10.82 | 10.83 | 10.89 | 10.97 |
| Inventory | 10.50 | 10.56 | 10.64 | 10.65 | 10.71 | 10.79 | 10.80 | 10.86 | 10.94 |
| Screw Machine Operator & Set-Up | 10.57 | 10.64 | 10.70 | 10.72 | 10.79 | 10.85 | 10.87 | 10.94 | 11.00 |

*calendar days of employment

54

# Article XI Cont.

| Skilled Job Classifications | Wage Progression Steps | Hourly Pay Rates Effective 9/3/83 thru 9/2/84 | Hourly Pay Rates Effective 9/3/84 thru 9/2/85 | Hourly Pay Rates Effective 9/3/85 thru 9/2/86 |
|---|---|---|---|---|
| Extrusion Die Repair | Start Rate | $11.14 | $11.29 | $11.44 |
| | After 6 months | 11.20 | 11.35 | 11.50 |
| | After 1 year | 11.26 | 11.41 | 11.56 |
| | After 1½ years | 11.32 | 11.47 | 11.62 |
| | After 2 years | 11.38 | 11.53 | 11.68 |
| Layout Inspector | Start Rate | 10.85 | 11.00 | 11.15 |
| | After 6 months | 10.91 | 11.06 | 11.21 |
| | After 1 year | 10.98 | 11.13 | 11.28 |
| | After 1½ years | 11.04 | 11.19 | 11.34 |
| | After 2 years | 11.11 | 11.26 | 11.41 |
| Sample Maker | Start Rate | 10.77 | 10.92 | 11.07 |
| | After 6 months | 10.83 | 10.98 | 11.13 |
| | After 1 year | 10.89 | 11.04 | 11.19 |
| | After 1½ years | 10.96 | 11.11 | 11.26 |
| | After 2 years | 11.02 | 11.17 | 11.32 |
| Maintenance Dept. Trainees-(Other than Indentured Apprentices) | After 2,000 hours | 11.40 | 11.55 | 11.70 |
| | After 3,000 hours | 11.48 | 11.63 | 11.78 |
| | After 4,000 hours | 11.55 | 11.70 | 11.85 |
| | After 5,000 hours | 11.64 | 11.79 | 11.94 |
| | After 6,000 hours | 11.73 | 11.88 | 12.03 |
| | After 7,000 hours | 11.81 | 11.96 | 12.11 |
| | After 8,000 hours | 11.88 | 12.03 | 12.18 |

Article XI Cont.

| Skilled Job Classifications | Wage Progression Steps | Hourly Pay Rates Effective 9/3/83 thru 9/2/84 | Hourly Pay Rates Effective 9/3/84 thru 9/2/85 | Hourly Pay Rates Effective 9/3/85 thru 9/2/86 |
|---|---|---|---|---|
| **Maintenance Dept. Indentured Apprentices** | | | | |
| | 1st 1,000 hours | $ 8.77 | $ 8.92 | $ 9.07 |
| | 2nd 1,000 hours | 9.21 | 9.36 | 9.51 |
| | 3rd 1,000 hours | 9.66 | 9.81 | 9.96 |
| | 4th 1,000 hours | 10.10 | 10.25 | 10.40 |
| | 5th 1,000 hours | 10.55 | 10.70 | 10.85 |
| | 6th 1,000 hours | 10.99 | 11.14 | 11.29 |
| | 7th 1,000 hours | 11.44 | 11.59 | 11.74 |
| | 8th 1,000 hours | 11.44 | 11.59 | 11.74 |
| | Approval by Joint Apprenticeship Committee | 11.88 | 12.03 | 12.18 |
| **Tool Room-Trainees (Other than Indentured Apprentices)** | | | | |
| | After 2,000 hours | 11.54 | 11.69 | 11.84 |
| | After 3,000 hours | 11.64 | 11.79 | 11.94 |
| | After 4,000 hours | 11.71 | 11.86 | 12.01 |
| | After 5,000 hours | 11.80 | 11.95 | 12.10 |
| | After 6,000 hours | 11.88 | 12.03 | 12.18 |
| | After 7,000 hours | 11.97 | 12.12 | 12.27 |
| | After 8,000 hours | 12.04 | 12.19 | 12.34 |
| **Tool Room-Indentured Apprentices** | | | | |
| | 1st 1,000 hours | 8.87 | 9.02 | 9.17 |
| | 2nd 1,000 hours | 9.32 | 9.47 | 9.62 |
| | 3rd 1,000 hours | 9.78 | 9.93 | 10.08 |
| | 4th 1,000 hours | 10.23 | 10.38 | 10.53 |
| | 5th 1,000 hours | 10.68 | 10.83 | 10.98 |
| | 6th 1,000 hours | 11.13 | 11.28 | 11.43 |
| | 7th 1,000 hours | 11.59 | 11.74 | 11.89 |
| | 8th 1,000 hours | 11.59 | 11.74 | 11.89 |
| | Approval by Joint Apprenticeship Committee | 12.04 | 12.19 | 12.34 |

56

Article XI Cont.

