# EXHIBIT 8
## (Part 2)

**1983-1986  UAW - BOHN CONTRACT**

Article XII Cont.

not exceed (25%) of the employee's scheduled
work hours for that day. Employees absent on
such last scheduled work day and next scheduled
work day for reasons of illness must furnish
acceptable proof of illness to the Company's
Medical Department.

SECTION 2. HOLIDAY CELEBRATION DATES.
The dates on which various holidays are cele-
brated during the period commencing 9/3/83 and
ending 9/2/86 have been changed to afford time
off between the Christmas and the New Year's
holidays. In the event an otherwise eligible
employee is caused to work on a day subsequently
designated as a celebration day, he will be
eligible for premium pay as prescribed by this
contract; however, in the event an otherwise
eligible employee is caused to wrok on a holiday
subsequently designated to be celebrated on
another date, he will be paid in accordance
with pay policies established for work performed
on any regular work day during any regular work
week. The following table reflects those
holidays which will be recognized by the new
contract and the specific dates on which each
of the respective holidays will be celebrated.

*HOLIDAY CELEBRATION DATES*
*Between 9/3/83 and 9/2/86*

| 1983–1984 | 1984–1985 | 1985–1986 |
|-----------|-----------|-----------|
| 9– 5–83   | 9– 3–84   | 11–21–85  |
| 11–24–83  | 11–22–84  | 11–22–85  |
| 11–25–83  | 11–23–84  | 12–23–85  |
| 12–26–83  | 12–24–84  | 12–30–85  |
| 12–27–83  | 12–31–84  | 12–31–85  |
| 12–28–83  | 1– 1–85   | 1– 1–86   |
| 12–29–83  | 4– 5–85   | 3–28–86   |
| 12–30–83  | 5–27–85   | 5–26–86   |
| 5–28–84   | 7– 4–85   | 7– 4–86   |
| 7– 4–84   | 9– 2–85   | 9– 1–86   |

*In addition to the above paid holidays, the*
*Company agrees that no work will be scheduled*
*for bargaining unit employees on the following*
*days during the term of the agreement:*

| *1984* | *1985* |
|--------|--------|
| *12-25-84* | *12-24-85* |
| *12-26-84* | *12-25-85* |
| *12-27-84* | *12-26-85* |
| *12-28-84* | *12-27-85* |

SECTION 3.  HOLIDAY PAY COMPUTATION.
Holiday pay shall be for eight (8) hours at
straight time, exclusive of night bonus or
overtime.

SECTION 4.  ELIGIBILITY MODIFICATIONS.

A.  Employees with seniority who have been
laid off in a reduction of force during
the work week prior to or during the
week in which the holiday occurs will
receive holiday pay.

B.  Employees with seniority who are absent
from work during a regularly scheduled
work week during which one (1) of the
above mentioned holidays falls, due to
approved leave of absence or sick leave

commencing not more than one (1) week
prior. to or terminating not more than
one (1) week after the week in which the
holiday falls, shall receive holiday pay.

C.  When one of the above holidays falls within
an eligible employee's approved vacation
period, and he is absent from work during
his regularly scheduled work week because
of such vacation, he shall be paid for
such holiday.

D.  When a holiday falls on Saturday, eligible
employees shall receive holiday pay, pro-
vided they have worked the full scheduled
shift on the last preceding scheduled work
day within the week in which that holiday
falls.  When a holiday falls on a Sunday,
holiday pay will be given for the following
day if that day is observed by the Federal
Government as a holiday.

E.  Any employee who works on a holiday will
receive holiday pay if otherwise eligible
under the holiday procedure and will also
be paid double his normal straight-time
earnings for such hours worked.

F.  Employees who have accepted holiday work
assignments and failed to report for and
perform such work without reasonable
cause acceptable to Management, shall not
receive holiday pay.

G.  Employees who receive holiday pay under
this procedure and work part of a shift
that falls within the holiday shall receive
straight time for such work on a holiday.

Article XII Cont.

H. For each Christmas Holiday Period (i.e., the holidays scheduled between Christmas and New Year's each calendar year), an employee must work the last scheduled day prior to each holiday period and the next scheduled work day after each holiday period. Failure to work either the last scheduled work day prior to or the next scheduled work day after each holiday period will disqualify the employee from holiday pay for the two (2) holidays immediately succeeding or immediately preceding such scheduled work day.

In order for employees to have maximum time off during the Christmas Holiday Period, employees will only be scheduled for work on the following days which are not paid holidays under this agreement, on a voluntary basis, except in emergency situations.

### SCHEDULE OF WEEKEND DAYS
### DURING CHRISTMAS SHUTDOWN

| Calendar Year 1982 | Calendar Year 1983 |
|---|---|
| 12/25 | 1/1 |
| 12/26 | 1/2 |

An employee shall not be disqualified for holiday pay if he does not accept work on such days. This does not apply to employees on necessary continuous seven (7) day operations.

I. An employee who commences receiving pension benefits on January 1 and is otherwise

71

eligible for Christmas Holiday Period pay up to and including December 31, will receive such holiday pay.

J. Employees laid off during the period beginning two (2) weeks prior to the Christmas shut-down period and ending during the week following the Christmas shutdown period will be eligible for Christmas Holiday Period pay.

## ARTICLE XIII - VACATION PROVISIONS

SECTION 1. VACATION TIME OFF. Each employee who, on January 1, has one (1) or more years of seniority, shall be entitled to vacation pay as provided in this Article's Section 2; and, if such employee has worked (1,040) hours or more during the (12) consecutive calendar months immediately preceding his date of hire, he shall be entitled to time off work in accordance with the following table.

| Service on Qualifying Date | Time Off |
|---|---|
| One (1) to two (2) years' service | (1) week off |
| Two (2) to eight (8) years' service | (2) weeks off |
| Eight (8) to (15) years' service | (3) weeks off |
| (15) years' service and over | (4) weeks off |

An employee who moves to a new length-of-service bracket on his anniversary hire date, will be allowed vacation leave corresponding to the number of weeks for that particular year that his new bracket calls for. For example: An employee whose (8th) anniversary hire date

Article XIII Cont.

falls on September 1 is entitled to two (2) weeks
vacation time off prior to September 1. After
September 1, he would be eligible for an addi-
tional one (1) week for a total of three (3)
weeks in that calendar year.

Requests for vacation time off must be made and
approved by the Company and the Union at
least four (4) weeks in advance, and the Company
reserves the right to limit the number of leaves
in any department at one time to not more than
(15%) of the number of employees in that
department. Requests for vacation time off
which are submitted at least one (1) week in
advance will be given consideration provided
the granting of such request will not result in
exceeding the (15%) limit as set forth above.

Vacations will be allocated by seniority, except
in those cases where such allocation would
result in too many employees in the same
classification being off, in which event the
Company will retain the necessary employees
to maintain the operation.

Time lost on account of industrial accidents or
occupational disease, as well as time lost away
from the plant by Union Representatives on
official Union business, shall be counted as
time worked for the purpose of this Section.

Vacation time unused in any calendar year
shall be of no value or credit in any other
year, except for one (1) week, which may
be banked.

