# EXHIBIT 9
# (Part 1)

## 1986-1989  UAW - BOHN CONTRACT

PERMANENT

AGREEMENT

BY AND BETWEEN

Plants 16 & 19, Holland, Michigan
BOHN ALUMINUM AND BRASS DIVISION
Wickes Manufacturing Company

AND

The International Union
United Automobile, Aerospace and
Argicultural Implement Workers of
America, UAW
and Local Number 1402

Effective September 21, 1986

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| Article I | Agreement Parties | 1 |
| Article II | Recognition | 1 |
| Article III | Union Security | 2 |
| Article IV | Management | 4 |
| Article V | Representation | 5 |
| Article VI | Grievance Procedure | 8 |
| Article VII | Strikes and Lockouts | 15 |
| Article VIII | Discipline and Discharge | 15 |
| Article IX | Seniority | 18 |
| Article X | Leaves of Absence | 37 |
| Article XI | Wages, Hours & Overtime | 41 |
| Article XII | Holiday Pay | 63 |
| Article XIII | Vacation Provisions | 67 |
| Article XIV | Pension Plan | 70 |
| Article XV | Insurance | 74 |
| Article XVI | General | 83 |
| Article XVII | Skilled Trades Supplement | 94 |
| Article XVIII | Work Relocation | 104 |
| Article XIX | Termination & Modification | 105 |
|  | Jail Letter | 108 |
|  | Shop Rules | 109 |
|  | Index | 112 |

## ARTICLE I — AGREEMENT PARTIES

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), and Local Number 1402 thereof, hereafter referred to as the "Union," having demonstrated that it represents for purposes of collective bargaining a majority of the employees in the appropriate bargaining unit, the said International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), and Local Number 1402, and the Bohn Aluminum and Brass Division, Plants 16 and 19, Holland, Michigan, Wickes Manufacturing Company, hereinafter referred to as the "Company," hereby agree as follows:

WITTNESSETH THAT:

WHEREAS, it is the desire of the parties hereto to promote mutual cooperation and harmony and to formulate a working agreement to cover the relationship between the Company and the Union,

THEREFORE, the parties hereto agree as follows:

## ARTICLE II — RECOGNITION

SECTION 1. REPRESENTATION SCOPE. The company recognizes the Union as the exclusive bargaining agency in plants 16 and 19 for all production and maintenance employees, including tool room, shipping and receiving employees, and group leaders, but excluding office clerical employees, professional employees, all other plant clerical employees, technical, engineering, and professional employees, time study employees, timekeepers, foremen, assistant foremen, all other supervisors as defined in the Act, and guards, for purpose of collective bargaining with respect to rates of

1

pay, wages, hours, dismissals, and other conditions of employment, and for the purpose of adjusting any grievance or complaints which may exist now or may arise in the future.

SECTION 2. OTHER UNIONS. The Company will not during the life of this agreement promote, aid, or finance any other labor group or organization which proposes to engage in collective bargaining and will not negotiate or deal with any other union group or organization during the period covered by this agreement, unless ordered to do so by the National Labor Relations Board.

SECTION 3. NONDISCRIMINATION. The Company agrees that it will not discriminate against employees in their training, upgrading, promotion, transfer, layoff, discipline, discharge, or otherwise because of race, creed, color, national origin, sex, age, marital status, or political beliefs.

The Company will not interfere with the right of its employees to become members of the Union. Neither the Company nor any of its agents will exercise discrimination, interference, restraint, or coercion against any representative of the Union because of such representation.

Any and all reference(s) to the male gender, whether direct or implied, in this agreement shall be construed to mean employees of either sex.

### ARTICLE III - UNION SECURITY

SECTION 1. UNION SHOP. All present employees who are members of the Union shall, as a condition of continued employment, maintain their membership in

the Union during the life of this agreement through
regular payments of initiation fees and dues to the
Union.

The Company may hire new employees who do not
belong to the Union, but all new employees and all
present employees who are not members of the Union
shall, as a condition of continued employment, join
the Union thirty (30) calendar days after the date
of employment or the effective date of this agree-
ment, whichever is later, and shall thereafter
maintain membership in the Union during the life of
this agreement through regular payments of
initiation fees and dues to the Union.

Notwithstanding a new employee's obligation to join
the Union after thirty (30) calendar days, each new
employee must satisfactorily complete a probation-
ary period consisting of six (6) calendar weeks of
employment as reflected in Section 1 of Article IX.
During this probationary period, a new employee
will not be covered by the terms of this agreement
and will not have recourse to the grievance pro-
cedure established by this contract in the event
that the employee is discharged by Management.
However, the Company agrees that for informational
purposes, the Union will be advised of the release
and/or discharge of any probationary employee.

SECTION 2.  NONDISCRIMINATION IN UNION MEMBER-
SHIP.  The Union agrees that membership in the
Union will be available to each employee on the
same terms and conditions generally applicable to
other members of the Union.  The Union further
agrees that the Company will not be requested to
terminate the services of any employee who has been
denied membership in the Union or be requested to
terminate the services of any employee for reasons

other than the failure of the employee to tender the periodic dues and initiation fees uniformly required as a condition of acquiring and retaining membership.

SECTION 3. UNION MEMBERSHIP CESSATION. The Union will notify the Company in writing of any employee who, during the life of this agreement, shall cease to be a member of the Union in good standing. Such notice shall be supported by an affidavit of the Secretary of the Local Union to the truth of the facts contained therein. Such employees will be discharged within two (2) days after receipt of said affidavit.

SECTION 4. CHECKOFF. The Company agrees to deduct from the earnings of each Union member, after the payroll deductions required by law, an amount equal to the regular initiation fees and membership dues of such member, provided the employee on whose account such deductions are to be made shall have filed a written assignment with the Company authorizing such deductions. The Union agrees to provide the necessary assignment-of-wage forms. The amounts so deducted by the Company for initiation fees and dues shall be remitted each month by the Company to the Union. In the case of special emergency dues levied by the International Union, the Company agrees, upon proper notification, to make biweekly deductions of such dues. If for any reason an employee's dues are not deducted in the scheduled pay period, the Company will deduct these dues on his first pay period following.

## ARTICLE IV - MANAGEMENT

SECTION 1. GENERAL. The management of the work

4

and the direction of the working forces, including the rights to hire, promote, transfer, suspend, or discharge for just cause, are vested exclusively in the Company. The operations throughout the plant shall be determined by the Company, including the rights to decide the nature, means, and methods of operations.

SECTION 2. PRODUCTION STANDARDS. Production standards shall be established on the basis of fairness and equity consistent with the quality of workmanship, efficiency of operations, and the reasonable working capacities of normal operators. The Union shall have the right to process grievances involving disputed production standards through the grievance machinery set up in this contract, but not including arbitration.

SECTION 3. SUBCONTRACTING. The Company reserves the right to continue to contract out certain building repair, maintenance, and tooling work, as has been the custom, to subcontract production work which may be over and above the acceptable burden for its regular facilities for any particular type of work. However, this will not be used for the purpose of reducing the work force or reducing overtime.

## ARTICLE V – REPRESENTATION

SECTION 1. UNION BARGAINING COMMITTEE. In all matters of collective bargaining, the Union shall be represented by a Bargaining Committee, which shall likewise act as the Grievance Committee, of six (6) persons, who shall include in their number the president of the Union, a minimum of one (1) committeeperson representing employees at Plant 16, and a minimum of one (1) committeeperson

Article V Continued

representing employees at Plant 19.

In administration of the grievance procedure as
provided for in Article VI, Section 1-B of this
agreement, committeepersons shall function only
within the plant at which they are actively
employed.

SECTION 2.  UNION STEWARDS.  For the purpose of
collective bargaining, as it pertains to the
grievance procedure, the employees shall have the
right to be represented by stewards as specified
below.

A.  DAY SHIFT

MANUFACTURING DEPARTMENTS              STEWARDS

Plant 16

| | |
|---|---|
| Forge | 1 |
| Fabrication - Buffing | 1 |
| Fabrication - Mechanical | 1 |
| Fabrication - Anodize | 1 |
| Extrusion | 1 |
| Shipping and Receiving | 1 |
| Maintenance, Tool Room, Buildings and Grounds, Die Repair, Sample Maker, and Layout Inspection | 1 |
| Inspection Department | 1 |
| Paint Department | 1 |

Plant 19

| | |
|---|---|
| Piston Machine Shop | 1 |
| Inspection | 1 |
| Inspect and Pack | 1 |
| Tool Room Maintenance | 1 |

Article V Continued

B.  AFTERNOON SHIFT

MANUFACTURING DEPARTMENTS          STEWARDS

Plant 16

| | |
|---|---|
| Forge | 1 |
| Fabrication – Buffing | 1 |
| Fabrication – Mechanical | 1 |
| Fabrication – Anodize and Paint | 1 |
| Extrusion (including Shipping and | |
| Receiving) | 1 |
| Inspection Department | 1 |
| Maintenance, Tool Room, and Die | |
| Repair | 1 |

(Any department with less than five (5)
employees per shift will be represented by
the forge steward, unless the Union and the
Company agree to a different representation
arrangement.)

Plant 19                          STEWARDS

| | |
|---|---|
| Piston Machine Shop | 1 |
| Inspection | 1 |
| Inspect and Pack | 1 |
| Tool Room and Maintenance | 1 |

(The Union may designate one of the afternoon
shift stewards to function as chief steward for
his shift in each plant.)

7

Article V Continued

C. MIDNIGHT SHIFT

MANUFACTURING DEPARTMENTS           STEWARDS

Plant 16

| | |
|---|---|
| Forge | 1 |
| Fabrication – Buffing and Mechanical | 1 |
| Extrusion and Die Repair | 1 |

(Any department with less than five (5) employees per shift will be represented by the forge steward, unless the Union and the Company agree to a different representation arrangement.)

It is understood and agreed between the parties that it may be necessary to change the schedule for steward representation because of changes in productive operations or conditions. Any such changes shall be negotiated between the Company and the Union.

### ARTICLE VI – GRIEVANCE PROCEDURE

SECTION 1. GRIEVANCE STEPS. For the purpose of this Article, a grievance shall be defined as a complaint against the Company in regard to the interpretation or application of this agreement or a complaint in regard to working conditions within the plant or on Company premises. The grievance procedure shall be as follows:

A. STEWARD-SUPERVISOR STEP. The employee, or a representative of a group of employees, or the steward of the department, or both, shall take the grievance up with the supervisor of the department. If it cannot be settled verbally,

8

it shall be presented in writing to the
supervisor of the department within three (3)
working days. The supervisor shall give his
decision in writing within two (2) working days
after the grievance is received.

B. BARGAINING COMMITTEEPERSON-SUPERINTENDENT
STEP. In the event the grievance is not
settled with the department supervisor, the
steward and a member of the Bargaining
Committee shall present said grievance to the
superintendent in writing. Such written
grievance shall be presented within three (3)
working days following the supervisor's
decision. The superintendent shall give his
decision in writing within three (3) working
days after receiving the grievance in writing.

C. BARGAINING COMMITTEE-PERSONNEL MANAGER STEP.
In the event the grievance is not settled with
the superintendent, it will be referred to the
Personnel Manager in writing within three (3)
working days following the superintendent's
decision. The Personnel Manager will place the
grievance on the agenda for discussion between
the Bargaining Committee and Plant Management
at the next regularly scheduled Union-
Management meeting, unless the issue is tabled
by mutual agreement.

Union-Management meetings shall be scheduled
on the second Thursday of each month at
10:00 a.m., providing there are grievances to
consider and the issues are listed on an agenda
presented to the Company by noon on the Tuesday
prior to the meeting day. The meeting date may
be changed by mutual agreement. Minutes of
each Union-Management meeting shall be given to

the Committee and results posted in the plant
no later than Wednesday noon following the
meeting. If the Company or Union representa-
tive designated herein to make the presentation
of and decision on the grievance is not
available, an additional five (5) working days
shall be allowed. If the grievance is one
which presents a possible continuing liability
or is of an urgent nature, a special meeting
may be held. The International Representative
of the Union and the Company Director of
Industrial Relations, or his representative,
may also attend meetings at this step of the
grievance procedure.

D. ARBITRATION. If the grievance is not
resolved as provided in subsection C hereof, it
may, by written notice directed by one party to
the other, be referred to arbitration. Such
notice shall be given within twenty (20) days
after the receipt of the final written decision
of the Company.

Grievances concerning the interpretation or
application of this agreement, except those
dealing with wages, production standards, and
health and safety, may be appealed to
arbitration.

Selection of the arbitrator shall be done by
the local Management and the Union jointly
petitioning the Federal Mediation and
Conciliation Service for a panel of five (5)
names from which the Union and the Company
shall alternately strike one name from such
panel until one remains. Such remaining person
shall act as the arbiter.

