# EXHIBIT 10

1989 Letter of Agreement Extending Contract to November 8, 1990

LETTER OF AGREEMENT

Labor Agreement Extension

Bohn Aluminum & Brass Division and Bohn Piston Division, Wickes Manufacturing Company and The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW and Local Number 1402 have this date agreed to extend the current Labor Agreement between them for employees of Plant #16 until 12:01 a.m., November 8, 1990 and for that period of time employees of Plant #19 continue to work until the plant permanently closes.

It is further agreed that the only change to the above referenced Agreement shall allow for the Company to subcontract its Plant #16 anodizing operations. As well, effective November 8, 1989 paragraph #2 of the Letter of Agreement dated February 12, 1987, between the parties shall be made inoperative for operations of Plant #19 and the Company shall have the unrestricted right to transfer Plant #19 work to other of its facilities and permanently close Plant #19.

The Company shall honor all other provisions of the Agreement exclusively for Plant #16 and its employees working at that location.

Representatives For The Union          Representatives For The Company

_[signatures]_

Dated: _[handwritten]_

RECEIVED NOV 9 1989 REGION 1-D, UAW GRAND RAPIDS