# EXHIBIT 13

**1990-1993 UAW - Hydro Contract
Printed Booklet**

*HOFMEYER*

AGREEMENT

BY AND BETWEEN


HYDRO ALUMINUM-BOHN

Holland, Michigan


AND


The International Union,
United Automobile, Aerospace and
Agricultural Implement Workers of
America, UAW
and Local Number 1402


Effective November 08, 1990

002258

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| Article I | Agreement Parties . . . . . . . . . . . | 1 |
| Article II | Recognition. . . . . . . . . . . . . . . . . | 1 |
| Article III | Union Security . . . . . . . . . . . . . . | 2 |
| Article IV | Management . . . . . . . . . . . . . . . . | 4 |
| Article V | Representation . . . . . . . . . . . . . . | 7 |
| Article VI | Grievance and Arbitration Procedure . . . . . . . . . . . . . . | 9 |
| Article VII | Strikes and Lockouts . . . . . . . . . | 15 |
| Article VIII | Discipline and Discharge . . . . . . | 16 |
| Article IX | Seniority . . . . . . . . . . . . . . . . . . . | 19 |
| Article X | Leaves of Absence. . . . . . . . . . . | 35 |
| Article XI | Wages, Hours, and Overtime . . . | 38 |
| Article XII | Holiday Pay . . . . . . . . . . . . . . . . . | 54 |
| Article XIII | Vacation Provisions . . . . . . . . . . | 58 |
| Article XIV | Pension Plan . . . . . . . . . . . . . . . . | 61 |
| Article XV | Insurance. . . . . . . . . . . . . . . . . . . | 64 |
| Article XVI | General . . . . . . . . . . . . . . . . . . . . | 76 |
| Article XVII | Skilled Trades Supplement . . . . | 84 |
| Article XVIII | Work Relocation . . . . . . . . . . . . . | 92 |
| Article XIX | Termination and Modification . . | 92 |
| | Absenteeism Point Memorandum of Understanding . . . . . . . . . | 96 |
| | Insurance Co-Payment Memorandum of Understanding . . . . . . . . . | 97 |
| | Shop Rules . . . . . . . . . . . . . . . . . | 98 |
| | No Solicitation/ Distribution Rule . . . . . . . . . | 102 |
| | Index . . . . . . . . . . . | 103 |

002259

## ARTICLE I — AGREEMENT PARTIES

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), and Local Number 1402 thereof, hereafter referred to as the "Union", having demonstrated that it represents for purposes of collective bargaining a majority of the employees in the appropriate bargaining unit, the said International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), and Local Number 1402, and the Hydro Aluminum-Bohn Plant located at 365 West 24th Street, Holland, Michigan, hereinafter referred to as the "Company", hereby agree as follows:

WITNESSETH THAT:

WHEREAS, it is the desire of the parties hereto to promote mutual cooperation and harmony and to formulate a working agreement to cover the relationship between the Company and the Union,

THEREFORE, the parties hereto agree as follows:

## ARTICLE II — RECOGNITION

SECTION 1. REPRESENTATION SCOPE. The Company recognizes the Union as the exclusive bargaining representative for all production and maintenance employees, including tool room, shipping and receiving employees, and group leaders; but excluding all office clerical employees, professional employees, all other plant clerical employees, technical, engineering, and professional employees, time study employees, timekeepers, foremen, assistant foremen, all other supervisors as defined in the Act, and guards, for the purpose of collective bargaining with respect to rates of pay, wages, hours, dismissals, and other conditions of employment, and for the purpose of adjusting any

Article II Continued

grievance or complaints which may exist now or may arise in the future at its Plant located at 365 West 24th Street, Holland, Michigan.

SECTION 2. NONDISCRIMINATION. The Company will not discriminate against any employee with respect to any term or condition of employment or tenure of employment because of membership or non-membership in the Union.

Any and all reference(s) to the male gender, whether direct or implied, in this agreement shall be construed to mean employees of either sex.

## ARTICLE III — UNION SECURITY

SECTION 1. UNION SHOP. All present employees who are members of the Union shall, as a condition of continued employment, maintain their membership in the Union during the life of this Agreement through regular payments of initiation fees and dues to the Union.

The Company has the right to hire new employees who do not belong to the Union, but all new employees and all present employees who are not members of the Union and who are employed as full time employees in the bargaining unit as defined in Article II, Section 1, shall, as a condition of continued employment, join the Union thirty (30) calendar days after the date of employment or the effective date of this Agreement, whichever is later, and shall thereafter maintain membership in the Union in good standing as a condition of continued employment in the bargaining unit.

Notwithstanding a new employee's obligation to join the Union after thirty (30) calendar days, each new

## Article III Continued

employee must satisfactorily complete a probationary period as outlined in Section 1 of Article IX. During this probationary period, a new employee will not be covered by the terms of this Agreement and will not have recourse to any provision of the grievance procedure established by this contract. However, the Company agrees that for informational purposes, the Union will be advised of the release and/or discharge of any probationary employee.

SECTION 2. NONDISCRIMINATION IN UNION MEMBERSHIP. The Union agrees that membership in the Union will be available to each employee on the same terms and conditions generally applicable to other members of the Union and as are otherwise required by law. The Union further agrees that the Company will not be requested to terminate the services of any employee who has been denied membership in the Union or be requested to terminate the services of any employee for reasons other than the failure of the employee to tender the periodic dues and initiation fees uniformly required as a condition of acquiring and retaining membership.

SECTION 3. UNION MEMBERSHIP CESSATION. The Union will notify the Company in writing of any employee who, during the life of this Agreement, shall cease to be a member of the Union in good standing. Such notice shall be supported by an affidavit of the Secretary of the Local Union to the truth of the facts contained therein. Such employees will be discharged within two (2) days after receipt of said affidavit.

SECTION 4. CHECKOFF. The Company agrees to deduct from the earnings of each Union member, after the payroll deductions required by law, an amount equal to the regular initiation fees and membership dues of such member, provided the employee on whose

3

## Article III Continued

account such deductions are to be made shall have filed a written assignment with the Company authorizing such deductions. The Union agrees to provide the necessary assignment-of-wage forms. The amounts so deducted by the Company for initiation fees and dues shall be remitted each month by the Company to the Union. In the case of special emergency dues levied by the International Union, the Company agrees, upon proper notification, to make biweekly deductions of such dues. If for any reason an employee's dues are not deducted in the scheduled pay period, the Company will deduct these dues on his first pay period following.

It is expressly understood and agreed that upon receipt of proper proof, the Union will refund to the Company, or to the employee involved, any Union dues or initiation fees erroneously withheld by the Company from any employee's earnings.

### ARTICLE IV — MANAGEMENT

SECTION 1. GENERAL. Except as are specifically limited by the provisions of this Agreement, the operation, control and management of the business, and all activities of the Company in connection therewith which are covered or affected by this Agreement, and the supervision and direction of the working forces in said business are and shall continue to be solely and exclusively the functions and prerogatives of the management of the Company. All of the rights, functions and prerogatives of management which are not expressly and specifically restricted or modified by one or more explicit provisions of this Agreement are reserved and retained exclusively by the Company. The Company's failure to exercise any function or right hereby reserved to it, or its exercising any function or right in a particular way, shall not be

4
002261

## Article IV Continued

deemed a waiver of its right to exercise such functions or right or preclude the Company from exercising the same in some other way. Specifically, but without in any manner limiting or affecting the generality of the foregoing, it is distinctly understood and agreed that this Agreement does not affect and shall never be deemed or construed to impair or limit in any way the Company's right in its sole discretion and judgment to: determine where to locate or relocate products, materials, equipment, machinery, branch, or other facilities; whether and to what extent the work required in its business shall be performed at the location covered by this Agreement and by employees covered by this Agreement; determine the size and composition of the working force covered by this Agreement, the assignment of work, and policies affecting the selection of employees; hire, promote, transfer, assign, schedule, lay off and recall employees; establish and enforce production and quality standards; determine whether and to what extent the work required in its business will be performed by employees; establish new departments or discontinue existing departments; make or change rules, policies and practices, work standards or quotas; reprimand, discharge, or otherwise discipline employees for cause; change, combine, establish or discontinue jobs or operations, temporarily or permanently, in whole or in part, and determine when and if vacancies in the working force shall be filled; subcontract or procure others to do such of the work as the Company may from time to time deem advisable or necessary, whenever and as often as and to such extent as the Company may deem necessary or advisable; and otherwise generally to manage the operations of the Company and direct the work force.

The Company shall also have the right from time to time to make and enforce such new rules applicable to

## Article IV Continued

employees covered by this Agreement and to enforce, change, modify or abolish existing rules applicable to employees covered by this Agreement, as it may from time to time deem necessary or advisable, unless expressly prohibited from doing so by an explicit provision or provisions of this Agreement.

SECTION 2. PRODUCTION STANDARDS. The Company retains the right to establish production standards, which shall be established consistent with the quality of workmanship, efficiency of operations, and the working capacities of normal operators. In the event the Union objects to a production standard established by the Company, the Company agrees to meet with the Union Bargaining Committee to discuss the manner and basis upon which the standard was established. The Company's decision regarding any dispute under this Section is not subject to and is specifically excluded from the grievance and arbitration provisions of this Agreement and will be final and binding on the Union and employees covered hereunder.

SECTION 3. SUBCONTRACTING. The Company reserves the right to continue to contract out certain building repair, maintenance, and tooling work, as has been the custom and to subcontract production work which may be over and above the acceptable burden for its regular facilities or employees for any particular type of work. However, this section will not be used for the express purpose of reducing the work force or reducing overtime. The Company agrees to abide by the minutes dated 10-12-90 regarding resolution of a prior dispute over this Section.

002262

## ARTICLE V — REPRESENTATION

**SECTION 1. UNION BARGAINING COMMITTEE.** In all matters of collective bargaining, the Union shall be represented by a Bargaining Committee of four (4) employees, which shall include as one of its four members the President of the Union. Notwithstanding the provisions of this Section, the Union Bargaining Committee will not be reduced to four (4) members until the next regularly scheduled election or until May, 1992, whichever date comes first. Moreover, if the Plant has more than 250 bargaining unit employees at the time the committee is to be reduced, or any time thereafter, the number of committee members will be reduced (or increased) to five (5) members.

**SECTION 2. UNION STEWARDS.** For the purpose of collective bargaining, as it pertains to the grievance procedure, the employees shall have the right to be represented by stewards as specified below.

A. DAY SHIFT

| MANUFACTURING DEPTS. | STEWARDS |
|---|---|
| Forge | 8 |
| Fabrication | (Total) |
| Buffing | |
| Extrusion | |
| Shipping and Receiving | |
| Maintenance, Tool Room, Die Maker, Buildings and Grounds, Die Repair, Sample Maker, and Layout Inspection | |
| Inspection Department | |
| Paint Department | |

B. AFTERNOON SHIFT

| MANUFACTURING DEPTS. | STEWARDS |
|---|---|
| Forge | 6 |
| Fabrication | (Total) |
| Buffing | |
| Extrusion (including Shipping and Receiving) | |
| Inspection Department | |
| Maintenance, Tool Room, and Die Repair | |

The Union may designate one of the afternoon shift stewards to function as chief steward.

C. MIDNIGHT SHIFT

| MANUFACTURING DEPTS. | STEWARDS |
|---|---|
| Forge | 1 |
| Fabrication | 1 |
| Buffing | |
| Extrusion and Die Repair | 1 |

Any department with less than five (5) employees per shift will be represented by the forge steward, unless the Union and the Company agree to a different representation arrangement.

It is understood and agreed between the parties that it may be necessary to change the schedule for steward representation because of changes in production operations or conditions. Any such changes shall be negotiated between the Company and the Union.

002263

## ARTICLE VI — GRIEVANCE AND ARBITRATION PROCEDURE

**SECTION 1. GRIEVANCE STEPS.** For the purpose of this Article, a grievance shall be defined as a complaint against the Company in regard to the interpretation or application of this Agreement or a complaint in regard to working conditions within the plant or on Company premises. The grievance procedure shall be as follows:

A. **STEP ONE.** The employee, or a representative of a group of employees, or the steward of the department, or both, shall take the grievance up with the supervisor of the department. If it cannot be settled verbally, it shall be presented in writing to the supervisor of the department within three (3) working days. The supervisor shall give his decision in writing within two (2) working days after the grievance is received.

B. **STEP TWO.** In the event the grievance is not settled with the department supervisor, the steward and a member of the Bargaining Committee shall present said grievance to the superintendent in writing. When the grievance is reduced to writing, there should be set forth in the space provided in the grievance all of the following:

   (a) A statement of the grievance and the facts upon which it is based.

   (b) The section or sections of this Agreement claimed to have been violated.

   (c) The remedy or correction requested.

   (d) The signature of the aggrieved person or persons.

9

Article VI Continued

Such written grievance shall be presented within three (3) working days following the supervisor's decision. The superintendent shall give his decision in writing within three (3) working days after receiving the grievance in writing.

C. **STEP THREE.** In the event the grievance is not settled with the superintendent, it will be referred to the Human Resource Manager in writing within three (3) working days following the superintendent's decision. The Human Resource Manager will place the grievance on the agenda for discussion between the President of the Union, Chairman of the Bargaining Committee and a third member of the Committee to be chosen by the Union and an equivalent number of representatives from plant management at the next regularly scheduled Union-Management meeting, unless the issue is tabled by mutual agreement.

Union-Management meetings shall be scheduled on the second Thursday of each month at 10:00 a.m., providing there are grievances to consider and the issues are listed on an agenda presented to the Company by noon on the Tuesday prior to the meeting day. The meeting date may be changed by mutual agreement. Minutes of each Union-Management meeting shall be given to the Committee and results posted in the Plant no later than Wednesday noon following the meeting. If the Company or Union representative designated herein to make the presentation of the decision on the grievance is not available, an additional five (5) working days shall be allowed. If the grievance is one which presents a possible continuing liability or is of an urgent nature, a special meeting may be held. The International Representative of the Union

10

002264

and the Company Director of Industrial Relations, or his representative, may also attend meetings at this step of the grievance procedure.

D. ARBITRATION. If the grievance is not resolved as provided in subsection C hereof, it may, by written notice directed by one party to the other, be referred to arbitration. Such notice shall be given within twenty (20) days after the receipt of the final written decision of the Company.

Grievances concerning the interpretation or application of this agreement, except those dealing with wages, production standards, and health and safety, may be appealed to arbitration.

Selection of the arbitrator shall be done by the local Management and the Union jointly petitioning the American Arbitration Association for a panel of five (5) names from which the Union and the Company shall alternately strike one name from such panel until one remains. Such remaining person shall act as the arbiter.

The decision of the arbitrator shall be in writing and shall be final and binding upon both parties. One copy of the arbitrator's decision shall be sent directly to the International Union, Arbitrator Service Department, 8000 East Jefferson Avenue, Detroit, Michigan.

The Company and the Union shall share equally the compensation and expenses of the arbitrator. All other arbitration expenses, including the payment of witnesses, shall be borne by the party incurring them.

The arbitrator shall have authority to interpret this agreement for the purpose of settling grievances, and he may modify penalties assessed by the Management in disciplinary discharges and layoffs; but he shall have no authority to add to or subtract from or change this agreement or to arbitrate wages, production standards, or health and safety.