## C. WAGE ADMINISTRATION GUIDELINES.

1. To determine the effective date of (45) and (90) day rate increases, each calendar day shall be counted, except for absences of more than five (5) consecutive days of scheduled work.

2. An employee appointed to group leader shall receive six cents (6¢) per hour above the highest hourly rate within the group he serves. (45) calendar days thereafter, a group leader will be considered for an additional six cents (6¢) per hour merit increase, which, if granted, will results in (12¢) per hour above the highest rate in the group. (The highest prevailing hourly pay rate for the job classification "Extrusion Press Operator" will be the highest group rate within the Extrusion Department; the highest prevailing hourly rate for the job classification "Floor Inspector" will be the highest group rate within the Inspection Department.)

3. An employee placed into a higher rated job classification shall receive the wage rate of the new job classification which is equal to the employee's former wage rate. If no wage rate in the new job classification is equal to the employee's former wage rate, the employee shall receive the wage rate of the new job classification which is above and closest to the employee's former wage rate. After the completion of (45) calendar days of employment under the new job classification, an employee shall receive the next highest wage rate, if any. An employee with previous experience in a new job classification, who is able to immediately and satisfactorily perform

the new job, shall receive the (90) day wage rate. An employee of a new job classification may be returned to his former job and seniority status at any time during his first (45) calendar days of employment in the new job classification, if, in the supervisor's judgment, the employee has failed to show the ability necessary to continue in the new job classification.

4. An employee placed into a lower-rated job classification shall receive the same hourly pay rate he would have received had he upgraded to the job from a "Production Helper Classification". On or before the completion of (45) calendar days of employment in the lower-rated job classification, the employee shall receive the next wage rate step, if any. Should an employee have previous experience in the lower-rated job classification and be able to immediately and satisfactorily perform the new job without training, he shall receive the maximum hourly pay rate.

An employee who is down-graded to a production helper job classification shall receive the hourly pay rate which corresponds to his former hourly wage rate, providing he is able to immediately and satisfactorily perform the new job without training. After the completion of (45) calendar days of employment, the employee shall receive the next wage rate step, if any. Should an employee

58

have previous experience and be able
to immediately and satisfactorily perform
the new job without training, he shall
receive the maximum hourly pay rate.

An employee who is down-graded to a
job with a wage rate lower than "Pro-
duction Helper" shall receive the rate
which corresponds to his former wage
rate, providing he is able to immediately
and satisfactorily perform the new job
without training. After the completion
of (45) calendar days of employment, the
employee shall receive the next wage
rate step, if any. Should the employee
have previous experience in the new job
classification and be able to immediately
and satisfactorily perform the new job
without training, he shall receive the
maximum hourly pay rate.

SECTION 9. NEW PAY RATE. Rates for new
job classifications as established by the Company
shall be designated as temporary and the Union
notified thereof within five (5) days. The rate
shall be considered temporary for a period of
one (1) month following the date of notification
to the Union. During this period, the Union
may request the Company to negotiate the rate
for the job classification. The negotiated rate,
if higher than the temporary rate, shall be applied
retroactively to the date of the establishment of
the temporary rate. If no request has been made
by the Union to negotiate the rate within the one
(1) month period or upon completion of negotia-
tions, the temporary rate or the negotiated rate,
as the case may be, shall become the established

rate for the job classification. If no agreement is reached within (30) days after the Union requests the Company to negotiate the rate, the dispute over such rate may be submitted under the grievance procedure at Section C, but not subject to arbitration.

SECTION 10.  COST-OF-LIVING ALLOWANCE (COLA). It is understood and agreed by both parties that this section concerning cost of living allowance shall be inoperative during the term of this agreement.

A.  GENERAL.  For each hour worked and/or paid in accordance with this contract's terms, each employee covered by this agreement will receive the hourly COLA amount as may be in effect under provisions of this Section 10 in addition to the applicable hourly pay rate reflected in this Article's Section 8.  The hourly COLA amount will be established and re-established in accordance with what is hereinafter provided.