## SECTION 2. VACATION PAY.

A. Vacation pay will be computed in accordance with the following:

| Seniority on December 31 | % of All Earnings Except Vacation Pay During the Calendar Year |
|---|---|
| One (1) year but less than three (3) years | $3\frac{1}{2}$% |
| Three (3) years but less than five (5) years | $4\frac{1}{2}$% |
| Five (5) years but less than (10) years | 6% |
| (10) years but less than (15) years | 7% |
| (15) years but less than (20) years | 8% |
| (20) years or over | $8\frac{1}{2}$% |

B. Employees who quit or are discharged shall receive their vacation bonus provided they have accumulated one (1) or more years' seniority at the date of quitting.

C. Employees who retire under the terms of Article XIV of this agreement will receive vacation bonus for the portion of the year during which they were active employees but will not be entitled to any vacation bonus for any period after the date of retirement.

74

Article XIII Cont.

D. The vacation bonus will be paid no later
than the pay period immediately preceding
February 15, each year during the life
of this agreement.

## ARTICLE XIV– PENSION PLAN.

SECTION 1. GENERAL. Although reflected in
separate document, the pension plan which was
in effect during the life of the contract that
expired on September 2, 1982, will continue as
part of this labor agreement and will continue
in effect during the new contract's life at
Company expense. In addition, the improve-
ments described in subsequent sections of this
Article will be placed into effect on the dates
indicated at Company expense and will be
reflected in the pension plan's text.

SECTION 2. FUTURE RETIREES. The basic
benefit level per month per year of credited
service for otherwise eligible employees who
retire under the pension plan's normal, early,
disability or vested deferred provisions on or
after October 1, 1978, will be $9.00 per month
per year of credited service $9.50 per month
per year of credited service on and after
October 1, 1979; and $10.00 per month per year
of credited service on and after October 1, 1980.
Applicable actuarial reduction formulas specified
within the pension plan will continue in effect.
The benefit level per month per year of credited
service in effect at the time a vested employee's
service terminates will continue to be the basis
for determining the monthly benefit amount when
he is eligible to receive such benefits.

Article XIV Cont.

SECTION 3. PAST RETIREES AND WIDOW SURVIVORS. On and after October 1, 1978, the pension benefit of former employees, and widow survivors of former employees, who retired under the normal, early, vested deferred, or disability features of the pension plan prior to 10/1/78 will be increased (50¢) per month per year of credited service.

On and after October 1, 1978, the pension benefit of former employees, and widow survivors of former employees, who retired under the normal, early, vested deferred, or disability features of the pension plan prior to 10/1/78 will be increased by (50¢) per month per year of credited service in effect at the time a vested employee's service terminates will continue to be the basis for determining the monthly benefit amount when he is eligible to receive such benefits.

SECTION 4. OTHER PENSION PLAN CHANGES.

A. MILITARY CREDITED SERVICE. Pursuant to the Selective Service Act, an employee who left or leaves the Company's employ and who returned or returns to the Company's employ will be credited with pension plan credited service lost while serving in the military of the United States government; however; in no case will the reinstatement of such credits serve to afford more pension plan credited service than such employee would have earned as a full-time employee of the Company during the time he served in the military.

Article XIV Cont.

B. EARLY RETIREMENT AGE. An otherwise
eligible employee may continue to retire at
age (55); however, the pension plan's
early retirement reduction formula will apply
to the applicable basic benefit level per
month per year of credited service.

C. SURVIVOR'S OPTION ELIGIBILITY. The
survivor's option feature will apply to an
otherwise eligible employee, including a
disability retiree, at age (55).

D. PENSION BOARD MEMBER INSURANCE
EXPENSE. Any insurance expense for joint
Pension Board members which the ERISA
Law may require will be paid by the Company.

E. ERISA EFFECTS UPON PENSION PLAN. Any
changes to the pension plan required by
the ERISA Law will not reduce negotiated
pension benefits.

F. WORKMEN'S COMPENSATION OFFSET TO
PENSION BENEFITS. By way of further
clarifying this feature of the pension plan,
the following language has been added.
"The monthly pension benefit of an other-
wise eligible retiree will be reduced by
(50%) of any Workmen's Compensation bene-
fits he receives if application for Workmen's
Compensation benefits is made when such
retiree is between the ages of (65) and (67).
The monthly pension benefit of an otherwise
eligible retiree will be reduced by (100%) of
any Workmen's Compensation benefits he
receives if application for Workmen's Compen-
sation benefits is made when such retiree is
age (67) or older."

Article XIV Cont.

G. PENSION BOOKLETS. Subsequent to including ERISA Law-mandated changes in the pension plan, the complete plan text will be printed, reproduced in sufficient quantity, and distributed to all employees covered by this agreement.

H. Effective January 1, 1979, employees whose effective date of retirement is on or after January 1, 1979, and whose total years of credited service is (30) or more, and whose age at date of retirement is at least (55) years, but less than (62), shall receive the basic benefit payable under the plan plus a supplemental benefit, the sum of which shall equal ($500.00) per month. Payment of the supplemental benefit to a retiree under this provision shall cease on the retiree's (62nd) birthday.

I. Effective October 1, 1978, the widow survivor benefit shall be increased from (55%) to (60%) for employees retiring on or after October 1, 1978.

J. Pension benefit improvements which become effective with the signing of this agreement shall be funded over a period of (30) years or less.

K. Effective October 1, 1978, the Company will contribute ($8.20) per month toward the cost of Medicare coverage for eligible retirees and widow survivors.

L. Upon receipt of a duly signed check-off authorization, the Company agrees to

Article XIV Cont.

    withhold a maximum of ($1.00) per month
from the pension benefit of eligible
retirees.  Such monies are to be paid
to the Local Union as monthly dues.

M. All provisions of the present pension plan
    not modified above will remain as at present.

## ARTICLE XV – INSURANCE

SECTION 1.  GENERAL.  Life, accidental
death and dismemberment, transition and
bridge, weekly indemnity, and medical
insurance coverages (i.e., hospitalization and
surgical) for active and inactive payroll
employees which were in effect during the life
of the contract that expired on September 2,
1983, will continue in effect during the new
agreement's life.  Policies regarding eligibility
for coverage and coverage effective dates which
prevailed during the life of the contract that
expired September 2, 1983, and which are
unchanged by this Article, will continue in
effect during this labor agreement's life.
*The Company's obligation for increases in the
group's Health Insurance premiums shall be
limited to not more than 10% cumulative per
year; that is, a total amount not to exceed
ten per cent (10%) the first year, twenty per
cent (20%) the second year, etc.  The first
such measurement to be based upon the differ-
ential between the premium in effect immediately
prior to January 1, 1984, and immediately
following January 1, 1984.  Any resulting
adjustments in premium contributions by the
Company and or employees, or benefits coverage
shall become effective October 1, 1984.  There-
after, a second adjustment shall be made if
necessary on October 1, 1985, based upon the
premium differential effective January 1, 1985.*

Article XV Cont.