The decision of the arbitrator shall be in writing and shall be final and binding upon both parties. One copy of the arbitrator's decision shall be sent directly to the International Union, Arbitrator Service Department, 8000 East Jefferson Avenue, Detroit, Michigan.

The Company and the Union shall share equally the compensation and expenses of the arbitrator. All other arbitration expenses, including the payment of witnesses, shall be borne by the party incurring them.

The arbitrator shall have authority to interpret this agreement for the purpose of settling grievances, and he may modify penalties assessed by the Management in disciplinary discharges and layoffs; but he shall have no authority to add to or subtract from or change this agreement or to arbitrate wages, production standards, or health and safety.

E. TIME LIMITS. It is understood that time limits established between steps of the grievance procedure may be extended by mutual agreement. In the event the Union fails to either request an extension of the time limits or appeal a grievance to the next step within the time limits, the grievance shall be considered resolved on the basis of the Company's last answer in the preceding step of the grievance procedure. Failure of the Company to either request an extension of grievance procedure time limits or to respond to a grievance within the time limits established in subsections A and B of this

11

Article VI Continued

Section 1 will cause the grievance to be automatically advanced to the next grievance procedure step; however, in no case will such a grievance be automatically advanced into the arbitration step of the grievance procedure. When a grievance has been satisfactorily settled, the terms of the settlement shall be reduced to writing and copies furnished to both parties.

F. RETROACTIVITY. Any claims, including claims for back wages by an employee covered by this agreement, or by the Union against the Company, shall not be valid for any period prior to the date the grievance was first filed. In any case, the claims shall be limited to thirty (30) days retroactive to the date the grievance was first filed.

Deductions from an employee's wages to recover overpayments made due to Company error shall be limited retroactively to a period not to exceed thirty (30) days prior to the date the employee was first notified of the overpayment.

SECTION 2. PAY FOR UNION TIME. Members of the Union Bargaining Committee and stewards will be paid for time spent in grievance settlement, provided, in the opinion of Management, the privilege is not abused.

Time spent in meetings with Management on grievances outside the employee's regular eight (8) hour shift will be paid for by the Company only if the Company requests that the meeting be continued beyond the employee's regular quitting time.

In the event that a shop committeeperson assigned

12

Article VI Continued

to work during other than day shift working hours
is scheduled to attend a meeting with Management
during day shift working hours within the regular
work week, he will be paid as herein specified and
his plant work schedule for that day will be
reduced by the amount of time spent in the meeting
with Management. In no case will the shop
committeeperson affected be entitled to any special
pay premiums under this agreement's Article XI,
Section 1-A as a consequence of attending such
meetings.

Union Negotiating Committee members will be paid by
the Company for regular work time missed during the
normal work week as a result of labor agreement
negotiations with Management.

The rate of pay for Union representatives while
settling grievances and while meeting with Manage-
ment will be their hourly rate.

SECTION 3. PERMISSION FOR UNION TIME. No Union
representative shall seek grievance settlement or
use any time for grievance investigation without
first receiving permission from his supervisor.
Any Union representative authorized to function in
a department in which he is not employed must
notify his own supervisor before leaving his job or
department and must check with the supervisor of
the department to which he is going before
proceeding further. The Company will recognize
only the Union representative(s) designated to
handle grievances in the appropriate step of the
procedure.

SECTION 4. PAY RATE, PRODUCTION STANDARD, AND
HEALTH AND SAFETY GRIEVANCES. Any grievance
concerning a rate or production standard which

13

cannot be settled with the supervisor or the
superintendent shall be immediately reduced to
writing and presented by a Union Bargaining
Committee member to the Company representative in
the third step.  The Company will promptly inves-
tigate and attempt to resolve such grievance.  If
the Union requests that an industrial engineer or
time study person from the International Union be
given an opportunity to investigate the disputed
standard, such representative shall be allowed
access to observe the job in dispute upon appli-
cation to the Company in advance of the date of
plant entry.  He will, likewise, be permitted to
check with the Company industrial engineer; and, in
such case, it is agreed to hold the grievance in
the third step until this can be accomplished.  The
same procedure will be followed at the Unions's
request by the International Compensation and
Safety Department representative in grievances at
the third step level involving health and safety.

SECTION 5.  OFF-SHIFT PLANT ENTRY.  When entering
the plant on his own time for the purpose of
investigating a grievance on an off-shift, the
president, or his alternate in case of the
president's absence, shall sign in with the plant
guard or plant supervision and report first to the
supervisor on the shift.  When entering a depart-
ment for the purpose of this investigation, the
president, or his alternate in case of the
president's absence, will make his presence known
to the department supervisor and will not discuss
the grievance with any employee without first
notifying the supervisor.

SECTION 6.  APPEALS.  It is agreed that if the
UAW International Executive Board, Public Review
Board, or Convention Appeals Committee, or any

14

Article VI Continued

agency or court, decides that an employee's
grievance was improperly withdrawn from the
grievance procedure by the Union, the grievance
shall be reinstated in the grievance procedure at
the step from which it was withdrawn.

If such a grievance is arbitrated and decided in
the employee's favor, the Company shall not be
required to pay back pay for the period between the
withdrawal and reinstatement of the grievance.

## ARTICLE VII - STRIKES AND LOCKOUTS

The Company agrees that during the term of this
agreement there shall be no lockouts until all of
the grievance procedures, including arbitration,
have been exhausted, and in no case on which the
arbitrator shall have ruled, and in no other case
on which the arbitrator is not empowered to rule
until after negotiations have continued for three
(3) days. A layoff due to lack of work shall not
be construed as a lockout.

The Union agrees that during the term of this
agreement there shall be no strikes, slowdowns, or
stoppage of work until all the grievance proce-
dures, including arbitration, have been exhausted,
and in no case on which the arbitrator shall have
ruled, and in no other case on which the arbitrator
is not empowered to rule, until after negotiations
have continued for three (3) days, and not even
then unless authorized by the International Union,
UAW.

## ARTICLE VIII - DISCIPLINE AND DISCHARGE

SECTION 1.  GENERAL.  It is mutually agreed that
the Company may adopt and publish rules of conduct

15

for all employees, governing their conduct while
upon the premises of the Company, provided that
such rules are not contrary to the terms of this
agreement.

SECTION 2.  RULE VIOLATION PENALTIES.  Any
employee of the Company who violates the published
rules of conduct or other reasonable published
requirement of the Company shall be subject to
disciplinary action by the Company up to and
including discharge.

SECTION 3.  DISCIPLINE PENALTY LIMIT.  It is
recognized that an employee should be allowed to
improve his status; therefore, disciplinary action
shall relate only to those violations of the
immediate past nine (9) calendar months.  Further-
more, when an employee has received no disciplinary
action for a nine (9) month period, his record
shall be cleared.

SECTION 4.  DISCIPLINARY HEARINGS.  An employee
who is removed from his work or called to an office
for interview regarding unsatisfactory work or
conduct or for violation of shop rules shall be
represented by a steward or committeeperson.  The
employee will be informed of his right to such
representation.

The Company agrees to permit any seniority employee
who has been disciplined by layoff or discharge to
present his case to Management at the earliest
possible date.

An employee will be suspended from work in the
event violation of a plant rule warrants
consideration of discharge.  Imposition of the
discharge penalty or of any lesser penalty

Article VIII Continued

Management may subsequently decide to impose will
be delayed until after a Union-Management meeting,
providing the Union Committee requests such meeting
promptly subsequent to notification.

SECTION 5. DISCIPLINARY PROTESTS. In the event
a discharged or disciplined employee desires to
have the Union review the case with the Company,
the matter will be handled in accordance with the
grievance procedure as outlined in Article VI
hereof.

SECTION 6. DISABILITY PLACEMENT OPTION. A
seniority employee physically unable to fulfill the
requirements of his job shall not be subject to dis-
charge until after he has had a reasonable chance
to qualify for other work in the same department or
plant.

SECTION 7. ABSENTEEISM AND TARDINESS. Upon
accumulating a total of five (5) points for
unexcused absence and/or tardiness in a six (6)
month period, employees will be issued a written
warning. On the sixth (6th) point, employees will
be issued a one (1) week disciplinary layoff, and
on the seventh (7th) point, employees may be
discharged.

Employees shall be notified in writing within four
(4) working days of the occurrences whenever they
are charged with points for absenteeism or tardi-
ness.

Absence due to illness will not be counted,
provided the employee has a good attendance record
overall and provided further that excessive time
off because of illness does not result from such
consideration.

17

Article VIII Continued

Absence due to accident or death in the immediate
family will not be counted if acceptable proof is
presented.

Employees who have no unexcused absences or tardi-
ness for a period of six (6) calendar months will
have their records cleared.

For the purpose of arriving at the number of points
for unexcused absence and/or tardiness, as referred
to above, each day of unexcused absence will be
counted as one (1), and each unexcused tardiness of
less than one (1) hour will be counted as one-
quarter (1/4), and each unexcused tardiness of one
(1) hour or more will be counted as one-half (1/2).

Upon advance application to the supervisor, an
employee may be given an excused absence if he
presents an acceptable reason. Such requests will
be approved or disapproved by the supervisor as
soon as possible, but in no case later than the end
of the shift on which the request was made.

## ARTICLE IX - SENIORITY

SECTION 1. PROBATIONARY PERIOD. All employees
are probationary until they have completed six (6)
calendar weeks of employment. After such period,
they shall be considered seniority employees.

SECTION 2. SENIORITY DEFINITIONS AND APPLI-
CATION. Each employee covered by this agreement
shall have plant seniority and home department
seniority. Both shall be equal to the total length
of service with the Company.

Home department seniority will apply to the depart-
ment into which an employee is hired or into which

18

he is transferred at his request as hereinafter
provided. By virtue of home department seniority,
an employee will be afforded all seniority privi-
leges to which this agreement makes reference;
seniority privileges of employees placed into
departments other than their respective home depart-
ments will be as per this Article's Section 5-C.

SECTION 3. SENIORITY COVERAGE. Seniority lists
cover the following departments:

Plant 16

| | |
|---|---|
| Maintenance | Forge |
| Tool Room | Shipping and Receiving |
| Fabrication - Mechanical | Building and Grounds |
| Fabrication - Anodize | Laboratory Helpers |
| Buffing | Inspection |
| Paint | Sample Maker |
| Extrusion | Layout Inspector |
| Extrusion Die Repair | Extrusion Die Maker |

Plant 19

| | |
|---|---|
| Piston Machine Shop | Floor Inspection |
| Inspect and Pack | Tool Room |
| Maintenance | |

SECTION 4. PERMANENT WORK FORCE INCREASES. The
procedure reflected within this Section 4 will be
followed when the work force is to be increased for
an undetermined period of time, except as follows:

   1. Classifications identified with Maintenance
      Journeyman and Apprentices, Tool and Die
      Journeyman and Apprentices, Extrusion Die
      Maker, Extrusion Die Repairman and

19

Article IX Continued

Trainees, Sample Maker, and Layout
Inspector will be increased in accordance
with this agreement's Article XVII.

2. Classifications identified as Fab Set-Up
Man, Piston Set-Up Man, Floor Inspector,
Extrusion Press Operator, Forge Press
Operator, CNC Operator and Set-Up, and
Set-Up Lineman will be increased in inverse
order of the provisions of this agreement's
Article IX, Section 5-A.

Subparagraphs of this section are reflected in
priority order.

A. JOB CLASSIFICATION BIDS. Employees of the
department wherein an opening exists will be
returned to job classifications obtained
through the bidding procedure to which refer-
ence is made in this section's subparagraph B
in line with their department seniority.

B. JOB POSTING WITHIN THE DEPARTMENT. If an
opening is not filled through this section's
subparagraph A, employees of the department
wherein an opening exists will be afforded the
first opportunity to fill an open job. A
notice of job opening and required qualifi-
cations will be posted on the bulletin board of
the department in which such opening exists for
two (2) working days. Employees shall be
considered for the job on the basis of depart-
ment seniority. The most-senior bidder will
not be awarded a posted job if he has failed to
satisfactorily perform the job on a previous
occasion, and, if since failing to perform the
posted job satisfactorily, he has not performed

20

other work within the plant which would warrant
affording him another opportunity to perform
the posted job, or if he is not qualified to
perform job duties. Job qualifications, length
of trial period, and whether the employee has
satisfactorily completed the trial period shall
be determined by the Company.

Job openings which are created by absenteeism,
leave of absence, and vacation will not be
posted; however, job openings caused by
extended medical leaves of thirty (30) or more
calendar days will be posted, and seniority
rights of successful bidders will be as per
this Article's Section 5-C. Providing senior-
ity permits, an employee who returns from
extended medical leave will be placed into the
job classification and department he vacated in
his plant. The employee who filled the tempo-
rary vacancy caused by an extended medical
leave will be reassigned either to the
"Production Helper" classification (entry level
classification at the Engine Piston Machining
Plant) or an open job in his plant which has
not been filled by the job posting procedure.