E. TIME LIMITS. It is understood that time limits established between steps of the grievance procedure may be extended by mutual agreement. In the event the Union fails to either request an extension of the time limits or appeal a grievance to the next step within the time limits, the grievance shall be considered resolved on the basis of the Company's last answer in the preceding step of the grievance procedure. Failure of the Company to either request an extension of grievance procedure time limits or to respond to a grievance within the time limits established in subsections A and B of this Section 1 will cause the grievance to be automatically advanced to the next grievance procedure step; however, in no case will such a grievance be automatically advanced into the arbitration step of the grievance procedure. When a grievance has been satisfactorily settled, the terms of the settlement shall be reduced in writing and copies furnished to both parties.

F. RETROACTIVITY. Any claims, including claims for back wages by an employee covered by this Agreement, or by the Union against the Company, shall not be valid for any period prior to the date the grievance was first filed. In any case, the claims shall be limited to thirty (30) days retroactive to the date the grievance was first filed.

002265

Article VI Continued

Deductions from an employee's wages to recover overpayments made due to Company error shall be limited retroactively to a period not to exceed thirty (30) days prior to the date the employee was first notified of the overpayment.

SECTION 2. PAY FOR UNION TIME. Members of the Union Bargaining Committee and stewards will be paid for time spent in grievance settlement, provided, in the opinion of Management, the privilege is not abused.

Time spent in meetings with Management on grievances outside the employee's regular eight (8) hour shift will be paid for by the Company only if the Company requests that the meeting be continued beyond the employee's regular quitting time.

In the event that a shop committeeperson assigned to work during other than day shift working hours is scheduled to attend a meeting with Management during day shift working hours within the regular work week, he will be paid as herein specified and his plant work schedule for that day will be reduced by the amount of time spent in the meeting with Management. In no case will the shop committeeperson affected be entitled to any special pay premiums under this Agreement's Article XI, Section 1-A, as a consequence of attending such meetings.

Union Bargaining Committee members will be paid by the Company for regular work time missed during the normal work week as a result of labor agreement negotiations with Management, and overtime hours will be paid in accordance with Article XI, Section 1 (J) herein.

The rate of pay for Union representatives while settling

Article VI Continued

grievances and while meeting with Management will be their hourly rate.

SECTION 3. PERMISSION FOR UNION TIME. No Union representative shall seek grievance settlement or use any time for grievance investigation without first receiving permission from his supervisor. Any Union representative authorized to function in a department in which he is not employed must notify his own supervisor before leaving his job or department and must check with the supervisor of the department to which he is going before proceeding further. The Company will recognize only the Union representative(s) designated to handle grievances in the appropriate step of this procedure.

SECTION 4. PAY RATE, PRODUCTION STANDARD AND HEALTH AND SAFETY DISPUTES. Any dispute concerning a rate or production standard which cannot be settled with the supervisor or the superintendent shall be immediately reduced to writing and presented by a Union Bargaining Committee member to the Company. The Company will promptly investigate and attempt to resolve such dispute. If the Union requests that an industrial engineer or time study person from the International Union be given an opportunity to investigate the disputed standard, such representative shall be allowed access to observe the job in dispute upon application to the Company in advance of the date of plant entry. He will, likewise, be permitted to check with the Company industrial engineer. It is expressly understood that pay rates and production standards may be set at the exclusive discretion of the Company, and disputes over these issues are not subject to and are specifically excluded from the grievance and arbitration provisions of this Agreement. The same procedure will be followed at the Union's

002266

request by the International Compensation and Safety Department representative in disputes involving health and safety.

SECTION 5. OFF-SHIFT PLANT ENTRY. When entering the plant on his own time for the purpose of investigating a grievance on an off-shift, the President, or his alternate in case of the President's absence, shall sign in with the plant guard or plant supervision and report first to the supervisor on the shift. When entering a department for the purpose of this investigation, the President, or his alternate in case of the President's absence, will make his presence known to the department supervisor and will not discuss the grievance with any employee without first receiving permission from the supervisor, which permission will not be unreasonably withheld.

## ARTICLE VII — STRIKES AND LOCKOUTS

The Company agrees that during the term of this Agreement there shall be no lockouts until all of the grievance procedures, including arbitration, have been exhausted, and in no case on which the arbitrator shall have ruled, and in no other case on which the arbitrator is not empowered to rule until after negotiations have continued for three (3) days. A layoff due to lack of work shall not be construed as a lockout.

The Union agrees that during the term of this Agreement there shall be no strikes, slowdowns, or stoppage of work until all the grievance procedures, including arbitration, have been exhausted, and in no case on which the arbitrator shall have ruled, and in no other case on which the arbitrator is not empowered to rule, until after negotiations have continued for three (3) days, and not even then unless authorized by the

15

International Union, UAW. It is understood that the above prohibition will be applicable to strikes or work stoppages in support of, or in sympathy with, strikes or work stoppages by any other local union or labor organization at this or in any other location.

## ARTICLE VIII — DISCIPLINE AND DISCHARGE

SECTION 1. GENERAL. It is mutually agreed that the Company may adopt and publish rules of conduct for all employees, governing their conduct while upon the premises of the Company, provided that such rules are not contrary to the terms of this Agreement.

SECTION 2. RULE VIOLATION PENALTIES. Any employee of the Company who violates the published rules of conduct or other reasonable published requirements of the Company shall be subject to disciplinary action by the Company up to and including discharge.

SECTION 3. DISCIPLINE PENALTY LIMIT. It is recognized that an employee should be allowed to improve his status; therefore, disciplinary action shall relate only to those violations of the immediate past twelve (12) calendar months.

SECTION 4. DISCIPLINARY HEARINGS. An employee who is removed from his work or called to an office for an interview regarding unsatisfactory work or conduct or for violation of shop rules shall be represented by his steward or committeeman. The employee will be informed of his right to such representation.

The Company agrees to permit any seniority employee who has been disciplined by layoff or discharge to present his case to Management at the earliest

16      002267

## Article VIII Continued

possible date.

An employee will be suspended from work in the event violation of a plant rule warrants consideration of discharge. Imposition of the discharge penalty or of any lesser penalty Management may subsequently decide to impose will be delayed for five (5) working days, during which time two Committee members and the employee may meet with a member of management to present the employee's case, provided the Union requests such meeting promptly subsequent to notification of the suspension.

SECTION 5. DISCIPLINARY PROTESTS. In the event a discharged or disciplined employee desires to have the Union review the case with the Company, the matter will be handled in accordance with the grievance procedure as outlined in Article VI hereof.

SECTION 6. DISABILITY PLACEMENT OPTION. A seniority employee physically unable to fulfill the requirements of his job shall not be subject to discharge until after he has had a reasonable chance to qualify for other available work in the same department or plant. This provision shall not be construed as a guarantee of alternate or light duty employment if any employee is physically incapable of performing his job in a manner acceptable to the Company.

SECTION 7. ABSENTEEISM AND TARDINESS. Upon accumulating a total of four (4) points for unexcused absence and/or tardiness in a six (6) month period, employees will be issued a written warning. On the fifth (5th) point, employees will be counseled and issued a final written warning of impending discharge, and on the sixth (6th) point, the employee may be discharged.

## Article VIII Continued

Excused absences due to illness will not be counted, provided the employee has a good attendance record overall and provided further that the employee has not been granted excessive time off because of illness.

Absence due to serious illness or injury or death in the immediate family will not be counted if acceptable proof is presented.

Employees who receive two (2) or less points in any six month period will not be issued any notices or warnings regarding their attendance. Employees will first receive written notification of attendance policy violations after accumulating more than two (2) points, and record of the employee's status under this Section will be maintained in the personnel office.

Employees who have no unexcused absences or tardiness for a period of six (6) calendar months will have the points they have accumulated up to that point in time cleared from their absenteeism/tardiness record.

For the purpose of arriving at the number of points for unexcused absence and/or tardiness, as referred to above, each day of unexcused absence or tardiness of more than two (2) hours will be counted as one (1) point, each unexcused tardiness of less than one-half (1/2) hour will be counted as one-quarter (1/4) point, and each unexcused tardiness of one-half (1/2) hour to two (2) hours will be counted as one-half (1/2) point.

Upon advance application to the supervisor, an employee may be given an excused absence if he presents an acceptable reason. Such requests will be approved or disapproved by the supervisor as soon as possible, but in no case later than the end of the shift on which the request was made.

002268

## ARTICLE IX — SENIORITY

SECTION 1. PROBATIONARY PERIOD. All new employees will serve a continuous ninety (90) day probationary period without acquiring seniority after which, if the Company, at its sole discretion, determines that their work has been satisfactory, their seniority shall be considered as beginning with the first day of their most recent continuous service. During their probationary period, employees will not come under this Agreement except as specifically provided. It is recognized that the probationary period is a part of the Company's selection process and that transfer, reassignment or retention of any employee during the probationary period shall be at the sole discretion of the Company. Those persons who have worked at least forty-five (45) days and who are rehired within four (4) weeks after a break in service during the probationary period will receive credit toward fulfilling their probationary period requirement equal to the number of consecutive work days worked without interruption prior to the break in service. There shall be no seniority among probationary employees, and they may be laid off, disciplined, discharged or otherwise terminated at the sole discretion of the Company and without recourse to any provisions of the Agreement.

SECTION 2. SENIORITY DEFINITIONS AND APPLI-CATION. Each employee covered by this Agreement shall have plant seniority and home department seniority.

Home department seniority will apply to the department into which an employee is hired or into which he is transferred or transfers. When the qualification periods listed herein are met, both shall be equal to the total length of service with the Company.

Plant seniority is defined as the length of time of

19

Article IX Continued

continuous service of an employee with the Company. For purposes of this Agreement, continuous service is defined as uninterrupted employment not affected by a break or loss of seniority as specified in this Article IX, Section 11.

Simultaneously with the signing of this Agreement, the Company and the Union have agreed upon a seniority list containing the names of all the employees within the bargaining unit covered by this Agreement, and such list contains the name of each employee and the date from which his length of service shall be determined. This list, by reference, shall be an integral part of this Agreement. The seniority list will be amended and posted every six (6) months and a copy of the seniority list will be given to the Union.

SECTION 3. SENIORITY COVERAGE. All employees will establish plant-wide and departmental seniority in the following groups:

A.  Group 1 — All employees and maintenance employees who are not specified in Group 2 or Group 3, including but not limited to, the following: fabrication, buffing, paint, extrusion, forge, shipping and receiving, building and grounds, Laboratory Helpers and Inspection/Plant-wide seniority.

B.  Group 2 — Fab Set-Up Man, Floor Inspector, Extrusion Press Operator, Forge Press Operator, Welder and CNC Operator and Set-Up/Plant-wide seniority once qualified.

C.  Group 3 — Maintenance Journeyman and Apprentices, Tool and Die Journeyman and Apprentices, Toolkeeper, Extrusion Die Maker, Extrusion Die Repairman and Trainees, Sample

20

002269

Maker and Layout Inspector/Date of entry into classification.

SECTION 4. WORK FORCE INCREASES. The procedure reflected within this Section will be followed when new bargaining unit jobs or vacancies occur, except as follows:

Group 2.   Classifications identified as Fab Set-Up Man, Floor Inspector, Extrusion Press Operator, Forge Press Operator, Welder and CNC Operator and Set-Up will be increased in accordance with subparagraph K of this Section.

Group 3.   Classifications identified with Maintenance Journeyman and Apprentices, Tool and Die Journeyman and Apprentices, Extrusion Die Maker, Extrusion Die Repairman and Trainees, Sample Maker, Layout Inspector and Tool Room Stockkeeper will be increased in accordance with this Agreement's Article XVII.

A.   PRODUCTION GROUPS. It is recognized by the parties that in the interest of quality and productivity, the Company may organize its work force into production groups, within the fabrication and extrusion operations, which will be established as follows:

a.   When the Company establishes a fabrication or extrusion group, the jobs within that group will be posted for bid in the departments in which the openings exist for two (2) working days. Employees shall be considered for the job on

the basis of seniority, provided they are physically qualified to perform the job duties of the posted job.

b.   The Company maintains the right of assignment within each production group, and jobs within each production group will not be assigned on the basis of seniority.

c.   In the event an insufficient number of qualified employees apply for the positions within the production group, the Company will fill the remaining positions by assigning the most junior employee in the classification needed.

B.   JOB POSTING WITHIN THE DEPARTMENT. With the exception of production helper classifications, which are not posted jobs, and production groups, as described in paragraph A herein, employees of the department wherein an opening exists will be afforded the first opportunity to fill an open job. A notice of job opening and required qualifications will be posted on the bulletin board of the department in which such opening exists for two (2) working days. Employees shall be considered for the job on the basis of department seniority. The most-senior bidder will not be awarded a posted job if he has failed to satisfactorily perform the job on a previous occasion or if he is not qualified to perform the job duties of the posted job. Job qualifications, length of trial period, and whether the employee has satisfactorily completed the trial period shall be determined by the Company.

Approved job transfers shall be effective on the Monday following reassignment.

002270

C. HOME DEPARTMENT RECALL. If an opening is not filled through this Section's subparagraph A, an active payroll employee with home department seniority within the department wherein the job opening exists who is working in another department will be transferred. The phrase "home department recall" includes all employees who were transferred into a department at their request, whether or not such employees completed thirty (30) or more calendar days of employment. An employee whose interdepartment transfer request has been honored will not be recalled to his immediately preceding home department during his first thirty (30) days within his new home department. An employee must accept recall to his home department.

D. Employees may apply for a transfer at the Human Resource Department for departments outlined in Article V, Section 2 (A) other than their own department (except Skilled Trades and Inspection). An employee requesting transfer to a different department shall be considered on the basis of plant seniority. The most senior bidder will not be awarded a job opening if he has not, or has failed to, satisfactorily perform the job on a previous occasion [or] if, since failing to perform the posted job satisfactorily, has not performed other similar work within the plant which would warrant affording him another opportunity to perform the posted job, or if he is not qualified to perform the job duties.

The Company reserves the right to retain an employee who otherwise would be transferred for a reasonable length of time in order to train his replacement.

Request for all transfers must be initiated by Wednesday of the week preceding the week in which the transfers take place.

E. JOB POSTING PLANT-WIDE. If an opening is not filled through this Section's subparagraphs A, B, C and D, the opening will be posted with the basic job requirements, for a period of two (2) working days. Employees will be considered for the job on the basis of their bargaining unit seniority. The most-senior bidder will not be awarded a posted job if he has failed to satisfactorily perform the job on a previous occasion or if he is not qualified to perform job duties. Job qualifications, length of trial period, and whether the employee has satisfactorily completed the trial period will be determined exclusively by the Company.

F. RECALL FROM INACTIVE STATUS. In the event a job opening cannot be filled through this Section's subparagraphs A through E, the inactive payroll employee with the most plant-wide seniority who is available and who is qualified to perform the job will be recalled to active employment. Recalled employees must accept the first open job.

G. If the Company cannot fill the position under paragraphs A-F herein, the Company will post the position plant-wide as a trainee position at the lowest rate of pay for the position, setting forth the qualifications necessary to train for the position and the time within which the trainee will be considered qualified.

H. If the Company cannot fill the position under paragraphs A-G herein; the Company will have the right to hire a new employee to fill the vacancy.

002271

I. An employee who is awarded a job to which he has bid or transferred will be considered ineligible to bid or transfer again for a period of one (1) year. In the event an employee is awarded a job opening and within thirty (30) days on such job is not able to meet the average requirements of that job, the employee shall be returned to his former classification and rate, provided such work is available.