B.  BASIS OF ADJUSTMENT -- CONSUMER PRICE INDEX (i.e., C.P.I. OR INDEX).  The hourly COLA amount under this program will be determined from the 1967 = 100 Consumer Price Index (i.e., C.P.I.) for Urban Wage Earners and Clerical Employees published by the United States Bureau of Labor Statistics.  In the event that the Bureau of Labor Statistics does not issue the hereinafter specified indexes on or before the hereinafter specified pay periods, adjustments warranted, if any, will become effective at the start of the first pay period after receipt of such

Article XI Cont.

indexes. No adjustments, retroactive or
otherwise, shall be made due to any revision
which may later be made in the published
figures that have been used to calculate the
adjustment amount for any period hereinafter
specified. Continuance of this cost-of-living
program is contingent upon the availability
of C.P.I.'s in their present form and calcu-
lated on the same basis as the May, June and
July, 1975 indexes, unless otherwise agreed
upon by the Union and the Company. If the
Bureau of Labor Statistics changes the form
or the basis of calculating the C.P.I., the
Union and the Company will request such
Bureau to make available during the life of
this agreement a monthly C.P.I. in the form
and calculated on the same basis as the indexes
to which reference is herein made.

C. ADJUSTMENT CALCULATION. Commencing
with the first pay period beginning on or after
September 1, 1978, and at three (3) consecu-
tive calendar-month intervals thereafter, the
hourly COLA will be adjusted upwards or
downwards, not to include reductions in the
established hourly pay rates (i.e., as specified
within this Article's Section 8), by one cent (1¢)
for each full three tenths of one percent (i.e.,
.3 of 1%) change between three (3) month C.P.I.
averages for the most recent three (3) consecu-
tive month period for which statistics are
available and for the (3) consecutive month
period immediately preceding. In determining
the three (3) month average of the indexes for
a specified period, the computed average will
be rounded to the nearest one-tenth (0.1)
index point.

Article XI Cont.

Following is a summary of COLA adjustment
effective dates and three (3) month averages
on which the respective adjustments will be
based and a table of three (3) month average
indexes from which the hourly COLA amount
will be determined and redetermined in
accordance with provisions of this Section 10.

| Three Month Averages BLS Consumer Price Indexes | Cost-of-Living Allowance |
|---|---|
| 189.8-190.0 | 0¢ per hour |
| 190.1-190.3 | 1¢ per hour |
| 190.4-190.6 | 2¢ per hour |
| 190.7-190.9 | 3¢ per hour |
| 191.0-191.2 | 4¢ per hour |
| 191.3-191.5 | 5¢ per hour |
| 191.6-191.8 | 6¢ per hour |
| 191.9-192.1 | 7¢ per hour |
| 192.2-192.4 | 8¢ per hour |
| 192.5-192.7 | 9¢ per hour |
| 192.8-193.0 | 10¢ per hour |
| 193.1-193.3 | 11¢ per hour |
| 193.4-193.6 | 12¢ per hour |
| 193.7-193.9 | 13¢ per hour |
| 194.0-194.2 | 14¢ per hour |
| 194.3-194.5 | 15¢ per hour |
| 194.6-194.8 | 16¢ per hour |
| 194.9-195.1 | 17¢ per hour |

Article XI Cont.

| Three Month Averages<br>BLS Consumer Price Indexes | Cost-of-Living<br>Allowance |
|---|---|
| 195.2-195.4 | 18¢ per hour |
| 195.5-195.7 | 19¢ per hour |
| 195.8-196.0 | 20¢ per hour |
| 196.1-196.3 | 21¢ per hour |
| 196.4-196.6 | 22¢ per hour |
| 196.7-196.9 | 23¢ per hour |
| 197.0-197.2 | 24¢ per hour |
| 197.3-197.5 | 25¢ per hour |
| 197.6-197.8 | 26¢ per hour |
| 197.9-198.1 | 27¢ per hour |
| 198.2-198.4 | 28¢ per hour |
| 198.5-198.7 | 29¢ per hour |
| 198.8-199.0 | 30¢ per hour |
| 199.1-199.3 | 31¢ per hour |
| 199.4-199.6 | 32¢ per hour |
| 199.7-199.9 | 33¢ per hour |
| 200.0-200.2 | 34¢ per hour |
| 200.3-200.5 | 35¢ per hour |
| 200.6-200.8 | 36¢ per hour |
| 200.9-201.1 | 37¢ per hour |
| 201.2-201.4 | 38¢ per hour |

(Etc. in accordance with the formula of one cent
(1¢) for each three tenths of one percent (.3 of
1%) change in three (3)-month average indexes.)