SUMMARY OF BENEFITS IN EFFECT 9/2/78

| Benefits | Benefit Amounts |
|---|---|
| Life Insurance for active payroll employees | $11,000 |
| Dependent Life Insurance | |
|   Spouse | $ 1,000 |
|   Dependent Children between the ages of six months and (19) years | $ 1,000 |
|   Dependent Children between the ages of five days and six months | $ 100 |
| Life Insurance for Pension Plan Retirees | $ 1,000 |
| Accidental death and dismemberment Insurance for active payroll employees | $ 9,000 |
| Survivor Income benefit insurance | |
|   Transition (24 months) | $ 150/month |
|   Bridge | $ 150/month |
| Weekly sickness and accident benefits for employees (Commencing the first day of an accident and the fourth day of a sickness for a maximum period of 26 weeks; six-week maternity benefit) | $ 90/week |

Medical insurance (employee and dependents)

Michigan Blue Cross/Blue Shield MV-2
Ward Program, including the following
riders: D45NM - ML - IMB - OPC -
CC - DCCR - $2.00 Co-pay Drug -
XF for retirees · FAE - VST - Reciprocity

80

Article XV Cont.

SECTION 2.  LIFE INSURANCE.  Effective
October 1, 1978, the insurance coverage for
otherwise eligible active payroll employees
will be increased from ($11,000) to ($12,000).
Effective October 1, 1979, life insurance
coverage for otherwise eligible active payroll
employees will be increased from ($12,000) to
($13,000).

SECTION 3.  ACCIDENTAL DEATH & DISMEM-
BERMENT INSURANCE.  Effective October 1,
1978, accidental death and dismemberment
insurance for otherwise eligible active payroll
employees will be increased from ($9,000) to
($11,000).

SECTION 4.  TRANSITION AND BRIDGE
BENEFITS.

A.   BENEFIT CHANGES.  Effective October 1,
1978, the monthly benefit under the
transition and bridge program will be
increased from ($150) to ($175).  This
improvement will apply to claims initiated
by eligible survivors based on qualifying
deaths which occur on and after October 1,
1978.

B.   TRANSITION BENEFITS-ELIGIBILITY.
The transition benefit monthly payment
will commence on the first day of the
month following your death.  This payment
will continue for (24) months or until you
are not survived by anyone who qualifies
as an eligible survivor, whichever occurs
first.

Article XV Cont.

The transition benefit will be paid in order of priority to:

1. Your widow or widower, if she or he was lawfully married to you for at least one (1) year immediately prior to your death.

2. Your unmarried child or children under (21) years of age at the time each monthly benefit becomes payable.

3. Your parent or parents for whom you provided at least (50%) support during the calendar year preceding the year in which your death occurred or you became continuously disabled until death.

(Since more than one individual may qualify under 2 and 3 above, the monthly benefit will be divided equally among the survivors.)

C. BRIDGE BENEFIT ELIGIBILITY. The bridge benefit is payable to your widow or widower in the form of monthly income benefits and will begin on the first day of the month following receipt of the last transition benefit payment. Your spouse must have been at least (48) but under (60) years of age at the time of your death, and not re-married at the time this benefit commences. Also, if your spouse receives Social Security benefits for your dependent children, the bridge benefit will not become payable until the Social Security benefits cease.

Article XV Cont.

The bridge benefit will terminate when your spouse:

1. Remarries.

2. Attains age (62) or any younger age at which full widow or widower's insurance benefits are payable under the Federal Social Security Act.

3. Ceases to qualify as an eligible survivor.

4. Dies.

D. TRANSITION & BRIDGE DISABILITY BENEFIT. In case of total disability while insured, your survivor income benefit insurance will be continued without further cost for as long as you remain totally disabled, if:

1. The disability starts before your (60th) birthday, and, in all probability, you will be unable to engage in any work for an extended period of time, and

2. At the time you become so disabled, you have an eligible survivor.

SECTION 5. WEEKLY SICKNESS AND ACCIDENT BENEFITS.

A. WEEKLY BENEFIT LEVEL IMPROVEMENTS. For new claims originating on and after October 1, 1978, the weekly benefit level will be increased from ($90.00) to ($100.00). For new claims originating on and after October 1, 1979, the weekly benefit level will be increased from ($100.00) to ($105.00).

For new claims originating on and after October 1, 1980, the weekly benefit level will be increased from ($105.00) to ($110.00).

B.  WEEKLY S&A BENEFITS AND DISPUTED WORKMEN'S COMPENSATION CLAIMS. Weekly sickness and accident benefits will be payable to a Workmen's Compensation claimant whose disabling circumstances commence on and after October 1, 1978, as hereafter provided. Subject to the completion of a reimbursement agreement form provided by the Company, disability advances shall be paid to a claimant for weekly sickness and accident benefits who has alleged that the disabling circumstance is work-related when the Company does not voluntarily accept liability under existing Workmen's compensation laws, providing medical evidence of total and continuous disability satisfactory to the insurance carrier is submitted. Such payments will cease should the Company's insurance carrier subsequently determine that a claimant is not eligible for weekly sickness and accident benefits.

In the event it is subsequently determined that weekly sickness and accident benefits remitted in this circumstance should not have been paid and/or should have been paid in a lesser amount, written notice shall be given to the claimant, and he shall repay the entire amount or the amount of overpayment to the insurance carrier. If the claimant fails to repay promptly, the insurance carrier shall recover the amount due and owing by

Article XV Cont.

making an appropriate deduction or deduc-
tions from any future benefit payment or
payments payable to the employee under
the group insurance program, or may cause
the Company to make the appropriate
deductions from future compensation
payable by the Company to the claimant.

C. WEEKLY S&A DURING MATERNITY LEAVE.
The Company agrees to indemnify Local
#1402 and the International Union against
possible liability in a suit seeking to require
the inclusion of maternity benefits in
sickness and accident insurance coverage
to a greater extent than the current program
provides. The Company agrees to comply
with final litigation in this regard.

SECTION 6. MEDICAL INSURANCE.

A. B-77 PROGRAM. Effective October 1, 1978,
eligible employees and their dependents
will be covered by the Michigan Blue Cross-
Blue Shield B-77 Program, including the
FAE-VST-Reciprocity rider. The cost of
such coverage is to be borne by the
Company.

B. RETIREE DRUG COVERAGE. Effective on
and after October 1, 1978, coverage under
the currently in-effect medical insurance
program's $2.00 Co-pay Drug Rider for
retirees under the pension plan, which
is a part of this agreement, will continue
to be fully paid by the Company.

Article XV Cont.

C. MASTER MEDICAL PROGRAM. Effective October 1, 1978, eligible employees and their dependents will be covered by the Michigan Blue Cross-Blue Shield 80/20 Co-pay Master Medical program. Deductibles under this plan shall be ($100.00) individual and ($200) family. The cost of such coverages is to be borne by the Company.

## SECTION 7. DENTAL INSURANCE COVERAGE.

Effective on and after September 3, 1978, eligible employees and their covered dependents will continue to be provided dental program insurance coverage at Company expense. Coverage effective dates will be as per this Article's Section 8.

## SECTION 8. INSURANCE COVERAGE EFFECTIVE DATES.

A. Group insurance coverages (i.e., life, AD&D, dependent life, transition and bridge, weekly sickness and accident) and medical insurance coverages for a new hire or a rehired employee will become effective on the 31st day of employment, providing such employee is on the active payroll on such day.

B. For an employee reinstated from the inactive to the active payroll, group and medical insurance coverages provided by this agreement will become effective on the effective date of placement onto the active payroll.