Permanent job transfers shall be effective on
the Monday following reassignment.

C. HOME DEPARTMENT RECALL. If an opening is not
filled through this section's subparagraphs A
and B, an active payroll employee with home
department seniority within the department
wherein the job opening exists who is working
in another department will be transferred. The
phrase "home department recall" includes all
employees who were transferred into a

department at their request, whether or not
such employees completed thirty (30) or more
calendar days of employment. An employee whose
interdepartment transfer request has been
honored will not be recalled to his immediately
preceding home department during his first
thirty (30) days within his new home depart-
ment. An employee must accept recall to his
home department.

D. HOME DEPARTMENT RECALL/ALTERNATE PLACEMENT.
An interdepartment transfer will not be honored
if it results in an employee with home depart-
ment recall rights being alternately placed in
the opposite plant.

E. EMPLOYEE JOB TRANSFER REQUESTS. In the event
that an opening cannot be filled through this
section's subparagraphs A, B, or C, employee-
initiated job transfer requests for work in
another department and/or plant will be
reviewed. The effect of honoring an employee
request for interdepartment and/or plant trans-
fer will be to change his home department for
purposes of seniority administration under this
agreement's terms.

Employees may apply for a transfer at the
Personnel Department for departments outlined
in Section 3 other than their own (except
Skilled Trades and Inspection). An employee
requesting transfer to a different department
and/or plant shall be considered on the basis
of plant seniority. The most-senior bidder
will not be awarded a job opening if he has
failed to satisfactorily perform the job on a
previous occasion, and, since failing to
perform the posted job satisfactorily, he has

22

not performed other work within the plant which
would warrant affording him another opportunity
to perform the posted job. Employees so trans-
ferring must follow the established procedure
of job progression to qualify for promotion.
The Company reserves the right to retain an
employee who otherwise would be transferred for
a reasonable length of time in order to train
his replacement. The Company will promptly
attempt to obtain and train such replacement.

Requests for all transfers must be initiated by
Wednesday of the week preceding the week in
which the transfers take place.

All employees transferred to a job in another
department, as outlined in Section 3, shall
retain their seniority in the old department
for a period of thirty (30) calendar days and
shall start accumulating seniority in the new
department the first day. After the thirty
(30) calendar days' service in the new
department, the transfer shall be considered
permanent, and an employee's seniority in the
new department shall equal his total length of
service in the plant.

Subsequent to granting an employee's request
for interdepartment transfer, all time worked
in the new home department will count toward
fulfilling the thirty (30) calendar day
requirement, even though such work time may be
interrupted by temporary transfer, temporary
layoff, or permanent layoff.

In the event an employee who has requested and
received a transfer to another department is
laid off from the new department before

23

completing thirty (30) calendar days of
service, he shall be credited with the number
of days worked in the new department, and, upon
recall, must complete the number of days needed
to total thirty (30) calendar days before being
given full seniority in the new department.
When several employees with fewer than thirty
(30) calendar days of service are laid off from
a department which they have requested (i.e.,
their new home department), recall priority
shall be in order of the most calendar days
completed prior to layoff. An employee laid
off from his regular department must return to
such department when recalled and will maintain
and accumulate seniority in his original
department only.

An employee requesting and receiving an inter-
plant transfer under this section will not be
considered for another interplant transfer for
six (6) calendar months.

The number of employees transferring from Plant
16 to Plant 19 shall be limited to not more
than twenty percent (20%) of the employees in a
classification during any sixty (60) day period
except by mutual agreement of the Company and
the Union.

F. JOB POSTING PLANTSWIDE. If an opening is not
filled through this section's subparagraphs A
through E, the opening will be posted at both
Plants 16 and 19. Employees shall be con-
sidered for the job on the basis of their
bargaining unit seniority. The most-senior
bidder will not be awarded a posted job if he
has failed to satisfactorily perform the job on
a previous occasion, and, if since failing

24

to perform the posted job satisfactorily, he
has not performed other work within the plants
which would warrant affording him another
opportunity to perform the posted job, or if he
is not qualified to perform job duties. Job
qualifications, length of trial period, and
whether the employee has satisfactorily
completed the trial period shall be determined
by the Company.

G. LEAST-SENIOR EMPLOYEE. If an opening is not
filled through this section's subparagraphs A
through F, the least-senior employee within the
plant where the opening exists will be placed
into the job.

H. RECALL FROM INACTIVE STATUS. In the event a
job opening cannot be filled through this
section's subparagraphs A through G, the
following shall apply:

1. An employee who is laid off will, as
quickly as possible but no later than sixty
(60) days, be offered the opportunity by
seniority to displace the least-senior
employee in the opposite plant.

2. The employee may refuse recall to the other
plant until the list of inactive employees
is exhausted.

3. After sixty (60) days from the effective
date of the layoff, an employee who has
refused recall may now request to be
recalled to the other plant, seniority
permitting. The Company will recall this
employee to the opposite plant, displacing

the least-senior employee, within ten
(10)working days of his request.

I. NEW HIRE. If an open job cannot be filled
through this section's subparagraphs A through
H, the Company may hire a new employee to fill
the job vacancy.

SECTION 5. PERMANENT WORK FORCE REDUCTION. The
procedure reflected within this Section 5 will be
followed when the work force is to be decreased for
an undetermined period of time, except that job
classifications identified with Maintenance Journey-
man, Tool and Die Journeyman and Apprentices,
Extrusion Die Repairman, Extrusion Die Maker,
Sample Maker, Layout Inspector, and Trainees will
be decreased in accordance with this agreement's
Article XVII.

A. LAYOFF SEQUENCE. Employees will be reduced
from classifications and departments to the end
that those employees with the least plantwide
seniority will be laid off from the active pay-
roll. However, employees in the following
classifications shall be reduced out only when
displaced by an employee qualified to perform
the work without training.

| | |
|---|---|
| Fab Set-Up Man | Forge Press Operator |
| Piston Set-Up Man | CNC Operator and Set-Up |
| Floor Inspector | Set-Up Lineman |
| Ext. Press Operator | |

Layoffs will be effected in accordance with the
following sequence, which is reflected in
priority order:

1. Probationary employees within the
department.

26

Article IX Continued

2. Employees working in the department under alternate placement (i.e., this Article's Section 5-B).

3. The least-senior employees with departmental seniority, whether placement was obtained through hiring or through employee-initiated transfer requests (i.e., this Article's Section 4-E).

4. A senior employee in a classification and department being reduced in conjunction with a plant layoff may volunteer for layoff by notifying his supervisor. A senior employee who elects voluntary layoff will be laid off for a minimum period of sixty (60) calendar days unless recalled through the normal recall procedures in Article IX, Section 4, or to the classification vacated by such employee, or his home classification is increased. Recalls prior to the sixty (60) day period will be in junior-to-senior employee order.

However, employees in the Production Helper Classification who elect voluntary layoff, and who are thereafter recalled under these provisions, shall be subject to recall only when the total plant work force increases.

Employees who elect voluntary layoff may, after sixty (60) days, exercise their seniority to bump back into the plant as permitted by seniority and qualifications. However, such employee must report in person to the Personnel Department and give a five (5) day notice of intent to return. When an employee signs a request to return and bump, such request cannot

27

Article IX Continued

be withdrawn. Requests must be made on the
first scheduled work day of the week.

An employee returning from voluntary layoff
will have the same rights to recall or bumping
as an active employee.

B. ALTERNATE PLACEMENT. An employee reduced
from his home department will be placed into
other jobs or on layoff from the plant in
accordance with the following:

1. Providing an opening exists, such employee
must accept placement into an open job
within another department in his plant
which he can perform without training. In
the event an opening within another depart-
ment in the same plant does not exist, and
the reduced employee chooses not to bump,
or cannot bump by virtue of insufficient
seniority, such employee will be placed on
the inactive payroll as a layoff.

2. If an open job does not exist, and the
employee does not elect layoff under Step 1
above, such employee will replace the
employee on the active payroll with the
least plantwide seniority in his plant,
providing he can perform required duties
without training.

3. In all cases (except as noted in subsection
A above), the employee with the least
plantwide seniority will be removed from
the active payroll regardless of whether or
not he has home department seniority within
the department from which he is displaced.

28

If an employee chooses to exercise his bumping privilege and remains in the plant, he may then (if he has suffered reduction in pay by bumping) apply to the Personnel Department for a higher paying job within his plant, if he has previously performed such job in this plant. If such a job is held by an employee with less plantwide seniority, he will be assigned to the job and shift held by the most-junior employee in such classification. Bumps will become effective at the start of the next pay period immediately following exercise of the privilege.

C. SENIORITY PRIVILEGES UNDER ALTERNATE PLACEMENT. An employee who is placed into a department other than his home department for up to thirty (30) calendar days under this agreement's terms may not bid for an open job within the department, may initiate a request for transfer to another department, must accept temporary transfers, and may not share in overtime opportunities except as a "qualified volunteer" under this agreement's Article XI, Section 1-F. The employee may exercise shift preference before thirty (30) days.

An employee who is placed into a department other than his home department for thirty (30) or more calendar days may bid for open jobs within the department, initiate requests for interdepartment transfers, exercise shift preference, and share in departmental overtime opportunities as per this agreement's terms. In addition, such employee will retain recall rights to his home department, layoff from which resulted in his placement into an

29

alternate department. In the event an employee
on alternate placement for thirty (30) or more
calendar days is awarded a bid job, or
initiates a transfer to the alternately placed
department, his home department will become the
one into which he was alternately placed and
his recall right to his immediately preceding
home department will cease. All time worked
under alternate placement within another
department between layoff from home department
and recall to home department will count toward
fulfilling the thirty (30) calendar day
requirement, even though such work time may be
interrupted by subsequent alternate placements,
temporary transfers, temporary layoffs, or
permanent layoffs; however, all such work time
will be permanently lost when an employee is
recalled to his home department.

SECTION 6. TEMPORARY TRANSFERS. Temporary
transfers of active payroll employees on a shift
may be made for up to and including five (5)
consecutive working days in accordance with this
Section 6. The temporary transfer of employees may
be extended for a specific period of time and for
all specific contractual provisions covered by this
agreement. The Company will establish from which
department and job classification employees may be
spared.

Temporary transfers within a department will be
offered to qualified employees of the classifi-
cation from which employees may be spared in order
of seniority; however, the least-senior qualified
employee will be obliged to accept such transfers.

Article IX Continued

Temporary transfers between departments will be
offered to qualified employees of the department
and classification from which employees may be
spared in order of seniority; however, the least-
senior qualified employees will be obliged to
accept such transfers.

A temporarily transferred employee may not bid, may
initiate interdepartment transfer requests, may not
exercise shift preference, and may not share in
overtime opportunities except as a "qualified
volunteer" under this agreement's Article XI,
Section 1-F.

In the event the Company transfers an employee to a
temporary job, the employee so transferred shall
take the rate of pay of his original job or the
rate of pay of the job to which transferred, which-
ever is higher.

This temporary transfer procedure will in no way
avoid the normal job-posting procedure.

SECTION 7. PREFERENTIAL SENIORITY. All persons
elected or appointed to hold local Union positions
must be employees of the Company. The president,
vice president, and members of the Bargaining
Committee of the Union shall head the seniority
list during their terms of office, but shall be
returned to their original standing upon termi-
nation of their service on said committee or in
said office. The president and members of the
Bargaining Committee shall be assigned to shifts of
the Union's choice within their respective job
classifications during their terms of office, but
such Union officers shall be assigned a shift
according to their seniority upon expiration of
their terms of office. Stewards shall head the

seniority lists in their respective departments or
districts during their terms of office.  The Local
officers, committeepersons, and stewards shall in
the event of a layoff be continued at work as long
as there is a job in their respective departments
which they are able to do without training.
Seniority under this section will apply to layoff
and recall only.

SECTION 8.  SUPERVISORS—SENIORITY AND BARGAINING
UNIT WORK.  On and after September 3, 1975, a
bargaining unit employee (i.e., an included
employee) who accepts a transfer to a job with the
Company which is not covered by the labor agreement
(i.e., an excluded job) will cease to accumulate
seniority under this contract six (6) consecutive
calendar months immediately following the date of
transfer to an excluded job and will retain the
seniority accumulated until such time as service
with the Company is terminated.  On and after
September 3, 1975, a bargaining unit employee who
occupies an excluded job will continue to accumu-
late seniority under the labor agreement for six
(6) consecutive calendar months, after which
seniority accumulation will cease, and he shall
retain the total amount of seniority accumulated as
of that date.

An excluded employee with seniority under this
agreement will be placed into work covered by this
contract at his or the Company's election, such
placement will be into any open job which he can
perform or, if none exists, into any non-posted job
held by the least-senior employee on the plantswide
seniority list.