J. An employee who is awarded a job opening in Group 2 under this Section must complete a six (6) month training period, which time period will also be required before the employee establishes plant seniority in his new position, and the employee cannot bid out of the department for one (1) year. Shift preference may be exercised after three (3) months in the new position.

K. With regard to Group No. 2 herein (Fab Set-Up Man, Floor Inspector, etc.), new bargaining unit jobs or vacancies will be filled in the following order of preference: First, by a qualified employee who had been working in this classification [Group 2] and who, upon a reduction in force had sufficient plant-wide seniority to bump into a position in Group 1, and who is currently working in Group 1; Second, by a qualified employee on layoff status who has previously occupied the position sought to be filled and performed the job in a satisfactory manner. If the position cannot be filled in this manner, then it will be filled in accordance with the provisions of paragraphs A, B, C, D and E herein.

SECTION 5. REDUCTION IN FORCE AND/OR DISPLACEMENT. When the Company schedules a reduction in force, other than a temporary reduction

as defined in Section 9 herein, positions shall be reduced in the following manner:

A. Probationary employees shall be laid off first.

B. (1) Employees in Group (1) who are not in a posted production group will be laid off in accordance with their plant seniority, providing the remaining seniority employees are qualified to perform the available work. Employees laid off within the Group (1) classification will have their seniority checked on a plant-wide basis, laying off the lowest seniority employee progressively to the oldest seniority employee in accordance with the seniority list.

(2) Employees who are reduced from a posted production group position will return to a production helper classification within the non-posted production helper pool of employees; they may not exercise seniority rights to bump into another posted production group outside the one from which they have been reduced.

In the event of a layoff in which the employee within the production group is reduced from that group and does not have sufficient plant seniority to remain within the plant in accordance with the provisions of Article IX, Section 5, paragraph B(1), but does have sufficient plant seniority to bump a less senior employee in another posted production group; the employee may bump the less senior employee in another production group, provided the employee is qualified to perform the job duties of the bumped employee.

C. Employees in Group (2) may be retained in their classification out of line with their plant-wide

002272

seniority. When a reduction is necessary in Group (2), the junior seniority employee in the classification will be laid off first progressively to the senior in accordance with the seniority list, provided only that the remaining seniority employees are qualified to perform the available work.

When reductions in force are necessary in Group (3), they will be laid off in accordance with the Skilled Trades Supplementary Agreement which is part of this Agreement.

No employee will be entitled to request a voluntary layoff for a period of one (1) year following the effective date of this Agreement. After the one (1) year moratorium on voluntary layoffs, a senior employee in a classification and department being reduced in conjunction with a plant layoff may volunteer for layoff by making his written request known to the Human Resource Department by the Wednesday prior to the day the layoff is to take effect. A senior employee who elects voluntary layoff will be laid off for a minimum period of ninety (90) calendar days unless recalled through the normal recall procedures. Recalls prior to the ninety (90) day period will be in junior-to-senior employee order. When the senior employee who has exercised his voluntary layoff right returns to his classification, he must bump the junior employee in that classification; his return cannot trigger another voluntary layoff by any employee within that classification or department.

RECALL. Whenever it becomes necessary for the Company to increase the working force covered by this Agreement, recall shall be done in reverse order of layoff.

27

SECTION 6.

A. TEMPORARY TRANSFERS NOT RESULTING FROM THE LAYOFF PROCEDURE. An employee may be temporarily transferred from one department and/or classification on a shift to another by the Company at its discretion to alleviate problems of absenteeism, lack of work, leave of absence, injury, or other temporary conditions. An employee who is transferred in accordance with this Section shall receive his current rate, or the rate of the job to which he is transferred, whichever is higher. An employee will not be transferred under the provisions of this Section for a period exceeding five (5) working days on any one transfer, except that for leave of absence and vacation replacement purposes, such transfer will not exceed thirty (30) calendar days, unless otherwise mutually agreed. In the case of a transfer as a result of an authorized leave of absence or vacation replacement, the Company will establish from which department and job classification employees may be spared, and select the most junior employee in that department for transfer.

B. A temporarily transferred employee may not bid, may initiate interdepartment transfer requests and may not exercise shift preference. The temporary transfer procedure is not intended to replace the normal job-posting procedure as outlined herein, and is to be used only to ensure the efficient operation of the plant as set forth in paragraph A.

SECTION 7. PREFERENTIAL SENIORITY. All persons elected or appointed to hold local Union positions must be employees of the Company. The President, Vice-President and members of the Bargaining Committee of

28

002273

e Union shall head the seniority list during their terms
office, but shall be returned to their original standing
on termination of their service on said committee or
said office. The President or members of the
rgaining Committee shall be assigned to the number
day) shift, except the "night committee person" who
all be assigned to the number 2 (afternoon) shift
ccept during negotiations when he or she shall be
signed to the number 1 (day) shift, during their terms
office, but such Union officers shall be assigned to a
ift according to their seniority upon expiration of their
ms of office. Stewards shall head the seniority list in
ir respective departments or districts during their
m of office. The Local officers, committee persons,
d stewards shall in the event of a layoff be continued
work as long as there is a job in their respective
partments which they are able to do without training.
niority under this Section will apply to layoff and
call only.

CTION 8. EXCLUDED EMPLOYEES. The
pointment or selection of employees for supervisory
sitions or any other position not subject to the
ovisions of this Agreement is not governed by this
reement. Present supervisory employees will retain
e seniority held in the bargaining unit as of the
fective date of this Agreement.

seniority employee promoted to a position outside of
e bargaining unit after the effective date of this
reement shall retain the seniority held at the time of
ch transfer and shall accumulate seniority while
orking in such position for a period not to exceed six
) months. The Company may exercise the option to
turn the employee to the bargaining unit during this
x (6) month period. For any employees appointed or
lected to a supervisory position after the effective

date of this Agreement, then failure to exercise this
option will result in termination of bargaining unit
seniority. Any employee appointed or selected to a
supervisory position prior to the effective date of this
Agreement shall retain his bargaining unit seniority, and
will not be subject to termination of his bargaining unit
seniority unless he returns to the bargaining unit and is
later appointed to a supervisory position, in which case
the termination of seniority provisions of this Section
will apply.

SECTION 9. TEMPORARY LAYOFFS. If, due to acts of
God or to circumstances beyond the Company's
control, the work force must be temporarily reduced,
employees may be laid off for up to and including five
(5) consecutive working days. Senior employees of the
affected department and shift will be given preference
for available work, and the least-senior employees of
the affected department and shift will be laid off,
providing senior employees are able to perform
required work. Temporarily laid off employees will not
be privileged to bump.

SECTION 10. RECALL NOTIFICATION. Employees
shall be notified of their recall to work by either
personal message, telephone, or telegraph, confirmed
by certified mail, return receipt requested. Upon being
recalled, employees who fail to report for work within
the period outlined in Section 11-D of this Article shall
be considered to have voluntarily quit.

Employees shall notify the Company of their proper
post office address or change of address and no
consideration shall be given an employee who fails to
receive notice because of failure to comply with this
provision. The Company shall give the employee a
receipt of notification. The Company shall be entitled

002274

ly upon the address shown upon its records.

TION 11. SENIORITY BREAKOFF. Seniority is
en under the following conditions:

When an employee quits.

When an employee is discharged.

Being laid off the Company payroll continuously for
a period as follows:

1. One (1) year for seniority employees with less
than one (1) year's seniority at the time of
layoff.

2. For a period of time equal to the length of
seniority at the time of layoff, up to a maximum
of two (2) years for employees with one (1) to
two (2) years' seniority.

3. Employees with more than two (2) years
seniority may obtain protection for an additional
year (making a total maximum of three (3) years
from date of layoff) by indicating to the
Company in writing that it is their intention to
return to work when recalled. Such notice must
be given to the Company and the Union by
registered mail fifteen (15) days following the
two (2) continuous years of layoff referred to
above.

Failure to notify the Company of intention to return
to work within three (3) days after receiving notice
ent by the Company through certified mail, return
eceipt requested, and failure to return within three
3) days from receipt of notice from the Company.

---

## Article IX Continued

No employee shall lose his seniority if failure to
return to work when called is caused by sickness
or accident, provided that the Company is
notified in writing by a physician, and provided
further that such employee upon his recovery
shall immediately report to the Company for
work, provided work is still available. The
Chairman of the Bargaining Committee of the
Union will be notified in writing of any
employee's failure to report for work within three
(3) days after notice has been received. In the
event that the United States Postal Service
returns such notice as undeliverable at the
address last reported by the employee to the
Company, as per this contract's Article XVI,
Section 10, his seniority will be terminated.

E. Failure to come to work for three (3) consecutive
days without properly notifying the Company and
giving reasons acceptable to the Company for
such absence. Such employee shall conclusively
be presumed to be a voluntary quit.

F. When an employee retires.

G. Failure to report for work within ninety (90)
calendar days after receiving a military discharge,
provided, however, that discharged servicemen
on medical leave of absence shall not be subject
to the provisions of this subsection.

H. Failure to report for work upon the expiration of a
leave of absence without giving a reason
acceptable to the Company.

I. If the employee has made a redemption
settlement under the Workers' Compensation Act.

002275

an employee fails to report to work at the
eginning of his regularly scheduled shift on the
rst regular work day after a disciplinary layoff
nless a satisfactory reason, acceptable to the
:ompany, is given for failing to timely report.

ΓΙΟΝ 12. SENIORITY LISTS AND UNION
CER LISTS. The Company will furnish to each
ber of the Bargaining Committee and stewards a
)lete plant seniority list each six (6) months.
es will be posted on the bulletin boards. The
pany will maintain in the Human Resource
.rtment a master-seniority list which will be kept
 date at all times. Two (2) or more employees
ig the same date of first employment shall, for all
irity consideration, be listed as follows:

lay shift employee ranks first, afternoon shift
rmployee ranks second, and midnight shift
mployee will be given the following day's date. If
wo (2) or more employees begin work on the
ame shift, they will rank according to the order
ו which the employment paperwork is
ompleted. If transferred to another department,
iey will be ranked according to the plantwide
laster seniority list.

Company will furnish to the Union each month a
f additions or deletions.

ecording secretary of the Union will provide the
pany with an up-to-date written list of
nitteepersons, officers, and stewards each six
onths and/or whenever there are changes.

ΓΙΟΝ 13. SHIFT PREFERENCE. Twice each
 employees having departmental seniority may

33

Article IX Continued

make application for transfer to another shift in the
same classification and department as they are working
in at the time of application. Such applications will be
made in writing to the Human Resource Department.
No further changes will be made unless an opening in
the same classification and department should occur on
another shift during such period. In the event such an
opening occurs, preference will be given to the longest-
seniority employee who has made application for that
shift. An employee may not exercise shift preference
against an employee filling a temporary vacancy or
during the probationary period of any employee. It is
recognized that where necessary an experienced
employee shall be assigned an off-shift for the time
required to train a new employee.

When an employee is able to exercise shift preference
under this section, he will be transferred as soon as
possible, but in any event, if the employee has com-
pleted and filed his application by Wednesday, his
transfer will be effective the following Monday; if his
application is not completed and filed by Wednesday,
then he will be transferred the second Monday after
filing.

SECTION 14. HUMANITARIAN PLACEMENT. When an
employee's absence from work is due solely to his
being incapacitated for work through accident or occu-
pational disease arising out of and within the scope of
employment, he shall not lose seniority and shall be
returned to work in accordance with his seniority
pursuant to Article X of this Agreement as nearly as
may be practicable, as if he had not suffered such
disability, provided he returns to work within five (5)
years or a period of time equal to his seniority,
whichever is less, and is able to perform work
available to him when he returns. In the event that

34

002276

› incapacitated as not to be able to perform his
work, he may be employed in other work which
able and which he can perform without regard to
iority provisions of this Agreement.

ARTICLE X — LEAVES OF ABSENCE

ON 1. ELIGIBILITY. An employee requesting a
›f absence for more than one (1) day shall
pplication therefor in writing, on a form
ed for that purpose, to the supervisor of the
ment in which he is employed. Employees
ave six (6) months' or more seniority to be
e for consideration of a leave of absence,
In those cases where definite proof is
ed that they are unable to work due to
ency or sickness. A Union committeeperson
advised if the Company denies an emergency
equest.

ON 2. GENERAL LEAVES. Leaves of absence
sons other than medical or for vacation may
nted at the discretion of the Company to any
yee for such period as the Company may
line, but not exceeding two (2) months. When
e of absence is granted to an employee, before
become effective, he and the Union shall be
led with a written notice of the duration of
eave. The employee must state the reasons he
s a leave on his application. It is agreed that
under this section are to be granted only
special and/or unusual circumstances. Vaca-
ire not considered to be a leave of absence.

ION 3. MEDICAL LEAVE. The Company will
medical leaves of absence not to exceed thirty
ays for personal illness, disability or injury to

employees with seniority upon presentation of
competent medical proof. If the illness or disability
continues beyond thirty (30) days, the claimant must
submit a statement from his doctor requesting an
extension, stating the expected length of the
extension, and specifying the reason for the
extension. Seniority of employees granted leave
under this provision will accumulate for up to a
maximum of two (2) years, provided the necessity for
the leave is substantiated by competent medical
evidence.

An employee returning from a medical leave of
absence must present to the Company Human
Resource Department a return-to-work permit from
the employee's personal physician. Under normal
circumstances, if the medical leave of absence was
thirty (30) days or more duration, the employee will
be examined by the Company physician before being
allowed to resume work; however the Company
reserves the right to require periodic examination(s)
by the Company doctor either during or following
any absence due to illness or injury. Examination by
the Company doctor, when required either during or
following a medical leave of absence, will be handled
with the least delay possible consistent with the other
demands on the doctor or his substitute doctors.

If, following a leave of less than thirty (30) days'
duration, examination by the Company doctor is
required in addition to the return-to-work permit
from an employee's personal doctor, such employee
will be notified of the time and place for the
examination, so that work time otherwise available
will not be lost. In the event the employee is
approved for work by the Company doctor and
otherwise available work time has been lost, the

002277

employee will be paid an amount equal to that which he would have earned during such lost time, providing the employee has notified the Company of his availability for work at the earliest reasonable time following release by his personal physician.

In any case wherein an employee has been released by his personal doctor to return to work from a medical leave of absence, and the Company doctor subsequently refuses approval for such return, and if the employee has been receiving sickness and accident benefits and/or is otherwise eligible for such benefits, those benefits will be paid until return to work is allowed or until the maximum benefit limit, is reached.

A maternity leave of absence will be granted to an employee who is pregnant and will be treated as any other medical leave in accordance with applicable State and Federal law.

Notwithstanding any other provision of this section, the Company has no obligation to reinstate employees with medical restrictions.

SECTION 4. OTHER WORK DURING LEAVE. An employee while on leave of absence accepting employment by others for compensation without permission of the Company shall be deemed to have voluntarily quit.

SECTION 5. UNION LEAVES. Employees elected or selected to perform Union duties shall be granted leave of absence until such service shall end.

SECTION 6. EDUCATIONAL LEAVES. Employee veterans who have acquired seniority and other

employees with seniority of one (1) or more years who desire to further their education may make application for leave of absence for that purpose. The granting of such a leave shall be subject to mutual agreement between the Company and the Union following consideration of the applicant's length of service and type of schooling to be followed. Such a leave shall be continuous for a period not to exceed twelve (12) months. Additional leaves of absence may be granted at the option of Management.