63

| Effective at the Start of the First Pay Period Beginning | Based Upon Changes in Average Indexes Between | |
|---|---|---|
| On or After | Most Recent 3 Months | Preceding 3 Months |
| Sept. 1, 1978 | 5/78, 6/78, 7/78 | 2/78, 3/78, 4/78 |
| Dec. 1, 1978 | 8/78, 9/78, 10/78 | 5/78, 6/78, 7/78 |
| Mar. 1, 1979 | 11/78, 12/78, 1/79 | 8/78, 9/78, 10/78 |
| June 1, 1979 | 2/79, 3/79, 4/79 | 11/78, 12/78, 1/79 |
| Sept. 1, 1979 | 5/79, 6/79, 7/79 | 2/79, 3/79, 4/79 |
| Dec. 1, 1979 | 8/79, 9/79, 10/79 | 5/79, 6/79, 7/79 |
| Mar. 1, 1980 | 11/79, 12/79, 1/80 | 8/79, 9/79, 10/79 |
| June 1, 1980 | 2/80, 3/80, 4/80 | 11/79, 12/79, 1/80 |
| Sept. 1, 1980 | 5/80, 6/80, 7/80 | 2/80, 3/80, 4/80 |
| Dec. 1, 1980 | 8/80, 9/80, 10/80 | 5/80, 6/80, 7/80 |
| Mar. 1, 1981 | 11/80, 12/80, 1/81 | 8/80, 9/80, 10/80 |
| June 1, 1981 | 2/81, 3/81, 4/81 | 11/80, 12/80, 1/81 |

SECTION 11. BEREAVEMENT PAY. When death occurs in an employee's family (i.e., spouse, parent, or step-parent, parent or step-parent of a current spouse, child or step-child, brother, brother-in-law or sister-in-law, step-brother or half-brother, sister, step-sister or half-sister, or grandparents of employee or spouse), the employee, on request, will be excused for any of the first three (3) normally scheduled working days (excluding Saturdays, Sundays and holidays) immediately following the date of death provided he attends the funeral.

64

Article XI Cont.

An otherwise eligible employee may elect to defer his bereavement leave to any time period within the first (10) consecutive days immediately following the date of death, providing he makes prior arrangements at the Company's Personnel Department. Such deferment of bereavement leave time will not disqualify an otherwise eligible bereavement pay recipient from bereavement pay as hereinbefore provided.

By notifying the Company in advance, an employee may extend a scheduled vacation absence by three (3) days in the event that a qualifying death occurs during his scheduled vacation absence; however, such extension will not serve to qualify such employee for bereavement pay.

In the event a member of the employee's immediate family, as above defined, dies while in the active service of the Armed Forces of the United States, the employee may, should the funeral be delayed, have his excused absence from work delayed until the period of three (3) normally scheduled working days, which includes the date of the funeral. In the event the body of a member of the employee's immediate family, as above defined, is not buried in continental North America solely because the cause of death has physically destroyed the body or the body is donated to an accredited North American hospital or medical center for research purposes, the requirement that the employee attend the funeral will be waived.

An employee excused from work under the above paragraph, shall, after making written

65

application, receive the amount of wages he would have earned by working during straight time hours on such scheduled days of work which he is excused (excluding) Saturdays, Sundays and holidays, or in the case of employees working in necessary continuous seven (7) day operations, the sixth (6th) and seventh (7th) work days of the employee's scheduled working week and holidays.

Except for employees compensated on group bonus or piece work, payment shall be made at the employee's rate of pay, not including overtime as of his last day worked. For employees on group bonus or piece work, payment shall be made at the employee's average hourly earned rate, not including overtime and night shift premium, for the hours worked during the last pay period in which he is excused. Time thus paid will not be counted as hours worked for purposes of overtime.

SECTION 12. JURY DUTY. An employee with one (1) or more year's seniority who is summoned and reports for jury duty as prescribed by applicable laws shall be paid by the Company an amount equal to the difference between the amount of wages and continuous operations premium the employee otherwise would have earned by working during straight-time hours for the Company on that day – and the daily jury duty fee paid by the court (not including travel allowances or reimbursement of expenses) for each day on which he reports for or performs jury duty and on which he otherwise would have been scheduled to work for the

66

Article XI Cont.

Company. The Company's obligation to pay an
employee for jury duty is limited to a maximum
of (60) days in any calendar year.

In order to receive payment, an employee must
give local Management prior notice that he has
been summoned for jury duty and must furnish
satisfactory evidence that he reported for or
performed jury duty on the days for which he
claims such payment. The provisions of this
Section are not applicable to an employee who,
without being summoned, volunteers for jury
duty.

## ARTICLE XII – HOLIDAY PAY

SECTION 1. HOLIDAYS AND ELIGIBILITY.
All hourly-rated employees shall receive holiday
pay for Memorial Day, 4th of July, Labor Day,
Thanksgiving Day, the day after Thanksgiving
Day and the Christmas holiday period, providing:

A.  The employee has seniority as of the date
    of the holiday.

B.  The employee would otherwise have been
    scheduled to work on such day if it had
    not been a holiday.

C.  The employee must have worked the last
    scheduled work day prior to and the next
    scheduled work day after such holiday
    within the employee's scheduled work week;
    only one (1) work week will be considered.
    Employees tardy on such last and next
    scheduled work days shall not lose their
    holiday pay provided such tardiness does

67