C. Except for Company-paid group and medical insurance coverages hereinbefore specified for employees who retire under this agreement's pension plan, all Company-paid group and medical insurance coverages will cease

86

on the first (1st) day immediately following termination of seniority.

D. Company-paid group and medical insurance coverages for inactive payroll employees will be continued in accordance with the following:

1. Life, dependent life, AD&D, transition and bridge, and medical insurance coverages will be afforded to employees who become inactive by reason of layoff, vacation leave, personal leave, or any other approved leave for two (2) calendar months following the month in which such leaves commence.

2. Life, dependent life, AD&D, transition and bridge, and medical insurance coverages will be afforded to employees who become inactive by reason of an approved sick, industrial injury and/or sickness, or maternity leave for six (6) calendar months immediately following the month in which such approved leaves commence.

E. An employee who becomes inactive by reason of layoff and/or an approved leave may purchase medical insurance coverage for one (1) year immediately following the last month for which the Company remits insurance premiums in behalf of the inactive employee by making advance payments to the Company's Personnel Office.

F. An employee who becomes inactive by reason

Article XV Cont.

>of an industrial illness shall continue to
>be provided with coverages for life,
>dependent life, AD&D, transition and
>bridge, and medical insurance for a
>period not to exceed two (2) years.
>Cost of such coverages will be fully
>paid by the Company.

SECTION 9. INSURANCE HIGHLIGHT BOOKLETS.
Descriptions of benefits and eligibility require-
ments which prevailed during the immediately
preceding labor agreement's term and improve-
ments to which reference is herein made will
be reflected in insurance highlight booklets
which the Company will request the respective
carriers to provide covered employees.

*SECTION 10. EYEGLASS PURCHASE. Effective
September 3, 1983, the Company will make avail-
able to dependents of employees (those eligible
for hospital/medical insurance coverage) the
option to purchase eyeglasses through the
Company on the same basis as such program
has previously been available to employees.*

## ARTICLE XVI - GENERAL

SECTION 1. BULLETIN BOARDS. The Company
shall permit the use by the Union of sufficient
space on the Company's bulletin board for the
posting of notices restricted as follows:

A. Notices of Union recreational & social affairs.

B. Notice of Union elections, appointments,
and results of Union elections pertaining
to the plant or department involved.

C. Notice of Union meetings.

All such notices must be submitted to the
Company for approval before posting.

SECTION 2. SAFETY. The Company shall
continue to make reasonable provisions for the

88

Article XVI Cont.

safety and health of its employees during the hours of their employment, as it has prior to the signing of this agreement through the maintenance of its protective devices and equipment in accordance with the requirements of the State law.

In order to carry out the intent of this Section, the Union shall appoint two (2) of its members who are employed at Plant #16 and one (1) of its members who is employed at Plant #19 to serve on the Safety Committee. The Safety Committee shall meet at least once each month. Special meetings may be held when conditions warrant. Unsafe conditions shall be reported first to the supervisor of the area.

SECTION 3. CONTRACT PRE-EMPTION. Any agreement made by representatives of either party which is not consistent with the terms of this contract shall be of no force and effect.

SECTION 4. VALIDITY OF AGREEMENT. This agreement supersedes all prior agreements and understandings, oral or written, except as they are expressly reaffirmed or incorporated herein. Should any term or terms of this agreement be or become wholly or partly in conflict with the laws existing during the term of this agreement, the validity of the balance of this agreement shall in no way be affected, and this agreement shall be deemed modified to conform to the provisions of said existing laws.

SECTION 5. COMPLETE AGREEMENT. The parties acknowledge that during the negotiations which resulted in this agreement, each had the

unlimited right and opportunity to make demands
and proposals with respect to any subject or
matter not removed by law from the area of
collective bargaining, and that the understand-
ings and agreements arrived at by the parties
after the exercise of that right and opportunity
are set forth in this agreement. Therefore the
Company and the Union, for the life of this
agreement; each voluntarily and unqualifiedly
waives the right, and each agrees that the other
shall not be obligated, to bargain collectively
with respect to any subject or matter referred
to or covered in this agreement or with respect
to any subject or matter not specifically referred
to or covered in this agreement, even though
such subject or matter may not have been within
the knowledge or contemplation of either or both
of the parties at the time that they negotiated
or signed this agreement.

SECTION 6. TRUSTEE REPORTS. Copies of
all Trustees' reports of all benefit plans shall
be provided to the International Union, U.A.W.,
Solidarity House, Detroit, Michigan (8000 East
Jefferson Avenue), and to the Regional Director,
1-D, Box H, Grand Rapids, Michigan 49501.

SECTION 7. MAILING LISTS. Within (30) days
after the ratification of this agreement and every
six (6) months thereafter during the term of
this agreement, the Company shall give to the
International Union the names of all retirees, as
well as employees covered by this agreement,
together with their addresses and Social Security
numbers as they appear on the records of the
Company. The International Union shall receive
and retain such information in confidence and
shall disclose it only to those officials of the

Article XVI Cont.

Union whose duties require them to have such information.

SECTION 8. COMPENSABLE INJURIES. When, because of a compensable injury, it is necessary for an employee to leave his work for medical treatment on the day of injury, he shall be paid for time lost from regular work while receiving treatment. If the doctor finds that the employee is unable to return to work on the day of injury, the employee shall be paid for the balance of the shift on which he was injured. If, upon his return to work, the employee has to receive medical treatment due to such injury, and such treatment can only be received during his regular work shift, he shall be paid for time lost while receiving treatment.

SECTION 9. PRINTING OF CONTRACT. The Company shall have the total agreement printed in booklet form and furnish sufficient copies to the Union and to each employee in the bargaining unit.

SECTION 10. CHANGES OF ADDRESS. It shall be the responsibility of employees to report any change of address or telephone numbers to the Company in writing. The employees shall get a receipt of such notice from the employment office with a duplicate furnished to the Union.

SECTION 11. CREDIT UNION PAYROLL DEDUCTION. The credit union payroll deduction program, which was in effect under the prior labor contract, will continue during the life of this agreement.

SECTION 12. MEMORANDUMS OF UNDERSTAND-
ING. During negotiations, which resulted in
this labor agreement, the Union and the Company
agreed that the following memorandums of under-
standing will prevail during this contract's term:

A.  GROUP LEADERS. A group leader is an
    hourly payroll employee who is a member
    of the bargaining unit. He is normally paid
    a certain amount of money above the rate
    of highest rated worker in the group that
    he is the leader of. He works at regularly
    assigned production work, and, in addition,
    acts as a leader of his group. He may
    provide personal relief time for the members
    of the group. A group leader punches the
    time clock in the same manner as any other
    employee, and he receives overtime pay
    for all overtime hours worked.

    The group leader is not a foreman. He
    receives his orders and work schedules
    from a supervisor or foreman and then
    acts as a conduit to pass the supervisor's
    order on to the work crew. He carries
    out set instructions of the supervisor.

    The group leader will assign work within
    the group in accordance with the super-
    visor's instructions and the work schedule
    of jobs or parts to be produced.

    The group leader will give necessary
    instructions to employees in performance
    of their work to insure an even flow of
    production in the department.

Article XVI Cont.