Supervisory employees shall not perform work
normally done by bargaining unit workers, except

32

Article IX Continued

in case of emergency or for instruction or
experimental purposes.

SECTION 9. TEMPORARY LAYOFFS. If, due to acts
of God or to circumstances beyond the Company's
control, the work force must be temporarily
reduced, employees may be laid off for up to and
including five (5) consecutive working days.
Senior employees of the affected department and
shift will be given preference for available work,
and the least-senior employees of the affected
department and shift will be laid off, providing
senior employees are able to perform required
work. Temporarily laid off employees will not be
privileged to bump.

SECTION 10. RECALL NOTIFICATION. Employees
shall be notified of their recall to work by either
personal message, telephone, or telegraph,
confirmed by certified mail, return receipt
requested. Upon being recalled, employees who fail
to report for work within the period outlined in
Section 11-D of this Article shall be considered to
have voluntarily quit.

SECTION 11. SENIORITY BREAKOFF. Seniority is
broken under the following conditions:

A. When an employee quits.

B. When an employee is discharged.

C. Being laid off the Company payroll continuously
   for a period as follows:

   1. One (1) year for seniority employees with
      less than one (1) year's seniority at the
      time of layoff.

33

2.  For a period of time equal to the length of
    seniority at the time of layoff, up to a
    maximum of three (3) years for employees
    with one (1) to three (3) years' seniority.

3.  Employees with more than three (3) years'
    seniority may obtain protection for an
    additional two (2) years (making a total
    maximum of five (5) years from date of
    layoff) by indicating to the Company in
    writing that it is their intention to
    return to work when recalled.  Such notice
    must be given to the Company and the Union
    by registered mail fifteen (15) days
    following the three (3) continuous years of
    layoff referred to above.

D.  Failure to notify the Company of intention to
    return to work within three (3) days after
    receiving notice sent by the Company through
    certified mail, return receipt requested, and
    failure to return to work within five (5) days
    from receipt of notice from the Company.  No
    employee shall lose his seniority if failure to
    return to work when called is caused by sick-
    ness or accident, provided that the Company is
    notified thereof within three (3) days from the
    time notice is received, and provided further
    that such employee upon his recovery shall
    immediately report to the Company for work.
    The chairman of the Bargaining Committee of the
    Union will be notified in writing of any
    employee's failure to report for work within
    three (3) days after notice has been received.
    In the event that the United States Postal
    Service returns such notice as undeliverable at
    the address last reported by the employee to
    the Company, as per this contract's Article

XVI, Section 10, his seniority will be
terminated.

E.  Failure to come to work for three (3)
consecutive days without properly notifying the
Company and without giving acceptable reason
for such absence.

F.  When an employee retires and receives a non-
disability pension under the pension plan.

G.  Failure to report for work within ninety (90)
calendar days after receiving a military
discharge, provided, however, that discharged
servicemen on medical leave of absence shall
not be subject to the provisions of this sub-
section.

H.  Failure to report for work upon the expiration
of a leave of absence without giving an
acceptable reason.

SECTION 12.  SENIORITY LISTS AND UNION OFFICER
LISTS.  The Company will furnish to each member of
the Bargaining Committee and stewards a complete
plant seniority list each three (3) months.  Copies
will be posted on the bulletin boards.  The Company
will maintain in the Personnel Department a master
seniority list which will be kept up to date at all
times.  Two (2) or more employees having the same
date of first employment shall, for all seniority
consideration, be listed as follows:

Day shift employee ranks first, afternoon shift
employee ranks second, and midnight shift
employee will be given the following day's
date.  If two (2) or more employees begin work
on the same shift, they will rank according to

Article IX Continued

the order in which the employment paperwork is
completed. If transferred to another depart-
ment, they will be ranked according to the
plantwide master seniority list.

The Company will furnish to the Union each month a
list of additions or deletions.

The recording secretary of the Union will provide
the Company with an up-to-date written list of
committeepersons, officers, and stewards each three
(3) months and/or whenever there are changes.

SECTION 13. SHIFT PREFERENCE. Once each three
(3) months, employees having departmental seniority
may make application for transfer to another shift
in the same classification and department as they
are working at time of application. Such
applications will be made in writing to the
Personnel Department. No further changes will be
made for a period of three (3) months unless an
opening in the same classification and department
should occur on another shift during such period.
In the event such an opening occurs, preference
will be given to the longest-seniority employee who
has made application for that shift. It is
recognized that where necessary an experienced
employee shall be assigned an off-shift for the
time required to train a new employee.

SECTION 14. HUMANITARIAN PLACEMENT. When an
employee's absence from work is due solely to his
being incapacitated for work through accident or
occupational disease arising out of and within the
scope of employment, he shall not lose seniority
and shall be returned to work in accordance with
his seniority as nearly as may be practicable, as
if he had not suffered such disability, provided

36

Article IX Continued

he returns to work within five (5) years or a
period of time equal to his seniority, whichever is
greater, and is able to perform work available to
him when he returns. In the event that he is so
incapacitated as not to be able to perform his
regular work, he may be employed in other work
which is available and which he can perform without
regard to the seniority provisions of this agree-
ment.

## ARTICLE X - LEAVES OF ABSENCE

SECTION 1. ELIGIBILITY. An employee requesting a
leave of absence for more than one (1) day shall
make application therefor in writing, on a form
provided for that purpose, to the supervisor of the
department in which he is employed. Employees must
have six (6) months' or more seniority to be
eligible for consideration of a leave of absence,
except in those cases where definite proof is
provided that they are unable to work due to
emergency or sickness. A Union committeeperson
will be advised if the Company denies an emergency
leave request.

SECTION 2. GENERAL LEAVES. Leaves of absence
for reasons other than medical or for vacation may
be granted at the discretion of the Company to any
employee for such period as the Company may
determine, but not exceeding two (2) months. When
a leave of absence is granted to an employee,
before it shall become effective, he and the Union
shall be furnished with a written notice of the
duration of such leave. The employee must state
the reasons he desires a leave on his application.
It is agreed that leaves under this section are to
be granted only under special and/or unusual
circumstances.

37

SECTION 3.  GENERAL LEAVES - DURATION.  Leaves of absence other than medical will normally be given only for periods comparable to the usual vacation allowances of one (1), two (2), three (3), or four (4) weeks per year, depending on length of service of the employee concerned.  An employee may use his vacation leave time as he sees fit, but leaves of absence will not be given in order or for the reason that the employee wishes to do other work, either for others or on his own farm or house or business.

SECTION 4.  MEDICAL LEAVE.  An employee who shall become ill and whose claim is supported by competent medical evidence shall be granted a sick leave of absence for the period of such disability, provided it does not exceed three (3) years. Medical leaves precipitated by circumstances to which specific reference is made in Section 14 of this agreement's Article IX will be granted for up to five (5) continuous years or a period of time equal to the employee's seniority, whichever is greater, providing the need for such an absence is substantiated by competent medical authority.

An employee returning from a medical leave of absence must present to the Company Medical Department a return-to-work permit from the employee's personal physician.  Under normal circumstances, if the medical leave of absence was of three (3) weeks' or more duration, the employee will be examined by the Company physician before being allowed to resume work; however, the Company reserves the right to require examination by the Company doctor following any absence due to illness or injury.  Examination by the Company doctor, when required following a medical leave of absence, will be handled with the least delay possible consistent

with the other demands on the doctor or his substitute doctors.

If, following a leave of less than three (3) weeks' duration, examination by the Company doctor is required in addition to the return-to-work permit from an employee's personal doctor, such employee will be notified of the time and place for the examination, so that work time otherwise available will not be lost. In the event the employee is approved for work by the Company doctor and otherwise available work time has been lost, the employee will be paid an amount equal to that which he would have earned during such lost time, providing the employee has notified the Company of his availability for work at the earliest reasonable time following release by his personal physician.

In any case wherein an an employee has been released by his personal doctor to return to work from a medical leave of absence, and the Company doctor subsequently refuses approval for such return, and if the employee has been receiving sickness and accident benefits and/or is otherwise eligible for such benefits, those benefits will be paid until return to work is allowed or until the maximum benefit limit is reached.

SECTION 5. OTHER WORK DURING LEAVE. An employee while on leave of absence accepting employment by others for compensation without permission of the Company and the Union shall be deemed to have voluntarily quit.

SECTION 6. UNION AND POLITICAL LEAVES. Employees elected or selected to perform Union duties and employees elected to public office in

their respective counties or states or in the United States Congress shall be granted leave of absence until such service shall end.

SECTION 7.  PREGNANCY LEAVE.  A pregnant employee will be granted an approved pregnancy leave of absence to become effective on the date that the condition of pregnancy interferes with an employee's ability to perform regular job duties immediately preceding the first regularly scheduled work day on which an employee is first able to resume regular job duties in a safe manner.  When such a leave will commence and terminate will be determined by a doctor; however, in no case will a pregnancy leave span more than nine (9) consecutive calendar months, unless the need to extend the leave is corroborated by a written statement from a medical doctor.  As is the case with any leave precipitated by medical causes, the Company may cause such employee to be examined by its medical doctor at any time before, during, or after a pregnancy leave of absence.  A pregnant employee is obliged to notify the Company of the need for a pregnancy leave as soon as possible before the pregnancy leave commences and terminates.

SECTION 8.  PEACE CORPS LEAVE.  Any employee who has seniority and who is accepted for service in the Peace Corps shall, upon making written application, be granted a leave of absence for his first term of service in the Corps, not to exceed a period of thirty (30) months.  Seniority will accumulate during the period of such leave.

SECTION 9.  EDUCATIONAL LEAVES.  Employee veterans who have acquired seniority and other employees with seniority of one (1) or more years who desire to further their education may make

40

Article X Continued

application for a leave of absence for that
purpose. The granting of such a leave shall be
subject to mutual agreement between the Company and
the Union following consideration of the appli-
cant's length of service and type of schooling to
be followed. Such a leave shall be continuous for
a period not to exceed twelve (12) months.
Additional leaves of absence may be granted at the
option of Management.

SECTION 10. SENIORITY CONTINUATION DURING
LEAVES. Seniority shall accumulate during
authorized leaves of absence.

ARTICLE XI - WAGES, HOURS, AND OVERTIME

SECTION 1. OVERTIME. For the purpose of
computing overtime premium pay, the regular working
day is eight (8) hours and regular working week is
forty (40) hours.

The working week shall be deemed to commence with
the number one (1) shift Monday (7:00 p.m. Sunday
to 5:00 a.m. Monday) and ends one hundred sixty
eight (168) hours thereafter.

Work schedules which exceed eight (8) hours per day
or forty (40) hours per week shall be compensated
for as follows:

A.  DAILY. Time and one-half will be paid for
    all hours worked in excess of eight (8) hours
    per day in any continuous twenty four (24)
    hours beginning with the starting time of the
    employee's shift and for all hours worked in
    excess of forty (40) hours per week. When
    hours are worked in excess of eight (8) in
    twenty four (24) hours because of an employee-

41

requested shift change, such hours will not be considered for overtime premium pay, unless those hours otherwise qualify for such premium pay.

B. SATURDAY. Time and one-half will be paid for Saturday work. No employee shall be laid off during the week for the purpose of avoiding overtime payment.

C. SUNDAY AND HOLIDAYS. Double time will be paid for work on Sundays and for work on the designated holidays.

D. PYRAMIDING. There shall be no pyramiding of overtime pay, and allowance made for time not worked shall not be used in computing hours worked.

E. NOTICE. When possible, the Company agrees to give nine (9) working hours' previous notice of work to be performed on Saturdays and holidays.

F. OVERTIME WORK OPPORTUNITIES. When overtime is necessary, employees who hold the classification involved shall work the overtime period. Insofar as practical, employees working on the same operation shall have the overtime divided equitably among them. Employees may decline the overtime, subject to the remainder of this paragraph. Overtime regularly scheduled for periods of time will be rotated. Daily overtime on a casual basis will be performed by the employee who holds the classification and job involved. (If he is notified of the overtime work the preceding day, it will be compulsory for him to perform such daily overtime. If he is notified on the

42

day when the overtime is scheduled to be
performed, it will be voluntary.)

Regarding Saturday overtime, the Company will
follow its past practice of going outside of
the department and classification scheduled to
work to get qualified volunteers in the event a
sufficient number of employees in the depart-
ment affected do not wish to work overtime.
Having done this and still not having suffi-
cient employees willing to work the Saturday
overtime, the Company will then assign the
overtime work to employees in the classifi-
cation in the order of inverse seniority with
the junior-qualified employee assigned first,
etc., until the Company has obtained sufficient
employees to do the work. This provision does
not apply to temporary employees, nor does it
apply to Sunday overtime, except that it will
apply to Sunday on breakdown situations and in
case of national emergency.

G.  EQUALIZATION OF OVERTIME. All employees'
overtime hours will be adjusted to zero (0)
hours, beginning September 21, 1986. The
following provisions of this paragraph apply to
weekend overtime.