SECTION 7. SENIORITY CONTINUATION DURING LEAVES. Seniority shall accumulate during authorized leaves of absence.

ARTICLE XI — WAGES, HOURS, AND OVERTIME

SECTION 1. OVERTIME. For the purpose of computing overtime premium pay, unless otherwise provided herein, the regular working day is eight (8) hours and regular working week is forty (40) hours.

The working week shall be deemed to commence with the number three (3) shift Monday (7:00 p.m. Sunday to 5:00 a.m. Monday) and ends one hundred sixty eight hours thereafter.

Work schedules which exceed eight (8) hours per day or forty (40) hours per week, unless otherwise provided herein, shall be compensated for as follows:

A. DAILY. Time and one-half will be paid for all hours worked in excess of eight (8) hours per day in any continuous twenty-four (24) hours and for all hours worked in excess of forty (40) hours per week. When hours are worked in excess of eight (8) in twenty-four (24) hours because of an

002278

employee-requested shift change, such hours will not be considered for overtime premium pay, unless those hours otherwise qualify for such premium pay.

SATURDAY. Time and one-half will be paid for Saturday work. No employee shall be laid off during the week for the purpose of avoiding overtime payment.

SUNDAY AND HOLIDAYS. Double time will be paid for work on Sundays and for work on the designated holidays.

PYRAMIDING. There shall be no pyramiding of overtime pay, and allowance made for time not worked shall not be used in computing hours worked.

NOTICE. It is understood that overtime will be compulsory when notice is given. The Company agrees that for the purposes of this Section, an employee will be notified of overtime work the preceding day, and for work to be performed on Saturdays and holidays, the Company agrees to give nine (9) working hours' notice. The notice provisions in this paragraph will not be required in the event the Company is unable to provide notice due to acts of God or circumstances outside the Company's control (e.g., sabotage).

OVERTIME WORK OPPORTUNITIES. When overtime is necessary, employees who are assigned to the classification shall work the overtime period. Insofar as practical, employees working on the same operation shall have the overtime divided equitably among them.

39

G. EQUALIZATION OF OVERTIME. It is recognized by the parties that the needs of the business may require overtime work and that the jobs involved must be manned by qualified employees working on an overtime basis. The amount of overtime and the schedule for working such overtime will be established by the Company.

All employees overtime hours will be adjusted to zero (0) hours beginning January 1, 1991.

With the exception of the production groups described herein, a grouping of each classification, by department and shift, is referred to in these provisions as an "overtime equalization group."

The Company shall make every reasonable effort to distribute overtime work among qualified employees within a particular classification and/or department as equally as practical.

The Company may organize its work force into production groups, which will work together when overtime is required. Each production group will constitute an overtime equalization group, and overtime within each group will not be balanced against any other group, including employees who are working in production helper classifications outside the posted production groups.

When an employee is given an overtime assignment, the employee shall be required to work the full scheduled number of hours. An employee shall not be required to work more than three (3) consecutive Saturdays.

40                     002279

When overtime opportunities are greater than the employees within an overtime equalization group, other employees qualified to perform the available work on the shift affected, will be requested to perform said overtime. In the event no qualified employee volunteers to perform the overtime work, the junior employee in the classification will be required to work.

An employee who is absent at the time he would have been offered an overtime assignment or who is unable to work the day the overtime is to be worked shall be charged on the overtime equalization list for any overtime for which he would otherwise be eligible. An employee who is given an overtime assignment and who fails to report for work without acceptable excuse will be charged double the overtime hours available to work. Overtime will be charged on the employee's overtime equalization group record by multiplying the actual number of hours offered or worked by the appropriate rate of pay to be paid for such overtime ( 1 1/2 or 2 times). An overtime equalization record will be posted in each department and will be updated on a weekly basis.

A probationary employee, recalled employee, reclassified employee or an employee assigned to another shift will be charged with the average accumulated overtime hours of the overtime equalization group at the time he enters the group.

Upon being laid off, or reclassified, an employee shall have all overtime charges cancelled. Upon subsequent return to his equalization group, the

41

employee will be charged with the average accumulated overtime hours of that overtime equalization group.

It is understood that employees from other overtime equalization groups shall be charged on their overtime equalization group records for work performed outside of their overtime equalization group.

H. UNION REPRESENTATION ON OVERTIME. When more than five (5) employees are scheduled to work overtime in a steward's department, the steward will be offered an opportunity to work, provided that he is qualified to do one of the jobs scheduled to be performed and actually performs that job during the overtime period. Stewards working on overtime pursuant to this paragraph may not handle or investigate or otherwise deal with any matter raised, before the overtime period begins, either in a formal grievance or otherwise.

I. UNION TIME AWAY FROM PLANT. No local Union officer shall take time away from the plant for the purpose of conducting union business except with the permission of the personnel manager or his designated representative. Such permission shall be granted in the event the officer leaves the plant during his work shift to perform duties for the Union and the time so taken from his regular work shift shall, for the purpose of computing pension and vacation credits, be considered as time actually worked. In the event a Union officer leaves the plant with permission, and returns to the plant during overtime hours, the overtime premium will be

42

paid only if the Union officer actually performs bargaining unit work in the classification in which he is employed.

J. UNION TIME IN CONTRACT NEGOTIATIONS. Time spent by the Bargaining Committee in contract negotiations will be counted as time worked for the purpose of pension credit, vacation hour requirements, vacation pay computations, and to satisfy the conditions for holiday pay if otherwise eligible.

In the event the Company requests members of the Bargaining Committee to participate in collective bargaining negotiations beyond their regularly scheduled shift, and if an overtime opportunity would otherwise have been available to the Bargaining Committee member and he indicates his availability to work the overtime, then he will be paid for and charged with the number of overtime hours missed as a result of collective bargaining negotiations. If overtime opportunities are available either before or after the commencement or conclusion of a regularly scheduled collective bargaining meeting with the Company, then the Committee member must work the overtime in order to receive the overtime pay.

SECTION 2. HOLIDAY PAY COMPUTATION. Employees will be paid eight (8) hours' pay at their regular straight-time hourly rate, exclusive of night shift and overtime premium for the holidays specified elsewhere in this contract, providing they meet all of the eligibility rules set forth in this contract.

SECTION 3. SHIFT DESIGNATION.

A. An employee whose scheduled shift starts on or

after 7:00 p.m., but before 5:00 a.m., shall be deemed to be working the number three (midnight) shift.

B. An employee whose scheduled shift starts on or after 5:00 a.m., but before 10:30 a.m., shall be deemed to be working the number one (day) shift.

C. An employee whose scheduled shift starts on or after 10:30 a.m., but before 7:00 p.m., shall be deemed to be working the number two (afternoon) shift.

D. Notwithstanding any of the provisions contained in Article XI, the Company reserves the right to negotiate with the Union during the term of this contract to adjust shifts and employee work schedules to ensure efficient production and timely maintenance of plant and equipment at regular hourly rates of pay. The Union acknowledges that if accelerated production demands create excessive overtime or staffing problems the provisions in paragraphs A, B and C herein may require adjustment. If after negotiations, the Company implements a schedule not covered in this contract, the Union may utilize the grievance and arbitration procedure to challenge the newly implemented schedule.

SECTION 4. REPORT PAY. An employee permitted to report for work without having been notified that there will be no work will be given four (4) hours' work or four (4) hours' pay at his regular rate. This provision shall not apply when the lack of work is due to a labor dispute at this plant, fire, acts of God, utility failure, or other causes beyond the control of the Company. Employees absent at the time notice is given that there will be no work and employees reporting for work following a leave of absence will not be entitled to call-in pay.

## Article XI Continued

### SECTION 5. CALL-BACK PAY.

Any employee called back to work after he has left at the end of his scheduled shift will be given a minimum of four (4) hours' work in the plant or four (4) hours' pay at his regular hourly rate. An employee called to work during a shift other than the one he is regularly working, because of an emergency, will be paid a minimum of four (4) hours' pay. This will not include persons continuing work into another shift beyond their regular working hours or persons who report to another shift or who report early to their shift at their request.

### SECTION 6. PAYCHECKS.

Under normal conditions, day shift employee paychecks will be distributed prior to the end of the regular shift on Thursday of each week; afternoon shift employee paychecks will be distributed prior to the lunch break on Thursday of each week; and midnight shift employee paychecks will be distributed prior to the lunch break on Friday of each week. However, any such employees who receive paychecks on Thursday and who do not complete their work shift on Thursday or who do not report to work on the scheduled next day following receipt of said paychecks will forfeit their privilege of being paid on Thursday until they have demonstrated improved work attendance.

### SECTION 7. SHIFT PREMIUM.

A shift premium of twenty-three cents ($.23) per hour will be paid to employees regularly working on the third (midnight) shift. A shift premium of eighteen cents ($.18) per hour will be paid to employees regularly working on the second (afternoon) shift.

45

## Article XI Continued

### SECTION 8. WAGES.

A. WAGE TABLE. Hourly pay rates by job classification during this contract's term shall be as follows:

Effective 11/08/90

| Bargaining Unit Job Classifications | Start Rate | 45 Days† | 90 Days† |
|---|---|---|---|
| Janitor-Sweeper | 10.46 | 10.52 | 10.59 |
| Labor-Material Handler | 10.58 | 10.65 | 10.71 |
| Production Helper (Fab, Forge, Ext., Ship & Rec., Paint Dept.) | 10.85 | 10.91 | 10.99 |
| Ext. Die-Head Man | 10.94 | 11.00 | 11.07 |
| Saw Operator/Set Up | 10.95 | 11.01 | 11.09 |
| Tank Maintenance | 10.96 | 11.02 | 11.09 |
| Forge Chamfer Opr. | 10.97 | 11.03 | 11.10 |
| Forge Grinder Opr. | 10.97 | 11.03 | 11.10 |
| Silk Screener | 10.97 | 11.03 | 11.11 |
| Gas Welder | 11.01 | 11.08 | 11.14 |
| Lea, Sand & Deburr | 11.01 | 11.08 | 11.15 |
| Stockkeeper | 11.03 | 11.10 | 11.16 |
| Ext. Billet Saw/Utility | 11.03 | 11.10 | 11.17 |
| Warehouseman | 11.04 | 11.11 | 11.17 |
| Oiler | 11.09 | 11.15 | 11.21 |
| Laboratory Helper | 11.14 | 11.20 | 11.26 |
| Fab Set-Up Man | 11.16 | 11.22 | 11.29 |
| Floor Inspector | 11.22 | 11.28 | 11.35 |

†Calendar days of employment

46

002282

## Article XI Continued

### Effective 11/08/90

| Bargaining Unit Job Classifications | Start Rate | 45 Days† | 90 Days† |
|---|---|---|---|
| Hand Buffing (Separately or in combination with Deburring) | 11.30 | 11.37 | 11.43 |
| Extrusion Press Opr. | 11.33 | 11.39 | 11.46 |
| Forge Press Opr. | 11.34 | 11.40 | 11.46 |
| Inventory | 11.35 | 11.41 | 11.49 |
| Truck Driver | 11.38 | 11.44 | 11.52 |
| CNC Opr. & Set-Up | 11.42 | 11.49 | 11.55 |

†Calendar days of employment

| (Group 3) Skilled Job Classifications | Wage Progression Steps | Effective 11/08/90 |
|---|---|---|
| Sample Maker | Start Rate | 11.62 |
| | After 6 months | 11.68 |
| | After 1 year | 11.74 |
| | After 1½ years | 11.81 |
| | After 2 years | 11.87 |
| Layout Inspector | Start Rate | 11.70 |
| | After 6 months | 11.76 |
| | After 1 year | 11.83 |
| | After 1½ years | 11.89 |
| | After 2 years | 11.96 |
| Toolkeeper | Start Rate | 11.72 |
| | After 6 months | 11.78 |
| | After 1 year | 11.84 |
| | After 1½ years | 11.91 |
| | After 2 years | 11.97 |

## Article XI Continued

| (Group 3) Skilled Job Classifications | Wage Progression Steps | Effective 11/08/90 |
|---|---|---|
| Extrusion Die Repair | Start Rate | 12.19 |
| | After 6 months | 12.25 |
| | After 1 year | 12.31 |
| | After 1½ years | 12.37 |
| | After 2 years | 12.43 |
| Extrusion Die Maker | Start Rate | 12.49 |
| | After 6 months | 12.55 |
| | After 1 year | 12.61 |
| | After 1½ years | 12.67 |
| | After 2 years | 12.73 |
| Maintenance Department Trainees (other than Indentured Apprentices) | After 2,000 hours | 12.45 |
| | After 3,000 hours | 12.53 |
| | After 4,000 hours | 12.60 |
| | After 5,000 hours | 12.69 |
| | After 6,000 hours | 12.78 |
| | After 7,000 hours | 12.86 |
| | After 8,000 hours | 12.93 |
| Maintenance Department Indentured Apprentices | 1st 1,000 hours | 9.82 |
| | 2nd 1,000 hours | 10.26 |
| | 3rd 1,000 hours | 10.71 |
| | 4th 1,000 hours | 11.15 |
| | 5th 1,000 hours | 11.60 |
| | 6th 1,000 hours | 12.04 |
| | 7th 1,000 hours | 12.49 |
| | 8th 1,000 hours | 12.49 |
| | Approved by Joint Apprenticeship Committee | 12.93 |

002283

| (Group 3) Skilled Job Classifications | Wage Progression Steps | Effective 11/08/90 |
|---|---|---|
| Tool Room Trainees (other than Indentured Apprentices) | After 2,000 hours | 12.59 |
| | After 3,000 hours | 12.69 |
| | After 4,000 hours | 12.76 |
| | After 5,000 hours | 12.85 |
| | After 6,000 hours | 12.93 |
| | After 7,000 hours | 13.02 |
| | After 8,000 hours | 13.09 |
| Tool Room Indentured Apprentices | 1st 1,000 hours | 9.92 |
| | 2nd 1,000 hours | 10.37 |
| | 3rd 1,000 hours | 10.83 |
| | 4th 1,000 hours | 11.28 |
| | 5th 1,000 hours | 11.73 |
| | 6th 1,000 hours | 12.18 |
| | 7th 1,000 hours | 12.64 |
| | 8th 1,000 hours | 12.64 |
| | Approved by Joint Apprenticeship Committee | 13.09 |

B. WAGE ADMINISTRATION GUIDELINES.

1. To determine the effective date of any scheduled rate increases, each calendar day shall be counted, except that the effective date of any scheduled rate increase will be extended by the number of days absent or tardy during the relevant time period.

2. An employee appointed to group leader shall receive six cents ($.06) per hour above the highest hourly rate within the group he serves. Ninety (90) calendar days thereafter, a

group leader will be considered for an additional six cents ($.06) per hour merit increase, which, if granted, will result in twelve cents ($.12) per hour above the highest rate in the group. (The highest prevailing hourly pay rate for the job classification "Extrusion Press Operator" will be the highest group rate within the Extrusion Department; the highest prevailing hourly rate for the job classification "Floor Inspector" will be the highest group rate within the Inspection Department.)