In case of failure on the part of an employee
to do a job properly, he shall explain how
the job should be done and why it should
be done that way. A group leader is not
to report rule violations to the foreman
for the purpose of causing Management
to impose discipline on an employee or
group of employees. It will be expected
that violations affecting the safety of other
employees or the worker involved will be
referred to the steward and supervision.

He does not attend supervisory meetings
and does not have the privileges reserved
for supervisors or foremen.

Supervisors are not to perform production
work; however, the group leader devotes
a substantial part of his work hours
performing the same type of work that his
group performs.

The group leader makes routine reports
to his supervisor concerning the flow of
work and conditions encountered by the
group, but he has no authority to hire,
transfer, suspend, lay off, recall, promote,
discharge, reward or discipline other
employees, or to adjust their grievances,
or to effectively recommend such action.

On shifts where a foreman is not available
and a situation requiring some immediate
action or decision outside the authority of
a group leader occurs, the group leader
present shall contact the foreman or
designated Company representative to
determine the action to be followed.

B. SAW SHARPENER-CANISTER MAKER JOB CLASSIFICATION. The job incumbent of the job classification "Saw Sharpener-Canister Maker" will not be bumped by employees on other shifts for shift preference.

In the event of layoff, a maintenance man with greater seniority and present ability to perform the work may displace the holder of the "Saw Sharpener-Canister Maker" classification at the rate of the job. Such layoff will not be considered as permanent vacating of the classification.

During periods when the Saw Sharpener-Canister Maker does not have full-time work in his classification, he shall work with maintenance men in accordance with past practice.

It is understood that the employee classified as "Saw Sharpener-Canister Maker" will not share in daily, weekend or holiday overtime opportunities for maintenance men, unless all maintenance men are scheduled for overtime work at the same time, and there is miscellaneous maintenance fill-in work which the Saw Sharpener-Canister Maker might perform by way of assisting maintenance employees.

The employee classified as "Saw Sharpener-Canister Maker" will be afforded any overtime work within his job classification.

This new classification shall only exist

Article XVI Cont.

until the employee now doing this work permanently vacates it. At such time, the parties will renegotiate this classification with appropriate job content and rate.

C. OVERTIME DISTRIBUTION. Overtime will not be offered to an employee in accordance with the contract's Article 11, if this would require the employee to work (16) hours in succession, except on a voluntary basis. In all other situations, the labor agreement's Article 11 will be adhered to when overtime work opportunities are distributed.

D. INSPECTION DEPARTMENT SENIORITY ADMINISTRATION. Seniority within the Inspection Department will continue to be administered as follows:

1. The Inspection Department at each of the two (2) plants (#16 and #19) will operate plant-wide within each plant. Job classifications within the inspection Department at each plant will be Group Leader and Floor Inspector.

2. For the purpose of training Floor Inspectors to become competent in the inspection of more than one (1) product, Floor Inspectors will be assigned to departments other than their "Home" department. When they have gained competence in the inspection of other product(s), they will be allowed to transfer back to their "Home" department and be assigned to other departments only to maintain their competence or as work schedules dictate.

3.  Job openings for floor inspectors will
    be posted plant-wide.

4.  In the event of a department layoff,
    an inspector may apply his seniority
    to claim an open job for which he is
    qualified, or, if no such job exists,
    he may claim any non-posted job held
    by a junior employee.

E.  SAFETY INSPECTIONS & MEETINGS. The
    Union Committee's chairman may accompany
    Federal or State safety inspectors on tours
    of the Holland plants, and he will be paid
    for regular work time missed as a conse-
    quence of such inspections.

    In addition, the Union Committee's chairman
    may participate in monthly Union-Manage-
    ment safety meetings and will be paid for
    regular work time missed as a consequence
    of such meetings. Participation in monthly
    Union-Management safety meetings by the
    Union Committees' chairman will be in
    addition to participation by the three (3)
    members of the Safety Committee to which
    specific reference is made in Section 2 of
    this contract's Article XVI.

F.  UNION ACCOMMODATIONS. The Company
    will provide a stand-up desk and a file
    cabinet which may be locked, for use by
    the Union Committee in the conduct of
    Union business at Plant 19.

    The Company will further provide at Plant
    16 a Union office for use by the Union
    Committee, Stewards, the Union President

Article XVI Cont.

and Union Vice President. The design and
location of such office shall be determined
by the Company. Use of the Union office
shall be exclusively for the conduct of
Union business. Access to the Union office
shall be limited to those Union officials
referenced above.

G. VENDING MACHINE PROCEEDS. Periodically,
financial statements reflecting vending
machine sales and commissions, if any, will
be made available to the Union's financial
secretary. Although the Company is willing
to consider Union suggestions for disposition
of vending machine sales commissions, if any,
first priority for such funds will be to under-
write expenses of the annual ham and/or
turkey program for all employees of the
Holland facilities. *Each employee may indicate
a preference to receive either a ham or
turkey no later than December 1, each year.
If no preference is expressed by an employee,
the Company shall determine whether a ham
or turkey is given that employee.*

H. ANNUAL INVENTORY. Employees to conduct
the annual physical inventory will be chosen
from the plant-wide seniority list. The most
senior employees will be asked to accept such
assignments within his/her plant; however,
should the number of volunteers be insuffi-
cient, the least-senior employees on the plant-
wide seniority list will be obliged to accept
inventory work assignments.

In the event annual physical inventory work
is completed prior to the end of the normal
work week and production work is not
resumed until the following normal work week,
inventory workers will be assigned available
work which they can do without regard to
traditionally accepted lines of demarcation
between the job classifications.

97

Article XVI Cont.

If the annual physical inventory is conducted on Saturday or Sunday, it will be done by utilizing the Plant-Wide Overtime Volunteer List, in accordance with the provisions of Article XI, Section 1, on Overtime.

Employees participating in the annual physical inventory shall be paid (50¢) per hour above the established hourly pay rate for the "Production Helper" classification for the time so employed.

## ARTICLE XVII –
## SKILLED TRADES SUPPLEMENT

SECTION 1. SKILLED TRADES DEFINITION. Skilled Trades departments, for the purpose of this agreement, shall mean the Tool and Die Department, the Maintenance Department, and the Extrusion Die Repair. *Layout Inspection, and Sample Making.*

SECTION 2. OCCUPATIONAL SENIORITY. Seniority in the Skilled Trades Departments shall be by occupations or trades within a department. The seniority list shall be by basic classification, except that present employees of such departments shall continue to be listed in the same order shown on seniority lists last published prior to December 5, 1969. Neither this section nor any other section of this agreement shall be interpreted to mean that the Company shall not have the right of assigning work outside of classification to fill out a Journeyman's time or to answer an emergency.

The Skilled Departments of the two plants shall remain separate and apart, except that Plant Seniority, as herein defined, may, because of a reduction in work, result in the assignment

Article XVII Cont.

of Skilled employees from one plant to the Skilled Departments of the other plant. Furthermore, the Company reserves the right to temporarily assign Skilled employees of either plant to the Skilled Departments of the other plant as the need arises, such assignment to be made with proper regard for the provisions of the Skilled Trades Agreement.