When an entire department is scheduled to work
overtime, this information will be posted on
the department bulletin board by Wednesday,
2:00 p.m. All employees will report for work
on their regular shift unless they inform their
supervisor by 7:00 a.m., Thursday, that they do
not want to work the overtime offered, in which
case, they will be charged with the equivalent
overtime hours. If an employee is absent on
Wednesday, he will be scheduled to work the

43

overtime. If he is also absent Thursday, he
will be deleted from the overtime schedule and
charged the equivalent hours. The jobs will
then be filled by qualified volunteers from
outside the department.

When a partial department is scheduled to work,
scheduled overtime will be offered to employees
in their classification within the department
in the order of least amount of overtime hours
until jobs are filled. The determining factor
in overtime assignment will be the least number
of overtime hours worked or charged, without
regard to seniority. The first employees asked
will be offered work on their regular shifts
until the employees' regular shifts are
filled. Next employees asked will be offered
work on a shift other than their regular shift.
When an employee is offered overtime, he will
be advised of the day, shift, and job. The
employee must accept or reject the overtime
offer at the time the offer is made. An
employee who refuses offered overtime will be
charged with the equivalent number of overtime
hours. If an employee is absent for any reason
when the overtime is offered, he is automati-
cally charged the equivalent overtime hours.

Two (2) lists reflecting overtime hours worked
by volunteers (i.e., a plantwide list and a
departmental list) will be maintained by the
Personnel Department in order to equalize over-
time hours worked out of classification or out
of regular department. When insufficient
employees in a department volunteer to work
scheduled weekend overtime, qualified volun-
teers from other departments will be offered
overtime according to the least number of

overtime hours worked or charged in departments
other than their own. Hours included on the
"volunteer" list will not be included in the
department lists.

Union representatives will be charged overtime
hours in the same manner as any other employee.
In the event that an employee is no longer a
Union representative, his overtime hours within
his classification will be adjusted to the
highest number of overtime hours within the
classification.

Employees with new job classifications or
transfers will go to the high overtime hours,
excluding Union steward hours, at the time they
physically move.

An employee laid off from his department for
not more than thirty (30) days shall continue
to be charged for overtime hours on the depart-
ment volunteer list which would have been
offered had the employee not been placed on
layoff.

Layoffs of more than thirty (30) days: The
employee will have his overtime hours adjusted
to the highest number on the volunteer list
upon his return from department layoff.

An employee who accepts an overtime assignment
and who fails to report for work without
acceptable excuse will be charged double the
overtime hours available to work.

H.  UNION REPRESENTATION ON OVERTIME.  When five
(5) or more people are scheduled to work over-
time in a steward's department or district, the

steward will be offered an opportunity to work,
provided he is qualified to do one of the jobs
scheduled to be performed. If the steward is
unavailable or unable to perform one of the
jobs scheduled, the steward will appoint a
replacement from the group that is working.

I.  UNION TIME AWAY FROM PLANT. No local Union
officer shall take time away from the plant for
the purpose of conducting Union business except
with the permission of his foreman or super-
visor. Such permission shall be freely granted
in the event such officer leaves the plant with
permission during his work shift to perform
duties for the Union, the time so taken shall,
for the purpose of computing overtime pay,
holiday pay, pension, and vacation credits, be
considered as time actually worked.

J.  UNION TIME IN CONTRACT NEGOTIATIONS. Time
spent by the Bargaining Committee in contract
negotiations will be counted as time worked for
the purpose of pension credit, vacation hour
requirements, vacation pay computations, and to
satisfy the conditions for holiday pay if other-
wise eligible.

K.  SUCCESSIVE SATURDAYS. An employee required
to work three (3) or more consecutive Saturdays
in accordance with the compulsory provisions of
this section shall not be required to work the
following Saturday. Thereafter, he shall be
required to work when scheduled under said
compulsory terms until three (3) or more con-
secutive Saturdays have again been worked.

L.  APPLICATION - PLANTS 16 AND 19. The provi-
sions of this section shall apply separately

to each of the two (2) plants independent of
the other.

SECTION 2. HOLIDAY PAY COMPUTATION. Employees
will be paid eight (8) hours' pay at their regular
straight-time hourly rate, exclusive of night shift
and overtime premium for the holidays specified
elsewhere in this contract, providing they meet all
of the eligibility rules set forth in this
contract.

SECTION 3. SHIFT DESIGNATION.

A. An employee whose scheduled shift starts on or
   after 7:00 p.m., but before 5:00 a.m., shall be
   deemed to be working the number one (midnight)
   shift.

B. An employee whose scheduled shift starts on or
   after 5:00 a.m., but before 10:30 a.m., shall
   be deemed to be working the number two (day)
   shift.

C. An employee whose scheduled shift starts on or
   after 10:30 a.m., but before 7:00 p.m., shall
   be deemed to be working the number three
   (afternoon) shift.

SECTION 4. REPORT PAY. Any employee permitted
to report for work without having been notified
that there will be no work will be given four (4)
hours' work or four (4) hours' pay at his regular
rate. This provision shall not apply when the lack
of work is due to labor dispute at this plant,
fire, acts of God, utility failures, or other
causes beyond the control of the Company.
Employees absent at the time notice is given that
there will be no work and employees reporting for

Article XI Continued

work following a leave of absence will not be
entitled to call-in pay.

SECTION 5.   CALL-BACK PAY.  Any employee called
to work will be given a minimum of four (4) hours'
work in the plant or four (4) hours' pay at his
regular hourly rate.  Any employee called to work
during a shift other than the one he is regularly
working, because of an emergency, will be paid a
minimum of four (4) hours' pay, and may not be
required to work beyond the duration of the
emergency.  This will not include persons
continuing work into another shift beyond their
regular working hours.

SECTION 6.   PAYCHECKS.  Under normal conditions,
day shift employee paychecks will be distributed
prior to the end of the regular shift on Thursday
of each week; afternoon shift employee paychecks
will be distributed prior to the lunch break on
Thursday of each week; and midnight shift employee
paychecks will be distributed prior to the lunch
break on Friday of each week.  However, any such
employees who receive paychecks on Thursday and who
do not complete their work shift on Thursday or who
do not report to work on the scheduled next day
following receipt of said paychecks will forfeit
their privilege of being paid on Thursday until
they have demonstrated improved work attendance.

SECTION 7.   SHIFT PREMIUM.  A shift premium of
twenty three cents ($.23) per hour will be paid to
employees regularly working on the first (midnight)
shift.  A shift premium of eighteen cents ($.18)
per hour will be paid to employees regularly
working on the third (afternoon) shift.

48

Article XI Continued

SECTION B. WAGES.

A. COMPOSITION OF HOURLY PAY RATES. The hourly
   pay rates for each job classification to be
   paid for each hour worked and paid under this
   agreement's provisions during the term of the
   agreement are subsequently reflected.

   1. Effective September 21, 1986, through
      August 30, 1987, all guaranteed hourly wage
      rates shall be those set forth in Article
      XI, Section 8-B of the labor agreement.

   2. Effective August 31, 1987, all guaranteed
      hourly wage rates then in effect shall be
      increased by ten cents ($.10) per hour.

   3. Effective February 29, 1988, all guaranteed
      hourly wage rates then in effect shall be
      increased by five cents ($.05) per hour.

   4. Effective August 29, 1988, all guaranteed
      hourly wage rates then in effect shall be
      increased by ten cents ($.10) per hour.

   5. Effective February 27, 1989, all guaranteed
      hourly wage rates then in effect shall be
      increased by five cents ($.05) per hour.

B. Hourly pay rates by job classification during
   this contract's term shall be as follows:

| Bargaining Unit Job Classifications | Effective 9/21/86 through 9/20/87 | | | Effective 9/21/87 through 2/28/88 | | | Effective 2/29/88 through 3/28/88 | | | Effective 8/29/88 through 2/26/89 | | | Effective 2/27/89 through 9/5/89 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start Rate | 45 Days* | 90 Days* | Start Rate | 45 Days* | 90 Days* | Start Rate | 45 Days* | 90 Days* | Start Rate | 45 Days* | 90 Days* | Start Rate | 45 Days* | 90 Days* |
| Janitor-Sweeper | 10.16 | 10.22 | 10.29 | 10.24 | 10.32 | 10.39 | 10.31 | 10.37 | 10.44 | 10.41 | 10.47 | 10.54 | 10.46 | 10.52 | 10.59 |
| Labor-Material Handler | 10.28 | 10.35 | 10.41 | 10.33 | 10.45 | 10.51 | 10.43 | 10.50 | 10.55 | 10.53 | 10.60 | 10.66 | 10.59 | 10.65 | 10.71 |
| Production Helper (Fab, Forge, Ext., Ship & Rec., Paint Dept.) | 10.55 | 10.61 | 10.69 | 10.65 | 10.71 | 10.79 | 10.70 | 10.76 | 10.84 | 10.80 | 10.86 | 10.94 | 10.85 | 10.91 | 10.99 |
| Machine Loader | 10.55 | 10.61 | 10.69 | 10.65 | 10.71 | 10.79 | 10.70 | 10.76 | 10.84 | 10.80 | 10.86 | 10.94 | 10.85 | 10.91 | 10.99 |
| Inspect & Pack (Plt. 19) | 10.55 | 10.61 | 10.69 | 10.65 | 10.71 | 10.79 | 10.70 | 10.76 | 10.84 | 10.80 | 10.86 | 10.94 | 10.85 | 10.91 | 10.99 |
| Tool Maintenance | 10.61 | 10.67 | 10.75 | 10.71 | 10.77 | 10.85 | 10.76 | 10.82 | 10.90 | 10.86 | 10.92 | 11.00 | 10.91 | 10.97 | 11.05 |
| Tool Keeper | 10.64 | 10.70 | 10.77 | 10.74 | 10.80 | 10.87 | 10.79 | 10.85 | 10.92 | 10.89 | 10.95 | 11.02 | 10.94 | 11.00 | 11.07 |
| Ext. Die-Head Man | 10.64 | 10.70 | 10.77 | 10.74 | 10.80 | 10.87 | 10.79 | 10.85 | 10.92 | 10.89 | 10.95 | 11.02 | 10.94 | 11.00 | 11.07 |
| Fab Anodize Hoist Opr. | 10.66 | 10.72 | 10.79 | 10.76 | 10.82 | 10.89 | 10.81 | 10.87 | 10.94 | 10.91 | 10.97 | 11.04 | 10.96 | 11.02 | 11.09 |
| Forge Chaser Opr. | 10.67 | 10.73 | 10.80 | 10.77 | 10.83 | 10.90 | 10.82 | 10.88 | 10.95 | 10.92 | 10.98 | 11.05 | 10.97 | 11.03 | 11.10 |
| Forge Grinder Opr. | 10.67 | 10.73 | 10.80 | 10.77 | 10.83 | 10.90 | 10.82 | 10.88 | 10.95 | 10.92 | 10.98 | 11.05 | 10.97 | 11.03 | 11.10 |
| Piston Machine Grinder | 10.67 | 10.73 | 10.80 | 10.77 | 10.83 | 10.90 | 10.82 | 10.88 | 10.95 | 10.92 | 10.98 | 11.05 | 10.97 | 11.03 | 11.10 |
| Slit Screener | 10.67 | 10.73 | 10.81 | 10.77 | 10.83 | 10.91 | 10.82 | 10.88 | 10.96 | 10.92 | 10.98 | 11.06 | 10.97 | 11.03 | 11.11 |
| Line Sander Opr. (Machine Opr. Only) | 10.68 | 10.74 | 10.82 | 10.78 | 10.84 | 10.92 | 10.83 | 10.89 | 10.97 | 10.93 | 10.99 | 11.07 | 10.98 | 11.04 | 11.12 |
| Fab Anodize Rack Maker | 10.70 | 10.77 | 10.85 | 10.80 | 10.87 | 10.95 | 10.85 | 10.92 | 10.98 | 10.95 | 11.02 | 11.08 | 11.00 | 11.07 | 11.13 |
| Gas Welder | 10.71 | 10.78 | 10.86 | 10.81 | 10.88 | 10.96 | 10.86 | 10.93 | 10.99 | 10.96 | 11.03 | 11.09 | 11.01 | 11.08 | 11.14 |
| Torch Brazer | 10.71 | 10.78 | 10.86 | 10.81 | 10.88 | 10.94 | 10.86 | 10.93 | 10.99 | 10.96 | 11.03 | 11.09 | 11.01 | 11.09 | 11.14 |