3. An employee placed into a higher rated job classification shall receive the wage rate of the new job classification which is at least equal to the employee's former wage rate. If no wage rate in the new job classification is equal to the employee's former wage rate, the employee shall receive the wage rate of the new job classification which is above and closest to the employee's former wage rate. After the completion of ninety (90) calendar days of employment under the new job classification, an employee shall receive the next highest wage rate, if any. An employee with previous experience in a new job classification who is able to immediately and satisfactorily perform the new job shall receive the ninety (90) day wage rate. An employee of a new job classification may be returned to his former job and seniority status at any time during his first forty-five (45) calendar days of employment in the new job classification if, in the supervisor's judgment, the employee has failed to show the ability necessary to continue in the new job classification.

002284

4. An employee placed into a lower-rated job classification shall receive the same hourly pay rate he would have received had he upgraded to the job from a "Production Helper" classification. On or before the completion of ninety (90) calendar days of employment, the employee shall receive the next wage rate step, if any. Should an employee have previous experience in the lower-rated job classification and be able to immediately and satisfactorily perform the new job without training, he shall receive the maximum hourly pay rate for that classification.

5. An employee who is downgraded to a "Production Helper" job classification shall receive the highest hourly pay rate in the "Production Helper" classification to which he is assigned, providing he is able to immediately and satisfactorily perform the new job without training. If he is not able to immediately and satisfactorily perform the job without training, then after the completion of ninety (90) calendar days of employment, the employee shall receive the next wage rate step in the "Production Helper" classification, if any.

6. An employee who is downgraded to a job with a wage rate lower than "Production Helper" shall receive the highest hourly rate in the downgraded classification, providing he is able to immediately and satisfactorily perform the new job without training. If he is not able to immediately and satisfactorily

perform the job without training, after the completion of ninety (90) calendar days of employment, the employee shall receive the next wage rate step, if any.

SECTION 9. NEW PAY RATE. Rates for new job classifications as established by the Company shall be designated as temporary and the Union notified thereof within five (5) days of the effective date of the newly established rate. The rate shall be considered temporary for a period of one (1) month following the date of notification to the Union. During this period, the Union may request the Company to negotiate the rate for the job classification. The negotiated rate, if higher than the temporary rate, shall be applied retroactively to the date of the establishment of the temporary rate. If no request has been made by the Union to negotiate the rate within the one (1) month period or upon completion of negotiations, the temporary rate or the negotiated rate, as the case may be, shall become the established rate for the job classification, which rate will not be subject to either the grievance procedure or arbitration.

SECTION 10. BEREAVEMENT PAY. When death occurs in an employee's family (i.e., spouse, parent or stepparent, parent or stepparent of a current spouse, child or stepchild, grandchildren, brother, brother-in-law or sister-in-law, stepbrother or half-brother, sister, stepsister or half-sister, or grandparents of employee or spouse), the employee will be excused upon his written request for any of the first three (3) normally scheduled working days (excluding Saturdays, Sundays and holidays) immediately following the date of death, provided he attends the funeral.

002285

An otherwise eligible employee may elect to defer his bereavement leave to any time period within the first ten (10) consecutive days immediately following the date of death, providing he makes prior arrangements at the Company's Human Resource Department. Such deferment of bereavement leave time will not disqualify an otherwise eligible bereavement pay recipient as hereinbefore provided.

By notifying the Company in advance, an employee may extend a scheduled vacation absence by three (3) days in the event that a qualifying death occurs during his scheduled vacation absence; such extension will serve to qualify such employee for bereavement pay.

In the event a member of the employee's immediate family, as above defined, dies while in the active service of the Armed Forces of the United States, the employee may, should the funeral be delayed, have his excused absence from work delayed until the period of three (3) normally scheduled working days, which includes the date of the funeral. In the event the body of a member of the employee's immediate family, as above defined, is not buried in Continental North America solely because the cause of death has physically destroyed the body or the body is donated to an accredited North American hospital or medical center for research purposes, the requirement that the employee attend the funeral will be waived.

An employee excused from work under the above paragraph shall, after making written application, receive the amount of wages he would have earned by working during straight-time hours on such scheduled days of work which he is excused excluding Saturdays, Sundays and holidays, or

53

in the case of employees working in necessary continuous seven (7) days operations, the sixth (6th) and seventh (7th) work days of the employee's scheduled working week and holidays).

No employee shall be compensated under this section if he works.

SECTION 11. JURY DUTY. An employee with one (1) or more year's seniority who is summoned and reports for jury duty as prescribed by applicable law shall be paid by the Company an amount equal to the difference between the amount of regular straight-time wages the employee otherwise would have earned by working during straight-time hours for the Company on that day and the daily jury duty fee paid by the court (not including travel allowances or reimbursement of expenses) for each day on which he reports for or performs jury duty and on which he otherwise would have been scheduled to work for the Company. The Company's obligation to pay an employee for jury duty is limited to a maximum of sixty (60) days in any calendar year.

In order to receive payment, an employee must give his supervisor and the Human Resource manager prior written notice that he has been summoned for jury duty and must furnish satisfactory evidence that he reported for or performed jury duty on the days for which he claims such payment. The provisions of this section are not applicable to an employee who, without being summoned, volunteers for jury duty.

ARTICLE XII — HOLIDAY PAY

SECTION 1. HOLIDAYS AND ELIGIBILITY. All hourly-rated employees shall receive holiday pay for

54        002286

Article XII Continued

Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, the day after Thanksgiving, and the Christmas holiday period, providing:

A. The employee has seniority as of the date of the holiday.

B. The employee would otherwise have been scheduled to work on such day if it had not been a holiday.

C. The employee must have worked the last scheduled work day prior to and the next scheduled work day after such holiday. Employees tardy on such last and next scheduled work days will lose their holiday pay if such tardiness exceeds one-half (1/2) hour during the employee's scheduled work hours for that day. Employees absent on such last scheduled work day and next scheduled work day for reasons of illness must furnish proof of illness acceptable to the Company's Human Resource Department indicating that the employee was physically incapable of working.

SECTION 2. HOLIDAY CELEBRATION DATES. The dates on which various holidays are celebrated during the period of this contract afford time off between the Christmas and the New Year's holidays. In the event an otherwise eligible employee is caused to work on a day subsequently designated as a holiday, he will be eligible for premium pay as prescribed by this contract; however, in the event an otherwise eligible employee is caused to work on a holiday subsequently designated to be celebrated on another date, he will be paid in accordance with pay policies established for work performed on any

Article XII Continued

regular work day during any regular work week. The following list reflects those paid holidays which will be recognized by the new contract.

| 1990-1991 | 1991-1992 | 1992-1993 |
|---|---|---|
| 11-22-90/Thursday | 11-28-91/Thursday | 11-26-92/Thursday |
| 11-23-90/Friday | 11-29-91/Friday | 11-27-92/Friday |
| 12-24-90/Monday | 12-24-91/Tuesday | 12-24-92/Thursday |
| 12-25-90/Tuesday | 12-25-91/Wednesday | 12-25-92/Friday |
| 12-31-90/Monday | 12-31-91/Tuesday | 12-31-92/Thursday |
| 01-01-91/Tuesday | 01-01-92/Wednesday | 01-01-93/Friday |
| 03-29-91/Friday | 04-17-92/Friday | 04-09-93/Friday |
| 05-27-91/Monday | 05-25-92/Monday | 05-31-93/Monday |
| 07-04-91/Thursday | 07-03-92/Friday* | 07-05-93/Monday |
| 09-02-91/Monday | 09-07-92/Monday | 09-06-93/Monday |

*The parties agree that with the exception of critical or essential operations, the company will not schedule Saturday overtime work for Saturday, July 4, 1992.

The periods between Christmas and New Year's Day shall be recognized as working time if required by customer demand.

SECTION 3. HOLIDAY PAY COMPUTATION. Holiday pay shall be for eight (8) hours at the eligible employee's straight time regular rate exclusive of shift differential or overtime.

SECTION 4. ELIGIBILITY MODIFICATIONS.

A. Employees with seniority who have been laid off in a reduction of force during the work week prior to or during the week in which the holiday occurs will receive holiday pay.

B. Employees with seniority who are absent from

002287

work during a regularly scheduled work week during which one (1) of the above mentioned holidays falls, due to approved leave of absence or sick leave commencing not more than one (1) week prior to or terminating not more than one (1) week after the week in which the holiday falls, shall receive holiday pay.

C. When one of the above holidays falls within an eligible employee's approved vacation period, and he is absent from work during his regularly scheduled work week because of such vacation, he shall be paid for such holiday.

D. When a holiday falls on Saturday, eligible employees shall receive holiday pay, provided they have worked the full scheduled shift on the last preceding scheduled work day within the week in which that holiday falls. When a holiday falls on a Sunday, holiday pay will be given for the following day if that day is observed by the federal government as a holiday.

E. An employee who works on a holiday will receive holiday pay if otherwise eligible under the holiday procedure and will also be paid double his normal straight-time earnings for such hours worked.

F. Employees who have accepted holiday work assignments and failed to report for and perform such work shall not receive holiday pay.

G. Employees who are eligible to receive holiday pay under this procedure and work part of a shift that falls within the holiday shall receive straight time for such work on a holiday.

H. For each Christmas holiday period (i.e., the holidays scheduled between Christmas and New Year's each calendar year), an employee must work the last scheduled day prior to each holiday period and the next scheduled work day after each holiday period. Failure to work either the last scheduled work day prior to or the next scheduled work day after each holiday period will disqualify the employee from holiday pay for the two (2) holidays immediately succeeding or immediately preceding such scheduled work day.

I. An employee who commences receiving pension benefits on January 1 and is otherwise eligible for Christmas holiday period pay up to and including December 31 of the previous year will receive such holiday pay.

J. Employees laid off during the period beginning two (2) weeks prior to the Christmas shutdown period and ending during the week following the Christmas shutdown period will be eligible for Christmas holiday period pay.

ARTICLE XIII — VACATION PROVISIONS

SECTION 1. VACATION TIME OFF. Each employee who, on January 1, has one (1) or more years of seniority shall be entitled to vacation pay as provided in this Article's Section 2; and, if such employee has worked one thousand forty (1040) hours or more during the twelve (12) consecutive calendar months immediately preceding his date of hire, he shall be entitled to time off work in accordance with the following table.

002288

Article XIII Continued

| Service on Qualifying Date | Time Off |
|---|---|
| One (1) to two (2) years' service | One (1) week off |
| Two (2) to eight (8) years' service | Two (2) weeks off |
| Eight (8) to fifteen (15) years' service | Three (3) weeks off |
| Fifteen (15) years' service and over | Four (4) weeks off |

An employee who moves to a new length-of-service bracket on his anniversary hire date will be allowed vacation leave corresponding to the number of weeks for that particular year that his new bracket calls for. For example: An employee whose eighth (8th) anniversary hire date falls on September 1 is entitled to two (2) weeks' vacation time off prior to September 1. After September 1, he would be eligible for an additional one (1) week, for a total of three (3) weeks in that calendar year.

Requests for vacation time off must be made and approved by the Company at least four (4) weeks in advance, and the Company reserves the right to limit the number of leaves in any department at one time to ensure the continued efficient operation of the department.

Vacations will be allocated by seniority, except in those cases where such allocation would result in a shortage of experienced employees within the department, in which event the Company will retain the necessary employees to maintain the efficient operation of

Article XIII Continued

the department.

Time lost on account of industrial accidents or occupational disease, as well as time lost away from the plant by Union representatives on official Union business, shall be counted as time worked for the purpose of this section.

Vacation time unused in any calendar year shall be of no value or credit in any other year, except for one (1) week, which may be banked.

SECTION 2. VACATION PAY.

A. Vacation pay will be computed in accordance with the following:

| Seniority on December 31 | % of All Earnings Except Vacation Pay During the Calendar Year |
|---|---|
| One (1) year but less than three (3) years | 3.5% |
| Three (3) years but less than five (5) years | 4.5% |
| Five (5) years but less than ten (10) years | 6.0% |
| Ten (10) years but less than fifteen (15) years | 7.0% |
| Fifteen (15) years but less than twenty (20) years | 8.0% |
| Twenty (20) years or over | 8.5% |

002289

B. Employees who quit or are discharged shall receive the percentage of their vacation bonus that is equal to the percentage of hours worked in the calendar year in which they quit or are discharged, provided they have accumulated one (1) or more years' seniority at the date of quitting or discharge.

C. Employees who retire under the terms of Article XIV of this Agreement will receive vacation bonus for the portion of the year during which they were active employees, but will not be entitled to any vacation bonus for any period after the date of retirement.

D. For each year during the life of this Agreement, the vacation bonus will be paid no later than the pay period immediately preceding February 15 in the year following the calendar year in which the vacation bonus was earned.

## ARTICLE XIV --- PENSION PLAN

SECTION 1. GENERAL. Although reflected in a separate document, the pension plan which was in effect during the life of the contract that expired on September 2, 1986, will continue as part of this labor agreement and will continue in effect during the new contract's life at Company expense. In addition, the improvements described in subsequent sections of this Article will be placed into effect on the dates indicated, at Company expense, and will be reflected in the pension plan's text.

SECTION 2. FUTURE RETIREES. The basic benefit level per month per year of credited service for otherwise eligible employees who retire under the pension plan's normal, early, disability, or vested deferred provisions on

or about October 1, 1986, will be $10.75 per month per year of credited service; $11.50 per month per year of credited service on and after October 1, 1987; and $12.25 per month per year of credited service on and after October 1, 1988. Applicable actuarial reduction formulas specified within the pension plan will continue in effect. The benefit level per month per year of credited service in effect at the time a vested employee's service terminates will continue to be the basis for determining the monthly benefit amount when he is eligible to receive such benefits.

SECTION 3. PAST RETIREES AND SURVIVING SPOUSES. On and after October 1, 1978, the pension benefit of former employees, and surviving spouses of former employees, who retired under the normal, early, vested deferred, or disability features of the pension plan prior to October 1, 1978, will be increased fifty cents ($.50) per month per year of credited service.

On and after October 1, 1978, the pension benefit of former employees, and surviving spouses of former employees, who retired under the normal, early, vested, deferred, or diability features of the pension plan prior to October 1, 1978, will be increased by fifty cents ($.50) per month per year of credited service in effect at the time a vested employee's service terminates will continue to be the basis for determining the monthly benefit amount when he is eligible to receive such benefits.

SECTION 4. OTHER PENSION PLAN CHANGES.

A. MILITARY CREDITED SERVICE. Pursuant to the Selective Service Act, an employee who left or leaves the Company's employ and who returned or returns to the Company's employ will be credited

002290

Article XIV Continued

with pension plan credited service lost while serving in the military of the United States government; however, in no case will the reinstatement of such credits serve to afford more pension plan credited service than such employee would have earned as a full-time employee of the Company during the time he served in the military.

B. EARLY RETIREMENT AGE. An otherwise eligible employee may continue to retire at age fifty-five (55); however, the pension plan's early retirement reduction formula will apply to the applicable basic benefit level per month per year of credited service.

C. SURVIVOR'S OPTION ELIGIBILITY. The survivor's option feature will apply to an otherwise eligible employee, including a disability retiree, at age fifty-five (55).

D. PENSION BOARD MEMBER INSURANCE EXPENSE. Any insurance expense for joint Pension Board members which the ERISA Law may require will be paid by the Company.

E. ERISA EFFECTS UPON PENSION PLAN. Any changes to the pension plan required by the ERISA Law will not reduce negotiated pension benefits.

F. PENSION BOOKLETS. Subsequent to including ERISA Law-mandated changes in the pension plan, the complete plan text will be printed, reproduced in sufficient quantity, and distributed to all employees covered by this agreement.