Journeymen Skilled Trades employees shall be permitted to exercise seniority to displace (bump) a less senior Journeyman to achieve an interplant transfer within the same classification. The exercise of a bump to accomplish such interplant transfer shall be limited to a maximum of one (1) bump in any *three (3)* month period within a classification from Plant 16 to Plant 19, and likewise, a maximum of one (1) bump in any *three (3)* month period within a classification from Plant 19 to Plant 16. A Skilled Trades employee who exercises seniority to move from one plant to another by transfer or bump, shall not thereafter be entitled to an interplant transfer or bump during the following *(6)* calendar month period.

SECTION 3. FUTURE OCCUPATIONAL SENIORITY. After the signing of this agreement, seniority of Journeymen in the Skilled Trades Departments shall begin as of date of entry into such department, except graduates of the apprenticeship program; they shall have seniority as provided for in the apprenticeship standards.

SECTION 4. SENIORITY OUTSIDE SKILLED TRADES. Production workers will not carry seniority into the Skilled Trades occupations;

## ARTICLE XVII Cont.

however, Skilled Trades workers who were formerly employed as production workers at either Plant 16 or Plant 19, may, in case of layoff, exercise their plant seniority as provided in Article IX of the bargaining agreement. Skilled Trades workers who were hired directly into a Skilled Trades occupation shall not be permitted to exercise plant seniority to transfer to a production worker classification, except by mutual agreement of the Company and the Union.

SECTION 5. "JOURNEYMAN" DEFINITION. The term "Journeyman", as used in this agreement, shall mean any person:

A. Who presently holds a Journeyman classification in the plant in the Skilled Trades occupations.

B. Who has served a bona fide apprenticeship and has a certificate which substantiates his claim of such service.

C. Who has had eight (8) years of practical experience and can prove same with proper affidavits.

   The Company may consider the possession of a U.A.W. Journeyman Card as presumptive proof of qualifications under B and C above.

SECTION 6. FUTURE SKILLED TRADES EMPLOY- MENT. Any further employment in the Skilled Trades occupations in these plants, after signing of the agreement, shall be limited to Journeymen, Apprentices, or employees in training on non-apprenticeable job classifications.

100

SECTION 7. LAYOFF & RECALL. In the case of layoff in the Skilled Trades Department, the following procedure shall be used:

A. Temporary employees.

B. Probationary Journeymen.

C. Youngest seniority employee within the occupation.

D. Youngest seniority employee in the department, providing the employee retained is able to perform the available work.

E. The same procedure shall apply in the Maintenance Department.

F. Recalls shall be made in the reverse order of the layoffs.

SECTION 8. SKILLED TRADES OCCUPATIONS. The following classifications shall be established in the Skilled Trades Department:

Tool & Die Maker

*Maintenance (Electricians and Millwrights)*

Extrusion Die Repair (not apprenticeable)

Saw Sharpener-Canister Maker (not apprenticeable)

Sample Maker (not apprenticeable)

Layout Inspector (not apprenticeable)

Article XVII Cont.

SECTION 9. APPRENTICESHIP STANDARDS.
The Company and the Union have negotiated
an apprenticeship program. The apprentice-
ship standards are in keeping with the standards
of the International Union, U.A.W. The
apprenticeship standards shall be considered.
as an inseparable part of the supplementary
agreement.

SECTION 10. LABOR AGREEMENT APPLICATION.
All sections of the bargaining agreement
presently in effect, which are not inconsistent
with the supplement, shall apply to the Skilled
workers.

SECTION 11.

A. When the Company determines it necessary
to increase the number of employees in the
Extrusion Die Repair, Sample Maker and
Layout Inspector classifications, such
opening(s) shall be filled in the following
order of preference.

1. If any qualified Journeymen have
previously been reduced out of the
classification to be filled, such
employee(s) shall be returned to the
classification in accord with the re-
call provisions of the agreement.

2. If no qualified Journeymen are available
through the recall procedure, the
opening(s) shall be posted for bid by
employees of the Company.

Article XVII Cont.

B.  When an Upgrader Trainee job is to be
    filled in the Extrusion Die Repair, Sample
    Maker or Layout Inspector classification,
    bargaining unit employees from other
    sections of the plant may be transferred
    to the appropriate department and re-
    classified as Upgrader Trainees.

C.  Such transferees shall be given on-the-job
    experience supplemented with applicable
    and available outside education to permit
    them to become proficient in performing
    the duties of the trade in which the
    individual is being trained.

D.  Notice of openings for Upgrader Trainees
    shall be posted on the plant bulletin boards
    and Upgraders will be selected by the
    Company on the basis of their overall
    qualifications, which shall include but not
    be limited to applicable skills acquired in
    prior employment, skills acquired during
    Gulf + Western employment and applicable
    training and education acquired through
    recognized educational institutions. When
    qualifications are relatively equal, seniority
    will prevail.

E.  Should no qualified employee apply for an
    Upgrader Trainee opening, the Company
    may hire a suitable qualified person from
    outside of the Company for training under
    provisions of ths agreement. New employees
    shall not be hired into these Upgrader
    Training classifications until an opportunity
    has been provided for all qualified employees
    having adaptable skill and ability to transfer
    into these classifications.

103

F. Employees who are transferred into or hired into the Upgrader Training Program shall serve a probationary period of (90) days. The probationary period shall not include periods of layoff and/or periods where an employee is transferred back into a non-skilled classification.

G. Upon completion of the Upgrading period, such employee shall use for his/her skilled trades seniority (100%) of his/her actual training time for the purpose of layoff and recall.

H. In the event of a curtailment of force in skilled trades classification and/or classifications, such Upgrader and/or Upgraders will be transferred out of the affected classification(s); i.e., Extrusion Die Repair, Sample Maker, Layout Inspector, back to their former department and classification in accordance with seniority provisions of this agreement, per Article IX, Section 5. An employee who occupies Upgrader Training status in one (1) of the three (3) skilled trade job classifications shall not be permitted to exercise his/her Upgrader Training seniority against an employee occupying Upgrader Training status in one (1) of the other two (2) skilled trade Upgrader job classifications. The Upgraders will exercise seniority in their own Upgrading classification in the event of a reduction of force. The last individual transferred into or hired into an Upgrader classification shall be the first to be transferred out or laid off, as the case may be; i.e., last in, first out.

Article XVII Cont.

I. An employee may withdraw from the Upgrader Training Program at any time and return to his/her former non-skilled classification and department in accordance with his/her non-skilled trade seniority. The Company may remove an Upgrader Trainee during his/her probationary period. The Company may remove an Upgrader Trainee who has completed the probationary period from the program for failure to participate in the educational program or for failure to progress toward Journeyman status on the job.

J. Employees who withdraw from the Upgrader Training Program, or those employees who are removed from the program per Paragraph 1 above, shall be prohibited from re-entering an Upgrader Training Program in the same classification, except by mutual agreement of the Company and the Union.

K. An Upgrader will not be permitted to exercise shift preference over another Upgrader during the Upgrader Training Program and/or Journeymen cannot exercise shift preference over an Upgrader Trainee. Upgraders shall work those shifts which would be most advantageous to their related training. Upon attainment of Journeyman status, employees are subject to shift transfer based on their skilled trades seniority.