*Calendar days of employment

## Article II Continued

| Bargaining Unit Job Classifications | Effective 9/21/86 through 8/30/87 | | | Effective 8/31/87 through 2/28/88 | | | Effective 2/29/88 through 8/28/88 | | | Effective 8/29/88 through 2/26/89 | | | Effective 2/27/89 through 9/8/89 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start Rate | 45 Days | 90 Days | Start Rate | 45 Days | 90 Days | Start Rate | 45 Days | 90 Days | Start Rate | 45 Days | 90 Days | Start Rate | 45 Days | 90 Days |
| Block Setter-Cutter Grinder | 10.71 | 10.78 | 10.84 | 10.81 | 10.88 | 10.94 | 10.84 | 10.95 | 10.99 | 10.96 | 11.03 | 11.09 | 11.01 | 11.08 | 11.14 |
| Lea, Sand & Deburr | 10.71 | 10.76 | 10.85 | 10.81 | 10.88 | 10.95 | 10.84 | 10.95 | 11.00 | 10.96 | 11.03 | 11.10 | 11.01 | 11.08 | 11.15 |
| Stockkeeper | 10.73 | 10.80 | 10.86 | 10.83 | 10.90 | 10.96 | 10.88 | 10.95 | 11.01 | 10.98 | 11.05 | 11.11 | 11.03 | 11.10 | 11.16 |
| Ext. Billet Saw/Utility | 10.73 | 10.80 | 10.87 | 10.83 | 10.90 | 10.97 | 10.88 | 10.95 | 11.02 | 10.98 | 11.05 | 11.12 | 11.03 | 11.10 | 11.17 |
| Warehouseman | 10.74 | 10.81 | 10.87 | 10.84 | 10.91 | 10.97 | 10.89 | 10.96 | 11.02 | 10.99 | 11.06 | 11.12 | 11.04 | 11.11 | 11.17 |
| Oiler | 10.79 | 10.85 | 10.91 | 10.89 | 10.95 | 11.01 | 10.94 | 11.00 | 11.06 | 11.04 | 11.10 | 11.16 | 11.09 | 11.15 | 11.21 |
| Laboratory Helper | 10.84 | 10.90 | 10.96 | 10.94 | 11.00 | 11.06 | 10.99 | 11.05 | 11.11 | 11.09 | 11.15 | 11.21 | 11.14 | 11.20 | 11.26 |
| Fab Set-up Man | 10.86 | 10.92 | 10.99 | 10.96 | 11.02 | 11.09 | 11.01 | 11.07 | 11.14 | 11.11 | 11.17 | 11.24 | 11.16 | 11.22 | 11.29 |
| Piston Set-up Man | 10.86 | 10.92 | 10.99 | 10.96 | 11.02 | 11.09 | 11.01 | 11.07 | 11.14 | 11.11 | 11.17 | 11.24 | 11.16 | 11.22 | 11.29 |
| Floor Inspector | 10.92 | 10.98 | 11.05 | 11.02 | 11.08 | 11.15 | 11.07 | 11.13 | 11.20 | 11.17 | 11.23 | 11.30 | 11.22 | 11.28 | 11.35 |
| Ultra Sonic/Inspection Machine Opr. | 10.92 | 10.98 | 11.05 | 11.02 | 11.08 | 11.15 | 11.07 | 11.13 | 11.20 | 11.17 | 11.23 | 11.30 | 11.22 | 11.28 | 11.35 |
| *Hand Buffing (Separately or in combination with Deburring) | 11.00 | 11.07 | 11.13 | 11.10 | 11.17 | 11.23 | 11.15 | 11.22 | 11.28 | 11.25 | 11.32 | 11.38 | 11.30 | 11.37 | 11.43 |
| Extrusion Press Opr. | 11.03 | 11.09 | 11.16 | 11.13 | 11.19 | 11.26 | 11.18 | 11.24 | 11.31 | 11.28 | 11.34 | 11.41 | 11.33 | 11.39 | 11.46 |
| Forge Press Opr. | 11.04 | 11.10 | 11.16 | 11.14 | 11.20 | 11.26 | 11.19 | 11.25 | 11.31 | 11.29 | 11.35 | 11.41 | 11.34 | 11.40 | 11.46 |
| Truck Driver | 11.08 | 11.14 | 11.22 | 11.18 | 11.24 | 11.32 | 11.23 | 11.29 | 11.37 | 11.33 | 11.39 | 11.47 | 11.38 | 11.44 | 11.52 |
| Set-Up Lineman | 11.12 | 11.19 | 11.25 | 11.22 | 11.29 | 11.35 | 11.27 | 11.34 | 11.40 | 11.37 | 11.44 | 11.50 | 11.42 | 11.49 | 11.55 |
| | Start Rate | 180 Days | 360 Days | Start Rate | 180 Days | 360 Days | Start Rate | 180 Days | 360 Days | Start Rate | 180 Days | 360 Days | Start Rate | 180 Days | 360 Days |
| CNC Opr. & Set-Up | 11.12 | 11.19 | 11.25 | 11.22 | 11.29 | 11.35 | 11.27 | 11.34 | 11.40 | 11.37 | 11.44 | 11.50 | 11.42 | 11.49 | 11.55 |

*Calendar days of employment

| Skilled Job Classification | Wage Progression Steps | Effective 9/21/86-9/30/87 | Effective 8/31/87-2/28/88 | Effective 2/29/88-8/28/88 | Effective 8/29/88-2/26/89 | Effective 2/27/89-9/8/89 |
|---|---|---|---|---|---|---|
| Sample Maker | Start Rate | 11.32 | 11.42 | 11.47 | 11.57 | 11.62 |
| | After 6 months | 11.38 | 11.48 | 11.53 | 11.63 | 11.68 |
| | After 1 year | 11.41 | 11.51 | 11.59 | 11.69 | 11.74 |
| | After 1-1/2 years | 11.51 | 11.61 | 11.66 | 11.76 | 11.81 |
| | After 2 years | 11.57 | 11.67 | 11.72 | 11.82 | 11.87 |
| Layout Inspector | Start Rate | 11.40 | 11.50 | 11.55 | 11.65 | 11.70 |
| | After 6 months | 11.46 | 11.56 | 11.61 | 11.71 | 11.76 |
| | After 1 year | 11.53 | 11.63 | 11.68 | 11.78 | 11.83 |
| | After 1-1/2 years | 11.59 | 11.69 | 11.74 | 11.84 | 11.89 |
| | After 2 years | 11.85 | 11.78 | 11.81 | 11.91 | 11.96 |
| Extrusion Die Repair | Start Rate | 11.89 | 11.99 | 12.04 | 12.14 | 12.19 |
| | After 6 months | 11.93 | 12.05 | 12.10 | 12.20 | 12.25 |
| | After 1 year | 12.01 | 12.11 | 12.16 | 12.26 | 12.31 |
| | After 1-1/2 years | 12.07 | 12.17 | 12.22 | 12.32 | 12.37 |
| | After 2 years | 12.13 | 12.23 | 12.28 | 12.38 | 12.43 |
| Extrusion Die Maker | Start Rate | 12.19 | 12.29 | 12.34 | 12.44 | 12.49 |
| | After 6 months | 12.23 | 12.35 | 12.40 | 12.50 | 12.55 |
| | After 1 year | 12.31 | 12.41 | 12.46 | 12.56 | 12.61 |
| | After 1-1/2 years | 12.37 | 12.47 | 12.52 | 12.62 | 12.67 |
| | After 2 years | 12.43 | 12.53 | 12.58 | 12.68 | 12.73 |
| Maintenance Department Trainees (other than Indentured Apprentices) | After 2,000 hours | 12.15 | 12.25 | 12.30 | 12.40 | 12.45 |
| | After 3,000 hours | 12.23 | 12.33 | 12.38 | 12.48 | 12.53 |
| | After 4,000 hours | 12.30 | 12.40 | 12.45 | 12.55 | 12.60 |
| | After 5,000 hours | 12.39 | 12.49 | 12.54 | 12.64 | 12.69 |
| | After 6,000 hours | 12.48 | 12.58 | 12.63 | 12.73 | 12.78 |
| | After 7,000 hours | 12.56 | 12.66 | 12.71 | 12.81 | 12.86 |
| | After 8,000 hours | 12.63 | 12.73 | 12.78 | 12.88 | 12.93 |
| Maintenance Department Indentured Apprentices | 1st 1,000 hours | 9.52 | 9.62 | 9.67 | 9.77 | 9.82 |
| | 2nd 1,000 hours | 9.96 | 10.06 | 10.11 | 10.21 | 10.26 |
| | 3rd 1,000 hours | 10.41 | 10.51 | 10.56 | 10.66 | 10.71 |
| | 4th 1,000 hours | 10.85 | 10.95 | 11.00 | 11.10 | 11.15 |
| | 5th 1,000 hours | 11.30 | 11.40 | 11.45 | 11.55 | 11.60 |
| | 6th 1,000 hours | 11.74 | 11.84 | 11.89 | 11.99 | 12.04 |
| | 7th 1,000 hours | 12.19 | 12.29 | 12.34 | 12.44 | 12.49 |
| | 8th 1,000 hours | 12.19 | 12.29 | 12.34 | 12.44 | 12.49 |
| | Approval by Joint Apprenticeship Committee | 12.63 | 12.73 | 12.78 | 12.88 | 12.93 |
| Tool Room Trainees (other than Indentured Apprentices) | After 2,000 hours | 12.29 | 12.39 | 12.44 | 12.54 | 12.59 |
| | After 3,000 hours | 12.30 | 12.49 | 12.54 | 12.64 | 12.69 |
| | After 4,000 hours | 12.46 | 12.56 | 12.61 | 12.71 | 12.76 |
| | After 5,000 hours | 12.55 | 12.65 | 12.70 | 12.80 | 12.85 |
| | After 6,000 hours | 12.63 | 12.73 | 12.78 | 12.88 | 12.93 |
| | After 7,000 hours | 12.72 | 12.82 | 12.87 | 12.97 | 13.02 |
| | After 8,000 hours | 12.79 | 12.89 | 12.94 | 13.04 | 13.09 |
| Tool Room Indentured Apprentices | 1st 1,000 hours | 9.62 | 9.72 | 9.77 | 9.87 | 9.92 |
| | 2nd 1,000 hours | 10.07 | 10.17 | 10.22 | 10.32 | 10.37 |
| | 3rd 1,000 hours | 10.53 | 10.63 | 10.68 | 10.78 | 10.83 |
| | 4th 1,000 hours | 10.98 | 11.08 | 11.13 | 11.23 | 11.28 |
| | 5th 1,000 hours | 11.43 | 11.53 | 11.58 | 11.68 | 11.73 |
| | 6th 1,000 hours | 11.88 | 11.98 | 12.03 | 12.13 | 12.18 |
| | 7th 1,000 hours | 12.34 | 12.44 | 12.49 | 12.59 | 12.64 |
| | 8th 1,000 hours | 12.31 | 12.44 | 12.49 | 12.59 | 12.64 |
| | Approval by Joint Apprenticeship Committee | 12.79 | 12.89 | 12.94 | 13.04 | 13.09 |

52

C. WAGE ADMINISTRATION GUIDELINES.

1. To determine the effective date of forty five (45) and ninety (90) day rate increases, each calendar day shall be counted, except for absences of more than five (5) consecutive days of scheduled work.

2. An employee appointed to group leader shall receive six cents ($.06) per hour above the highest hourly rate within the group he serves. Forty five (45) calendar days thereafter, a group leader will be considered for an additional six cents ($.06) per hour merit increase, which, if granted, will result in twelve cents ($.12) per hour above the highest rate in the group. (The highest prevailing hourly pay rate for the job classification "Extrusion Press Operator" will be the highest group rate within the Extrusion Department; the highest prevailing hourly rate for the job classification "Floor Inspector" will be the highest group rate within the Inspection Department.)

3. An employee placed into a higher rated job classification shall receive the wage rate of the new job classification which is equal to the employee's former wage rate. If no wage rate in the new job classi- fication is equal to the employee's former wage rate, the employee shall receive the wage rate of the new job classification which is above and closest to the employee's former wage rate. After the completion of forty five (45) calendar days

53

of employment under the new job classifi-
cation, an employee shall receive the next
highest wage rate, if any. An employee
with previous experience in a new job
classification who is able to immediately
and satisfactorily perform the new job
shall receive the ninety (90) day wage
rate. An employee of a new job classifi-
cation may be returned to his former job
and seniority status at any time during his
first forty five (45) calendar days of
employment in the new job classification
if, in the supervisor's judgment, the
employee has failed to show the ability
necessary to continue in the new job
classification.

4. An employee placed into a lower-rated job
classification shall receive the same
hourly pay rate he would have received had
he upgraded to the job from a "Production
Helper" classification. On or before the
completion of forty five (45) calendar days
of employment in the lower-rated job classi-
fication, the employee shall receive the
next wage rate step, if any. Should an
employee have previous experience in the
lower-rated job classification and be able
to immediately and satisfactorily perform
the new job without training, he shall
receive the maximum hourly pay rate.