G. Effective January 1, 1979, employees whose effective date of retirement is on or after January 1, 1979, and whose total years of credited service is

63

Article XIV Continued

thirty (30) or more, and whose age at date of retirement is at least fifty five (55) years, but less than sixty-two (62), shall receive the basic benefit payable under the plan plus a supplemental benefit, the sum of which shall equal five hundred dollars ($500) per month. Payment of the supplemental benefit to a retiree under this provision shall cease on the retiree's sixty-second (62nd) birthday.

H. Effective October 1, 1978, the surviving spouse benefit shall be increased from fifty-five percent (55%) to sixty percent (60%) for employees retiring on or after October 1, 1978.

I. Pension benefit improvements which become effective with the signing of this agreement shall be funded over a period of thirty (30) years or less.

J. Effective October 1, 1978, the Company will contribute eight dollars and twenty cents ($8.20) per month toward the cost of Medicare coverage for eligible retirees and surviving spouses.

K. Upon receipt of a duly signed checkoff authorization, the Company agrees to withhold a maximum of one dollar ($1.00) per month from the pension benefit of eligible retirees. Such monies are to be paid to the Local Union as monthly dues.

L. All provisions of the present pension plan not modified above will remain as at present.

ARTICLE XV — INSURANCE

SECTION 1. GENERAL. Except as otherwise provided by and changed in this Agreement, life, accidental death and dismemberment, transition and bridge, weekly

64        002291

indemnity, and medical insurance coverages (i.e., hospitalization and surgical) for inactive payroll employees which were in effect during the life of the contract that expired on September 2, 1986, will continue in effect during the new agreement's life. Policies regarding eligibility for coverage and coverage effective dates which prevailed during the life of the contract that expired September 2, 1986, and which are unchanged by this Article, will continue in effect during this labor agreement's life.

## SUMMARY OF BENEFITS IN EFFECT NOVEMBER 8, 1990

| Benefits | Benefit Amounts |
|---|---|
| Life insurance for active payroll employees | $15,000 |
| Dependent insurance: | |
| Spouse | $2,000 |
| Dependent children between the ages of six (6) months and nineteen (19) years | $2,000 |
| Dependent children between the ages of five (5) days and six (6) months | $500 |
| Life insurance for pension plan retirees | $1,000 |
| Accidental death and dismemberment insurance for active payroll employees | $15,000 |

| Benefits | Benefit Amounts |
|---|---|
| Survivor income benefit insurance: | |
| Transition (twenty four (24) months) | $175/month |
| Bridge | $175/month |
| Weekly sickness and accident benefits for employees (Commencing the first day of an accident and the fourth day of a sickness for a maximum period of twenty six (26) weeks.) | $145/week |
| Medical insurance (employee and dependents): | |
| Michigan Blue Cross/Blue Shield CMM 100/200, 80-20 plan (or equivalent alternate carrier coverage) with $1000 stop loss after deductible is paid, BC/BS to pay reasonable and customary (R&C) charges; employees to co-pay five percent (5%) of monthly premium amount | |

SECTION 2. LIFE INSURANCE. Effective November 8, 1990, the insurance coverage for otherwise eligible active payroll employees will be increased from thirteen thousand dollars ($13,000) to fifteen thousand dollars ($15,000). Effective November 8, 1991, life insurance coverage for otherwise eligible active payroll employees

002292

will be increased from fifteen thousand dollars ($15,000) to seventeen thousand dollars ($17,000), and effective November 8, 1992 life insurance coverage for otherwise eligible active payroll employees will be increased from seventeen thousand dollars ($17,000) to twenty thousand dollars ($20,000).

SECTION 3. ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE. Effective November 8, 1990, accidental death and dismemberment insurance for otherwise eligible active payroll employees will be increased from eleven thousand dollars ($11,000) to fifteen thousand dollars ($15,000); effective November 8, 1991, accidental death and dismemberment insurance for otherwise eligible active payroll employees will be increased to seventeen thousand dollars ($17,000), and effective November 8, 1992, coverage will increase to twenty thousand dollars ($20,000).

SECTION 4. TRANSITION AND BRIDGE BENEFITS.

A.  TRANSITION BENEFITS ELIGIBILITY. The transition benefit monthly payment will commence on the first day of the month following your death. This payment will continue for twenty four (24) months or until you are not survived by anyone who qualifies as an eligible survivor, whichever occurs first.

The transition benefit will be paid in order of priority to:

1.  Your widow or widower, if she or he was lawfully married to you for at least one (1) year immediately prior to your death.

2.  Your unmarried child or children under twenty one (21) years of age at the time each monthly benefit becomes payable.

3.  Your parent or parents for whom you provided at least fifty percent (50%) support during the calendar year preceding the year in which your death occurred or you became continuously disabled until death.

(Since more than one individual may qualify under 2 and 3 above the monthly benefit will be divided equally among the survivors.)

B.  BRIDGE BENEFIT ELIGIBILITY. The bridge benefit is payable to your widow or widower in the form of monthly income benefits and will begin on the first day of the month following receipt of the last transition benefit payment. Your spouse must have been at least forty eight (48) but under sixty (60) years of age at the time of your death, and not remarried at the time this benefit commences. Also, if your spouse receives Social Security benefits for your dependent children, the bridge benefit will not become payable until the Social Security benefits cease.

The bridge benefit will terminate when your spouse:

1.  Remarries.

2.  Attains age sixty-two (62) or any younger age at which full widow or widower's insurance benefits are payable under the Federal Social Security Act.

3.  Ceases to qualify as an eligible survivor.

4.  Dies.

002293

D. TRANSITION AND BRIDGE DISABILITY BENEFIT
In case of total disability while insured, your survivor income benefit insurance will be continued without further cost for as long as you remain totally disabled, if:

1. The disability starts before your sixtieth (60th) birthday, and, in all probability, you will be unable to engage in any work for an extended period of time, and

2. At the time you become so disabled, you have an eligible survivor.

SECTION 5. WEEKLY SICKNESS AND ACCIDENT BENEFITS.

A. WEEKLY BENEFIT LEVEL IMPROVEMENTS. For new claims originating on and after November 8, 1990, the weekly benefit level will be increased from one hundred forth dollars ($140.00) to one hundred forty-five dollars ($145.00), which benefit will increase to one hundred fifty dollars ($150.00) per week effective November 8, 1991 and to one hundred fifty-five dollars ($155.00) per week effective November 8, 1992.

B. WEEKLY SICK AND ACCIDENT BENEFITS AND DISPUTED WORKMEN'S COMPENSATION CLAIMS. Weekly sickness and accident benefits will be payable to a Workmen's Compensation claimant whose disabling circumstances commence on and after October 1, 1978, as hereafter provided. Subject to the completion of a reimbursement agreement form provided by the Company, disability advances shall be paid to a claimant for weekly sickness and accident benefits who has alleged that the

69

disabling circumstance is work-related when the Company does not voluntarily accept liability under existing Workmen's compensation laws, providing medical evidence of total and continuous disability satisfactory to the insurance carrier is submitted. Such payments will cease should the Company's insurance carrier subsequently determine that a claimant is not eligible for weekly sickness and accident benefits.

In the event it is subsequently determined that weekly sickness and accident benefits remitted in this circumstance should not have been paid and/or should have been paid in a lesser amount, written notice shall be given to the claimant, and he shall repay the entire amount or the amount of overpayment to the insurance carrier. If the claimant fails to repay promptly, the insurance carrier shall recover the amount due and owing by making an appropriate deduction or deductions from any future benefit payment or payments payable to the employee under the group insurance program, or may cause the Company to make the appropriate deductions from future compensation payable by the Company to the claimant.

C. WEEKLY SICK AND ACCIDENT DURING MATERNITY LEAVE. The Company agrees to indemnify Local Number 1402 and the International Union against possible liability in a suit seeking to require the inclusion of maternity benefits in sickness and accident insurance coverage to a greater extent than the current program provides. The Company agrees to comply with the final litigation in this regard.

SECTION 6. MEDICAL INSURANCE.

70

002294

CMM 100/200, 80-20 PLAN. Effective November 8, 1990, eligible employees and their dependents will be covered by the Michigan Blue Cross/Blue Shield CMM 100/200, 80-20 plan (or equivalent alternate carrier coverage), with a $1000 stop loss (after deductibles are met), BC/BS (or alternate) to reimburse eligible, covered employees for reasonable and customary charges (R&C) pursuant to BC/BS's (or alternate's) schedule of reimbursable payments. Employees shall co-pay 5% of the monthly premium, said co-pay amounts to be deducted from gross pay rather than net pay under Internal Revenue Code Section 125.

PAST RETIREE (PRE - 11/08/90) MEDICAL INSURANCE COVERAGE. During the term of this Agreement Past Retiree Medical Insurance Coverage will be as follows:

1. B-77 Program. Effective November 8, 1990, eligible past retirees (and their dependents) who have retired from active service under the Pension Plan will be covered by the Michigan Blue Cross/Blue Shield B-77 Program (or equivalent alternate carrier coverage), including the FAE-VST-Reciprocity Rider. The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

2. Master Medical Program. Effective November 8, 1990, eligible past retirees (and their dependents) who have retired from active service under the Pension Plan will be covered by the Michigan Blue Cross/Blue Shield 80/20 co-pay master medical program (or equivalent alternate carrier coverage). Deductibles under

this plan shall be one hundred dollars ($100.00) individuals and two hundred dollars ($200.00) family. The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

3. Drug Coverage. Effective November 8, 1990, coverage for past retirees only under the previous contract's medical insurance program's two dollar ($2.00) co-pay drug rider under the pension plan, will continue in force and to be fully paid by the Company.

4. Medicare Co-Payment. During the life of this Agreement the Company will continue to contribute eight dollars and twenty cents ($8.20) per month toward the cost of medicare coverage for eligible past retirees and surviving spouses.

5. Premium Co-Payment. Retiree group premium co-payments must be paid on a monthly basis and may be made by cash payment or by authorized reduction in the retiree's monthly retirement benefits.

C. FUTURE RETIREE MEDICAL INSURANCE COVERAGE. Future retirees (those who retire subsequent to the effective date of this Agreement) will for the term of this Agreement be covered pursuant to the changes in medical coverage reflected by this Agreement. This includes:

1. CMM 80-20 Plan with $100/$200 Deductible. Effective November 8, 1990, employees retiring from active service (and their dependents) will be covered by the Michigan Blue Cross/Blue

002295

Shield CMM 80/20-$100/$200 Deductible Plan (or equivalent alternate carrier coverage), with a $1,000 stop loss (after deductibles are met).

Blue Cross/Blue Shield (or alternate carrier) to reimburse eligible covered retirees for reasonable and customary charges (R & C) pursuant to Blue Cross/Blue Shield's (or alternate's) schedule of reimbursable payments.

The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

2.  Medicare Co-Payment. During the life of this Agreement the Company will continue to contribute eight dollars and twenty cents ($8.20) per month toward the cost of medicare coverage for eligible retirees and surviving spouses.

3.  Premium Co-Payment. Retiree group premium co-payments must be paid on a monthly basis and may be made by cash payment or by authorized reduction in the retiree's monthly retirement benefits.

:TION 7. DENTAL INSURANCE COVERAGE.
ctive on and after September 3, 1978, eligible loyees and their covered dependents will continue e provided dental program insurance coverage at apany expense. Coverage effective dates will be as this Article's Section 8.

:TION 8. INSURANCE COVERAGE EFFECTIVE
'ES.

73

---

A.  Group Insurance coverage (i.e., life, AD&D, dependent life, transition and bridge, weekly sickness and accident) and medical insurance coverages for a new hire or a rehired employee will become effective on the thirty first (31st) day of employment, providing such employee is on the active payroll on such day.

B.  For an employee reinstated from the inactive to the active payroll, group and medical insurance coverages provided by this agreement will become effective on the effective date of placement onto the active payroll.

C.  Except for Company-paid group and medical insurance coverages for employees who retire under this agreement's pension plan, all Company-paid group and medical insurance coverages will cease on the first day immediately following termination of seniority.

D.  Company-paid group and medical insurance coverages for inactive payroll employees will be continued in accordance with the following:

1.  Life, dependent life, AD&D, transition and bridge, and medical insurance coverages will be afforded to employees who become inactive by reason of layoff, vacation leave, personal leave, or any other approved leave for two (2) calendar months following the month in which such leaves commence.

2.  Life, dependent life, AD&D, transition and bridge, and medical insurance coverages will be afforded to employees who become inactive by reason of an approved non-industrial injury

74    002296

and/or sickness, or maternity leave for six (6) calendar months immediately following the month in which such approved leaves commence.

An employee who becomes inactive by reason of layoff and/or an approved leave may purchase medical insurance coverage for eighteen (18) months immediately following the last month for which the Company remits insurance premiums in behalf of the inactive employee by making advance payments to the Company's personnel office.

An employee who becomes inactive by reason of an industrial injury and/or illness shall continue to be provided with coverages for life, dependent life, AD&D, transition and bridge, and medical insurance for a period not to exceed one (1) year. Cost of such coverages will be fully paid by the Company.

TION 9. INSURANCE HIGHLIGHT BOOKLETS. criptions of benefits and eligibility requirements h prevailed during the immediately preceding labor ement's term and improvements to which reference rein made will be reflected in insurance highlight lets which the Company will request the respective rs to provide covered employees.

TION 10. EYEGLASS PURCHASE. Effective ember 3, 1983, the Company will make available to ndents of employees (those eligible for ital/medical insurance coverage) the option to ase eyeglasses through the Company on the basis as such program has previously been ble to employees.

## Article XVI

### ARTICLE XVI — GENERAL

SECTION 1. BULLETIN BOARDS. The Company shall permit the use by the Union a sufficient space on the Company's bulletin board for the posting of notices restricted as follows:

A. Notice of Union recreational and social affairs.

B. Notice of Union elections, appointments, and results of Union elections pertaining to the plant or department involved.

C. Notice of Union meetings.

All such notices must be submitted to the Company for approval before posting.

SECTION 2. SAFETY. The Company shall continue to make reasonable provisions for the safety and health of its employees during the hours of their employment, as it has prior to the signing of this Agreement through the maintenance of its protective devices and equipment in accordance with the requirements of the state law.

In order to carry out the intent of this section, the Union shall appoint three (3) of its members to serve on the Safety Committee. The Safety Committee shall meet at least once each month. Special meetings may be held when conditions warrant. Unsafe conditions shall be reported first to the supervisor of the area. The Company will make available to the chairman of the Safety Committee its OSHA log or Workers Compensation Form 200's, which may be reviewed once per week in the Human Resource Department.

SECTION 3. CONTRACT PREEMPTION. Any

002297

greement made by representatives of either party
/hich is not consistent with the terms of this contract
hall be of no force and effect.

ECTION 4. VALIDITY OF AGREEMENT. This
,greement supersedes all prior agreements and
nderstandings, oral or written, except as they are
xpressly reaffirmed or incorporated herein. Should any
erm or terms of this Agreement be or become wholly or
artly in conflict with the laws existing during the terms
f this Agreement, the validity of the balance of this
,greement shall in no way be affected, and this
,greement shall be deemed modified to conform to the
rovisions of said existing laws.