L.  The base rate of newly-hired Upgraders,
    excluding cost-of-living, shall be as
    follows:

| | |
|---|---|
| 1st Three Months | 70% of Journeyman Rate |
| 2nd Three Months | 75% of Journeyman Rate |
| 3rd Three Months | 80% of Journeyman Rate |
| 4th Three Months | 85% of Journeyman Rate |
| Next Six Months | 90% of Journeyman Rate |
| Next Six Months | 95% of Journeyman Rate |
| After Two Years | Journeyman Rate |

Seniority employees who transfer into the Up-
grader Program shall enter the program at a
base rate of (24¢) per hour less than the
Journeyman rate, and, thereafter shall be
increased six cents (6¢) per hour each six (6)
months until the Journeyman rate is reached.
However, employees transferring into the Up-
grader Program whose hourly base rate in their
former classification is less than (24¢) per hour
below the journeyman rate shall retain their
existing base rate until such time as the six-
month interval of increases permits a rate
adjustment. In no case will an employee, upon
transfer into the Upgrader Program, maintain
a base rate in excess of the journeyman rate
for the Upgrader classification entered.

The Company will reimburse Upgrader Trainees
for required tools not furnished by the Company
in an amount not to exceed ($200) as follows:

A maximum of ($50) shall be provided by the
Company at the outset of the training period.
A maximum of an additional ($50) shall be pro-
vided by the Company after successful completion

Article XVII Cont.

of the probationary period. A maximum of an additional ($100) shall be provided by the Company after successful completion of the training program. The Company shall be furnished with receipts to verify expenditure of the above monies for required tools.

M. The Upgrader Trainee(s) shall be required to sign a statement consenting to the terms and conditions of this agreement , thereby waiving:

   1. The right to any permanent status in the skilled trades classification other than Upgrader seniority until successful completion of such training period.

N. It is desirable that Upgraders attain necessary related training to make them competent in as short a period of time as possible.

O. An Upgrader Trainee shall acquire journeyman status only after two (2) calendar years in the Upgrader classification and following successful completion of all related classroom instruction. Further, upon acquiring journeyman status, overtime hours will be equalized within their own classification.

P. The Company agrees to pay, on behalf of those employees covered by this Upgrader Program, for books, registration fees and/or tuition required in connection with related training for a period of not more than three (3) years under this program. When an Upgrader Trainee is required by the Company to attend classes outside of the normal working hours for the purpose of facilitating



Article XVII Cont.

training in Extrusion Die Repair, Sample
Maker or Layout Inspector, the Company
will pay the individual his or her applicable
rate of pay, including cost-of-living, but
excluding shift premium and overtime
premium for the actual hours that an
individual participates in classroom instruc-
tion. This related training as outlined
shall be on a mandatory basis for all future
employees entering into this Upgrader
Training. In the event an employee fails
to achieve a passing grade in a course of
related training, the cost of repeating such
course of instruction shall be borne by the
employee.

Q. The Upgrader Training Program may be
amended to include additional training
programs by mutual agreement of the
Company and the Union.

### ARTICLE XVIII –
### TERMINATION AND MODIFICATION

This agreement will become effective on Sept-
ember 3, 1983, and shall continue in full force
and effect without change until 12:00 midnight,
September 2, 1986, and thereafter for successive
period of (60) days, unless either party shall,
on or before the (60th) day prior to expiration,
serve written notice on the other party of a
desire to terminate, modify, alter, renegotiate,
change, or amend this agreement. A notice of
desire to modify, alter, amend, renegotiate, or
change, or any combination thereof, shall have
the effect of terminating the entire agreement
(on the expiration date) in the same manner as

108

Article XVIII Cont.

a notice of desire to terminate, unless before
that date all subjects of amendments proposed
by either party have been disposed of by
agreement or by withdrawal by the party
proposing amendment.

Within (10) days after receipt of any such notice,
a conference will be arranged to negotiate the
proposals, in which case this agreement shall
continue in full force and effect until termina-
tion, as provided herein.

Notices shall be sufficient if sent by mail,
addressed, if to the Union, to Local No. 1402,
International Union, United Automobile, Aero-
space and Agricultural Implement Workers of
America, U.A.W., Holland, Michigan, or to
such other address as the Union shall furnish
to the Company in writing; and, if to the
Company, to Bohn Aluminum & Brass Division,
Plant 16, Gulf + Western Manufacturing Company,
Holland, Michigan, or to such other address as
the Company may furnish to the Union in
writing.

IN WITNESS WHEREOF, the Company has caused
these presents to be signed in its behalf by its
duly authorized and accredited representatives;
and the Union has caused the same to be signed
in its name by its duly authorized and accredited
representatives, and the Union has caused the
same to be signed in its name by its accredited
officers and committeemen this

_____ day of _____, 1983:

109

Article XVIII Cont.

| Bohn Aluminum & Brass Division-Plants 16 & 19 Gulf + Western Mfg. Co. Holland, Michigan | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW & Local No. 1402 UAW |

*J. A. Hockema, V.P.-
Extruded Prods. Div.*

*Robert Rietveld*

*W. L. Ehmann, V.P. -
Engine & Fdry. Div.*

*Donald G. Douglas*

*Richard A. Crane
Plant Mgr.-16*

*Kenneth Ter Horst*

*Gilbert J. Hilt
Plant Mgr.-19*

*Randal Maynard*

*Michael M. Leitzell
Ind. Relations Mgr.*

*Inasio Gonzales*

*Roger Van Dam
Plant Supt.-16*

*James F. Thayer*

*Donald R. Hoyt
Plant Supt.-19*

*Art Vega*

*Joe C. Tucker, Dir.-
Group Labor Relations*

*Robert Fherman
Regional Director*

110

JAIL LETTER

September 3, 1978

Mr. Robert Rietveld
Chairman, Bargaining Committee
Local #1402, U.A.W.
Holland, Michigan

During our 1978 contract negotiations, we dis-
cussed several times emergency leaves of
absence pertaining particularly to employees
who may be confined by the law. The following
expresses our understanding relative to such
a situation:

It is understood that if an employee is in-
carcerated by the law not to exceed 30
calendar days, he shall not lose his
seniority, but beyond this time he shall
be subject to loss of his seniority. In
addition, should an employee at any time
be convicted of a felony, he shall be
subject to loss of his seniority.

It is our belief that the above states the under-
standing between the two parties.

Sincerely,

J. C. Tucker
Director-Employee Relations
Bohn Group

cc: Robert Hulsebus
International Representative
Region 1-D, U.A.W.

111

BOHN ALUMINUM & BRASS CORPORATION

PLANT #16, HOLLAND, MICHIGAN

March 28, 1974

SHOP RULES

THE FOLLOWING OFFENSES ARE VIOLATIONS
OF SHOP RULES AND ARE GROUNDS FOR
DISCIPLINARY ACTION, INCLUDING DISCHARGE.

1. Leaving job without permission or not reporting
   to the job on time.

2. Producing excessive scrap or inferior work
   through carelessness, or willfully wasting
   or damaging materials or supplies.

3. Theft or removal from the premises without
   proper authorization any company property
   or the property of any employee.

4. Sabotage (per Federal or State Law).

5. Conviction of a violation of the Espionage Act.

6. False statements on employment application
   or giving false information at the time of
   employment as to a pertinent item.