An employee who is downgraded to a
"Production Helper" job classification
shall receive the hourly pay rate which
corresponds to his former hourly wage rate,
providing he is able to immediately and
satisfactorily perform the new job without

training. After the completion of forty five (45) calendar days of employment, the employee shall receive the next wage rate step, if any. Should an employee have previous experience and be able to immediately and satisfactorily perform the new job without training, he shall receive the maximum hourly pay rate.

An employee who is downgraded to a job with a wage rate lower than "Production Helper" shall receive the rate which corresponds to his former wage rate, providing he is able to immediately and satisfactorily perform the new job without training. After the completion of forty five (45) calendar days of employment, the employee shall receive the next wage rate step, if any. Should the employee have previous experience in the new job classification and be able to immediately and satisfactorily perform the new job without training, he shall receive the maximum hourly pay rate.

SECTION 9. NEW PAY RATE. Rates for new job classifications as established by the Company shall be designated as temporary and the Union notified thereof within five (5) days. The rate shall be considered temporary for a period of one (1) month following the date of notification to the Union. During this period, the Union may request the Company to negotiate the rate for the job classification. The negotiated rate, if higher than the temporary rate, shall be applied retroactively to the date of the establishment of the temporary rate. If no request has been made by the Union to negotiate the rate within the one (1) month period

or upon completion of negotiations, the temporary
rate or the negotiated rate, as the case may be,
shall become the established rate for the job
classification. If no agreement is reached within
thirty (30) days after the Union requests the
Company to negotiate the rate, the dispute over
such rate may be submitted under the grievance
procedure at Section C, but not subject to
arbitration.

SECTION 10. COST-OF-LIVING ALLOWANCE (COLA). It
is understood and agreed by both parties that this
section concerning cost-of-living allowance shall
be inoperative during the term of this agreement.

A. GENERAL. For each hour worked and/or paid in
   accordance with this contract's terms, each
   employee covered by this agreement will receive
   the hourly COLA amount as may be in effect
   under provisions of this Section 10 in addition
   to the applicable hourly pay rate reflected in
   this Article's Section 8. The hourly COLA
   amount will be established and reestablished in
   accordance with what is hereinafter provided.

B. BASIS OF ADJUSTMENT - CONSUMER PRICE INDEX
   (i.e., CPI OR INDEX). The hourly COLA amount
   under this program will be determined from the
   1967 = 100 Consumer Price Index (i.e., CPI) for
   Urban Wage Earners and Clerical Employees
   published by the United States Bureau of Labor
   Statistics. In the event that Bureau of Labor
   Statistics does not issue the hereinafter
   specified indexes on or before the hereinafter
   specified pay periods, adjustments warranted,
   if any, will become effective at the start of
   the first pay period after receipt of such
   indexes. No adjustments, retroactive or

56

otherwise, shall be made due to any revision
which may later be made in the published
figures that have been used to calculate the
adjustment amount for any period hereinafter
specified. Continuance of this cost-of-living
program is contingent upon the availability of
CPI's in their present form and calculated on
the same basis as the May, June, and July 1975
indexes, unless otherwise agreed upon by the
Union and the Company. If the Bureau of Labor
Statistics changes the form or the basis of
calculating the CPI, the Union and the Company
will request such Bureau to make available
during the life of this agreement a monthly CPI
in the form and calculated on the same basis as
the indexes to which reference is herein made.

C. ADJUSTMENT CALCULATION. Commencing with the
first pay period beginning on or after
September 1, 1978, and at three (3) consecutive
calendar month intervals thereafter, the hourly
COLA will be adjusted upwards or downwards, not
to include reductions in the established hourly
pay rates (i.e., as specified within this
Article's Section 8), by one cent ($.01) for
each full three tenths of one percent (.3 of
1%) change between three (3) month CPI averages
for the most recent three (3) consecutive month
period for which statistics are available and
for the three (3) consecutive month period
immediately preceding. In determining the
three (3) month average of the indexes for a
specified period, the computed average will be
rounded to the nearest one tenth (.1) index
point.

Following is a summary of COLA adjustment
effective dates and three (3) month averages on

57

which the respective adjustments will be based
and a table of three (3) month average indexes
from which the hourly COLA amount will be
determined and redetermined in accordance with
provisions of this Section 10.

| 3-Month Averages BLS Consumer Price Indexes | Cost-of-Living Allowance |
|---|---|
| 189.8 - 190.0 | 0 cents per hour |
| 190.1 - 190.3 | 1 cent per hour |
| 190.4 - 190.6 | 2 cents per hour |
| 190.7 - 190.9 | 3 cents per hour |
| 191.0 - 191.2 | 4 cents per hour |
| 191.3 - 191.5 | 5 cents per hour |
| 191.6 - 191.8 | 6 cents per hour |
| 191.9 - 192.1 | 7 cents per hour |
| 192.2 - 192.4 | 8 cents per hour |
| 192.5 - 192.7 | 9 cents per hour |
| 192.8 - 193.0 | 10 cents per hour |
| 193.1 - 193.3 | 11 cents per hour |
| 193.4 - 193.6 | 12 cents per hour |
| 193.7 - 193.9 | 13 cents per hour |
| 194.0 - 194.2 | 14 cents per hour |
| 194.3 - 194.5 | 15 cents per hour |
| 194.6 - 194.8 | 16 cents per hour |
| 194.9 - 195.1 | 17 cents per hour |
| 195.2 - 195.4 | 18 cents per hour |
| 195.5 - 195.7 | 19 cents per hour |
| 195.8 - 196.0 | 20 cents per hour |
| 196.1 - 196.3 | 21 cents per hour |
| 196.4 - 196.6 | 22 cents per hour |
| 196.7 - 196.9 | 23 cents per hour |
| 197.0 - 197.2 | 24 cents per hour |
| 197.3 - 197.5 | 25 cents per hour |
| 197.6 - 197.8 | 26 cents per hour |
| 197.9 - 198.1 | 27 cents per hour |

Article XI Continued

| 3-Month Averages BLS Consumer Price Indexes | Cost-of-Living Allowance |
|---|---|
| 198.2 - 198.4 | 28 cents per hour |
| 198.5 - 198.7 | 29 cents per hour |
| 198.8 - 197.0 | 30 cents per hour |
| 197.1 - 199.3 | 31 cents per hour |
| 199.4 - 199.6 | 32 cents per hour |
| 199.7 - 199.9 | 33 cents per hour |
| 200.0 - 200.2 | 34 cents per hour |
| 200.3 - 200.5 | 35 cents per hour |
| 200.6 - 200.8 | 36 cents per hour |
| 200.9 - 201.1 | 37 cents per hour |
| 201.2 - 201.4 | 38 cents per hour |

(Etc. in accordance with the formula of one
cent ($.01) for each three tenths of one
percent (.3 of 1%) change in three (3) month
average indexes.)

Article XI Continued

| Eff. at the Start of the Pay Period Beginning On or After | Based upon Changes in Average Indexes Between: | | | | | |
|---|---|---|---|---|---|---|
| | Most Recent Three Months | | | Preceding Three Months | | |
| Sept. 1, 1978 | 5/78 | 6/78 | 7/78 | 2/78 | 3/78 | 4/78 |
| Dec. 1, 1978 | 8/78 | 9/78 | 10/78 | 5/78 | 6/78 | 7/78 |
| Mar. 1, 1979 | 11/78 | 12/78 | 1/79 | 8/78 | 9/78 | 10/78 |
| June 1, 1979 | 2/79 | 3/79 | 4/79 | 11/78 | 12/78 | 1/79 |
| Sept. 1, 1979 | 5/79 | 6/79 | 7/79 | 2/79 | 3/79 | 4/79 |
| Dec. 1, 1979 | 8/79 | 9/79 | 10/79 | 5/79 | 6/79 | 7/79 |
| Mar. 1, 1980 | 11/79 | 12/79 | 1/80 | 8/79 | 9/79 | 10/79 |
| June 1, 1980 | 2/80 | 3/80 | 4/80 | 11/79 | 12/79 | 1/80 |
| Sept. 1, 1980 | 5/80 | 6/80 | 7/80 | 2/80 | 3/80 | 4/80 |
| Dec. 1, 1980 | 8/80 | 9/80 | 10/80 | 5/80 | 6/80 | 7/80 |
| Mar. 1, 1981 | 11/80 | 12/80 | 1/81 | 8/80 | 9/80 | 10/80 |
| June 1, 1981 | 2/81 | 3/81 | 4/81 | 11/80 | 12/80 | 1/81 |

SECTION 11. BEREAVEMENT PAY. When death occurs in an employee's family (i.e., spouse, parent or stepparent, parent or stepparent of a current spouse, child or stepchild, brother, brother-in-law or sister-in-law, stepbrother or half-brother, sister, stepsister or half-sister, or grandparents of employee or spouse), the employee, on request, will be excused for any of the first three (3)

Article XI Continued

normally scheduled working days (excluding
Saturdays, Sundays, and holidays) immediately
following the date of death, provided he attends
the funeral.

An otherwise eligible employee may elect to defer
his bereavement leave to any time period within the
first ten (10) consecutive days immediately
following the date of death, providing he makes
prior arrangements at the Company's Personnel
Department. Such deferment of bereavement leave
time will not disqualify an otherwise eligible
bereavement pay recipient as hereinbefore provided.

By notifying the Company in advance, an employee
may extend a scheduled vacation absence by three
(3) days in the event that a qualifying death
occurs during his scheduled vacation absence;
however, such extension will not serve to qualify
such employee for bereavement pay.

In the event a member of the employee's immediate
family, as above defined, dies while in the active
service of the Armed Forces of the United States,
the employee may, should the funeral be delayed,
have his excused absence from work delayed until
the period of three (3) normally scheduled working
days, which includes the date of the funeral. In
the event the body of a member of the employee's
immediate family, as above defined, is not buried
in continental North America solely because the
cause of death has physically destroyed the body or
the body is donated to an accredited North American
hospital or medical center for research purposes,
the requirement that the employee attend the
funeral will be waived.

An employee excused from work under the above paragraph shall, after making written application, receive the amount of wages he would have earned by working during straight-time hours on such scheduled days of work which he is excused (excluding Saturdays, Sundays, and holidays, or in the case of employees working in necessary continuous seven (7) day operations, the sixth (6th) and seventh (7th) work days of the employee's scheduled working week and holidays).

No employee shall be compensated under this section if he works.

SECTION 12. JURY DUTY. An employee with one (1) or more year's seniority who is summoned and reports for jury duty as prescribed by applicable laws shall be paid by the Company an amount equal to the difference between the amount of wages and continuous operations premium the employee otherwise would have earned by working during straight-time hours for the Company on that day and the daily jury duty fee paid by the court (not including travel allowances or reimbursement of expenses) for each day on which he reports for or performs jury duty and on which he otherwise would have been scheduled to work for the Company. The Company's obligation to pay an employee for jury duty is limited to a maximum of sixty (60) days in any calendar year.

In order to receive payment, an employee must give local Management prior notice that he has been summoned for jury duty and must furnish satisfactory evidence that he reported for or performed jury duty on the days for which he claims such payment. The provisions of this section are not applicable to an employee who, without being

62

Article XI Continued

summoned, volunteers for jury duty.

### ARTICLE XII – HOLIDAY PAY

SECTION 1.  HOLIDAYS AND ELIGIBILITY.  All hourly-
rated employees shall receive holiday pay for
Memorial Day, Fourth of July, Labor Day, Thanks-
giving Day, the day after Thanksgiving, and the
Christmas holiday period, providing:

A.  The employee has seniority as of the date of
    the holiday.

B.  The employee would otherwise have been
    scheduled to work on such day if it had not
    been a holiday.

C.  The employee must have worked the last
    scheduled work day prior to and the next
    scheduled work day after such holiday within
    the employee's scheduled work week; only one
    (1) work week will be considered.  Employees
    tardy on such last and next scheduled work days
    shall not lose their holiday pay, provided such
    tardiness does not exceed twenty five percent
    (25%) of the employee's scheduled work hours
    for that day.  Employees absent on such last
    scheduled work day and next scheduled work day
    for reasons of illness must furnish acceptable
    proof of illness to the Company's Medical
    Department.

SECTION 2.  HOLIDAY CELEBRATION DATES.  The dates
on which various holidays are celebrated during the
period commencing September 21, 1986, and ending
September 8, 1989, have been changed to afford time
off between the Christmas and the New Year's
holidays.  In the event an otherwise eligible

63

Article XII Continued

employee is caused to work on a day subsequently
designated as a celebration day, he will be
eligible for premium pay as prescribed by this
contract; however, in the event an otherwise
eligible employee is caused to work on a holiday
subsequently designated to be celebrated on another
date, he will be paid in accordance with pay
policies established for work performed on any
regular work day during any regular work week.   The
following table reflects those holidays which will
be recognized by the new contract and the specific
dates on which each of the respective holidays will
be celebrated.