ECTION 5. COMPLETE AGREEMENT. The parties
cknowledge that during the negotiations which
esulted in this Agreement, each had the unlimited right
nd opportunity to make demands and proposals with
espect to any subject or matter not removed by law
om the area of collective bargaining, and that the
nderstandings and agreements arrived at by the
arties after the exercise of that right and opportunity
re set forth in this Agreement. Therefore, the Company
nd the Union, for the life of this Agreement, each
oluntarily and unqualifiedly waives the right, and each
grees that the other shall not be obligated, to bargain
ollectively with respect to any subject or matter
eferred to or covered in this Agreement or with respect
o any subject or matter not specifically referred to or
overed in this Agreement, even though such subject or
natter may not have been within the knowledge or
ontemplation of either or both of the parties at the time
nat they negotiated or signed this Agreement.

ECTION 6. TRUSTEE REPORTS. Copies of all
ustees' reports of all benefit plans shall be provided

to the International Union, UAW, Solidarity House,
Detroit, Michigan (8000 East Jefferson Avenue), and to
the Regional Director, 3300 Leonard, N.E., Grand
Rapids, Michigan 49546-1026.

SECTION 7. MAILING LISTS. Within thirty (30) days
after the ratification of this Agreement and every six (6)
months thereafter during the term of this Agreement,
the Company shall give to the International Union the
names of all retirees, as well as employees covered by
this Agreement, together with their addresses and
Social Security numbers as they appear on the records
of the Company. The International Union shall receive
and retain such information in confidence and shall
disclose it only to those officials of the Union whose
duties require them to have such information.

SECTION 8. COMPENSABLE INJURIES. When,
because of a compensable injury, it is necessary for an
employee to leave his work for medical treatment on the
day of injury, he shall be paid for time lost from regular
work on the date of his injury while receiving treatment.
If the doctor determines that the employee is unable to
return to work on the day of his injury, and so notifies
the Company in writing, the employee shall be paid for
the balance of the shift on which he was injured. Other
than entitlement to weekend premium pay, an employee
is not entitled to overtime pay under this provision. If,
upon his return to work, the employee has to receive
medical treatment due to such injury, and such
treatment can only be received during his regular work
shift, he shall be paid for time lost while receiving
treatment.

SECTION 9. PRINTING OF CONTRACT. The
Company shall have the total Agreement printed in
booklet form and furnish sufficient copies to the Union

002298

ɔ each employee in the bargaining unit.

'ION 10. CHANGES OF ADDRESS. It shall be the ᴎsibility of employees to report any change of ᴉss or telephone numbers to the Company in ɡ. The employees shall get a receipt of such ᴈ from the employment office with a duplicate hed to the Union.

'ION 11. CREDIT UNION PAYROLL ᴜCTION. The credit union payroll deduction am which was in effect under the prior labor ᴉct will continue during the life of this Agreement.

'ION 12. MEMORANDUMS OF UNDERSTAND- ᴽuring negotiations, which resulted in this labor ᴉment, the Union and the Company agreed that llowing understanding will prevail during this ᴉct's term.

ROUP LEADERS. A group leader is an hourly ᴉyroll employee who is a member of the ᴉrgaining unit. He is paid a specified amount of oney above the rate of the highest rated worker in e group he leads. He works at regularly assigned ʼoduction work, and, in addition, acts as a leader his group. He may provide personal relief time for e members of the group. A group leader punches e time clock in the same manner as any other ᴎployee, and he receives overtime pay for all ʼertime hours worked. The group leader is not a ᴉpervisor.

ᴎ shifts where a supervisor is not available and a ᴜation requiring some immediate action or ᴉcision outside the authority of a group leader ᴈcurs, the group leader present shall contact the

Article XVI Continued

supervisor or designated Company representative to determine the action to be followed.

B. OVERTIME DISTRIBUTION. Overtime will not be required of an employee in accordance with this contract's Article XI, if this would require the employee to work sixteen (16) hours in succession, except on a voluntary basis. In all other situations, the labor Agreement's Article XI will be adhered to when overtime work opportunities are distributed.

C. INSPECTION DEPARTMENT SENIORITY ADMINISTRATION. Seniority within the Inspection Department will be administered as follows:

1. The Inspection Department at the plant will operate plantwide. Job classifications within the Inspection Department will be Group Leader and Floor Inspector.

2. For the purpose of training Floor Inspectors to become competent in the inspection of more than one (1) product, Floor Inspectors will be assigned to departments throughout the plant. When they have gained competence in the inspection of other product(s), they will be assigned to departments as work schedules dictate.

3. Job openings for Floor Inspectors will be posted in accordance with Article IX, Section 4 (G) herein.

D. SAFETY INSPECTIONS AND MEETINGS. The Union's designated representative will accompany federal or state safety inspectors on tours of the plant, and will be paid for regular work time

002299

issed as a consequence of such inspections.

addition, the Union Committee's chairman may
rticipate in monthly Union-Management safety
eetings and will be paid for regular work time
issed as a consequence of such meetings. Partici-
ation in monthly Union-Management safety
eetings by the Union Committee's chairman will
e in addition to participation by the three (3)
embers of the Safety Committee to which specific
ference is made in Section 2 of this contract's
ticle XVI.

NION ACCOMMODATIONS. The Company will
ovide a Union office for use by the Union
ommittee, Stewards, Union President, and Union
ce President. The design and location of such
fice shall be determined by the Company. Use of
e Union office shall be exclusively for the conduct
Union business. Access to the Union office shall
limited to those Union officials referenced above.

NDING MACHINE PROCEEDS. Periodically,
ancial statements reflecting vending machine
les and commissions, if any, will be made
ailable to the Union's financial secretary.
though the Company is willing to consider Union
ggestions for disposition of vending machine
les commissions, if any, first priority to such
nds will be to underwrite expenses of the annual
m and/or turkey program for all employees of the
lland facilities. Each employee may indicate a
eference to receive either a ham or turkey no later
n December 1, each year. If no preference is
pressed by an employee, the Company shall
termine whether a ham or turkey is given that
ployee.

---

Article XVI Continued

G. ANNUAL INVENTORY. Employees that conduct the
annual physical inventory will be chosen from the
plantwide seniority list. The most-senior employees
will be asked to accept such assignments within
their department; however, should the number of
volunteers be insufficient, the least-senior
employees on the plantwide seniority list will be
obliged to accept inventory work assignments.

In the event annual physical inventory work is
completed prior to the end of the normal work week
and production work is not resumed until the
following normal work week, inventory workers will
be assigned available work which they can do
without regard to traditionally accepted lines of
demarcation between the job classifications.

Employees participating in the annual physical
inventory shall be paid fifty cents ($.50) per hour
above the established hourly pay rate for the
Production Helper classification for the time so
employed.

H. SUPERVISORS PERFORMING BARGAINING
UNIT WORK. Supervisory employees shall not be
permitted to perform bargaining unit work except
for the following:

1. In the instruction (including demonstration) or
training of employees, provided bargaining unit
employees are present.

2. In product development work, including sample
parts to prove any new or altered tooling for the
job, provided bargaining unit employees are
present.

002300

Establishing necessary experimental operations · or pilot productions.

In emergencies, when regular employees are not immediately available (An emergency is defined as a sudden condition beyond the reasonable control of the Company).

JE-DAY VACATION. At the discretion of inagement, vacation periods of one (1) day, up to otal of three (3) one-day vacation days per year, iy be granted if requested at least three (3) days or to the day being sought. Approval of the juest for vacation time off shall not be reasonably withheld; however, refusal to grant e-day vacation requests, which are at the sole cretion of Management, are not subject to the evance and arbitration provisions of this reement.

UCATIONAL IMPROVEMENT. The Company ees to reimburse any employee the tuition, or irse fee cost, for certain short courses and/or ilt education courses successfully completed by employee, provided the course selected is ited to the plant's work activities and is approved the Company.

ON 13. PAYROLL ERROR ADJUSTMENTS. The ny shall make payroll error adjustments, for hours worked in a week, within twenty-four (24) if notification, if requested. It is understood that jjustments shall be made only in those cases he Company erred. Furthermore, it is :ood and agreed by the parties that errors for all e worked shall be corrected when notified and d in the next payroll processing routine for it on the next following payday.

SECTION 14. INSURANCE BOOKLETS. The Company and the Union will strive jointly for updated insurance booklets on a regular basis. These booklets will be printed by the insurance carrier for each and all specific benefits and shall be given to all bargaining unit employees as soon as possible after the completion of each series of contract negotiations.

SECTION 15. INSURANCE COST NOTIFICATION. The Company shall annually provide all its bargaining unit employees, upon notification by the insurance carrier of record, of any changes in their cost of continuing medical insurance, life and dependent life insurance, AD&D insurance, and bridge and transition coverage in the event of their layoff from the Company.

ARTICLE XVII — SKILLED TRADES SUPPLEMENT

SECTION 1. SKILLED TRADES DEFINITION. Skilled Trades Departments, for the purpose of this Agreement, shall mean the Tool and Die, Toolkeeper, Maintenance, Extrusion Die Maker, Extrusion Die Repair, Sample Making and Layout Inspection Departments.

SECTION 2. OCCUPATIONAL SENIORITY. Seniority in the Skilled Trades Department shall be by occupations or trades within a department. The seniority list shall be by basic classification, except that present employees of such departments shall continue to be listed in the same order shown on seniority lists last published prior to December 5, 1969. Neither this section nor any other section of this Agreement shall be interpreted to mean that the Company shall not have the right of assigning work outside of classification to fill out a Journeyman's time or to answer an emergency.

SECTION 3. FUTURE OCCUPATIONAL SENIORITY.

002301

the signing of this Agreement, seniority of
neymen in the Skilled Trades Departments shall
1 as of date of entry into such department, except
lates of the apprenticeship program; they shall
seniority as provided for in the apprenticeship
lards.

`ION 4. SENIORITY OUTSIDE SKILLED TRADES.
iction workers will not carry seniority into the
d trades occupations; however, skilled trades
ers may, in case of layoff, exercise their plant
rity as provided in Article IX of the bargaining
iment. The decision regarding layoff or exercising
seniority must be made at the time the reduction
ie occurs.

ION 5. JOURNEYMAN DEFINITION. The term
eyman," as used in this Agreement, shall mean
erson:

ho presently holds a Journeyman classification in
e plant in the skilled trades occupations,

ho has served a bona finde apprenticeship and
is a certificate which substantiates his claim of
ch service.

ho has had eight (8) years of practical experience
d can prove same with proper affidavits.

ompany may consider the possession of a UAW
iyman Card as presumptive proof of qualifica-
nder B and C above.

ON 6. FUTURE SKILLED TRADES
DYMENT. Any further employment in the skilled
occupations in this plant, after signing of this

Agreement, shall be limited to Journeymen,
apprentices, or employees in training on non-
apprenticeable job classifications.

SECTION 7. LAYOFF AND RECALL. In the case of
layoff in the Skilled Trade Departments, the following
procedure shall be used:

A. Temporary employees.

B. Probationary Journeymen.

C. Youngest-seniority employee within the occupation.

D. Youngest-seniority employee in the department,
providing the employee retained is able to perform
the available work.

E. The same procedure shall apply in the Maintenance
Department.

F. Recalls shall be made in the reverse order of the
layoffs.

SECTION 8. SKILLED TRADES OCCUPATIONS. The
following classifications shall be established in the
Skilled Trades Departments:

Tool and Die Maker
Maintenance (Electricians and Millwrights)
Extrusion Die Maker (non apprenticeable)
Extrusion Die Repair (non apprenticeable)
Sample Maker (not apprenticeable)
Layout Inspector (not apprenticeable)
Toolkeeper (not apprenticeable)

SECTION 9. APPRENTICESHIP STANDARDS. The
Company and the Union have negotiated an apprentice-

002302

. The apprenticeship standards are in
the standards of the International Union,
orenticeship standards shall be considered
ıble part of the supplementary agreement.

LABOR AGREEMENT APPLICATION. All
ı bargaining Agreement presently in
ıre not inconsistent with the supplement,
:he skilled workers.

Company determines it necessary to
e number of employees in the Extrusion
Extrusion Die Maker, Sample Maker and
ɔector classifications, such opening(s)
ɔd in the following order of preference:

ıualified Journeymen have previously
ıduced out of the classification to be
uch employee(s) shall be returned to the
:ation in accord with the recall
ɔns of the Agreement.

alified Journeymen are available
ı the recall procedure, the opening(s)
posted for bid by employees of the
ıy.

ɔgrader Trainee job is to be filled in the
ie Repair, Extrusion Die Maker, Sample
yout Inspector classification, bargaining
ɔes from other sections of the plant may
ɔd to the appropriate department and
ıs Upgrader Trainees.

rees shall be given on-the-job

experience supplemented with applicable and
available outside education to permit them to
become proficient in performing the duties of the
trade in which the individual is being trained.

D. Notice of openings for Upgrader Trainees shall be
posted on the plant bulletin boards and Upgraders
will be selected by the Company on the basis of
their overall qualifications, which shall include but
not be limited to applicable skills acquired in prior
employment, skills acquired during Wickes
Manufacturing Company and Hydro Aluminum-
Bohn employment and applicable training and
education acquired through recognized educational
institutions. When qualifications are relatively equal,
seniority will prevail.

E. Should no qualified employee apply for an
Upgrader Trainee opening, the Company may hire
a suitable qualified person from outside the
Company for training under provisions of this
Agreement.

F. Employees who are transferred into or hired into
the Upgrader Training Program shall serve a
probationary period of ninety (90) days. The
probationary period shall not include periods of
layoff and/or periods where an employee is
transferred back into a non-skilled classification.

G. Upon completion of the upgrading period, such
employee shall use his skilled trades seniority (one
hundred percent [100%] of his actual training time)
for the purpose of layoff and recall.

H. In the event of a curtailment of force in skilled
trades classification and/or classifications, such

002303

grader and/or Upgraders will be transferred out
he affected classification(s), i.e., Extrusion Die
pair, Extrusion Die Maker, Sample Maker, Layout
pector, back to their former department and
ssification in accordance with seniority
visions of this Agreement per Article IX, Section
in employee who occupies Upgrader Training
us in one (1) of the skilled trade job
isifications shall not be permitted to exercise his
grader Training seniority against an employee
upying Upgrader Training status in one (1) of
other skilled trade Upgrader job classifications.
Upgraders will exercise seniority in their own
irading classification in the event of a reduction
orce. The last individual transferred into or hired
an Upgrader classification shall be the first to
ransferred out or laid off, as the case may be,
last in, first out.

imployee may withdraw from the Upgrader
ning Program at any time and return to his
ier non-skilled classification and department in
irdance with his non-skilled trade seniority. The
ipany may remove an Upgrader Trainee during
irobationary period. The Company may remove
pgrader Trainee who has completed the
ationary period from the program for failure to
cipate in the educational program or for failure
ogress toward Journeyman status on the job.

loyees who withdraw from the Upgrader
iing Program, or elect to accept a transfer to
ier classification, or those employees who are
ived from the program per paragraph I above,
be prohibited from reentering an Upgrader
ing Program in the same classification, except
itual agreement of the Company and the Union.

89

K. An Upgrader will not be permitted to exercise shift
preference over another Upgrader during the
Upgrader Training Program and/or Journeymen
cannot exercise shift preference over an Upgrader
Trainee. Upgraders shall work those shifts which
would be most advantageous to their related
training. Upon attainment of Journeyman status,
employees are subject to shift transfer based on
their skilled trades seniority.