7. Immoral conduct or indecent behavior on
   company premises.

8. Fighting or attempting bodily injury to another
   on company premises (This does not include
   action taken in self-defense) or provoking a
   fight on company premises.

9. Deliberate falsification of production reports,
   time reports or other similar reports.

10. Intentionally and knowingly punching another
    employee's time card.

SHOP RULES Cont.

11. Misusing, destroying or damaging company property or property of any employee.

12. Making of false, vicious or malicious statements concerning any employee, the Union, the Company, or its products.

13. Using alcohol or narcotics on company premises, or reporting for work while obviously under the influence of alcohol or narcotics.

14. Interfering or refusing to cooperate with the Plant protection officers in the performance of their duties.

15. Sleeping on the job during working hours.

16. Insubordination – refusing or failing to obey an order from proper authority.

17. Mistakes due to carelessness.

18. Altering or defacing Company or Union notices on bulletin boards.

19. Distributing written or printed matter of any description on Company premises, unless approved by the Personnel Department; posting or removal of notices or signs, writing or marking on Company property, without authorization from the Company.

20. Creating or contributing to unsanitary conditions or poor housekeeping.

SHOP RULES Cont.

21. Engaging in horseplay, running, scuffling or throwing things.

22. Gambling or engaging in a lottery on Company premises.

23. Violating a safety rule or safety practice.

24. Failure to observe parking and traffic regulations on Company premises.

25. Failure to carry out a known and specified work procedure. Any instruction to deviate from such procedure must be in written form.

26. Disturbing or interfering with the harmonious relationship between the Company and the Union.

27. Use or possession of another employee's tools without the employee's consent.

28. Engaging in work of a personal nature on Company time and/or property.

29. Soliciting of any kind on Company premises at any time without authorization.

30. Entering the production area of Plant any time other than regular scheduled work shift.

THE ABOVE DOES NOT IMPLY THAT THERE ARE NO OTHER REASONS THAT THE COMPANY MAY DEEM CAUSE FOR DISCIPLINARY ACTION, INCLUDING DISCHARGE.

John J. Hosta
Plant Industrial Relations Mgr.

# INDEX

|  | Page |
|---|---|
| Absenteeism & Tardiness | 18 |
| Accidental Death & Dismemberment Insurance | 81 |
| Alternate Placement | 28 |
| Annual Inventory | 97 |
| Application of COLA to Earnings | 62 |
| Bereavement Pay | 64 |
| Bulletin Boards | 88 |
| Bumping | 29 |
| Call Back Pay | 50 |
| Changes of Address | 91 |
| COLA Amounts | 62 |
| Compensable Injuries | 91 |
| Complete Agreement | 89 |
| Contract Pre-emption | 89 |
| Cost-of-Living Allowance (COLA) | 60 |
| Credit Union Payroll Deduction | 91 |
| Daily Overtime | 43 |
| Dental Insurance | 86 |
| Disability Placement Option | 18 |
| Disciplinary Hearings | 17 |
| Disciplinary Protests | 18 |
| Discipline & Discharge, General | 17 |
| Discipline Penalty Limit | 17 |
| Educational Leaves | 42 |
| Extrusion Die Repair Training Program | 102 |
| Grievance Steps | 9 |
| Group Leaders | 92 |
| Holiday Celebration Dates | 68 |
| Holiday Pay Computation | 49,69 |
| Holidays & Eligibility | 69 |
| Home Department Recall | 23 |
| Hours of Work | 43 |
| Humanitarian Placement | 38 |

115

INDEX Cont.

Inspection Dept. Seniority Administration ..... 95
Insurance Changes ............................ 81
Insurance Coverage Dates .................... 86
Insurance, General .......................... 79

Job Posting ................................. 22
Job Transfer Requests ....................... 24
Journeyman Definition ...................... 100
Jury Duty ................................... 66

Layoffs ..................................... 27
Layoff, Temporary ........................... 34
Leaves of Absence ........................... 38
Life Insurance .............................. 79

Mailing Lists ............................... 90
Management Rights ............................ 5
Medical Insurance ........................... 85
Medical Leave ............................... 39
Memorandums of Understanding ................ 92

New Pay Rate ................................ 59
Non-Discrimination ........................... 2
Non-Discrimination in Union Membership ....... 3

Off-Shift Union Plant Entry ................. 15
Other Work during Leave ..................... 41
Overtime .................................... 43
Overtime Distribution ....................... 95
Overtime Equalization ....................... 45

Overtime, Notice of ......................... 44
Overtime, Pyramiding of ..................... 44
Overtime, Saturday .......................... 44
Overtime, Sunday & Holidays ................. 44
Overtime Work Opportunities ................. 44

Page

Paychecks ........................ 50
Pay Rate, Production Standard and
    Health & Safety Grievances ........... 14
Peace Corps Leave ................. 42
Pension Plan Changes ............... 76
Pension Plan, General ............... 75
Permanent Work Force Increases ...... 21
Permanent Work Force Reductions ...... 27
Pregnancy Leave ................... 41
Printing of Contract ............... 91
Probationary Period ............... 20
Production Standards ............... 5

Recalls Following Layoff ........... 34,27
Report Pay ...................... 50
Representation Scope ............... 1
Retirees, Future ................. 75
Retirees, Past ................... 76
Rule Violation Penalties ........... 17

Safety .......................... 88,96
Saw Shaprener-Canister Maker ....... 94
Seniority, Alternate Placement ...... 28
Seniority, Breakoff ............... 34
Seniority Continuation ............. 43
Seniority Coverage ................ 20
Seniority Definitions & Application ... 20
Seniority, Departmental ............ 20
Seniority Lists & Union Officer Lists ... 36
Seniority Outside of Skilled Trades ... 99
Seniority, Preferential ............. 32
Seniority upon Transfer ............ 29
Shift Designation ................. 49
Shift Preference .................. 37
Shift Premium .................... 51
Skilled Trades, Apprenticeship Standards ... 102

INDEX Cont.

|  | Page |
|---|---|
| Skilled Trades, Definition | 98 |
| Skilled Trades Employment | 99 |
| Skilled Trades, Labor Agreement Application | 102 |
| Skilled Trades, Layoff & Recall | 101 |
| Skilled Trades, Occupational Seniority | 98 |
| Skilled Trades Occupations | 101 |
| Sub-Contracting | 5 |
| Supervisors Seniority Bargaining Unit Work | 33 |
| Termination & Modification | 108 |
| Temporary Transfers | 31 |
| Transfers | 24 |
| Transition & Bridge Benefits | 81 |
| Trustee Reports | 90 |
| Union Accommodations | 96 |
| Union & Political Leaves | 41 |
| Union Bargaining Committee | 6 |
| Union Membership Cessation | 4 |
| Union Representation on Overtime | 47 |
| Union Shop | 2 |
| Union Stewards | 6 |
| Union Time Away from Plant | 48 |
| Union Time in Contract Negotiations | 48 |
| Union Time, Permission for | 14 |
| Unions, Other | 2 |
| Vacation Pay | 74 |
| Vacation Time Off | 72 |
| Validity of Agreement | 89 |
| Vending Machine Proceeds | 97 |
| Wage Administration | 56 |
| Wages | 51 |
| Weekly Sickness & Accident Benefits | 83 |
| Workmen's Comp. Offset to Pension Benefits | 77 |