Holiday Celebration Dates
Between 9/21/86 and 9/8/89

| 1986-1987 | 1987-1988 | 1988-1989 |
|-----------|-----------|-----------|
| 11/27/86  | 9/7/87    | 9/5/88    |
| 11/28/86  | 11/26/87  | 11/24/88  |
| 12/24/86  | 11/27/87  | 11/25/88  |
| 12/25/86  | 12/24/87  | 12/23/88  |
| 12/26/86  | 12/25/87  | 12/26/88  |
| 12/31/86  | 12/31/87  | 1/2/89    |
| 1/1/87    | 1/1/88    | 4/7/89    |
| 1/2/87    | 4/1/88    | 5/29/89   |
| 5/27/87   | 5/30/88   | 7/4/89    |
| 7/3/87    | 7/4/88    | 9/4/89    |

The periods between Christmas and New Year's Day
shall be recognized as working time if required by
customer demand.

64

Article XII Continued

SECTION 3. HOLIDAY PAY COMPUTATION. Holiday pay shall be for eight (8) hours at straight time, exclusive of night bonus or overtime.

SECTION 4. ELIGIBILITY MODIFICATIONS.

A. Employees with seniority who have been laid off in a reduction of force during the work week prior to or during the week in which the holiday occurs will receive holiday pay.

B. Employees with seniority who are absent from work during a regularly scheduled work week during which one (1) of the above mentioned holidays falls, due to approved leave of absence or sick leave commencing not more than one (1) week prior to or terminating not more than one (1) week after the week in which the holiday falls, shall receive holiday pay.

C. When one of the above holidays falls within an eligible employee's approved vacation period, and he is absent from work during his regularly scheduled work week because of such vacation, he shall be paid for such holiday.

D. When a holiday falls on Saturday, eligible employees shall receive holiday pay, provided they have worked the full scheduled shift on the last preceding scheduled work day within the week in which that holiday falls. When a holiday falls on a Sunday, holiday pay will be given for the following day if that day is observed by the federal government as a holiday.

E. Any employee who works on a holiday will receive holiday pay if otherwise eligible under

the holiday procedure and will also be paid
double his normal straight-time earnings for
such hours worked.

F. Employees who have accepted holiday work assign-
ments and failed to report for and perform such
work without reasonable cause acceptable to
Management, shall not receive holiday pay.

G. Employees who receive holiday pay under this
procedure and work part of a shift that falls
within the holiday shall receive straight time
for such work on a holiday.

H. For each Christmas holiday period (i.e., the
holidays scheduled between Christmas and New
Year's each calendar year), an employee must
work the last scheduled day prior to each
holiday period and the next scheduled work day
after each holiday period. Failure to work
either the last scheduled work day prior to or
the next scheduled work day after each holiday
period will disqualify the employee from
holiday pay for the two (2) holidays immedi-
ately succeeding or immediately preceding such
scheduled work day.

I. An employee who commences receiving pension
benefits on January 1 and is otherwise eligible
for Christmas holiday period pay up to and
including December 31 will receive such holiday
pay.

J. Employees laid off during the period beginning
two (2) weeks prior to the Christmas shutdown
period and ending during the week following the
Christmas shutdown period will be eligible for
Christmas holiday period pay.

## ARTICLE XIII — VACATION PROVISIONS

SECTION 1. VACATION TIME OFF. Each employee who, on January 1, has one (1) or more years of seniority, shall be entitled to vacation pay as provided in this Article's Section 2; and, if such employee has worked one thousand forty (1040) hours or more during the twelve (12) consecutive calendar months immediately preceding his date of hire, he shall be entitled to time off work in accordance with the following table.

| Service on Qualifying Date | Time Off |
|---|---|
| One (1) to two (2) years' service | One (1) week off |
| Two (2) to eight (8) years' service | Two (2) weeks off |
| Eight (8) to fifteen (15) years' service | Three (3) weeks off |
| Fifteen (15) years' service and over | Four (4) weeks off |

An employee who moves to a new length-of-service bracket on his anniversary hire date will be allowed vacation leave corresponding to the number of weeks for that particular year that his new bracket calls for. For example: An employee whose eighth (8th) anniversary hire date falls on September 1 is entitled to two (2) weeks' vacation time off prior to September 1. After September 1, he would be eligible for an additional one (1) week, for a total of three (3) weeks in that calendar year.

Article XIII Continued .

Requests for vacation time off must be made and
approved by the Company and the Union at least four
(4) weeks in advance, and the Company reserves the
right to limit the number of leaves in any
department at one time to not more than fifteen
percent (15%) of the number of employees in that
department.  Requests for vacation time off which
are submitted at least one (1) week in advance will
be given consideration, provided the granting of
such request will not result in exceeding the
fifteen percent (15%) limit as set forth above.

Vacations will be allocated by seniority, except in
those cases where such allocation would result in
too many employees being off, in which event the
Company will retain the necessary employees to
maintain the operation.

Time lost on account of industrial accidents or
occupational disease, as well as time lost away
from the plant by Union representatives on official
Union business, shall be counted as time worked for
the purpose of this section.

Vacation time unused in any calendar year shall be
of no value or credit in any other year, except for
one (1) week, which may be banked.

SECTION 2.  VACATION PAY.

A.  Vacation pay will be computed in accordance
    with the following:

| Seniority on December 31 | % of All Earnings Except Vacation Pay During the Calendar Year |
|---|---|
| One (1) year but less than three (3) years | 3.5% |
| Three (3) years but less than five (5) years | 4.5% |
| Five (5) years but less than ten (10) years | 6.0% |
| Ten (10) years but less than fifteen (15) years | 7.0% |
| Fifteen (15) years but less than twenty (20) years | 8.0% |
| Twenty (20) years or over | 8.5% |

B. Employees who quit or are discharged shall receive their vacation bonus, provided they have accumulated one (1) or more years' seniority at the date of quitting.

C. Employees who retire under the terms of Article XIV of this agreement will receive vacation bonus for the portion of the year during which they were active employees, but will not be entitled to any vacation bonus for any period after the date of retirement.

D. The vacation bonus will be paid no later than the pay period immediately preceding February 15, each year during the life of this agreement.

Article XIV

## ARTICLE XIV - PENSION PLAN

SECTION 1. GENERAL. Although reflected in
separate document, the pension plan which was in
effect during the life of the contract that
expired on September 2, 1986, will continue as
part of this labor agreement and will continue in
effect during the new contract's life at Company
expense. In addition, the improvements described
in subsequent sections of this Article will be
placed into effect on the dates indicated, at
Company expense, and will be reflected in the
pension plan's text.

SECTION 2. FUTURE RETIREES. The basic benefit
level per month per year of credited service for
otherwise eligible employees who retire under the
pension plan's normal, early, disability, or
vested deferred provisions on or after October 1,
1986, will be $10.75 per month per year of
credited service; $11.50 per month per year of
credited service on and after October 1, 1987; and
$12.25 per month per year of credited service on
and after October 1, 1988. Applicable actuarial
reduction formulas specified within the pension
plan will continue in effect. The benefit level
per month per year of credited service in effect
at the time a vested employee's service terminates
will continue to be the basis for determining the
monthly benefit amount when he is eligible to
receive such benefits.

SECTION 3. PAST RETIREES AND SURVIVING
SPOUSES. On and after October 1, 1978, the
pension benefit of former employees, and surviving
spouses of former employees, who retired under the
normal, early, vested deferred, or disability
features of the pension plan prior to

70

October 1, 1978, will be increased fifty cents
($.50) per month per year of credited service.

On and after October 1, 1978, the pension benefit
of former employees, and surviving spouses of
former employees, who retired under the normal,
early, vested, deferred, or disability features of
the pension plan prior to October 1, 1978, will be
increased by fifty cents ($.50) per month per year
of credited service in effect at the time a vested
employee's service terminates will continue to be
the basis for determining the monthly benefit
amount when he is eligible to receive such
benefits.

SECTION 4.   OTHER PENSION PLAN CHANGES.

A.   MILITARY CREDITED SERVICE.  Pursuant to the
     Selective Service Act, an employee who left or
     leaves the Company's employ and who returned
     or returns to the Company's employ will be
     credited with pension plan credited service
     lost while serving in the military of the
     United States government; however, in no case
     will the reinstatement of such credits serve
     to afford more pension plan credited service
     than such employee would have earned as a
     full-time employee of the Company during the
     time he served in the military.

B.   EARLY RETIREMENT AGE.  An otherwise eligible
     employee may continue to retire at age fifty
     five (55); however, the pension plan's early
     retirement reduction formula will apply to the
     applicable basic benefit level per month per
     year of credited service.

71

Article XIV Continued

C. **SURVIVOR'S OPTION ELIGIBILITY.** The survivor's option feature will apply to an otherwise eligible employee, including a disability retiree, at age fifty five (55).

D. **PENSION BOARD MEMBER INSURANCE EXPENSE.** Any insurance expense for joint Pension Board members which the ERISA Law may require will be paid by the Company.

E. **ERISA EFFECTS UPON PENSION PLAN.** Any changes to the pension plan required by the ERISA Law will not reduce negotiated pension benefits.

F. **WORKMEN'S COMPENSATION OFFSET TO PENSION BENEFITS.** By way of further clarifying this feature of the pension plan, the following language has been added. "The monthly pension benefit of an otherwise eligible retiree will be reduced by fifty percent (50%) of any Workmen's Compensation benefits he receives if application for Workmen's Compensation benefits is made when such retiree is between the ages of sixty five (65) and sixty seven (67). The monthly pension benefit of an otherwise eligible retiree will be reduced by one hundred percent (100%) of any Workmen's Compensation benefits he receives if application for Workmen's Compensation benefits is made when such retiree is age sixty seven (67) or older."

G. **PENSION BOOKLETS.** Subsequent to including ERISA Law-mandated changes in the pension plan, the complete plan text will be printed, reproduced in sufficient quantity, and

72

distributed to all employees covered by this agreement.

H. Effective January 1, 1979, employees whose effective date of retirement is on or after January 1, 1979, and whose total years of credited service is thirty (30) or more, and whose age at date of retirement is a least fifty five (55) years, but less than sixty two (62), shall receive the basic benefit payable under the plan plus a supplemental benefit, the sum of which shall equal five hundred dollars ($500) per month. Payment of the supplemental benefit to a retiree under this provision shall cease on the retiree's sixty second (62nd) birthday.

I. Effective October 1, 1978, the surviving spouse benefit shall be increased from fifty five percent (55%) to sixty percent (60%) for employees retiring on or after October 1, 1978.

J. Pension benefit improvements which become effective with the signing of this agreement shall be funded over a period of thirty (30) years or less.

K. Effective October 1, 1978, the Company will contribute eight dollars and twenty cents ($8.20) per month toward the cost of Medicare coverage for eligible retirees and surviving spouses.

L. Upon receipt of a duly signed checkoff authorization, the Company agrees to withhold a maximum of one dollar ($1.00) per month from the pension benefit of eligible retirees.

73

Article XIV Continued

Such monies are to be paid to the Local Union
as monthly dues.

M. All provisions of the present pension plan not
modified above will remain as at present.

## ARTICLE XV — INSURANCE

SECTION 1. GENERAL. Life, accidental death and
dismemberment, transition and bridge, weekly
indemnity, and medical insurance coverages (i.e.,
hospitalization and surgical) for active and
inactive payroll employees which were in effect
during the life of the contract that expired on
September 2, 1986, will continue in effect during
the new agreement's life. Policies regarding
eligibility for coverage and coverage effective
dates which prevailed during the life of the
contract that expired September 2, 1986, and which
are unchanged by this Article, will continue in
effect during this labor agreement's life.

The Company's obligation for increases in the
group's health insurance premiums shall be limited
to not more than 10% cumulative per year; that is,
a total amount not to exceed ten percent (10%) the
first year, twenty percent (20%) the second year,
etc. The first such measurement to be based upon
the differential between the premium in effect
immediately prior to January 1, 1987, and
immediately following January 1, 1987. Any
resulting adjustments in premium contributions by
the Company or employees, or benefits coverage
shall become effective October 1, 1987. There-
after, a second adjustment shall be made, if
necessary, on October 1, 1988, based upon the
premium differential effective January 1, 1988.

74

Article XV·Continued

SUMMARY OF BENEFITS IN EFFECT SEPTEMBER 21, 1986

| Benefits | Benefit Amounts |
|---|---|
| Life insurance for active payroll employees | $13,000 |
| Dependent insurance: | |
| Spouse | $1,000 |
| Dependent children between the ages of six (6) months and nineteen (19) years | $1,000 |
| Dependent children between the ages of five (5) days and six (6) months | $100 |
| Life insurance for pension plan retirees | $1,000 |
| Accidental death and dismemberment insurance for active payroll employees | $11,000 |
| Survivor income benefit insurance: | |
| Transition (twenty four (24) months) | $175/month |
| Bridge | $175/month |