L. The base rate of newly-hired Upgraders, shall be as
follows:

| | |
|---|---|
| 1st three (3) months | 70% of Journeyman rate |
| 2nd three (3) months | 75% of Journeyman rate |
| 3rd three (3) months | 80% of Journeyman rate |
| 4th three (3) months | 85% of Journeyman rate |
| Next six (6) months | 90% of Journeyman rate |
| Next six (6) months | 95% of Journeyman rate |
| After two (2) years | Journeyman rate |

Seniority employees who transfer into the Upgrader
Program shall enter the program at a base rate of
twenty-four cents ($.24) per hour less than the
Journeyman rate, and thereafter shall be increased
six cents ($.06) per hour for six (6) months until the
Journeyman rate is reached. However, employees
transferring into the Upgrader Program whose
hourly base rate in their former classification is less
than twenty-four cents ($.24) per hour below the
Journeyman rate shall retain their existing base rate
until such time as the six (6) month interval of
increases permits a rate adjustment. In no case will
an employee, upon transfer into the Upgrader
Program, maintain a base rate in excess of the
Journeyman rate for the Upgrader classification
entered.

90            002304

'II Continued

:ompany will reimburse Upgrader Trainees for
'ed tools not furnished by the Company in an
nt not to exceed two hundred dollars ($200),
ows:

maximum of fifty dollars ($50) shall be
·ovided by the Company at the outset of the
aining period. A maximum of an additional
ty dollars ($50) be provided by the
ompany after successful completion of the
obationary period. A maximum of an
lditional one hundred dollars ($100) shall be
ovided by the Company after successful
·mpletion of the training program. The
ompany shall be furnished with receipts to
rify expenditure of the above monies for
quired tools.

pgrader Trainee(s) shall be required to sign a
·ent consenting to the terms and·conditions of
greement, thereby waiving:

e right to any permanent status in the Skilled
ades classification other than Upgrader
·1iority until successful completion of such
ining period.

sirable that Upgraders attain necessary
training to make them competent in as short
d of time as possible.

grader Trainee shall acquire Journeyman
·only after two (2) calendar years in the
Jer classification and following successful
etion of all related classroom instruction.
·, upon acquiring Journeyman status,
1e hours will be equalized within his own
:ation.

91

Article XVII Continued

P.  The Company agrees to pay, on behalf of those
employees covered by this Upgrader Program, for
books, registration fees, and/or tuition required in
connection with related training for a period of not
more than three (3) years under this program. When
an Upgrader Trainee is required by the Company to
attend classes outside of the normal working hours
for the purpose of facilitating training in Extrusion
Die Repair, Extrusion Die Maker, CNC Operator
and Setup, Sample Maker, or Layout Inspector, the
Company will pay the individual his applicable rate
of pay including cost-of-living, but excluding shift
premium and overtime premium for the actual
hours that an individual participates in classroom
instruction. This related training as outlined shall be
on a mandatory basis for all future employees
entering into this Upgrader Training. In the event an
employee fails to achieve a passing grade in a
course of related training, the cost of repeating
such course of instruction shall be borne by the
employee.

Q.  The Upgrader Training Program may be amended
to include additional training programs by mutual
agreement of the Company and the Union.

ARTICLE XVIII — WORK RELOCATION

Notwithstanding any other provision in this Agreement
to the contrary, the Company reserves the right to
relocate work when such relocation is determined in its
sole judgment to be in the Company's best interest on
the basis of sound business practices. Such actions
shall not be taken in a capricious or arbitrary manner.

ARTICLE XIX — TERMINATION AND MODIFICATION

This Agreement will become effective on November

92

002305

X Continued

s ratified on December 18, 1990, and shall
in full force and effect without change until
night November 8, 1993, and thereafter for a
e period of sixty (60) days, unless either party
or before the sixtieth (60th) day prior to
i, serve written notice on the other party of a
terminate, modify, alter, renegotiate, change,
this Agreement. A notice of desire to modify,
nd, renegotiate, or change, or any
ion thereof, shall have the effect of terminating
Agreement (on the expiration date) in the
iner as a notice of desire to terminate, unless
it date all subjects of amendments proposed
party have been disposed of by agreement or
awal by the party proposing the amendment.

i (10) days after receipt of any such notice, a
e will be arranged to negotiate the proposals,
:ase this Agreement shall continue in full force
until termination, as provided herein.

iall be sufficient if sent by mail, addressed, if
on, to Local Number 1402, International
iited Automobile, Aerospace and Agricultural
t Workers of America, UAW, Holland,
or to such address as the Union shall furnish
npany in writing; and, if to the Company, to
minum-Bohn, Inc., 365 W. 24th Street,
/ichigan, or to such other address as the
may furnish to the Union in writing.

Article XIX Continued

IN WITNESS WHEREOF, the Company has caused
these presents to be signed in its behalf by its duly
authorized and accredited representatives; and the
Union has caused the same to be signed in its name by
its duly authorized and accredited representatives,
officers and committeepersons this 11th day of
February, 1991:

002306

X Continued

um Bohn, Inc.

igan

_____
aw

_____
of Operations

_____
rst
nager - Fabrication

_____
is
ce Manager

International Union, United
Automobile, Aerospace and
Agricultural Implement
Workers of America, UAW,
and Local Number 1402, UAW

_Robert Rietveld_____
Robert Rietveld
President

_Don Welch_____
Donald Welch
Chairman of Bargaining Committee

_George Powell_____
George Powell
Committee Person

_Ricardo Marques_____
Ricardo Marques
Committee Person

_Ronald Clapp_____
Ronald Clapp
Committee Person

_Philip Sullivan_____
Philip Sullivan
Committee Person

_____
Steve Ayers
International Represntative

_____
Paul Mastos
Regional Director

95

ABSENTEEISM POINT MEMORANDUM
OF UNDERSTANDING

The Company agrees upon ratification of the new
contract to roll back each employee's absenteeism point
total by one (1) point.

_David a. Forbes_____
David A. Forbes, Human Resource Manager

96                     002307

## INSURANCE CO-PAYMENT MEMORANDUM OF UNDERSTANDING

Company herewith agrees that if the amount of paid by employees into the Company's medical e plan as their co-pay contribution exceeds the ge that they should have paid based upon the penses incurred over the life of this agreement, excess funds that are directly attributable to ss employee co-pay premiums paid into the be remitted to those employees who are on the s of the expiration date of the Contract in a amount based upon (1) the coverage selected by the employee (e.g., single, family, etc.) and umber of months the employee was employed e Contract term. No employee who leaves the ent of the Company prior to the expiration of ract, except by reason of layoff during the last e Contract, will be eligible for a refund of any mployee co-payments that may have accrued life of the contract.

## HYDRO ALUMINUM-BOHN
## HOLLAND, MICHIGAN
## SHOP RULES

The shop rules set forth below are not intended to be exclusive, are provided for your information and guidance; they are not a part of the Agreement between the Company and the Union. The Union reserves the right to grieve under any circumstance which they consider to be an unreasonable application of any published or unpublished Shop Rule;

THE FOLLOWING OFFENSES ARE VIOLATIONS OF SHOP RULES AND ARE GROUNDS FOR DISCIPLINARY ACTION, INCLUDING DISCHARGE:

1. Leaving job without permission or not reporting to the job on time.

2. Producing excessive scrap or inferior work through carelessness, or willfully wasting or damaging materials or supplies.

3. Theft or attempted theft or removal from the premises without proper authorization any Company property or the property of any employee.

4. Conviction of any felony.

5. False statements on employment application or giving false information at the time of employment as to a pertinent item.

6. Immoral conduct or indecent behavior on Company premises.

7. Fighting or attempting bodily injury to another on Company premises (this does not include action taken in self-defense) or provoking a fight on Company premises.

002308

Shop Rules, Continued

8. Deliberate falsification of production reports, time reports, or other similar reports.

9. Falsifying information regarding any illness, injury or request for leave of absence of any kind.

10. Intentionally and knowingly punching another employee's time card.

11. Failing to punch in and/or punch out when entering or leaving the plant or when starting or finishing an employee's assigned shift.

12. Misusing, destroying, or damaging Company property or property of any employee.

13. Making of false, vicious, or malicious statements concerning any employee, the Company, or its products.

14. Carrying, possessing or being under the influence of alcohol on Company premises or narcotics at any time, on or off Company premises, or reporting for work while under the influence of alcohol or narcotics.

5. Interfering or refusing to cooperate with the plant protection officers in the performance of their duties.

. Sleeping on the job during work hours.

. Insubordination (refusing or failing to obey an order from proper authority).

Mistakes due to carelessness.

99

Shop Rules, Continued

19. Altering or defacing Company or Union notices on bulletin boards.

20. Distributing written or printed matter of any description in violation of the Company's No Distribution Rule, unless approved by the Human Resource Department; posting or removal of notices or signs, writing or marking on Company property, without authorization from the Company.

21. Creating or contributing to unsanitary conditions or poor housekeeping.

22. Engaging in horseplay, running, scuffling, or throwing things.

23. Gambling or engaging in a lottery on Company premises.

24. Violating a safety rule or safety practice.

25. Failure to observe parking and traffic regulations on Company premises.

26. Failure to carry out a known and specified work procedure. Any instruction to deviate from such procedure must be in written form.

27. Use or possession of another employee's tools without the employee's consent.

28. Engaging in work of a personal nature on Company time and/or property.

29. Soliciting of any kind on Company premises in violation of the Company's No Solicitation Rule.

100

002309

s, Continued

ng the production area of the plant any time
han regular scheduled work shift unless
ized to do so by the Company.

K RULES ENUMERATED ABOVE ARE NOT
) TO BE ALL INCLUSIVE, AND OTHER
CONDUCT NOT LISTED MAY ALSO BE
TO DISCIPLINARY ACTION UP TO AND
G DISCHARGE.

## NO SOLICITATION/DISTRIBUTION RULE

Many outside organizations have requested permission
to solicit our employees for memberships, contributions
or participation in various activities. To protect
employee rights to privacy and preserve the integrity of
the workplace, we have developed uniform policies to
deal with these matters. Our solicitation/distribution
policies are as follows:

"To avoid interference with the efficiency or safety of
employees, solicitation by an employee of another
employee on behalf of any cause will not be permitted
during work time. Work time is all time when an
employee is expected to be engaged in work tasks, but
does not include lunch periods, break periods and time
before and after the employee's scheduled working day.
The only exception to this will be company approved
programs such as the United Way.

Similarly, to avoid littering or the disruption of work
routines, the distribution of literature, products, or other
non-business materials will not be permitted in work
areas at any time.

Company premises, including parking lots, grounds and
buildings, are private property and restricted to use by
employees and business visitors. Non-employed visitors
must have approved business reason to be permitted on
company premises."

# INDEX

| | Page |
|---|---|
| Abseenteeism and tardiness | 17 |
| Accidental death and dismemberment insurance | 67 |
| Annual inventory | 82 |
| Bereavement pay | 52 |
| Bulletin boards | 76 |
| Bumping | 25, 26 |
| Call back pay | 45 |
| Changes of Address | 79 |
| Compensable injuries | 78 |
| Complete agreement | 77 |
| Contract preemption | 76 |
| Credit union payroll deduction | 79 |
| Dental insurance | 73 |
| Disability placement option | 17 |
| Disciplinary hearings | 16 |
| Disciplinary protests | 17 |
| Discipline and discharge, general | 16 |
| Discipline penalty limit | 16 |
| Educational improvement | 83 |
| Educational leaves | 37 |
| Grievance steps | 9 |
| Group leaders | 79 |
| Holiday celebration dates | 55 |
| Holiday pay computation | 56 |
| Holidays and eligibility | 54, 56 |
| Home department recall | 23 |
| Hours of work | 38 |
| Humanitarian placement | 34 |
| Inspection department seniority administration | 80 |

## Index, Continued

| | Page |
|---|---|
| Insurance booklets | 84 |
| Insurance cost notification | 84 |
| Insurance coverage dates | 73 |
| Insurance, general | 64 |
| Job posting | 22, 24 |
| Job transfer requests | 23 |
| Journeyman definition | 85 |
| Jury duty | 54 |
| Layoffs | 25 |
| Layoff, temporary | 30 |
| Leaves of absence | 35 |
| Life insurance | 66 |
| Mailing lists | 78 |
| Management rights | 4 |
| Maternity leave | 37 |
| Medical insurance | 70 |
| Medical leave | 35 |
| Memorandums of understanding | 79 |
| New pay rate | 52 |
| Nondiscrimination | 2 |
| Off-shift Union plant entry | 15 |
| Other work during leave | 37 |
| Overtime | 38, 80 |
| Overtime equalization | 38 |
| Overtime, notice of | 39 |
| Overtime, pyramiding of | 39 |
| Overtime, Saturday | 39, 40 |
| Overtime, Sunday and Holidays | 39 |
| Overtime work opportunities | 39 |
| Paychecks | 45 |

002311

Index, Continued

| | Page |
|---|---|
| Pay rate, production standard and health and safety grievances | 14 |
| Payroll error adjustments | 83 |
| Pension plan changes | 62 |
| Pension plan, general | 61 |
| Preferential seniority | 28 |
| Printing of contract | 78 |
| Probationary period | 19 |
| Production standards | 6 |
| | |
| Recalls following layoff | 24, 27, 28, 30 |
| Report pay | 44 |
| Representation scope | 1 |
| Retirees, future | 61, 72 |
| Retirees, past | 62, 71 |
| Rule violation penalties | 16 |
| | |
| Safety | 76, 80 |
| Seniority, breakoff | 31 |
| Seniority continuation | 38 |
| Seniority coverage | 20 |
| Seniority definitions and application | 19 |
| Seniority, departmental | 19 |
| Seniority, groups | 20 |
| Seniority lists and Union officer lists | 33 |
| Seniority outside of skilled trades | 85 |
| Seniority, preferential | 28 |
| Seniority upon transfer | 19, 22, 25 |
| Shift designation | 43 |
| Shift preference | 33 |
| Shift premium | 45 |
| Skilled trades, apprenticeship standards | 86 |
| Skilled trades, definition | 84 |
| Skilled trades employment | 85 |
| Skilled trades, labor agreement application | 87 |
| Skilled trades, layoff and recall | 86 |

105

Index, Continued

| | Page |
|---|---|
| Skilled trades, occupational seniority | 84 |
| Skilled trades occupations | 86 |
| Subcontracting | 5, 6 |
| Supervisors seniority bargaining unit work | 82 |
| | |
| Termination and modification | 92 |
| Temporary transfer | 28 |
| Transfers | 23 |
| Transition and bridge benefits | 67 |
| Trustee reports | 77 |
| | |
| Union accommodations | 81 |
| Union and political leaves | 37 |
| Union bargaining committee | 7 |
| Union membership cessation | 3 |
| Union representation on overtime | 42 |
| Union shop | 2 |
| Union stewards | 7 |
| Union time away from plant | 42 |
| Union time in contract negotiations | 43 |
| Union time, permission for | 14 |
| | |
| Vacation pay | 60 |
| Vacation time off | 83 |
| Validity of agreement | 77 |
| Vending machine proceeds | 81 |
| Voluntary layoff | 27 |
| | |
| Wage administration | 49 |
| Wages | 46 |
| Weekly sickness and accident benefits | 69 |
| Work relocation | 92 |
| Workforce increases | 21 |
| Workforce reductions | 25 |

106

002312

NOTES

NOTES

002313

NOTES

002314