# EXHIBIT 17

**2003-2006 UAW - Hydro Contract**

AGREEMENT

BY AND BETWEEN



**HYDRO AUTOMOTIVE STRUCTURES**

Holland, Michigan

AND



The International Union,
United Automobile, Aerospace and
Agricultural Implement Workers of
America, UAW
and Local Number 1402

**Effective January 24, 2003**

009508

# TABLE OF CONTENTS

|  |  | PAGE |
|---|---|---|
| ARTICLE I | AGREEMENT PARTIES | 4 |
| ARTICLE II | RECOGNITION | 5 |
| ARTICLE III | UNION SECURITY | 6 |
| ARTICLE IV | MANAGEMENT | 8 |
| ARTICLE V | REPRESENTATION | 10 |
| ARTICLE VI | GRIEVANCE AND ARBITRATION PROCEDURE | 11 |
| ARTICLE VII | STRIKES AND LOCKOUTS | 15 |
| ARTICLE VIII | DISCIPLINE AND DISCHARGE | 16 |
| ARTICLE IX | SENIORITY | 20 |
| ARTICLE X | LEAVES OF ABSENCE | 31 |
| ARTICLE XI | WAGES, HOURS, AND OVERTIME | 32 |
| ARTICLE XII | HOLIDAY PAY | 42 |
| ARTICLE XIII | VACATION PROVISIONS | 46 |
| ARTICLE XIV | PENSION PLAN | 49 |
| ARTICLE XV | INSURANCE | 52 |
| ARTICLE XVI | GENERAL | 59 |
| ARTICLE XVII | SKILLED TRADES SUPPLEMENT | 70 |
| ARTICLE XVIII | WORK RELOCATION | 74 |
| ARTICLE XIX | TERMINATION AND MODIFICATION | 75 |

009509

## PREAMBLE

~~With this Agreement the parties have established a new relationship based on cooperation and with a goal of "beating our competition". Our efforts will be devoted to resolving our problems and issues as they occur and to doing all that we can to eliminate mistrust and an adversarial climate.~~

~~We will continue our joint efforts throughout the period of this Agreement and together will work to educate and encourage all employees toward achievement of our mutual objectives, which include the transformation of our workplace from one based on individual activity to one which endorses and sponsors the team concept.~~

~~We will work together at every opportunity to demonstrate our commitment to this joint vision and our hope is that our behavior as leaders of labor and management will help to eliminate any existing feelings of mistrust.~~

## ARTICLE I - AGREEMENT PARTIES

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), and Local Number 1402 thereof, hereafter referred to as the "Union", having demonstrated that it represents for purposes of collective bargaining a majority of the employees in the appropriate bargaining unit, the said International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), and Local Number 1402, and the Hydro Automotive Structures Plant located at 533 Ottawa Avenue, Holland, Michigan, hereinafter referred to as the "Company", hereby agree as follows:

WITNESSETH THAT:
WHEREAS, it is the desire of the parties hereto to promote mutual cooperation and harmony and to formulate a working agreement to cover the relationship between the Company and the Union,

THEREFORE, the parties hereto agree as follows:

009510

## ARTICLE II - RECOGNITION

**SECTION 1. REPRESENTATION SCOPE.** The Company recognizes the Union as the exclusive bargaining representative for all production and maintenance employees, including tool room, shipping and receiving employees, and team leaders, but excluding all office clerical employees, professional employees, all other plant clerical employees, technical, engineering, and professional employees, time study employees, timekeepers, foremen, assistant foremen, all other supervisors as defined in the National Labor Relations Act, and guards, for the purpose of collective bargaining with respect to rates of pay, wages, hours, dismissals, and other conditions of employment, and for the purpose of adjusting any grievance or complaints which may exist now or may arise in the future at its Plant located at 533 Ottawa Avenue, Holland, Michigan.

The Company and the Union agree to change the address of the Company to reflect the corporate address of 533 Ottawa Avenue, Holland, Michigan 49423 (with the Plant address as 365 West 24th St., Holland, Michigan 49423.

This change shall not affect the scope of representation.

**SECTION 2. NONDISCRIMINATION.** The Company will not discriminate against any employee with respect to any term or condition of employment or tenure of employment because of membership or non-membership in the Union.

Any and all reference(s) to the male gender, whether direct or implied, in this Agreement shall be construed to mean employees of either sex.

## ARTICLE III - UNION SECURITY

**SECTION 1. UNION SHOP.** All present employees who are members of the Union shall, as a condition of continued employment, maintain their membership in the Union during the life of this Agreement through regular payments of initiation fees and dues to the Union.

The Company has the right to hire new employees who do not belong to the Union, but all new employees and all present employees who are not members of the Union and who are employed as full time employees in the bargaining unit as defined in Article II, Section 1, shall, as a condition of continued employment, join the Union thirty (30) calendar days after the date of employment or the effective date of this Agreement, whichever is later, and shall thereafter maintain membership in the Union in good standing as a condition of continued employment in the bargaining unit.

Notwithstanding a new employee's obligation to join the Union after thirty (30) calendar days, each new employee must satisfactorily complete a probationary period as outlined in Section 1 of Article IX. During this probationary period, a new employee will not be

009511

covered by the terms of this Agreement and will not have recourse to any provision of the grievance procedure established by this contract. However, the Company agrees that for informational purposes, the Union will be advised of the release and/or discharge of any probationary employee.

**SECTION 2. NONDISCRIMINATION IN UNION MEMBERSHIP.** The Union agrees that membership in the Union will be available to each employee on the same terms and conditions generally applicable to other members of the Union and as are otherwise required by law. The Union further agrees that the Company will not be requested to terminate the services of any employee who has been denied membership in the Union or be requested to terminate the services of any employee for reasons other than the failure of the employee to tender the periodic dues and initiation fees uniformly required as a condition of acquiring and retaining membership.

**SECTION 3. UNION MEMBERSHIP CESSATION.** The Union will notify the Company in writing of any employee who, during the life of this Agreement, shall cease to be a member of the Union in good standing. Such notice shall be supported by an affidavit of the Secretary of the Local Union to the truth of the facts contained therein. Such employees will be discharged within two (2) days after receipt of said affidavit.

**SECTION 4. CHECKOFF.** The Company agrees to deduct from the earnings of each Union member, after the payroll deductions required by law, an amount equal to the regular initiation fees and membership dues of such member, provided the employee on whose account such deductions are to be made shall have filed a written assignment with the Company authorizing such deductions. The Union agrees to provide the necessary assignment-of-wage forms. The amounts so deducted by the Company for initiation fees and dues shall be remitted each month by the Company to the Union. In the case of special emergency dues levied by the International Union, the Company agrees, upon proper notification, to make biweekly deductions of such dues. If for any reason an employee's dues are not deducted in the scheduled pay period, the Company will deduct these dues on his first pay period following.

It is expressly understood and agreed that upon receipt of proper proof, the Union will refund to the Company, or to the employee involved, any Union dues or initiation fees erroneously withheld by the Company from any employee's earnings.

## ARTICLE IV - MANAGEMENT

~~SECTION 1. GENERAL. Except as are specifically limited by the provisions of this Agreement, the operation, control and management of the business, and all activities of the Company in connection therewith which are covered or affected by this Agreement, and the supervision and direction of the working forces in said business are and shall continue to be solely and exclusively the functions and prerogatives of the management of the Company. All of the rights, functions and prerogatives of management which are not expressly and specifically restricted or modified by one or more explicit provisions of this Agreement are reserved and retained exclusively by the Company. The Company's failure~~

5

009512

~~to exercise any function or right hereby reserved to it, or its exercising any function or right in a particular way, shall not be deemed a waiver of its right to exercise such functions or right or preclude the Company from exercising the same in some other way. Specifically, but without in any manner limiting or affecting the generality of the foregoing, it is distinctly understood and agreed that this Agreement does not affect and shall never be deemed or construed to impair or limit in any way the Company's right in its sole discretion and judgment to: determine where to locate or relocate products, materials, equipment, machinery, branch, or other facilities; whether and to what extent the work required in its business shall be performed at the location covered by this Agreement and by employees covered by this Agreement; determine the size and composition of the working force covered by this Agreement, the assignment of work, and policies affecting the selection of employees; hire, promote, transfer, assign, schedule, lay off and recall employees; establish and enforce production and quality standards; determine whether and to what extent the work required in its business will be performed by employees; establish new departments or discontinue existing departments; make or change rules, policies and practices, work standards or quotas; reprimand, discharge, or otherwise discipline employees for cause; change, combine, establish or discontinue jobs or operations, temporarily or permanently, in whole or in part, and determine when and if vacancies in the working force shall be filled; subcontract or procure others to do such of the work as the Company may from time to time deem advisable or necessary, whenever and as often as and to such extent as the Company may deem necessary or advisable; and otherwise generally to manage the operations of the Company and direct the work force. The Company shall also have the right from time to time to make and enforce such new rules applicable to employees covered by this Agreement and to enforce, change, modify or abolish existing rules applicable to employees covered by this Agreement, as it may from time to time deem necessary or advisable, unless expressly prohibited from doing so by an explicit provision or provisions of this Agreement.~~

~~**SECTION 2. PRODUCTION STANDARDS.** The Company retains the right to establish production standards, which shall be established consistent with the quality of workmanship, efficiency of operations, and the working capacities of normal operators. In the event the Union objects to a production standard established by the Company, the Company agrees to meet with the Union Bargaining Committee to discuss the manner and basis upon which the standard was established. The Company's decision regarding any dispute under this Section is not subject to and is specifically excluded from the grievance and arbitration provisions of this Agreement and will be final and binding on the Union and employees covered hereunder.~~

**SECTION 3. SUBCONTRACTING.** The Company reserves the right to continue to contract out certain building repair, maintenance, and tooling work, as has been the custom and to subcontract production work which may be over and above the acceptable burden for its regular facilities or employees for any particular type of work. However, this section will not be used for the express purpose of reducing the work force or reducing overtime. The Company agrees to notify the union when subcontracting is to occur. It is further agreed that when subcontracting occurs and subcontractors of a trade, which exist in this agreement, are in the plant the company agrees to allow a minimum of one of the

009513

tradesmen represented by this agreement work within the plant. Should no tradesmen agree to work then the company may have outside contractors in the plant without tradesmen represented by this agreement in the plant.

## ARTICLE V - REPRESENTATION

**SECTION 1. UNION BARGAINING COMMITTEE.** In all matters of collective bargaining, the Union shall be represented by a Bargaining Committee of five (5) employees, which shall include as one of its five members the President of the Union.

**SECTION 2. UNION STEWARDS.** For the purpose of collective bargaining, as it pertains to the grievance procedure, the employees shall have the right to be represented by stewards as specified below.

A. ~~DAY SHIFT~~

| ~~AREAS OF REPRESENTATION~~ | ~~STEWARDS~~ |
|---|---|
| ~~Fabrication~~ | ~~2~~ |
| ~~Extrusion~~ | ~~1~~ |
| ~~Shipping and Receiving~~ | ~~1~~ |
| ~~Skilled Trades~~ | ~~1~~ |

B. ~~AFTERNOON SHIFT~~

| ~~AREAS OF REPRESENTATION~~ | ~~STEWARDS~~ |
|---|---|
| ~~Fabrication~~ | ~~2~~ |
| ~~Extrusion~~ | ~~1~~ |
| ~~Skilled Trades~~ | ~~1~~ |

~~The Union may designate one of the afternoon shift stewards to function as chief steward.~~

C. ~~MIDNIGHT SHIFT~~

| ~~AREAS OF REPRESENTATION~~ | ~~STEWARDS~~ |
|---|---|
| ~~Fabrication~~ | ~~2~~ |
| ~~Extrusion~~ | ~~1~~ |
| ~~Skilled Trades~~ | ~~1~~ |

A. **All Shifts**

| AREAS OF REPRESENTATION | STEWARDS |
|---|---|
| Bumpers TO INCWDE FAB | 1 |
| Windshield Frame | 1 |
| Extrusion | 1 |
| Logistics (incl. shipping & recieving) | 1 |
| Skilled Trades | 1 |

7

~~Any area of representation with less than five (5) employees per shift will be represented by another steward on the shift at the completion of the existing steward's term, unless the Union and the Company agree to a different representation arrangement. Likewise, a steward may be added to an area of representation if the area exceeds five (5) employees.~~

Any department with 5 or more employees on a shift shall be entitled to a minimum of 1 steward for every shift that exceeds 5 employees. Any area that has less than 5 employees on a shift will be represented by another steward on that shift and such steward shall be appointed by the president of local 1402. Every shift shall have at least 1 steward. Skilled trades must be represented by a skilled trades steward.

It is understood and agreed between the parties that it may be necessary to change the schedule for steward representation because of changes in production operations or conditions. Any such changes shall be negotiated between the Company and the Union.

D.     The union will notify the Human Resources department in writing as to who is the designated representative for each area.

## ARTICLE VI - GRIEVANCE AND ARBITRATION PROCEDURE

**SECTION 1. GRIEVANCE STEPS.** For the purpose of this Article, a grievance shall be defined as a complaint against the Company in regard to the interpretation or application of this agreement or a complaint in regard to working conditions within the plant or on Company premises. The grievance procedure shall be as follows:

A.     **STEP ONE.** The employee, or a representative of a group of employees, or the steward of the department, or both, shall take the grievance up with the supervisor of the department. If it cannot be settled verbally, it shall be presented in writing to the employee's supervisor within three (3) working days after the event giving rise to the grievance, or three (3) working days after the employee should have reasonably learned of the event giving rise to the grievance, whichever is later.

When the grievance is reduced to writing in step one, step two, and step three, there should be set forth in the space provided in the grievance all of the following:

(a)     A statement of the grievance and the facts upon which it is based including all relevant dates and times.

(b)     The section or sections of this Agreement claimed to have been violated.

(c)     The specific remedy or correction requested.

(d)     The signature of the aggrieved person(s) and/or Union Representative.

8

009515

A management response to a grievance should include a statement of the supervisor's position.

The supervisor shall give his decision in writing within three (3) working days after the step one grievance is received. A step one resolution shall not constitute a past practice and shall be construed to be non-precedent setting. This provision does not preclude the parties from settling grievances on a non-precedent setting basis at other steps of the grievance procedure.

B.   **STEP TWO.** In the event the grievance is not settled with the department supervisor, the steward and a member of the Bargaining Committee shall present said grievance to the department manager in writing.

A second step written grievance shall be presented within three (3) working days following the supervisor's decision. The department manager shall give his decision in writing within three (3) working days after receiving the step two grievance in writing.

C.   **STEP THREE.** In the event the grievance is not settled with the department manager, it will be referred to the Human Resources Manager in writing within three (3) working days following the department manager's decision. The Human Resources Manager will place the grievance on the agenda for discussion between the Bargaining Committee, the V.P. of Operations and himself/herself at the next regularly scheduled Union-Management meeting, unless the issue is tabled by mutual written agreement. The International Representative of the Union may also attend meetings at this step of the grievance procedure.

Union-Management meetings shall be scheduled on the second Thursday of each month at 10:00 a.m., providing there are third step grievances to consider and the grievances listed on the agenda have been presented to the Company by noon on the Tuesday prior to the meeting day. The meeting date may be changed by mutual agreement. Should no grievances exist, the Company and the Union agree to continue the regularly scheduled Union-Management meetings.

Five (5)

Within ten (10) working days after the Union-Management meeting, the Human Resources Manager shall provide a written third step management response to each grievance listed on the agenda from the preceding meeting. The third step management response shall be final and binding on the employee, the Union and Company unless it is timely appealed to arbitration by the Union in accordance with the procedures set forth in this Article of the Agreement.

When a grievance has been satisfactorily settled, the terms of the settlement shall be reduced in writing, signed by both parties, and copies furnished to both parties.

D.   **ARBITRATION.** If the grievance is not resolved as provided in subsection C hereof, it may, by written notice directed by one party to the other, be referred to

009516

arbitration. Such notice shall be given within twenty (20) days after the receipt of the final written decision of the Company. Grievances concerning the interpretation or application of this agreement, except those dealing with wages, production standards, and health and safety, may be appealed to arbitration.

Selection of the arbitrator shall be done by the local Management/Designee and the Union jointly petitioning the Federal Mediation and Conciliation Service for a panel of five (5) names from which the Union and the Company shall alternately strike one name from such panel until one remains. Such remaining person shall act as the arbiter.

The decision of the arbitrator shall be in writing and shall be final and binding upon both parties. One copy of the arbitrator's decision shall be sent directly to the International Union, Arbitrator Service Department, 8000 East Jefferson Avenue, Detroit, Michigan 48214. The Company and the Union shall share equally the compensation and expenses of the arbitrator. All other arbitration expenses, including the payment of witnesses, shall be borne by the party incurring them.

The arbitrator shall have authority to interpret this agreement for the purpose of settling grievances, and he may modify penalties assessed by the Management in disciplinary discharges and layoffs; but he shall have no authority to add to or subtract from or change this agreement or to arbitrate wages, production standards, or health and safety. However the Union shall retain the right to grieve/arbitrate grievances against the employer for not enforcing company safety rules.

E.  **TIME LIMITS.** It is understood that time limits established between steps of the grievance procedure may be extended by mutual written agreement.

In the event the Union fails to either request an extension of the time limits or appeal a grievance to the next step within the time limits established in this Article of the Agreement, the grievance will be considered resolved on the basis of the Company's last answer in the preceding step of the grievance procedure.

Failure of the Company to either request an extension of grievance procedure time limits or to respond to a grievance within the time limits established in this Article of the Agreement will cause the remedy requested in the grievance to be granted.

A remedy granted as a consequence of a management time limit violation will be limited to making whole the grievant for loss of wages, fringe benefits, and seniority directly resulting from the alleged violation of this Agreement as limited by paragraph F below.

F.  **RETROACTIVITY.** Any claims, including claims for back wages by an employee covered by this agreement, or by the Union against the Company, shall not be valid for any period prior to the date the grievance was first filed. In any

10

00951'7

case, the claims shall be limited to thirty (30) days retroactive to the date the grievance was first filed.

Deductions from an employee's wages to recover overpayments made due to Company error shall be limited retroactively to a period not to exceed thirty (30) days prior to the date the employee was first notified of the overpayment.

**SECTION 2. PAY FOR UNION TIME.** Members of the Union Bargaining Committee and stewards will be paid for time spent in grievance settlement, provided, in the opinion of Management, the privilege is not abused.

Time spent in meetings with Management on grievances outside the employee's regular eight (8) hour shift will be paid for by the Company only if the Company requests that the meeting be continued beyond the employee's regular quitting time.

In the event that a shop committeeperson assigned to a shift other than days and is scheduled to attend a meeting with Management during day shift working hours within the regular work week, he will be paid at his regularly scheduled shift rate and his plant work schedule for that day may be reduced by the amount of time spent in the meeting with Management.

Union Bargaining Committee members will be paid by the Company for regular work time missed during the normal work week as a result of labor agreement negotiations with Management, and overtime hours will be paid in accordance with Article XI, Section 1 (J) herein.

The rate of pay for Union representatives while settling grievances and while meeting with Management will be their hourly rate.

**SECTION 3. PERMISSION FOR UNION TIME.** No Union representative shall seek grievance settlement or use any time for grievance investigation without first receiving permission from his supervisor. Any Union representative authorized to function in a department in which he is not employed must notify his own supervisor before leaving his job or department and must check with the supervisor of the department to which he is going before proceeding further. The Company will recognize only the Union representative(s) designated to handle grievances in the appropriate step of this procedure.

**SECTION 4. PAY RATE, PRODUCTION STANDARD AND HEALTH AND SAFETY DISPUTES.** Any dispute concerning a rate or production standard which cannot be settled with the supervisor or the Area Manager shall be immediately reduced to writing and presented by a Union Bargaining Committee member to the Company. The Company will promptly investigate and attempt to resolve such dispute. If the Union requests that an industrial engineer or time study person from the International Union be given an opportunity to investigate the disputed standard, such representative shall be allowed access to observe the job in dispute upon application to the Company in advance of the date of plant entry. He will, likewise, be permitted to check with the Company industrial

11

009518

engineer. It is expressly understood that pay rates and production standards may be set at the exclusive discretion of the Company, and disputes over these issues are not subject to and are specifically excluded from the grievance and arbitration provisions of this Agreement. The same procedure will be followed at the Union's request by the International Compensation and Safety Department representative in disputes involving health and safety.

**SECTION 5. OFF-SHIFT PLANT ENTRY.** When entering the plant on his own time for the purpose of investigating a grievance on an off-shift, the President, or his alternate in case of the President's absence, shall sign in with the plant guard or plant supervision and report first to the supervisor on the shift. When entering a department for the purpose of this investigation, the President, or his alternate in case of the President's absence, will make his presence known to the department supervisor and will not discuss the grievance with any employee without first receiving permission from the supervisor, which permission will not be unreasonably withheld.

## ARTICLE VII - STRIKES AND LOCKOUTS

The Company agrees that during the term of this Agreement there shall be no lockouts. A layoff due to lack of work shall not be construed as a lockout.

The Union agrees that during the term of this Agreement there shall be no strikes, slowdowns, or stoppage of work, and not even after the term of the Agreement has expired unless authorized by the International Union, UAW. It is understood that the above prohibition will be applicable to strikes or work stoppages in support of, or in sympathy with, strikes or work stoppages by any other local union or labor organization at this or in any other location.

## ARTICLE VIII - DISCIPLINE AND DISCHARGE

**SECTION 1. GENERAL.** It is mutually agreed that the Company may adopt and publish rules of conduct for all employees, governing their conduct while upon the premises of the Company, provided that such rules are not contrary to the terms of this Agreement.

**SECTION 2. RULE VIOLATION PENALTIES.** Any employee of the Company who violates the published rules of conduct or other reasonable published requirements of the Company shall be subject to disciplinary action by the Company up to and including discharge.

**SECTION 3. DISCIPLINE PENALTY LIMIT.** It is recognized that an employee should be allowed to improve his status; therefore, disciplinary action shall relate only to those violations of the immediate past twelve (12) calendar months.

**SECTION 4. DISCIPLINARY HEARINGS.** An employee who is removed from his work or called to an office for an interview regarding unsatisfactory work or conduct or for

009519

violation of shop rules maybe represented by his steward or committeeman. The employee will be informed of his right to such representation.

The Company agrees to permit any seniority employee who has been disciplined by layoff or discharge to present his case to Management at the earliest possible date.

An employee will be suspended from work in the event violation of a plant rule warrants consideration of discharge. Imposition of the discharge penalty or of any lesser penalty Management may subsequently decide to impose will be delayed for five (5) working days, during which time two Committee members and the employee may meet with a member of management to present the employee's case, provided the Union requests such meeting promptly subsequent to notification of the suspension.

**SECTION 5. DISCIPLINARY PROTESTS.** In the event a discharged or disciplined employee desires to have the Union review the case with the Company, the matter will be handled in accordance with the grievance procedure as outlined in Article VI hereof.

**SECTION 6. DISABILITY PLACEMENT OPTION.** The parties agree to comply with the American's with Disabilities Act.

**SECTION 7. ABSENTEEISM PROGRAM**

## No Fault Attendance Policy Guidelines

**General Description:**

A standard work week for hourly employees is 40 hours. There may, however, be situations that prevent you from working a standard week. Bank hours are unpaid time off for personal and illness needs up to a maximum of 64 hours. Bank hours are prorated based on individual start dates. Use of bank hours is subject to the approval of the appropriate Manager/Supervisor. Appropriate advance notice of the use of sick/personal time is required.

After all available bank hours are used, further absences from work may affect the employees attendance record. Excessive absenteeism will result in disciplinary action, up to and including discharge. Time off for bereavement, disability, jury duty, military duty, worker's compensation leave, Family and Medical Leave, Union leave, or lack of available work are exceptions and are not recorded as bank hours.

Each employee is allocated 64 "bank hours" each year to use for time off from work without pay. Time is deducted from the bank each time the employee misses any time from work including tardiness and leaving work early. Employees who have maintained a full or partial bank account are rewarded in cash at the end of the year. All employees are encouraged to be at work and save the hours for real emergencies. Once your bank is empty, progressive discipline begins.

009520

## Prorated bank hours and year-end payouts:

| Start Date | Bank Hours | Attendance Pay Out |
|---|---|---|
| Prior to January 1 | 64 | $200 with 32+ |
| January | 60 | $180 with 30+ |
| February | 56 | $165 with 28+ |
| March | 52 | $150 with 26+ |
| April | 48 | $135 with 24+ |
| May | 44 | $115 with 22+ |
| June | 40 | $100 with 20+ |
| July | 36 | $ 80 with 18+ |
| August | 32 | $ 60 with 16+ |
| September | 28 | $ 50 with 14+ |
| October | 24 | $ 35 with 12+ |

## Guidelines:

If you are a full-time employee hired prior to January 1st., you will receive a "bank" of 64 hours to be used to cover absences from work. If at the end of the year you have 32 or more of the 64 bank hours remaining, you'll receive a cash award of two hundred dollars ($200).

Employees hired during the calendar year will receive the prorated amount of bank hours to use. If at the end of each year you have 50 percent or more of your bank hours remaining, a prorated cash award will be given depending upon your start date.

Bank hours are unpaid and do not carry over into the next calendar year.

Absences that are qualified events under FMLA or are covered by a paid benefit program (disability, worker's compensation, bereavement, holidays) do not result in a deduction from your bank.

Disciplinary action will be taken when you exceed your allotted number of bank hours:

| | |
|---|---|
| Exceeds 64 hours: | Written warning |
| Exceeds 76 hours: | 2nd written warning |
| Exceeds 88 hours: | Termination |

Employee Bank Hours will be refreshed January 1st of each year.

## Employee Call-In

009521

Employees who fail to call in a minimum of one-half hour prior to the start of their scheduled shift shall be subject to progressive discipline. The Company will make known to the union and the employees its procedure for calling in absences.

Employees who fail to call in a minimum of fifteen minutes prior to the start of their scheduled shift shall be subject to progressive discipline. The Company will make known to the union and the employees its procedure for calling in absences. Employees may call in one half hour prior to the start of their shift a take vacation·time in 4 hour increments.

## Overtime Guidelines

The attendance and tardy policies are in effect for any overtime hours worked outside your normal work schedule.

If you fail to report for committed overtime hours you will receive a deduction from your bank hours of no more than your normal scheduled shift.

## Tardy Policy Guidelines

**General Description:**

Being on time does not mean being in the plant; it means being at your line ready to work. You are tardy if you fail to report at the beginning of your shift. If you are not available at the beginning of your shift, a minimum of 6 minutes will be deducted from your bank (1/10th of one hour).

**Guidelines:**

Notification guidelines: To avoid a tardy, you must provide your supervisor 24 hours notice prior to the event. Notification may be given at anytime during the previous day's shift. Notification for Sunday or Monday should occur on the previous Friday. Bank hours will be charged even if a tardy is avoided.

A written warning will occur at three tardies and the second written warning will be issued at six tardies. A counseling with the Human Resources Manager will occur at seven tardies. Termination may result for eight tardies in a 12 month period.

009522

**Guidelines:**

Notification guidelines: To avoid a tardy, you must provide your supervisor 8 hours notice prior to the event. A written warning will occur at four tardies and the second written warning will be issued at six tardies. A counseling with the Human Resources Manager will occur at seven tardies. Termination may result for nine tardies in a 12 month period.

## ARTICLE IX - SENIORITY

**SECTION 1. PROBATIONARY PERIOD.** All new employees will serve a continuous ninety (90) sixty (60) day probationary period without acquiring seniority after which, if the Company, at its sole discretion, determines that their work has been satisfactory, their seniority shall be considered as beginning with the first day of their most recent continuous service. During their probationary period, employees will not come under this Agreement except as specifically provided. It is recognized that the probationary period is a part of the Company's selection process and that transfer, reassignment or retention of any employee during the probationary period shall be at the sole discretion of the Company. Those persons who have worked at least forty-five (45) days and who are rehired within four (4) weeks after a break in service during the probationary period will receive credit toward fulfilling their probationary period requirement equal to the number of consecutive work days worked without interruption prior to the break in service. There shall be no seniority among probationary employees, and they may be laid off, disciplined, discharged or otherwise terminated at the sole discretion of the Company and without recourse to any provisions of the Agreement.

**SECTION 2. SENIORITY DEFINITIONS AND APPLICATION.** Each employee covered by this Agreement shall have plant seniority and home department seniority. Home department seniority will apply to the classification into which an employee is hired or into which he is transferred or transfers, or into which he bumps. When the qualification periods listed herein are met, both shall be equal to the total length of service with the Company for all non-Skilled Trades classifications. Home department seniority in the Skilled Trades will be based upon date of entry into the Skilled Trades classification.

Plant seniority is defined as the length of time of continuous service of an employee with the Company. For purposes of this Agreement, continuous service is defined as uninterrupted employment not affected by a break or loss of seniority as specified in this Article IX, Section 11.

Simultaneously with the signing of this Agreement, the Company and the Union have agreed upon a seniority list containing the names of all the employees within the bargaining unit covered by this Agreement, and such list contains the name of each employee and the date from which his length of service shall be determined. This list, by reference, shall be an integral part of this Agreement. The seniority list will be amended and posted every six (6) months and a copy of the seniority list will be given to the Union.

009523

classification on the basis of bargaining unit seniority. The most senior bidder will not be awarded a posted classification if he has failed to satisfactorily perform the duties of the posted classification on a previous occasion. Length of trial period, and whether the employee has satisfactorily completed the trial period shall be determined by the Company.

5) Street Recall — If the vacancy cannot be filled through home department recall, department posting, transfer, or plant-wide posting then the most senior employee on lay off to the street will be recalled. Recalled employees must accept the first open classification unless they are on voluntary lay off.

6) New Hire — If the vacancy cannot be filled through home department recall, department posting, transfer, plant-wide posting or street recall, then the company may fill the classification by hiring a new employee.

**B. INCREASES IN GROUP 2 CLASSIFICATIONS:**

1) Home Department and Street Recall — If a Group 2 classification becomes vacant, the most senior active payroll employee that held the classification prior to being laid off to another classification or the street will be recalled. An employee that has transferred, or bid and been selected for a new classification, will not be recalled to his immediately preceding home department unless the employee is being recalled to a higher classification. In all other situations an employee must accept recall to his home department.

2) Downgrade — Employees within a department shall be allowed to downgrade from a higher paying position to a lower paying position provided that there is a vacant position for he/she to fill. Downgrading shall be considered first, prior to transfers or posting should vacancies need to be filled within a department. Downgrading will not effect the one year bidding period as defined in Article IX, Section E. An employee shall only be allowed to downgrade once every six months.

3) Department Posting — If a Group 2 classification cannot be filled through home department or street recall, then employees of the department wherein the opening exists will be afforded the first opportunity to fill an open classification. A notice of opening will be posted on the bulletin board of the department for two (2) working days. The Company will award the classification to the most senior employee bidding on the classification.

4) Plant-wide Posting — If a Group 2 classification cannot be filled through home department recall, street recall, or department posting then the classification shall be posted plant-wide. A notice of opening will be posted on the bulletin board of the department for two (2) working days. The Company will award the opening to the most senior employee bidding on the classification

5) New Hire — If the Company can not fill the classification through home department recall, street recall, department posting, or plant-wide posting, then the Company may fill the classification by hiring a new employee.

**C. INCREASES IN GROUP 3 (NON SKILLED TRADES) CLASSIFICATIONS:**

1) Home Department and Street Recall — If a Group 3 (Non-skilled trades) classification becomes vacant, the most senior active payroll employee that held the

18

009524

**SECTION 3. SENIORITY GROUPS.** All employees will establish plant-wide and departmental seniority in a classification within one of the following seniority groups:

A. ~~Group 1~~ ~~Janitors~~
                        Cleaned Up

. Group 2 - Janitors, Extrusion Operator, Die Service Person, , Inventory Control, , Utility Driver, Logistics Hi-Lo, Extrusion Press Operator/Utility, Set-up Operators, CNC Operator/Programmer, Robotic/MIG Welder.

C. Group 3 - Die Technician, Sample Maker, Tool and Die Maker, Tool Keeper, CMM Operator/Programmer, Quality Support Technician (Non Skilled Trades), Quality Support Leader (Non Skilled Trades), Team Leader (Non-Skilled Trades), Millwright, and Electrician.

**SECTION 4. WORK FORCE INCREASES.** The procedure reflected within this Section will be followed when new bargaining unit jobs or vacancies occur.

A. ~~INCREASES IN POSTED GROUP 1 CLASSIFICATIONS:~~
~~1) Home Department Recall   If a posted Group 1 classification becomes vacant, the most senior active payroll employee that (1) is working in the department wherein the vacancy exists and (2) held the classification prior to lay off, will be recalled. An employee that has transferred, or bid and been selected for a new classification, will not be recalled to his immediately preceding home department. In all other situations an employee must accept recall to his home department.~~
~~2) Department Posting   If a posted Group 1 classification can not be filled through home department recall, then employees of the department wherein the opening exists will be afforded the first opportunity to fill an open classification. A notice of opening will be posted on the bulletin board for two (2) working days. Employees shall be considered for the classification on the basis of department seniority. The most senior bidder will not be awarded a posted classification if he has failed to satisfactorily perform the duties of the posted classification on a previous occasion. Length of trial period, and whether the employee has satisfactorily completed the trial period shall be determined by the Company.~~
~~3) Transfers   If the vacancy cannot be filled through a home department recall or department posting, then the most senior employee that has applied for a transfer to the department wherein the vacancy exists will be awarded the opening provided that the employee has not failed to perform similar work on a previous occasion.~~
~~4) Plant-wide Posting   If an opening can not be filled through home department recall, department posting, or transfer, then the classification shall be posted plant-wide for a period of two (2) working days. Employees shall be considered for the~~

009525

~~classification prior to being laid-off to another classification or the street will be recalled. An employee that has transferred, or bid and been selected for a new classification, will not be recalled to his immediately preceding home department unless the employee is being recalled to a higher classification. In all other situations an employee must accept recall to his home department.~~

~~2) Plant-wide Posting - If a Group 3 (Non-skilled Trades) classification cannot be filled through home department recall, or street recall then the classification shall be posted plant-wide. A notice of opening and the required qualifications will be posted on the bulletin board of the department for two (2) working days. The Company will award the opening to the most qualified employee bidding on the classification unless two (2) or more bidders are equally qualified in which case the Company will award the opening to the most senior bidder.~~

~~3) New Hire - If the Company cannot fill the classification through home department recall, street recall, or plant-wide posting then the Company may fill the classification by hiring a new employee.~~

**B.   INCREASES IN GROUP 2 CLASSIFICATIONS:**

1) Home Department Recall - If a Group 2 classification becomes vacant, the most senior active payroll employee that held the classification prior to being laid-off to another classification will be recalled. An employee that has transferred, or bid and been selected for a new classification, will not be recalled to his immediately preceding home department unless the employee is being recalled to a higher classification. In all other situations an employee must accept recall to his home department.

2) Downgrade - Employees within a department shall be allowed to downgrade from a higher paying position to a lower paying position provided that there is a vacant position for he/she to fill. Downgrading shall be considered first, prior to transfers or posting should vacancies need to be filled within a department. Downgrading will not effect the one year bidding period as defined in Article IX, Section E. An employee shall only be allowed to downgrade once every six months.

3) Department Posting - If a Group 2 classification cannot be filled through home department or street recall, then employees of the department wherein the opening exists will be afforded the first opportunity to fill an open classification. A notice of opening will be posted on the bulletin board of the department for two (2) working days. The Company will award the classification to the most senior employee bidding on the classification.

4) Plant-wide Posting - If a Group 2 classification cannot be filled through home department recall, street recall, or department posting then the classification shall be posted plant-wide. A notice of opening will be posted on the bulletin board of the department for two (2) working days. The Company will award the opening to the most senior employee bidding on the classification

5) Street Recall - If the company can not fill the classification through step 1-4 then the most senior employee involuntarily laid off to the street shall be recalled to fill posted vacancy. If no employees are currently involuntarily laid off to the street then a new hire can be hired for vacant position.

009526

**C. INCREASES IN GROUP 3 (NON SKILLED TRADES) CLASSIFICATIONS:**

1) <u>Home Department and Street Recall</u> - If a Group 3 (Non-skilled trades) classification becomes vacant, the most senior active payroll employee that held the classification prior to being laid-off to another classification or the street will be recalled. An employee that has transferred, or bid and been selected for a new classification, will not be recalled to his immediately preceding home department unless the employee is being recalled to a higher classification. In all other situations an employee must accept recall to his home department.

2) <u>Plant-wide Posting</u> - If a Group 3 (Non-skilled Trades) classification cannot be filled through home department recall, or street recall then the classification shall be posted plant-wide A notice of opening and the required qualifications will be posted on the bulletin board of the department for two (2) working days. The Company will award the opening to the most qualified employee bidding on the classification unless two (2) or more bidders are equally qualified in which case the Company will award the opening to the most senior bidder.

3) <u>New Hire</u> - If the Company cannot fill the classification through home department recall, street recall, or plant-wide posting then the Company may fill the classification by hiring a new employee.

**D. INCREASES IN GROUP 3 (SKILLED TRADES) CLASSIFICATIONS.**
Increases in a Group 3 classification will be in accordance with Article XVII of this Agreement.

Effective January 24, 2003 the Company shall post job vacancies in the department where the vacancy exists as well as on a plantwide basis for two (2) working days. The vacancies will be filled in accordance with the provisions outlined in section 4: A, B, and C.

**E. POSTING AND BIDDING RESTRICTIONS.**
An employee who accepts a job posting shall not be eligible to sign another job posting for a period of one year after awarded job, unless laid off, bumped or removed from the job by Management.

However, once an active employee accepts a position they shall no longer have recall rights to a former position. The one year limitation will not apply if a job at a higher hourly rate opens or a new classification is created, therefore, the employee may bid on such job.

~~An employee who is awarded an opening in a Group 2 classification must complete a six (6) calendar month training period, which time period will also be required before the employee establishes plant seniority in his new classification, and the employee cannot bid out of the department for one (1) year. Shift preference may be exercised after three (3) calendar months in the new classification. The parties will make every attempt to train employees on the shift to which they will be assigned.~~

009527

An employee who accepts a posting to a new classification shall have a six month training period in which the company shall be responsible for documenting and providing all training necessary to allow the employee to perform their new job. After this six month qualification period the employee shall be deemed as qualified. All documentation of training must be signed and agreed to by employee and supervisor. Training is the sole responsibility of the company.

F. ~~CREATION OF PRODUCTION DEPARTMENTS. It is recognized by the parties that in the interest of quality and productivity, the Company may organize its work force into production departments within the fabrication or extrusion operations, which will be established as follows:~~

    a. ~~When the Company establishes a fabrication or extrusion department, the jobs within that department will be posted for bid in the departments in which the opening exists for two (2) days. Employees shall be considered for the job on the basis of seniority, provided they are physically qualified to perform the duties of the posted job.~~

    b. ~~The Company maintains the right of assignment within each production group department, and jobs within each production department will not be assigned on the basis of seniority.~~

    c. ~~In the event that an insufficient number of employees apply for the positions within the production department, the Company will fill the remaining positions by assigning the most junior employee in the classification needed.~~

    d. ~~An employee awarded a classification within a department to which he has bid or transferred will be considered ineligible to bid or transfer again for a period of one (1) year unless a higher paying position or a new job is created. In the event an employee is awarded a classification opening and within thirty (30) working days on such job is not able to meet the average requirements of that classification, the employee shall be returned to his former classification and rate provided such work is available.~~

    e. ~~A "new job" shall be defined as any added work within a present department requiring the generation of vacancies will be posted within the appropriate department as described herein. Any other additional vacancies generated by the addition of a new product line shall be posted plantwide.~~

F. **CREATION OF PRODUCTION Classifications.** It is recognized by the parties that in the interest of quality and productivity, the Company may organize its work force into production classifications within the fabrication or extrusion operations, which will be established as follows:

    a. When the Company establishes a group 2 classification, within extrusion or fabrication operations those jobs shall be posted for bid plant wide for two (2) days. Employees shall be considered for the job on the basis of seniority, provided they are physically qualified to perform the duties of the posted job.

    b. The Company maintains the right of assignment within each production classification and such jobs may not be assigned on the basis of seniority.

009528

c.  In the event that an insufficient number of employees apply for the vacancy within the classification, the Company will recall the senior employee who has been involuntarily laid off to the street. If no employees are currently involuntarily laid off to the street the company may fill the remaining positions by assigning the most junior employee in the plant to the classification needed.

d.  An employee awarded a classification to which he has bid or transferred will be considered ineligible to bid or transfer again for a period of one (1) year unless a higher paying position or a new job is created. In the event an employee is awarded a classification opening and within thirty (30) working days on such job is not able to meet the average requirements of that classification, the employee shall be returned to his former classification and rate provided such work is available.

e.  A "new job" shall be defined as any added work within extrusion or fabrication operations requiring the generation of vacancies will be posted plant wide.

## SECTION 5. REDUCTION IN FORCE AND/OR DISPLACEMENT. When the Company schedules a reduction in force, other than a temporary reduction as defined in Section 9 herein, positions shall be reduced in the following manner:

A.  Probationary employees shall be laid off first.

B.  Group 1 Classifications

Employees in a Group 1 classification shall be laid off in the following order:

1) Junior employees of the affected classification shall be placed into an available vacant position.
2) If a laid-off employee cannot be placed into a vacant classification he/she shall bump the junior employee of the plant.

In no such case shall an employee bump into a Group 3 non-skilled trades classification.

C.  Group 2 Classifications

Employees in a Group 2 classification shall be laid-off in the following order:

1) Junior employees of the affected classification shall be placed into an available vacant position.
2) If a laid-off employee cannot be placed into a vacant classification he/she shall bump the junior employee of the plant.

22

009529

In no such case shall an employee bump into a Group 3 non-skilled trades classification.

**D.** **Group 3 (Non-Skilled Trades) Classifications**

Employees in a Group 3 (Non-Skilled Trades) classification shall be laid-off in the following order:

1)  If a Group 3 (Non-Skilled Trades) classification employee is laid-off he/she shall bump the junior employee in the classification in the department. In cases of Team Leaders he/she shall bump the junior employee in the classification in the department that he/she leads, provided that he/she has the seniority to bump that junior employee. If he/she does not have sufficient seniority then he/she shall follow steps 2-3 below.

2)  Junior employees of the affected classification shall be placed into an available vacant position.

3)  If a laid-off employee cannot be placed into a vacant classification he/she shall bump the junior employee of the plant.

**E.** When reductions in force are necessary in Group 3 (Skilled Trades), they will be laid off in accordance with the Skilled Trades Supplementary Agreement which is part of this Agreement.

**F.** If the work force must be temporarily reduced, employees may be laid off for up to and including five (5) consecutive working days. Senior employees of the affected production classification will be given preference for available work, and the least-senior employees of the affected department classification will be laid-off, providing senior employees are able to perform required work. Temporarily laid-off employees will not be privileged to bump.

~~G. A senior employee in a classification and department being reduced in conjunction with a plant layoff may volunteer for layoff by making his written request known to the Human Resources Department by the Wednesday prior to the day the layoff is to take effect. A senior employee who elects voluntary layoff will be laid off for a minimum period of ninety (90) calendar days unless recalled through the normal recall procedures. Recalls prior to the ninety (90) day period will be in junior-to-senior employee order. When the senior employee who has exercised his voluntary layoff right returns to his classification, he must bump the junior employee in that classification; his return cannot trigger another voluntary layoff by any employee within that classification or department. An employee electing to end his voluntary layoff status must give the Company at least five working days notice prior to his return to work. Employees returning from voluntary lay off shall resume work on Mondays only.~~

23

009530

G.  A senior employee in a classification being reduced in conjunction with a layoff may volunteer for layoff by making his written request known to the Human Resources Department by the Wednesday prior to the day the layoff is to take effect. A senior employee who elects voluntary layoff will be laid off for a minimum period of ninety (90) calendar days unless recalled through the normal recall procedures. Recalls prior to the ninety (90) day period will be in junior-to-senior employee order. When the senior employee who has exercised his voluntary layoff right returns to the plant, he must bump the junior employee in the classification in which he/she took a voluntary; if the employee does not have seniority to bump back into the classification they have been laid off from then they must bump junior person in the plant to get back into the plant. Such employee will not lose recall rights to their home department. Their return cannot trigger another voluntary layoff by any employee within that classification. An employee electing to end his voluntary layoff status must give the Company at least five working days notice prior to his return to work. Employees returning from voluntary lay-off shall resume work on Mondays only.

NOTE: Once an active employee has left a position through the bidding procedure, they shall no longer have recall rights to the position that they have left.

SECTION 6.
A.  **TEMPORARY TRANSFERS NOT RESULTING FROM THE LAYOFF PROCEDURE.** An employee may be temporarily transferred from one department and/or classification on a shift to another by the Company at its discretion to alleviate problems of absenteeism, lack of work, leave of absence, injury, or other temporary conditions. An employee who is transferred in accordance with this Section shall receive his current rate, or the rate of the job to which he is transferred, whichever is higher. An employee will not be transferred under the provisions of this Section for a period exceeding fifteen (15) calendar days on any one transfer, except that for leave of absence and vacation replacement purposes, such transfer will not exceed thirty (30) calendar days, unless otherwise mutually agreed. In the case of a transfer as a result of an authorized leave of absence or vacation replacement, the Company will establish from which department and job classification employees may be spared. The Company will seek volunteers and if no volunteers are available the Company will force the junior. No temporary transfer shall result in a shift change unless it is on a voluntary bassis.
                     We would like to discuss this language
B.  A temporarily transferred employee may not bid or exercise shift preference in the department classification in which he is temporarily transferred; however, a temporarily transferred employee may initiate interdepartmental transfer requests from his home department. The temporary transfer procedure is not intended to replace the normal job-posting procedure as outlined herein, and is to be used only to ensure the efficient operation of the plant as set forth in paragraph A.

SECTION 7. PREFERENTIAL SENIORITY. All persons elected or appointed to hold local Union positions must be employees of the Company. The President and members of

24

009531

the Bargaining Committee of the Union shall head the seniority list during their terms of office, but shall be returned to their original standing upon termination of their service on said committee or in said office. The President or members of the Bargaining Committee shall be assigned to the number 1 (day) shift, except the "night committee person" who shall be assigned to the number 2 (afternoon) shift (except during negotiations when he or she shall be assigned to the number 1 (day) shift), during their terms of office, but such Union officers shall be assigned to a shift according to their seniority upon expiration of their terms of office. Stewards shall head the seniority list in their respective departments or areas of representation during their term of office. The Local officers, committee persons, and stewards shall in the event of a layoff be continued at work as long as there is a job in their respective departments or areas of representation which they are able to do without training. Seniority under this Section will apply to layoff and recall only.

**SECTION 7. PREFERENTIAL SENIORITY.** All persons elected or appointed to hold local Union positions must be employees of the Company. The President and members of the Bargaining Committee of the Union shall head the seniority list during their terms of office, but shall be returned to their original standing upon termination of their service on said committee or in said office. The President or members of the Bargaining Committee shall be assigned to the number 1 (day) shift, except the "off shift committee person" who shall be assigned a off shift that they have natural seniority to hold (except during negotiations when he or she shall be assigned to the number 1 (day) shift), during their terms of office, but such Union officers shall be assigned to a shift according to their seniority upon expiration of their terms of office. Stewards shall head the seniority list in their respective departments or areas of representation during their term of office. The Local officers, committee persons, and stewards shall in the event of a layoff be continued at work as long as there is a job in their respective areas of representation which they are able to do with training. Seniority under this Section will apply to layoff and recall only. It is further understood that being a officer of the union holds your shift but not your job in your area of representation. Any officer who does not have natural seniority to hold their job in thier area of representation must bump the junior employee in their area of representation. If a officer is the lowest senior employee in their area of representation they must stay where they are.

**SECTION 8. EXCLUDED EMPLOYEES.** The appointment or selection of employees for supervisory positions or any other position not subject to the provisions of this Agreement is not governed by this Agreement. Present supervisory employees will retain the seniority held in the bargaining unit as of November 8, 1990.

A seniority employee promoted to a position outside of the bargaining unit after November 8, 1990 shall retain the seniority held at the time of such transfer and shall accumulate seniority while working in such position for a period not to exceed six (6) months. The Company may exercise the option to return the employee to the bargaining unit during this six (6) month period and such employee must bump jr. employee in plant. For any employee appointed or selected to a supervisory position after November 8, 1990, then failure to exercise this option will result in termination of bargaining unit seniority. Any employee appointed or selected to a supervisory position prior to November 8, 1990 shall

009532

~~retain his bargaining unit seniority, and will not be subject to termination of his bargaining unit seniority unless he returns to the bargaining unit and is later appointed to a supervisory position, in which case the termination of seniority provisions of this Section will apply.~~

**SECTION 9.   TEMPORARY LAYOFFS.**   If the work force must be temporarily reduced, employees may be laid off for up to and including five (5) consecutive working days.  Senior employees of the affected department/classification shall have the opportunity to volunteer for the temporary layoff, and the least-senior employees of the affected department classification will be laid off, ~~providing senior employees are able to perform required work~~ (ask the senior, force the junior).  Temporarily laid off employees will not be privileged to bump.  Language under this section should not be confused with voluntary layoffs, which are covered under Article IX, Section 5 G.

**SECTION 10.   RECALL NOTIFICATION.**  Employees shall be notified of their recall to work by either personal message, telephone, or telegraph, confirmed by certified mail, return receipt requested.   Upon being recalled, employees who fail to report for work within the period outlined in Section 11-D of this Article shall be considered to have voluntarily quit.

Employees shall notify the Company of their proper post office address or change of address and no consideration shall be given an employee who fails to receive notice because of failure to comply with this provision.  The Company shall give the employee a receipt of notification.  The Company shall be entitled to rely upon the address shown upon its records.

**SECTION 11.   SENIORITY BREAKOFF.**  Seniority is broken under the following conditions:

A.     When an employee quits.

B.     When an employee is discharged.

C.     Being laid off the Company payroll continuously for a period as follows:
    1.     One (1) year for seniority employees with less than one (1) year's seniority at the time of layoff.
    2.     For a period of time equal to the length of seniority at the time of layoff, up to a maximum of two (2) years for employees with one (1) to two (2) years' seniority.
    3.     Employees with more than two (2) years seniority may obtain protection for an additional year (making a total maximum of three (3) years from date of layoff) by indicating to the Company in writing that it is their intention to return to work when recalled.  Such notice must be given to the Company and the Union by registered mail fifteen (15) days  following the two (2) continuous years of layoff referred to above.

009533

D. Failure to notify the Company of intention to return to work within three (3) days after receiving notice sent by the Company through certified mail, return receipt requested, and failure to return within three (3) days from receipt of notice from the Company. No employee shall lose his seniority if failure to return to work when called is caused by sickness or accident, provided that the Company is notified in writing by a physician, and provided further that such employee upon his recovery shall immediately report to the Company for work, provided work is still available. The Chairman of the Bargaining Committee of the Union will be notified in writing of any employee's failure to report for work within three (3) days after notice has been received. In the event that the United States Postal Service returns such notice as undeliverable at the address last reported by the employee to the Company, as per this contract's Article XVI, Section 10, his seniority will be terminated.

E. Failure to come to work for three (3) consecutive days without properly notifying the Company and giving reasons acceptable to the Company for such absence. Such employee shall conclusively be presumed to be a voluntary quit.

F. When an employee retires.

G. Failure to report for work within ninety (90) calendar days after receiving a military discharge, provided, however, that discharged servicemen on medical leave of absence shall not be subject to the provisions of this subsection.

H. Failure to report for work upon the expiration of a leave of absence without giving a reason acceptable to the Company.

I. If the employee has made a redemption settlement under the Workers' Compensation Act.

J. If an employee fails to report to work at the beginning of his regularly scheduled shift on the first regular work day after a disciplinary layoff unless a satisfactory reason, acceptable to the Company, is given for failing to timely report.

**SECTION 12. SENIORITY LISTS AND UNION OFFICER LISTS.** The Company will furnish to each member of the Bargaining Committee and stewards a complete plant seniority list each six (6) months. Copies will be posted on the bulletin boards. The Company will maintain in the Human Resource Department a master seniority list which will be kept up to date at all times. Two (2) or more employees having the same date of first employment shall, for all seniority consideration, be listed as follows:

> Day shift employee ranks first, afternoon shift employee ranks second, and midnight shift employee will be given the following day's date. If two (2) or more employees begin work on the same shift, they will rank according to the order in which the employment paperwork is completed. If transferred to another department, they will be ranked according to the plant-wide master seniority list.

27

009534

The Company will furnish to the Union each month a list of additions or deletions.

The recording secretary of the Union will provide the Company with an up-to-date written list of committeepersons, officers, and stewards each six (6) months and/or whenever there are changes.

**SECTION 13.  SHIFT PREFERENCE.**  Four times each year, employees having departmental seniority may make application for transfer to another shift in the same classification and department as they are working in at the time of application.  Such applications will be made in writing to the Human Resource Department.  No further changes will be made unless an opening in the same classification and department should occur on another shift during such period.  In the event such an opening occurs, preference will be given to the longest-seniority employee who has made application for that shift.  An employee may not exercise shift preference against an employee filling a temporary vacancy or during the probationary period of any employee.  It is recognized that where necessary an experienced employee shall be assigned an off-shift for the time required to train a new employee.

When an employee is able to exercise shift preference under this section, he will be transferred as soon as possible, but in any event, if the employee has completed and filed his application by Wednesday, his transfer will be effective the following Monday; if his application is not completed and filed by Wednesday, then he will be transferred the second Monday after filing.

**SECTION 14. DISABILITY PLACEMENT.**  When an employee's absence from work is due solely to his being incapacitated for work through accident or occupational disease arising out of and within the scope of employment, he shall not lose seniority and shall be returned to work in accordance with his seniority pursuant to Article X of this Agreement as nearly as may be practicable, as if he had not suffered such disability, provided he returns to work within five (5) years or a period of time equal to his seniority, whichever is less, and is able to perform work available to him when he returns.  In the event that he is so incapacitated as not to be able to perform his regular work, he may be employed in other work which is available and which he can perform.

**ARTICLE X - LEAVES OF ABSENCE**

**SECTION 1.  FAMILY AND MEDICAL LEAVE ACT.**  We comply with the FMLA, therefore, a request for such a leave will be granted so long as it complies with the FMLA guidelines.

**SECTION 2. PERSONAL LEAVES.**  A personal leave of absence may be granted at the discretion of the Company to any employee, with at least six (6) month's seniority.  The total duration of a personal leave of absence shall not exceed two (2) months during the twelve (12) month period following the date on which the leave commences.

009535

A request for personal leave of absence must be submitted in writing to the Department Manager. The employee must state the reason he/she desires a leave on his/her application. It is agreed that leaves under this section are to be granted only under special circumstances. Should the Department Manager approve a personal leave, the employee's date of return must be specified in writing at the time the leave commences and given to the employee.

Failure to return to work on the specified date may result in the termination of the employee's employment.

**SECTION 3. OTHER WORK DURING LEAVE.** An employee while on leave of absence accepting employment by others for compensation without permission of the Company shall be deemed to have voluntarily quit.

**SECTION 4. UNION LEAVES.** Employees elected or selected to perform Union duties shall be granted leave of absence until such service shall end.

**SECTION 5. EDUCATIONAL LEAVES.** Employee veterans who have acquired seniority and other employees with seniority of one (1) or more years who desire to further their education may make application for leave of absence for that purpose. The granting of such a leave shall be subject to mutual agreement between the Company and the Union following consideration of the applicant's length of service and type of schooling to be followed. Such a leave shall be continuous for a period not to exceed twelve (12) months. Additional leaves of absence may be granted at the option of Management.

**SECTION 6. SENIORITY CONTINUATION DURING LEAVES.** Seniority shall accumulate during authorized leaves of absence.

**SECTION 7. POLITICAL SERVICE LEAVES.** In the event that an employee is elected to a governmental position within the city, county, state or federal government he/she will be eligible to return to work after his/her term is completed. He/she may return to work wherein a vacancy exists.

009536

## ARTICLE XI - WAGES, HOURS, AND OVERTIME

**SECTION 1. OVERTIME.** For the purpose of computing overtime premium pay, unless otherwise provided herein, the regular working day is eight (8) hours and regular working week is forty (40) hours.

The working week shall be deemed to commence with the number three (3) shift Monday (7:00 p.m. Sunday to 5:00 a.m. Monday) and ends one hundred sixty eight hours thereafter.

Work schedules which exceed eight (8) hours per day or forty (40) hours per week, unless otherwise provided herein, shall be compensated for as follows:

A.    **DAILY.** Time and one-half will be paid for all hours worked in excess of eight (8) hours per day in any continuous twenty-four (24) hours and for all hours worked in excess of forty (40) hours per week. When hours are worked in excess of eight (8) in twenty-four (24) hours because of an employee-requested shift change, such hours will not be considered for overtime premium pay, unless those hours otherwise qualify for such premium pay.

B.    **SATURDAY.** Time and one-half will be paid for Saturday work. No employee shall be laid off during the week for the purpose of avoiding overtime payment.

C.    **SUNDAY AND HOLIDAYS.** Double time will be paid for work on Sundays and for work on the designated holidays.

D.    **PYRAMIDING.** There shall be no pyramiding of overtime pay, and allowance made for time not worked shall not be used in computing hours worked.

E.    ~~**NOTICE.** It is understood that overtime will be compulsory when notice is given. The Company agrees that for the purposes of this Section, an employee, including probationary and qualifying employee will be notified of overtime work the preceding day, and for work to be performed on Saturdays and holidays, the Company agrees to give nine (9) working hours' notice. The notice provisions in this paragraph will not be required in the event the Company is unable to provide notice due to acts of God or circumstances outside the Company's control (e.g., sabotage).~~

E.    **NOTICE.** It is understood that overtime will be mandatory when proper notice is given. The Company agrees that for the purposes of this Section, an employee, including probationary and qualifying employee will be notified of overtime work the preceding day, and for work to be performed on

009537

Saturdays and holidays, the Company agrees to give nine (9) working hours' notice. Mandatory overtime shall occur only when the entire classification is working overtime or all of the step listed in section F below have been exhausted.The notice provisions in this paragraph will not be required in the event the Company is unable to provide notice due to acts of God or circumstances outside the Company's control (e.g., sabotage).

F.    **OVERTIME WORK OPPORTUNITIES.** When overtime is necessary, and an employee has filled the required Saturday/overtime provision as stated in section "G: of this Article, the following steps shall be followed to secure the proper number of employees required to fulfill the overtime assignment.

STEP 1.    Ask on a voluntary basis low hours senior employees within classification.

STEP 2.    Ask on a voluntary basis all qualifying employees within classification.

STEP 3.    Ask on a voluntary basis all probationary employees within classification.

STEP 4.    Ask on a voluntary basis employees outside classification.

STEP 5.    Require probationary employees (inside or outside classification).

STEP 6.    Require least senior in classification.    (Provided that the employee has not completed the three consecutive Saturday requirements).

Employees working on the same operation shall have the overtime divided equitably among them.

G.    EQUALIZATION OF OVERTIME. It is recognized by the parties that the needs of the business may require overtime work and that the jobs involved must be manned by qualified employees working on an overtime basis. The amount of overtime and the schedule for working such overtime will be established by the Company.
All employees overtime hours will be adjusted to zero (0) hours beginning January 24, 2003.

009538

With the exception of the production groups described herein, a grouping of each classification, by department, is referred to in these provisions as an "overtime equalization group."

Equalization is to occur semi-annually (every six months/the nearest Wednesday) within 20 hours.

Verification of "hours" to occur monthly between steward and supervisor to ascertain hours as final. Supervisors are to have overtime sheets given to the stewards by the 7th of every month for verification purposes. The issue is only grievable at the end of each six month period. The remedy will be payment for imbalances in violation of this provision.

The Company may organize its work force into production groups, which will work together when overtime is required. Each production group will constitute an overtime equalization group, and overtime within each group will not be balanced against any other group, including employees who are working in production helper classifications outside the posted production groups.

When an employee is given an overtime assignment, the employee shall be required to work the full scheduled number of hours. An employee shall not be required to work more than three (3) consecutive Saturdays.

When overtime opportunities are greater than the employees within an overtime equalization group, other employees qualified to perform the available work on the shift affected, will be requested to perform said overtime. In the event no qualified employee volunteers to perform the overtime work, the junior employee in the classification will be required to work.

An employee who is absent at the time he would have been offered an overtime assignment or who is unable to work the day the overtime is to be worked shall be charged on the overtime equalization list for any overtime for which he would otherwise be eligible. An employee who is given an overtime assignment and who fails to report for work without acceptable excuse will be charged double the overtime hours available to work.

Overtime will be charged on the employee's overtime equalization group record by multiplying the actual numbers of hours offered or worked by the appropriate rate of pay to be paid for such overtime (1 1/2 or 2 times). An overtime equalization record will be posted in each department and will be updated and verified on a monthly basis with the steward and supervisor.

A recalled employee or employee in a qualifying period will be charged with the average accumulated overtime hours of the overtime equalization group at the time he enters the group. Upon being laid off, or reclassified, an employee shall have all overtime charges canceled. Upon subsequent return to his equalization group, the employee will be charged with the highest accumulated overtime hours of that overtime equalization group.

It is understood that employees from other overtime equalization groups shall be charged on their overtime equalization group records for work performed outside of their overtime equalization group. If a overtime

009539

assignment is offered and no employee accepts the overtime assignment then no employee shall be charged any overtime hours for that overtime assignment.

**H.**     **UNION REPRESENTATION ON OVERTIME.** When more than five (5) employees are scheduled to work overtime in a steward's department, the steward will be offered an opportunity to work, ~~provided that he is qualified to do one of the jobs scheduled to be performed and actually performs that job during the overtime period~~. Stewards will be trained to do a job on overtime as needed and shall work in their area of representation. Stewards working on overtime pursuant to this paragraph may not handle or investigate or otherwise deal with any matter raised, before the overtime period begins, either in a formal grievance or otherwise.

*Reg.*

Additionally, steward overtime shall not be considered in the umbrella overtime equalization calculation and will not be subject to any equalization formula. Upon cessation of duties the union steward shall have his overtime hours averaged in with his group.

The Company agrees to equalize any imbalances prior to the end of the 2002 contract ratification, or make whole all losses per Article XI, Section 1, G.

**I.**     **UNION TIME AWAY FROM PLANT.** No local Union officer shall take time away from the plant for the purpose of conducting union business except with the permission of the Human Resources Manager or his designated representative. Such permission shall be granted in the event the officer leaves the plant during his work shift to perform duties for the Union and the time so taken from his regular work shift shall, for the purpose of computing pension and vacation credits, be considered as time actually worked. In the event a Union officer leaves the plant with permission, and returns to the plant during overtime hours, the overtime premium will be paid only if the Union officer actually performs bargaining unit work in the classification in which he is employed.

**J.**     **UNION TIME IN CONTRACT NEGOTIATIONS.** Time spent by the Bargaining Committee in contract negotiations will be counted as time worked for the purpose of pension credit, vacation hour requirements, vacation pay computations, and to satisfy the conditions for holiday pay if otherwise eligible.

In the event the Company requests members of the Bargaining Committee to participate in collective bargaining negotiations beyond their regularly scheduled shift, and if an overtime opportunity would otherwise have been available to the Bargaining Committee member and he indicates his availability to work the overtime, then he will be paid for and charged with the number of overtime hours missed as a result of collective bargaining

009540

negotiations. If overtime opportunities are available either before or after the commencement or conclusion of a regularly scheduled collective bargaining meeting with the Company, then the Committee member must work the overtime in order to receive the overtime pay.



K. ~~REST PERIOD & PERSONAL CLEAN-UP TIME. There shall be two 10 minute rest periods in each shift and a half hour (1/2) unpaid lunch period for an 8.5 hour shift. There shall be two 10 minute rest periods and a 15 minute paid lunch in each shift for an eight hour shift. Employees may not leave work to wash up until five (5) minutes before their scheduled lunch period and end of scheduled shift.~~

K. **REST PERIOD & PERSONAL CLEAN-UP TIME.** There shall be two 10 minute rest periods and a 15 minute paid lunch in each shift for an eight hour shift. Employees may not leave work to wash up until five (5) minutes before their scheduled lunch period and end of scheduled shift.

L. **ALTERNATE WORK SCHEDULE**
See Appendix 1.

**SECTION 2. HOLIDAY PAY COMPUTATION.** Employees will be paid eight (8) hours' pay at their regular straight-time hourly rate, ~~exclusive~~ inclusive of night shift and overtime premium for the holidays specified elsewhere in this contract, providing they meet all of the eligibility rules set forth in this contract.

**SECTION 3. SHIFT DESIGNATION.**
A. An employee whose scheduled shift starts on or after 7:00 p.m., but before 5:00 a.m., shall be deemed to be working the number three (midnight) shift.

B. An employee whose scheduled shift starts on or after 5:00 a.m., but before 10:30 a.m., shall be deemed to be working the number one (day) shift.

C. An employee whose scheduled shift starts on or after 10:30 a.m., but before 7:00 p.m., shall be deemed to be working the number two (afternoon) shift.

D. Notwithstanding any of the provisions contained in Article XI, the Company reserves the right to negotiate with the Union during the term of this contract to adjust shifts and employee work schedules to ensure efficient production and timely maintenance of plant and equipment at regular hourly rates of pay. The Union acknowledges that if accelerated production demands create excessive overtime or staffing problems the provisions in paragraphs A, B and C herein may require adjustment. If after negotiations, the Company implements a schedule not covered in this contract, the Union may utilize the grievance and arbitration procedure to challenge the newly implemented schedule.

34

009541

**SECTION 4. REPORT PAY.** An employee permitted to report for work without having been notified that there will be no work will be given four (4) hours' work or four (4) hours' pay at his regular rate. This provision shall not apply when the lack of work is due to a labor dispute at this plant, fire, acts of God, utility failure, or other causes beyond the control of the Company. ~~Employees absent at the time notice is given that there will be no work and employees reporting for work following a leave of absence will not be entitled to call in pay.~~

**SECTION 5. CALL-BACK PAY.** Any employee called back to work after he has left at the end of his scheduled shift will be given a minimum of four (4) hours' work in the plant or four (4) hours' pay at his regular hourly rate. An employee called to work during a shift other than the one he is regularly working, because of an emergency, will be paid a minimum of four (4) hours' pay. This will not include persons continuing work into another shift beyond their regular working hours or persons who report to another shift or who report early to their shift at their request.

**SECTION 6. PAYCHECKS.** Under normal conditions, day shift employee paychecks will be distributed prior to the end of their regular shift on Thursday of each week; afternoon shift employee paychecks will be distributed prior to the lunch break on Thursday of each week; and midnight shift employee paychecks will be distributed prior to the lunch break on Thursday of each week. However, any such employees who receive paychecks on Thursday and who do not complete their work shift on Thursday or who do not report to work on the scheduled next day following receipt of said paychecks will forfeit their privilege of being paid on Thursday until they have demonstrated improved work attendance.

**SECTION 7. SHIFT PREMIUM.** A shift premium of twenty-three cents ($.23) per hour will be paid to employees regularly working on the third (midnight) shift. A shift premium of eighteen cents ($.18) per hour will be paid to employees regularly working on the second (afternoon) shift.

**SECTION 8. WAGES.**
    ~~A. WAGE TABLE. Hourly pay rates by job classification during this contract's term shall be as follows~~
    **A. Classification and Wage Table.** These are the Classifications and Hourly pay rates by classification and shall exist for life of this contract:
        Update these to correct classifications

| BUMPER DEPT. | GROUP | 2003 | 2004 | 2005 |
|---|---|---|---|---|
| Team Leader Beams | 3 | 16.25 | 16.50 | 16.75 |
| Beam Set-up Operator | 2 | 14.80 | 15.05 | 15.30 |
| Bumpers Set-up Operator | 2 | 14.60 | 14.85 | 15.10 |
| Team Leader Welding | 3 | 16.25 | 16.50 | 16.75 |
| Welding Set-up Operator | 2 | 14.80 | 15.05 | 15.30 |
|  |  |  |  |  |
| EXTRUSION DEPT. | GROUP | 2003 | 2004 | 2005 |

35

009542

| Team Leader | 3 | 16.25 | 16.50 | 16.75 |
|---|---|---|---|---|
| Press Operator/Utility | 2 | 15.01 | 15.26 | 15.51 |
| Extrusion Operator | 2 | 14.60 | 14.85 | 15.10 |
| Saw Stacker Operator | 2 | 14.80 | 15.05 | 15.30 |
| Die Technician | 3 | 15.98 | 17.23 | 17.48 |
| Die Service | 2 | 14.78 | 15.03 | 15.28 |
| Quality Support Technician | 3 | 14.90 | 15.15 | 15.40 |
| Quality Support Leader | 3 | 15.26 | 15.51 | 15.76 |
| | | | | |
| **LOGISTICS DEPT.** | **GROUP** | **2003** | **2004** | **2005** |
| Receiving | 2 | 14.42 | 14.67 | 14.92 |
| Material Handler | 2 | 14.60 | 14.85 | 15.10 |
| Inventory Pull Coordinator | 2 | 14.67 | 14.92 | 15.17 |
| Truck Driver | 2 | 14.80 | 15.05 | 15.30 |
| | | | | |
| **MAINTENANCE DEPT.** | **GROUP** | **2003** | **2004** | **2005** |
| Millwright | 3 | 21.68 | 21.93 | 22.18 |
| Electrician | 3 | 21.85 | 22.10 | 22.35 |
| Oiler | 2 | 14.95 | 15.20 | 15.45 |
| Janitor | 1 | 13.84 | 14.09 | 14.34 |
| Toolkeeper | 3 | 15.22 | 15.47 | 15.72 |
| Crib Attendant | 2 | 14.60 | 14.85 | 15.10 |
| | | | | |
| **QUALITY DEPT.** | **GROUP** | **2003** | **2004** | **2005** |
| CMM Operator | 3 | 15.51 | 15.76 | 16.01 |
| CMM Operator (with CMI Certification) | | 16.51 | 16.76 | 17.01 |
| CMM Operator (with CMI & CQT Certification) | | 17.51 | 17.76 | 18.01 |
| | | | | |
| **SEATS DEPT.** | **GROUP** | **2003** | **2004** | **2005** |
| Team Leader | 3 | 16.25 | 16.50 | 16.75 |
| JCI Set-up Operator | 2 | 14.60 | 14.85 | 15.10 |
| JCI CNC Operator | 2 | 14.80 | 15.05 | 15.30 |
| Corvette Bracket Set-up Operator | 2 | 14.80 | 15.05 | 15.30 |
| | | | | |
| **STRUCTURES DEPT.** | **GROUP** | **2003** | **2004** | **2005** |
| Team Leader Pressline | 3 | 16.25 | 16.50 | 16.75 |
| Pressline Set-up Operator | 2 | 14.80 | 15.05 | 15.30 |
| Team Leader CNC | 3 | 16.25 | 16.50 | 16.75 |
| CNC Set-up Operator | 2 | 14.80 | 15.05 | 15.30 |
| Team Leader Welding | 3 | 16.25 | 16.50 | 16.75 |
| Welding Set-up Operator | 2 | 14.80 | 15.05 | 15.30 |
| Team Leader General | 3 | 16.25 | 16.50 | 16.75 |
| General Set-up Operator | 2 | 14.80 | 15.05 | 15.30 |
| | | | | |
| **TOOLING DEPT.** | **GROUP** | **2003** | **2004** | **2005** |

009543

| | | | | |
|---|---|---|---|---|
| Tool and Die Maker | 3 | 20.84 | 21.09 | 21.34 |
| Samplemaker | 3 | 15.12 | 16.37 | 16.62 |
| | | | | |

| GROUP 3 SKILLED JOB CLASSIFICATIONS | WAGE PROGRESSION STEPS | 2003 RATES | 2004 RATES | 2005 RATES |
|---|---|---|---|---|
| Sample Maker | Start rate | 14.88 | 16.13 | 16.38 |
| | After 6 months | 14.94 | 16.19 | 16.44 |
| | After 1 year | 15.00 | 16.25 | 16.50 |
| | After 1.5 years | 15.06 | 16.31 | 16.56 |
| | After 2 years | 15.12 | 16.37 | 16.62 |
| CMM Operator | Start rate | 15.27 | 15.52 | 15.77 |
| | After 6 months | 15.33 | 15.58 | 15.83 |
| | After 1 year | 15.39 | 15.64 | 15.89 |
| | After 1.5 years | 15.45 | 15.70 | 15.95 |
| | After 2 years | 15.51 | 15.76 | 16.01 |
| Die Technician | Start rate | 15.74 | 16.99 | 17.24 |
| | After 6 months | 15.80 | 17.05 | 17.30 |
| | After 1 year | 15.86 | 17.11 | 17.36 |
| | After 1.5 years | 15.92 | 17.17 | 17.42 |
| | After 2 years | 15.98 | 17.23 | 17.48 |
| Maintenance Dept. Electrician Indentured Apprentices | 1st 1,000 hours | 14.20 | 14.37 | 14.53 |
| | 2nd 1,000 hours | 15.30 | 15.47 | 15.65 |
| | 3rd 1,000 hours | 16.39 | 16.58 | 16.76 |
| | 4th 1,000 hours | 17.48 | 17.68 | 17.88 |
| | 5th 1,000 hours | 18.57 | 18.79 | 19.00 |
| | 6th 1,000 hours | 19.67 | 19.89 | 20.12 |
| | 7th 1,000 hours | 20.76 | 21.00 | 21.23 |
| | 8th 1,000 hours | 20.76 | 21.00 | 21.23 |
| | Approved by Joint Apprenticeship Committee | 21.85 | 22.10 | 22.35 |

| GROUP 3 SKILLED JOB CLASSIFICATIONS | WAGE PROGRESSION STEPS | 2003 RATES | 2004 RATES | 2005 RATES |
|---|---|---|---|---|
| Maintenance Dept. Millwright Indentured Apprentices | 1st 1,000 hours | 14.09 | 14.25 | 14.42 |
| | 2nd 1,000 hours | 15.18 | 15.35 | 15.53 |
| | 3rd 1,000 hours | 16.26 | 16.45 | 16.64 |
| | 4th 1,000 hours | 17.34 | 17.54 | 17.74 |
| | 5th 1,000 hours | 18.43 | 18.64 | 18.85 |
| | 6th 1,000 hours | 19.51 | 19.74 | 19.96 |
| | 7th 1,000 hours | 20.60 | 20.83 | 21.07 |
| | 8th 1,000 hours | 20.60 | 20.83 | 21.07 |
| | Approved by Joint | 21.68 | 21.93 | 22.18 |

009544

| | Apprenticeship Committee | | | |
|---|---|---|---|---|
| Tool and Die | 1st 1,000 hours | 13.55 | 13.71 | 13.87 |
| Indentured Apprentices | 2nd 1,000 hours | 14.59 | 14.76 | 14.94 |
| | 3rd 1,000 hours | 15.63 | 15.82 | 16.01 |
| | 4th 1,000 hours | 16.67 | 16.87 | 17.07 |
| | 5th 1,000 hours | 17.71 | 17.93 | 18.14 |
| | 6th 1,000 hours | 18.76 | 18.98 | 19.21 |
| | 7th 1,000 hours | 19.80 | 20.04 | 20.27 |
| | 8th 1,000 hours | 19.80 | 20.04 | 20.27 |
| | Approved by Joint Apprenticeship Committee | 20.84 | 21.09 | 21.34 |

Employees hired on or after January 24th, 2003 shall be paid at a rate of three ($3.00) dollars less per hour than the prevailing rate for the position. The affected employee will move toward and achieve the prevailing rate for whatever position they are in as follows: .

START:                  $3.00 less than the prevailing rate.
AFTER 1 YEAR:     $2.00 less than the prevailing rate.
AFTER 2 YEARS:   $1.00 less than the prevailing rate.
AFTER 3 YEARS:   Prevailing rate.

Explain

**B.     WAGE ADMINISTRATION GUIDELINES.**

1.     An employee placed into a higher rated or lower rated classification shall receive the wage rate of the new job classification.

An employee of a new job classification may be returned to his former job and seniority status at any time during his first forty-five (45) calendar days of employment in the new job classification if, in the supervisor's judgment, the employee has failed to show the ability necessary to continue in the new job classification.

**SECTION 9. NEW PAY RATE.** Rates for new job classifications as established by the Company shall be designated as temporary and the Union notified thereof within five (5) days of the effective date of the newly established rate. The rate shall be considered temporary for a period of one (1) month following the date of notification to the Union. During this period, the Union may request the Company to negotiate the rate for the job classification. The negotiated rate, if higher than the temporary rate, shall be applied retroactively to the date of the establishment of the temporary rate. If no request has been made by the Union to negotiate the rate within the one (1) month period or upon completion of negotiations, the temporary rate or the negotiated rate, as the case may be, shall become the established rate for the job classification, which rate will not be subject to either the grievance procedure or arbitration.

009545

**SECTION 10. BEREAVEMENT PAY.** When death occurs in an employee's family (i.e., spouse, parent or stepparent, parent or stepparent of a current spouse, child or stepchild, grandchildren, brother, brother-in-law or sister-in-law, stepbrother or half-brother, sister, stepsister or half-sister, or grandparents of employee or spouse),Aunt or Uncle, the employee will be excused upon his written request for any of the first three (3) normally scheduled working days (excluding Saturdays, Sundays and holidays) immediately following the date of death, provided he attends the funeral.

An otherwise eligible employee may elect to defer his bereavement leave to any time period within the first ten (10) consecutive days immediately following the date of death, providing he makes prior arrangements at the Company's Human Resource Department. Such deferment of bereavement leave time will not disqualify an otherwise eligible bereavement pay recipient as hereinbefore provided.

By notifying the Company in advance, an employee may extend a scheduled vacation absence by three (3) days in the event that a qualifying death occurs during his scheduled vacation absence; such extension will serve to qualify such employee for bereavement pay.

In the event a member of the employee's immediate family, as above defined, dies while in the active service of the Armed Forces of the United States, the employee may, should the funeral be delayed, have his excused absence from work delayed until the period of three (3) normally scheduled working days, which includes the date of the funeral. In the event the body of a member of the employee's immediate family, as above defined, is not buried in Continental North America solely because the cause of death has physically destroyed the body or the body is donated to an accredited North American hospital or medical center for research purposes, the requirement that the employee attend the funeral will be waived.

An employee excused from work under the above paragraph shall, after making written application, receive the amount of wages he would have earned by working during straight-time hours on such scheduled days of work which he is excused (excluding Saturdays, Sundays and holidays, or in the case of employees working in necessary continuous seven (7) days operations, the sixth (6th) and seventh (7th) work days of the employee's scheduled working week and holidays).

No employee shall be compensated under this section if he works.

**SECTION 11. JURY DUTY.** An employee with one (1) or more year's seniority who is summoned and reports for jury duty as prescribed by applicable law shall be paid by the Company an amount equal to the difference between the amount of regular straight-time wages the employee otherwise would have earned by working during straight-time hours for the Company on that day and the daily jury duty fee paid by the court (not including travel allowances or reimbursement of expenses) for each day on which he reports for or performs jury duty and on which he otherwise would have been scheduled to work for the Company. The Company's obligation to pay an employee for jury duty is limited to a maximum of sixty (60) days in any calendar year.

39

009546

In order to receive payment, an employee must give his supervisor and the Human Resource Manager prior written notice that he has been summoned for jury duty and must furnish satisfactory evidence that he reported for or performed jury duty on the days for which he claims such payment. The provisions of this section are not applicable to an employee who, without being summoned, volunteers for jury duty.

## ARTICLE XII - HOLIDAY PAY

More floating Holidays

**SECTION 1. HOLIDAYS AND ELIGIBILITY.** All hourly-rated employees shall receive holiday pay for Good Friday, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, the day after Thanksgiving, and the Christmas holiday period, providing:

A.    The employee has seniority as of the date of the holiday.

B.    The employee would otherwise have been scheduled to work on such day if it had not been a holiday.

C.    The employee must have worked the last scheduled work day prior to and the next scheduled work day after such holiday. Employees tardy on such last and next scheduled work days will lose their holiday pay if such tardiness exceeds one-half (1/2) hour during the employee's scheduled work hours for that day. Employees absent on such last scheduled work day and next scheduled work day for reasons of illness must furnish proof of illness acceptable to the Company's Human Resource Department indicating that the employee was physically incapable of working.

**SECTION 2. HOLIDAY CELEBRATION DATES.** The dates on which various holidays are celebrated during the period of this contract afford time off between the Christmas and the New Year's holidays. In the event an otherwise eligible employee is caused to work on a day subsequently designated as a holiday, he will be eligible for premium pay as prescribed by this contract; however, in the event an otherwise eligible employee is caused to work on a holiday subsequently designated to be celebrated on another date, he will be paid in accordance with pay policies established for work performed on any regular work day during any regular work week. The following list reflects those paid holidays which will be recognized by the new contract.

## HOLIDAY CELEBRATION DATES

| 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|
| 01/01/03 | Wednesday | 01/01/04 | Thursday | 12/31/04 | Friday |
| 04/18/03 | Friday | 04/09/04 | Friday | 03/25/05 | Friday |
| 05/26/03 | Monday | 05/31/04 | Monday | 05/30/05 | Monday |

40

009547

| 07/04/03 | Friday    | 07/05/04 | Monday   | 07/04/05 | Monday   |
|----------|-----------|----------|----------|----------|----------|
| 09/01/03 | Monday    | 09/06/04 | Monday   | 09/05/05 | Monday   |
| 11/27/03 | Thursday  | 11/25/04 | Thursday | 11/24/05 | Thursday |
| 11/28/03 | Friday    | 11/26/04 | Friday   | 11/25/05 | Friday   |
| 12/24/03 | Wednesday | 12/23/04 | Thursday | 12/23/05 | Friday   |
| 12/25/03 | Thursday  | 12/24/04 | Friday   | 12/26/05 | Monday   |
| 12/31/03 | Wednesday | 12/30/04 | Thursday | 12/30/05 | Friday   |

|  | **2006** |  |
|--|----------|--|
|  | 01/02/06 | Monday |

The periods between Christmas and New Year's Day shall be recognized as working time if required by customer demand.

**SECTION 3. HOLIDAY PAY COMPUTATION.** Holiday pay shall be for eight (8) hours at the eligible employee's straight time regular rate exclusive of shift differential or overtime.

**SECTION 4. ELIGIBILITY MODIFICATIONS.**

A.   Employees with seniority who have been laid off in a reduction of force during the work week prior to or during the week in which the holiday occurs will receive holiday pay.

B.   Employees with seniority who are absent from work during a regularly scheduled work week during which one (1) of the above mentioned holidays falls, due to approved leave of absence or sick leave commencing not more than one (1) week prior to or terminating not more than one (1) week after the week in which the holiday falls, shall receive holiday pay.

C.   When one of the above holidays falls within an eligible employee's approved vacation period, and he is absent from work during his regularly scheduled work week because of such vacation, he shall be paid for such holiday.

D.   When a holiday falls on Saturday, eligible employees shall receive holiday pay, provided they have worked the full scheduled shift on the last preceding scheduled work day within the week in which that holiday falls. When a holiday falls on a

009548

Sunday, holiday pay will be given for the following day if that day is observed by the federal government as a holiday.

E.  An employee who works on a holiday will receive holiday pay if otherwise eligible under the holiday procedure and will also be paid double his normal straight-time earnings for such hours worked.

F.  Employees who have accepted holiday work assignments and failed to report for and perform such work shall not receive holiday pay.

G.  Employees who are eligible to receive holiday pay under this procedure and work part of a shift that falls within the holiday shall receive straight time for such work on a holiday.

H.  For each Christmas holiday period (i.e., the holidays scheduled between Christmas and New Year's each calendar year), an employee must work the last scheduled day prior to each holiday period and the next scheduled work day after each holiday period. Failure to work either the last scheduled work day prior to or the next scheduled work day after each holiday period will disqualify the employee from holiday pay for the two (2) holidays immediately succeeding or immediately preceding such scheduled work day.

I.  An employee who commences receiving pension benefits on January 1 and is otherwise eligible for Christmas holiday period pay up to and including December 31 of the previous year will receive such holiday pay.

J.  Employees laid off during the period beginning two (2) weeks prior to the Christmas shutdown period and ending during the week following the Christmas shutdown period will be eligible for Christmas holiday period pay.

## ARTICLE XIII - VACATION PROVISIONS
Discuss in financial

**SECTION 1. VACATION TIME OFF.** Each employee who, on January 1, has one (1) or more years of seniority, shall be entitled to vacation pay as provided in this Article's Section 2; and, if such employee has worked one thousand forty (1040) hours or more during the twelve (12) consecutive calendar months immediately preceding his date of hire, he shall be entitled to time off work in accordance with the following table.



| Service on Qualifying Date | Time Off |
| --- | --- |
| Six months to One year | Two (2) days off |
| One (1) to two (2) years' service | One (1) week off |
| Two (2) to five (5) | Two (2) weeks off |

42

009549

years' service

| | |
|---|---|
| Five (5) to eleven (11) years' service | Three (3) weeks off |
| Eleven (11) years' service and over | Four (4) weeks off |

An employee who moves to a new length-of-service bracket on his anniversary hire date will be allowed vacation leave corresponding to the number of weeks for that particular year that his new bracket calls for. For example: An employee whose fifth (5th) anniversary hire date falls on September 1 is entitled to two (2) weeks' vacation time off prior to September 1. After September 1, he would be eligible for an additional one (1) week, for a total of three (3) weeks in that calendar year.

Requests for vacation time off must be made and approved by the Company at least four (4) weeks in advance, and the Company reserves the right to limit the number of leaves in any department at one time to ensure the continued efficient operation of the department.

Vacations will be allocated by seniority, except in those cases where such allocation would result in a shortage of experienced employees within the department, in which event the Company will retain the necessary employees to maintain the efficient operation of the department.

Time lost on account of industrial accidents or occupational disease, as well as time lost away from the plant by Union representatives on official Union business, shall be counted as time worked for the purpose of this section.

Vacation time unused in any calendar year shall be of no value or credit in any other year, except for one (1) week, which may be banked.

Employees will be allowed to make an election prior to January 1st of each year as to whether the employee shall take the vacation payment as a lump-sum (see Section 2) or as the days are taken.

In the event the employee elects to take the pay at the time the days are taken, any residual balance, if any, shall be paid the Wednesday prior to Thanksgiving of that year in accordance with the Agreement.

In no event will the amount of paid time off exceed the actual vacation bonus accrual.

## SECTION 2. VACATION PAY.

A.    Vacation pay will be computed in accordance with the following:

|  | % of All Earnings Except Vacation Pay & Non-negotiated Bonuses |
|---|---|
| Seniority on | During the |

009550

| December 31 | Calendar Year |
| --- | --- |
| | Discuss in Financial |
| One (1) year but less than three (3) years | 3.5% |
| Three (3) years but less than five (5) years | 4.5% |
| Five (5) years but less than ten (10) years | 6.0% |
| Ten (10) years but less than fifteen (15) years | 7.0% |
| Fifteen (15) years but less than twenty (20) years | 8.0% |
| Twenty (20) years or over | 8.5% |

B.  Employees who quit or are discharged shall receive the percentage of their vacation bonus that is equal to the percentage of hours worked in the calendar year in which they quit or are discharged, provided they have accumulated one (1) or more years' seniority at the date of quitting or discharge.

C.  Employees who retire under the terms of Article XIV of this Agreement will receive vacation bonus for the portion of the year during which they were active employees, but will not be entitled to any vacation bonus for any period after the date of retirement.

D.  For each year during the life of this Agreement, the vacation bonus will be paid no later than the first paycheck of February in the year following the calendar year in which the vacation bonus was earned.

E.  ~~ONE-DAY VACATION. At the discretion of Management, vacation periods of one (1) day may be granted if requested at least three (3) days prior to the day being sought. Approval of the request for vacation time off shall not be unreasonably withheld; however, refusal to grant one-day vacation requests, which are at the sole discretion of Management, are not subject to the grievance and arbitration provisions of this Agreement.~~

E.  ONE-DAY VACATION. Employees may call in ½ hour before their shift and take vacation days in 4 hour increments.

F.  When an employee turns in a vacation request 35 or more days prior to the requested day, the Supervisor/and or designate will either grant or deny the request no later than 30 days prior to the requested date. If management fails to respond to the employee in the time specified above, the time off shall be deemed granted.

009551

## SECTION 3. LETTER OF AGREEMENT.

All requests for vacation time must be made at least three (3) days prior to the time requested. Vacation time requested within less than 30 days of the time requested shall be granted on a first-come, first-serve basis.

The acceptance/denial of the request shall be given within 24 hours of the request.

## ARTICLE XIV - PENSION PLAN

**SECTION 1. GENERAL.** Although reflected in a separate document, the pension plan which was in effect during the life of the contract that expired on September 2, 1986, will continue as part of this labor agreement and will continue in effect during the new contract's life at Company expense. In addition, the improvements described in subsequent sections of this Article will be placed into effect on the dates indicated, at Company expense, and will be reflected in the pension plan's text.

**SECTION 2. FUTURE RETIREES.** The basic benefit level per month per year of credited service for otherwise eligible employees who retire under the pension plan's normal, early, disability, or vested deferred provisions will be $12.25 per month per year of credited service on and after October 1, 1988, $15.25 on and after December 3, 1996, $16.25 on and after December 4, 1999, $17.25 on and after December 4, 2000 and $18.25 on and after December 4, 2001 and $19.50 on and after January 24, 2005. Applicable actuarial reduction formulas specified within the pension plan will continue in effect. The benefit level per month per year of credited service in effect at the time a vested employee's service terminates will continue to be the basis for determining the monthly benefit amount when he is eligible to receive such benefits.

**SECTION 3. PAST RETIREES AND SURVIVING SPOUSES.** On and after October 1, 1978, the pension benefit of former employees, and surviving spouses of former employees, who retired under the normal, early, vested deferred, or disability features of the pension plan prior to October 1, 1978, will be increased fifty cents ($.50) per month per year of credited service.

On and after October 1, 1978, the pension benefit of former employees, and surviving spouses of former employees, who retired under the normal, early, vested, deferred, or disability features of the pension plan prior to October 1, 1978, will be increased by fifty cents ($.50) per month per year of credited service in effect at the time a vested employee's service terminates will continue to be the basis for determining the monthly benefit amount when he is eligible to receive such benefits.

## SECTION 4. OTHER PENSION PLAN CHANGES.

A.    MILITARY CREDITED SERVICE. Pursuant to the Selective Service Act, an employee who left or leaves the Company's employ and who returned or returns to the Company's employ will be credited with pension plan credited service lost while

45

009552

serving in the military of the United States government; however, in no case will the reinstatement of such credits serve to afford more pension plan credited service than such employee would have earned as a full-time employee of the Company during the time he served in the military.

B.  EARLY RETIREMENT AGE. An otherwise eligible employee may continue to retire at age fifty-five (55); however, the pension plan's early retirement reduction formula will apply to the applicable basic benefit level per month per year of credited service.

C.  SURVIVOR'S OPTION ELIGIBILITY. The survivor's option feature will apply to an otherwise eligible employee, including a disability retiree, at age fifty-five (55).

D.  PENSION BOARD MEMBER INSURANCE EXPENSE. Any insurance expense for joint Pension Board members which the ERISA Law may require will be paid by the Company.

E.  ERISA EFFECTS UPON PENSION PLAN. Any changes to the pension plan required by the ERISA Law will not reduce negotiated pension benefits.

F.  PENSION BOOKLETS. Subsequent to including ERISA Law mandated changes in the pension plan, the complete plan text will be printed, reproduced in sufficient quantity, and distributed to all employees covered by this agreement.

G.  Effective January 1, 1979, employees whose effective date of retirement is on or after January 1, 1979, and whose total years of credited service is thirty (30) or more, and whose age at date of retirement is at least fifty-five (55) years, but less than sixty-two (62), shall receive the basic benefit payable under the plan plus a supplemental benefit, the sum of which shall equal seven hundred fifty dollars ($750.00) per month. Payment of the supplemental benefit to a retiree under this provision shall cease on the retiree's sixty-second (62nd) birthday.

H.  Effective October 1, 1978, the surviving spouse benefit shall be increased from fifty-five percent (55%) to sixty percent (60%) for employees retiring on or after October 1, 1978.

I.  Pension benefit improvements which become effective with the signing of this agreement shall be funded over a period of thirty (30) years or less.

J.  Effective October 1, 1978, the Company will contribute eight dollars and twenty cents ($8.20) per month toward the cost of Medicare coverage for eligible retirees and surviving spouses.

K.  Upon receipt of a duly signed check-off authorization, the Company agrees to withhold a maximum of two dollar ($2.00) per month from the pension benefit of eligible retirees. Such monies are to be paid to the Local Union as monthly dues.

009553

L. All provisions of the present pension plan not modified above will remain as at present

## SECTION 5. 401(k) PLAN

For information purposes only, the Company provides a 401(k) Plan for qualified employees which may be modified by the employer from time to time and made known to the employees.

The Savings Plan for Holland Union Employees and the Norsk Hydro Savings Plan will merge.

## ARTICLE XV - INSURANCE

**SECTION 1. GENERAL.** Except as otherwise provided by and changed in this Agreement, life, accidental death and dismemberment, transition and bridge, weekly indemnity, and medical insurance coverage's (i.e., hospitalization and surgical) for inactive payroll employees which were in effect during the life of the contract that expired on September 2, 1986, will continue in effect during the new agreement's life. Policies regarding eligibility for coverage and coverage effective dates which prevailed during the life of the contract that expired September 2, 1986, and which are unchanged by this Article, will continue in effect during this labor agreement's life.

SUMMARY OF BENEFITS IN EFFECT
JANUARY 24, 2003

| Benefits | Benefit Amounts |
|---|---|
| Life insurance for active payroll employees | $ 40,000 |
| Dependent insurance: | |
| Spouse | $ 2,000 |
| Dependent children between the ages of six (6) months and nineteen (19) years | $ 2,000 |
| Dependent children between the ages of five (5) days and six (6) months | $ 500 |

47

009554

| | |
|---|---|
| Life insurance for pension plan retirees | $ 1,000 |
| Accidental death and dismemberment insurance for active payroll employees | $ 80,000 |

Survivor income benefit insurance:

      Transition (twenty four
      (24) months)
      $350/month

      Bridge
      $350/month

Weekly sickness and accident
benefits for employees
(Commencing the first day of an
accident and the fourth day of
a sickness for a maximum period
of twenty six (26) weeks.)
$250/week.
      Effective January 24, 2005 increases to   $300/week.


Medical insurance (employee and
dependents):

      Michigan Blue Cross/Blue
      Shield CMM 100/200(with
      Annual Physical coverage),
      80-20 plan (or equivalent
      alternate carrier coverage)
      with $1000 stop loss after
      deductible is paid, BC/BS
      to pay reasonable and
      customary (R&C) charges;


**SECTION 2. LIFE INSURANCE.** Effective January 24, 2003, the insurance coverage
for otherwise eligible active payroll employees will be forty thousand dollars ($40,000).

009555

**SECTION 3. ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE.**
Effective January 24, 2003, accidental death and dismemberment insurance for otherwise eligible active payroll employees will be eighty thousand dollars ($80,000).

**SECTION 4. TRANSITION AND BRIDGE BENEFITS.**

A.  **TRANSITION BENEFITS ELIGIBILITY.** The transition benefit monthly payment will commence on the first day of the month following your death. This payment will continue for twenty four (24) months or until you are not survived by anyone who qualifies as an eligible survivor, whichever occurs first. The transition benefit will be paid in order of priority to:
    1.  Your widow or widower, if she or he was lawfully married to you for at least one (1) year immediately prior to your death.
    2.  Your unmarried child or children under twenty one (21) years of age at the time each monthly benefit becomes payable.
    3.  Your parent or parents for whom you provided at least fifty percent (50%) support during the calendar year preceding the year in which your death occurred or you became continuously disabled until death.
    (Since more than one individual may qualify under 2 and 3 above, the monthly benefit will be divided equally among the survivors.)

B.  **BRIDGE BENEFIT ELIGIBILITY.** The bridge benefit is payable to your widow or widower in the form of monthly income benefits and will begin on the first day of the month following receipt of the last transition benefit payment. Your spouse must have been at least forty eight (48) but under sixty (60) years of age at the time of your death, and not remarried at the time this benefit commences. Also, if your spouse receives Social Security benefits for your dependent children, the bridge benefit will not become payable until the Social Security benefits cease.
    The bridge benefit will terminate when your spouse:
    1.  Remarries.
    2.  Attains age sixty-two (62) or any younger age at which full widow or widower's insurance benefits are payable under the Federal Social Security Act.
    3.  Ceases to qualify as an eligible survivor.
    4.  Dies.

D.  **TRANSITION AND BRIDGE DISABILITY BENEFIT.** In case of total disability while insured, your survivor income benefit insurance will be continued without further cost for as long as you remain totally disabled, if:
    1.  The disability starts before your sixtieth (60th) birthday, and, in all probability, you will be unable to engage in any work for an extended period of time, and
    2.  At the time you become so disabled, you have an eligible survivor.

**SECTION 5. WEEKLY SICKNESS AND ACCIDENT BENEFITS.**

009556

A.   **WEEKLY BENEFIT LEVEL IMPROVEMENTS.**   For new claims originating on and after December 4, 2001, the weekly benefit level will be two hundred fifty dollars ($250.00) per week. Effective January 24, 2005 the benefit will increase to three hundred dollars ($300.00) per week.

B.   **WEEKLY SICK AND ACCIDENT BENEFITS AND DISPUTED WORKMEN'S COMPENSATION CLAIMS.**   Weekly sickness and accident benefits will be payable to a Workmen's Compensation claimant whose disabling circumstances commence on and after October 1, 1978, as hereafter provided. Subject to the completion of a reimbursement agreement form provided by the Company, disability advances shall be paid to a claimant for weekly sickness and accident benefits who has alleged that the disabling circumstance is work-related when the Company does not voluntarily accept liability under existing Workmen's compensation laws, providing medical evidence of total and continuous disability satisfactory to the insurance carrier is submitted. Such payments will cease should the Company's insurance carrier subsequently determine that a claimant is not eligible for weekly sickness and accident benefits.

In the event it is subsequently determined that weekly sickness and accident benefits remitted in this circumstance should not have been paid and/or should have been paid in a lesser amount, written notice shall be given to the claimant, and he shall repay the entire amount or the amount of overpayment to the insurance carrier. If the claimant fails to repay promptly, the insurance carrier shall recover the amount due and owing by making an appropriate deduction or deductions from any future benefit payment or payments payable to the employee under the group insurance program, or may cause the Company to make the appropriate deductions from future compensation payable by the Company to the claimant.

## SECTION 6. MEDICAL INSURANCE.

A.   **CMM 100/200, 80-20 PLAN.**   During the term of this Agreement, eligible employees and their dependents will be covered by the Michigan Blue Cross/Blue Shield CMM 100/200, 80-20 plan (or equivalent alternate carrier coverage), with a $1000 stop loss (after deductibles are met).

B.   **PRE - 11/08/90 RETIREE MEDICAL INSURANCE COVERAGE**
Those employees who retire prior to November 8, 1990, will for the term of this Agreement be covered pursuant to the medical coverage reflected by this Agreement. This includes:

1.   **B-77 Program.**   Effective November 9, 1993, eligible past retirees (and their dependents) who have retired from active service under the Pension Plan will be covered by the Michigan Blue Cross/Blue Shield B-77 Program (or equivalent alternate carrier coverage), including the FAE-VST-Reciprocity Rider. The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

2.   **Master Medical Program.**   Effective November 9, 1993, eligible past retirees (and their dependents) who have retired from active service under

50

009557

the Pension Plan will be covered by the Michigan Blue Cross/Blue Shield 80/20 co-pay master medical program (or equivalent alternate carrier coverage). Deductibles under this plan shall be one hundred dollars ($100.00) individuals and two hundred dollars ($200.00) family. The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

3. **Drug Coverage.** Effective November 9, 1993, coverage for past retirees only under the previous contract's medical insurance program's two dollar ($2.00) co-pay drug rider under the pension plan, will continue in force and to be fully paid by the Company.

4. **Medicare Co-Payment.** During the life of this Agreement the Company will continue to contribute eight dollars and twenty cents ($8.20) per month toward the cost of Medicare coverage for eligible past retirees and surviving spouses.

5. **Premium Co-Payment.** Retiree group premium co-payments must be paid on a monthly basis and may be made by cash payment or by authorized reduction in the retiree's monthly retirement benefits.

C. **POST NOVEMBER 8, 1990, RETIREE MEDICAL INSURANCE COVERAGE**
Those employees who retire subsequent to November 8, 1990, will for the term of this Agreement be covered pursuant to the medical coverage reflected by this Agreement. This includes:

1. **CMM 80-20 Plan with $100/$200 Deductible.**
Effective November 9, 1993, employees retiring from active service (and their dependents) will be covered by the Michigan Blue Cross/Blue Shield CMM 80/20 - $100/$200 Deductible Plan (or equivalent alternate carrier coverage), with a $1,000 stop loss (after deductibles are met).
Blue Cross/Blue Shield (or alternate carrier) to reimburse eligible covered retirees for reasonable and customary charges (R & C) pursuant to Blue Cross/Blue Shield's (or alternate's) schedule of reimbursable payments.
The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.

2. **Medicare Co-Payment.** During the life of this Agreement the Company will continue to contribute eight dollars and twenty cents ($8.20) per month toward the cost of Medicare coverage for eligible retirees and surviving spouses.

3. **Premium Co-Payment.** Retiree group premium co-payments must be paid on a monthly basis and may be made by cash payment or by authorized reduction in the retiree's monthly retirement benefits.

D. **POST DECEMBER 3, 1997, RETIREE MEDICAL INSURANCE COVERAGE**
Those employees who retire subsequent to December 3, 1997, will for the term of this Agreement be covered pursuant to the medical coverage reflected by this Agreement. This includes:

009558

1. **CMM 80-20 Plan with $100/$200 Deductible.**
   Effective December 3, 1997, employees retiring from active service (and their dependents) will be covered by the Michigan Blue Cross/Blue Shield CMM 80/20 - $100/$200 Deductible Plan (or equivalent alternate carrier coverage), with a $1,000 stop loss (after deductibles are met).
   The cost of such retiree group coverage shall be equally borne by the Company and the retiree electing the coverage.
2. **Medicare Co-Payment.** During the life of this Agreement the Company will continue to contribute eight dollars and twenty cents ($8.20) per month toward the cost of Medicare coverage for eligible retirees and surviving spouses.
3. **Premium Co-Payment.** Retiree group premium co-payments must be paid on a monthly basis and may be made by cash payment or by authorized reduction in the retiree's monthly retirement benefits.

**SECTION 7. DENTAL INSURANCE COVERAGE.** Effective on and after September 3, 1978, eligible employees and their covered dependents will continue to be provided dental program insurance coverage at Company expense. Coverage effective dates will be as per this Article's Section 8.

**SECTION 8. INSURANCE COVERAGE EFFECTIVE DATES.**

A. Group insurance coverage (i.e., life, AD&D, dependent life, transition and bridge, weekly sickness and accident) and medical insurance coverage's for a new hire or a rehired employee will become effective on the thirty first (31st) day of employment, providing such employee is on the active payroll on such day.

B. For an employee reinstated from the inactive to the active payroll, group and medical insurance coverage's provided by this agreement will become effective on the effective date of placement onto the active payroll.

C. Except for Company-paid group and medical insurance coverage's hereinbefore specified for employees who retire under this agreement's pension plan, all Company-paid group and medical insurance coverage's will cease on the first day immediately following termination of seniority.

D. Company-paid group and medical insurance coverage's for inactive payroll employees will be continued in accordance with the following:
   1. Life, dependent life, AD&D, transition and bridge, and medical insurance coverage's will be afforded to employees who become inactive by reason of layoff, vacation leave, personal leave, or any other approved leave for four (4) calendar months following the month in which such leaves commence.
   2. Life, dependent life, AD&D, transition and bridge, and medical insurance coverage's will be afforded to employees who become inactive by reason of an approved non-industrial injury and/or sickness, or maternity leave for six (6) calendar months immediately following the month in which such approved leaves commence.

009559

E.    An employee who becomes inactive by reason of layoff and/or an approved leave may purchase medical insurance coverage for eighteen (18) months immediately following the last month for which the Company remits insurance premiums in behalf of the inactive employee by making advance payments to the Company's personnel office.

F.    An employee who becomes inactive by reason of an industrial injury and/or illness shall continue to be provided with coverage's for life, dependent life, AD&D, transition and bridge, and medical insurance for a period not to exceed one (1) year. Cost of such coverage's will be fully paid by the Company.

**SECTION 9. INSURANCE HIGHLIGHT BOOKLETS.** Descriptions of benefits and eligibility requirements which prevailed during the immediately preceding labor agreement's term and improvements to which reference is herein made will be reflected in insurance highlight booklets which the Company will require the respective carriers to provide covered employees.

**SECTION 10. EYEGLASS PURCHASE.** Effective September 3, 1983, the Company will make available to dependents of employees (those eligible for hospital/medical insurance coverage) the option to purchase eyeglasses through the Company on the same basis as such program has previously been available to employees.

Discuss in Financial

**SECTION 11. CASH-IN-LIEU OF INSURANCE.** Effective January 1, 2000 the Company will pay employees who do not elect coverage under the group medical plan $150.00 per month (subject to legally required deductions) provided that they submit proof of other coverage for themselves and their dependents. If/when employees lose their other coverage they shall be eligible to rejoin the Company's group plan effective the date their loss began. Employees who simply change their mind will have to wait until the open enrollment period.



**ARTICLE XVI - GENERAL**

**SECTION 1. BULLETIN BOARDS.** The Company shall permit the use by the Union a sufficient space on the Company's bulletin board for the posting of notices restricted as follows:

A.    Notice of Union recreational and social affairs.

B.    Notice of Union elections, appointments, and results of Union elections pertaining to the plant or department involved.

C.    Notice of Union meetings.

All such notices must be submitted to the Company for approval before posting.

**SECTION 2. SAFETY.** The Company shall continue to make reasonable provisions for the safety and health of its employees during the hours of their employment, as it has prior to the signing of this Agreement through the maintenance of its protective devices and equipment in accordance with the requirements of the state law.

009560

In order to carry out the extent of this section, there shall be a joint Union-Management plant safety team consisting of three representatives from the union and three representatives from management. The union shall designate its representatives. The plantwide safety committee shall meet monthly. The Bargaining Committee's Chairperson will also serve on the plant wide safety committee.

The Company will make available to the Union upon request its OSHA log or Workers Compensation Form 200's.

The Union's designated representative will accompany federal or state safety inspectors on tours of the plant, and will be paid for regular work time missed as a consequence of such inspections.

**SECTION 3. CONTRACT PREEMPTION.** Any agreement made by representatives of either party which is not consistent with the terms of this contract shall be of no force and effect.

**SECTION 4. VALIDITY OF AGREEMENT.** This Agreement supersedes all prior agreements and understandings, oral or written, except as they are expressly reaffirmed or incorporated herein. Should any term or terms of this Agreement be or become wholly or partly in conflict with the laws existing during the terms of this Agreement, the validity of the balance of this Agreement shall in no way be affected, and this Agreement shall be deemed modified to conform to the provisions of said existing laws.

**SECTION 5. COMPLETE AGREEMENT.** The parties acknowledge that during the negotiations which resulted in this Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to any subject or matter not removed by law from the area of collective bargaining, and that the understandings and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in this Agreement. Therefore, the Company and the Union, for the life of this Agreement, each voluntarily and unqualifiedly waives the right, and each agrees that the other shall not be obligated, to bargain collectively with respect to any subject or matter referred to or covered in this Agreement or with respect to any subject or matter not specifically referred to or covered in this Agreement, even though such subject or matter may not have been within the knowledge or contemplation of either or both of the parties at the time that they negotiated or signed this Agreement.

**SECTION 6. TRUSTEE REPORTS.** Copies of all trustees' reports of all benefit plans shall be provided to the International Union, UAW, Solidarity House, Detroit, Michigan (8000 East Jefferson Avenue), and to the Regional Director, 3300 Leonard, N.E., Grand Rapids, Michigan 49546-1026.

**SECTION 7. MAILING LISTS.** Within thirty (30) days after the ratification of this Agreement and every six (6) months thereafter during the term of this Agreement, the Company shall give to the International Union the names of all retirees, as well as employees covered by this Agreement, together with their addresses and Social Security

009561

numbers as they appear on the records of the Company. The International Union shall receive and retain such information in confidence and shall disclose it only to those officials of the Union whose duties require them to have such information.

**SECTION 8. COMPENSABLE INJURIES.** When, because of a compensable injury, it is necessary for an employee to leave his work for medical treatment on the day of injury, he shall be paid for time lost from regular work on the day of his injury while receiving treatment. If the doctor determines that the employee is unable to return to work on the day of his injury, and so notifies the Company in writing, the employee shall be paid for the balance of the shift on which he was injured. Other than entitlement to weekend premium pay, an employee is not entitled to overtime pay under this provision. If, upon his return to work, the employee has to receive medical treatment due to such injury, and such treatment can only be received during his regular work shift, he shall be paid for time lost while receiving treatment.

**SECTION 9. PRINTING OF CONTRACT.** The Company shall have the total Agreement printed in booklet form and furnish sufficient copies to the Union and to each employee in the bargaining unit. The Company shall further supply the union with the total agreement in the form of diskette.

**SECTION 10. CHANGES OF ADDRESS.** It shall be the responsibility of employees to report any change of address or telephone numbers to the Company in writing. The employees shall get a receipt of such notice from the employment office with a duplicate furnished to the Union.

**SECTION 11. CREDIT UNION PAYROLL DEDUCTION.** The credit union payroll deduction program which was in effect under the prior labor contract will continue during the life of this Agreement.

**SECTION 12. MEMORANDUMS OF UNDERSTANDING.** During negotiations, which resulted in this labor Agreement, the Union and the Company agreed that the following understanding will prevail during this contract's term.

A.  **TEAM LEADERS.** Team Leaders are hourly payroll employees who are members of the bargaining unit. They are paid a specified amount of money above the rate of the highest rated worker in the group they lead. ~~They work at regularly assigned work, and, in addition~~ and act as a leader and coordinator of their group. They may provide personal relief time for members of their group. A Team Leader punches the time clock in the same manner as any other employee, and receive overtime pay for all overtime hours worked.

OK

A Team Leader may not implement or recommend personnel decisions such as transfers, promotions, or disciplinary actions. They do not grant time off, ask for overtime interest, offer overtime, handle any disciplinary papers. *issues on supervisory responsibilities.*

009562

On shifts where a supervisor is not available and a situation requiring some immediate action or decision outside the authority of a Team Leader occurs, the Team Leader present shall contact the supervisor or designated Company representative to determine the action to be followed.

**B.**    **OVERTIME DISTRIBUTION.** Overtime will not be required of an employee in accordance with this contract's Article XI, if this would require the employee to work more than twelve (12) hours in succession, except on a voluntary basis. In all other situations, the labor Agreement's Article XI will be adhered to when overtime work opportunities are distributed.

**C.**    **UNION ACCOMMODATIONS.** The Company will provide a Union office for use by the Union Committee, Stewards, Union President, and Union Vice President. The design and location of such office shall be determined by the Company. Use of the Union office shall be exclusively for the conduct of Union business. Access to the Union office shall be limited to those Union officials referenced above.

**D.**    **VENDING MACHINE PROCEEDS.** Periodically, financial statements reflecting vending machine sales and commissions, if any, will be made available to the Union's financial secretary. Although the Company is willing to consider Union suggestions for disposition of vending machine sales commissions, if any, first priority to such funds will be to underwrite expenses of the annual ham and/or turkey program for all employees of the Holland facilities. Each employee may indicate a preference to receive either a ham or turkey no later than December 1, each year. If no preference is expressed by an employee, the Company shall determine whether a ham or turkey is given that employee.

**E.**    **ANNUAL INVENTORY.** Employees that conduct the annual physical inventory will be chosen from the plantwide seniority list. The most-senior employees will be asked to accept such assignments within their department; however, should the number of volunteers be insufficient, the least- senior employees on the plantwide seniority list will be obliged to accept inventory work assignments.
In the event annual physical inventory work is completed prior to the end of the normal work week and production work is not resumed until the following normal work week, inventory workers will be assigned available work which they can do without regard to traditionally accepted lines of demarcation between the job classifications. Employees participating in the annual physical inventory shall be paid fifty cents ($.50) per hour above the established hourly pay rate for the Production Helper classification for the time so employed.

**F.**    **INSURANCE CO-PAYMENT MEMORANDUM OF UNDERSTANDING.** The Company herewith agrees that if the amount of money paid by employees into the Company's medical insurance plan as their co-pay contribution exceeds the percentage that they should have paid based upon the actual expenses incurred over the life of this agreement, then any excess funds that are directly attributable to the excess employee co-pay premiums paid into the plan will be remitted to those

009563

employees who are on the payroll as of the expiration date of the Contract in a pro-rata amount based upon (1) the coverage selected and paid by the employee (e.g., single, family, etc.) and (2) the number of months the employee was employed during the Contract term. No employee who leaves the employment of the Company prior to the expiration of the Contract, except by reason of layoff during the last year of the Contract, will be eligible for a refund of any excess employee co-payments that may have accrued over the life of the contract.

G.     ~~SUPERVISORS PERFORMING BARGAINING UNIT WORK. Supervisory employees shall not be permitted to perform bargaining unit work except for the following:~~
~~1.     In the instruction (including demonstration) or training of employees, provided bargaining unit employees are present.~~
~~2.     In product development work, including sample parts to prove any new or altered tooling for the job, provided bargaining unit employees are present.~~
~~3.     Establishing necessary experimental operations or pilot productions.~~
~~4.   In emergencies, when regular employees are not immediately available (An emergency is defined as a sudden condition beyond the reasonable control of the Company).~~

G.     **SUPERVISORS PERFORMING BARGAINING UNIT WORK.** Supervisory employees shall not be permitted to perform bargaining unit work except for the following:
1.     In the instruction (including demonstration) or training of employees, provided bargaining unit employees are present.
2.     In product development work, including sample parts to prove any new or altered tooling for the job, provided bargaining unit employees are present.
3.     Establishing necessary experimental operations or pilot productions. provided bargaining unit employees are present.
4.     In emergencies, when regular employees are not immediately available (An emergency is defined as a sudden condition beyond the reasonable control of the Company) provided bargaining unit employees are present..

H.     **EDUCATIONAL IMPROVEMENT.** The Company agrees to reimburse any employee the tuition, or course fee cost, for certain short courses and/or adult education courses successfully completed by the employee, provided the course selected is related to the plant's work activities and is approved by the Company.

Should the employee voluntarily leave the employment of the Company within one (1) year of the completion of a course sponsored by the Company, the employee shall return the tuition reimbursement moneys to the Company. Employees shall be required to sign such a statement prior to the disbursement of tuition reimbursement moneys.

57

009564

I. **DOWNGRADING.** Employees within a department shall be allowed to downgrade from a higher paying position to a lower paying position provided that there is a vacant position for he/she to fill. Downgrading shall be considered first, prior to transfers or posting should vacancies need to be filled within a department. Downgrading will not effect the one year bidding period as defined in Article IX, Section E. An employee shall only be allowed to downgrade once every six months.

J. **COMPANY POLICY CHANGES/ADDITIONS.** The Company agrees to review with the Bargaining Committee any revisions to Company policies and rules prior to the posting of such revisions. The Company agrees to post any revisions to policies and rules, likewise with any new policies and rules.

K. ~~**CREW LEADERS AND GROUP LEADERS.** The Extrusion Crew Leader and JCI Group Leader classifications shall become a Team Leader position upon ratification of the contract and thereafter the former classifications shall cease to exist. Employees who currently hold those classifications shall be grandfathered in to the Team Leader position. These employees will have two weeks upon receipt of the training requirements and job requirements to decide if they wish to accept the Team Leader position. If they elect not to accept the position they will bump the junior employee in the department and the position will be posted.~~

*deleted*

L. **LETTER OF UNDERSTANDING.** The intent of this Letter of Understanding is to further state the following: Currently the Collective Bargaining Agreement states: "A notice of opening will be posted on the bulletin board of the department for two (2) working days." The Union and the Company further agree to state that: **"The posting shall remain active for 30 days from the date it was posted."**

M. **LETTER OF UNDERSTANDING.** The intent of this Letter of Understanding is to further state the following: Currently the Collective Bargaining Agreement states: "An employee who accepts a job posting shall not be eligible to sign another job posting for a period of one year after awarded the job, unless laid off, bumped or removed from the job by Management." The Union and Company agree to further state: **"When an employee accepts a job opening he/she is committed to accept the job and will not be eligible to change his/her mind."**

N. **FULL TIME UNION PRESIDENT.** Pilot program for the period June 24, 2002 through December 3, 2002. It is understood and agreed between the parties (UAW Local 1402 and Hydro Automotive Structures) that effective June 24, 2002, the position of Union President will become a full-time position paid by the Company at the Union President's rate of pay under the collective bargaining agreement.

Further, the position shall generally be paid for forty (40) hours per week and shall be exempt from all overtime provisions such as "equalization" and "steward overtime". However, the overtime provisions pertaining to over eight (8) hours per day or forty (40) hours per week, shall apply when it is necessary to stay past

009565

normal working hours as requested and/or approved by the Company. Overtime shall also apply when there is a need in the President's home department outside of his normal (8) hour work day.

This pilot program shall terminate on December 3, 2002 and may only be continued in accordance with a mutual agreement between the parties. Any extension of this provision would be only for six month intervals and again, only extended at each six month interval by mutual written agreement of the parties.

Further, in addition to each automatic termination as described above, during the initial pilot period (and each subsequent six month period if extended), either party may terminate this letter of agreement by giving the other party a 10 calendar day written notice of said termination.

Further, in the event of either "automatic" or "10-calendar day notice" termination of this agreement, the Union President shall be returned to his job classification within the bargaining unit.

O.  **LETTER OF UNDERSTANDING.** The intent of this Letter of Understanding is to further define "new job" for the purpose of posting requirements. Currently the Collective Bargaining Agreement states: "A "new job" shall be defined as any added work within a present department requiring the generation of vacancies will be posted within the appropriate department as described herein. Any other additional vacancies generated by the addition of a new product line shall be posted plantwide." The Union and Company agree further to state that: **"Vacancies generated by a new product line shall be posted first on a plantwide basis until approximately 40% of the manning level has been achieved."**

P.  ~~LETTER OF UNDERSTANDING. The intent of this Letter of Understanding is to further state the following: Currently the Collective Bargaining Agreement states: "A senior employee in a classification, and department being reduced in conjunction with a plant layoff may volunteer for layoff by making his/her written request known to the Human Resources Department by the Wednesday prior to the day the layoff is to take effect. A senior employee who elects voluntary layoff will be laid off for a minimum period of ninety (90) calendar days unless recalled through the normal recall procedures. Recalls prior to the ninety (90) day period will be in junior to senior employee order. When the senior employee who has exercised his voluntary layoff right returns to his classification, he must bump the junior employee in that classification or department. An employee electing to end his/her voluntary layoff status must give the Company at least five working days notice prior to his return to work. Employees returning from voluntary layoff shall resume work on Mondays only."~~

P.  **LETTER OF UNDERSTANDING.** The intent of this Letter of Understanding is to further state the following: Currently the Collective Bargaining Agreement states: A senior employee in a classification being reduced in conjunction with a layoff may volunteer for layoff by making his written request known to the Human

009566

Resources Department by the Wednesday prior to the day the layoff is to take effect. A senior employee who elects voluntary layoff will be laid off for a minimum period of ninety (90) calendar days unless recalled through the normal recall procedures. Recalls prior to the ninety (90) day period will be in junior-to-senior employee order. When the senior employee who has exercised his voluntary layoff right returns to the plant, he must bump the junior employee in the classification in which he/she took a voluntary; if the employee does not have seniority to bump back into the classification they have been laid off from then they must bump junior person in the plant to get back into the plant. Such employee will not lose recall rights to their home department. Their return cannot trigger another voluntary layoff by any employee within that classification. An employee electing to end his voluntary layoff status must give the Company at least five working days notice prior to his return to work. Employees returning from voluntary lay-off shall resume work on Mondays only.

The Union and Company agree further to state that: "Employees in a classification being reduced in conjunction with a layoff can elect a voluntary layoff for a period of less than ninety days but more than 5 days upon mutual agreement of the employee and the Supervisor. The employee and the Supervisor shall mutually agree on a return to work date and such date shall be included on the employee Change of Status form. Short term voluntary layoffs will be granted from senior to junior order in the classification that is being reduced. This language does change the current contract language as it refers to voluntary layoffs or temporary layoffs."

**SECTION 13. PAYROLL ERROR ADJUSTMENTS.** The Company shall make payroll error adjustments, for regular hours worked in a week, within twenty-four (24) hours of notification, if requested. It is understood that such adjustments shall be made only in those cases where the Company erred. Furthermore, it is understood and agreed by the parties that errors for all overtime worked shall be corrected when notified and adjusted in the next payroll processing routine for payment on the next following payday.

**SECTION 14. INSURANCE BOOKLETS.** The Company and the Union will strive jointly for updated insurance booklets on a regular basis. These booklets will be printed by the insurance carrier for each and all specific benefits and shall be given to all bargaining unit employees as soon as possible after the completion of each series of contract negotiations.

**SECTION 15. INSURANCE COST NOTIFICATION.** The Company shall annually provide all its bargaining unit employees, upon notification by the insurance carrier of record, of any changes in their cost of continuing medical insurance, life and dependent life insurance, AD&D insurance, and bridge and transition coverage in the event of their layoff from the Company

Discuss

**SECTION 16. PROFIT SHARING.** At the Company's request, the Union agrees that it will meet with the Company to discuss the concept of "profit sharing".

009567

## SECTION 17. DRUG AND ALCOHOL POLICY
### INTRODUCTION
The misuse of drugs and alcohol impairs the health of employees as well as company productivity levels. Additionally, the misuse of drugs and alcohol may result in unsafe working conditions for all employees. Hydro Automotive Structures(hereinafter referred to as the Company/Employer) is committed to maintaining a productive, safe and healthy work environment free of unauthorized drug or alcohol use or abuse. Consistent with this commitment, the following policy becomes effective December 3, 1996.

### DRUG POLICY
The use, possession, distribution or sale of "unauthorized drugs" by Company employees while on Company premises or engaged in Company business is prohibited. An employee under the influence of unauthorized drugs while on company premises or engaged in Company business will be in violation of this policy and subject to disciplinary action up to and including discharge.

### DEFINITIONS
#### 1.    Unauthorized Drugs
For the purpose of this policy, the term "unauthorized drugs" shall include any substance which affects the body as a narcotic, depressant, stimulant, hallucinogen or cannabinoid. Unauthorized drugs include, but are not limited to marijuana, hashish, tetrahydracannabinol (THC), hallucinogens (e.g. Mescaline, LSD, PCP), cocaine, heroin, opium, amphetamines and barbiturates. Drug presence detection levels shall be in accordance with the NIDA established standards in effect at the time of the employees test.

#### 2.    Prescription and over the Counter Drugs
Prescription drugs taken pursuant to a physician's instructions, or over the counter drugs taken in recommended dosages and in accordance with cautionary statements, are excluded from the definition of "unauthorized drugs". However, it is the employee's responsibility to notify the Personnel Department when he/she is taking any prescription or non-prescription medicine or substance that may impair judgment or performance or otherwise adversely affect normal mental function of physical abilities. Any prescription drug used by an employee at work shall be contained in a pharmaceutical vial in the employee's name.

The Company reserves the right to assess, with the assistance of a medical practitioner, Company Doctor, etc., whether or not the use of the drug by the employee within the workplace is consistent with maintaining a safe and efficient workplace. Further, at the discretion of the Company, the Employer may move the employee to a more suitable position, grant the employee a leave of absence, or take whatever action the Company deems appropriate to promote safety and efficiency.

#### 3.    Under the Influence of Alcohol
For the purpose of this policy the term "under the influence of alcohol" is defined as the presence of alcohol in a person's system at a level prohibited by the Company. That level is .07 tolerance. If this level is lowered by State law, that level will become the maximum allowable level of tolerance.

009568

### 4. Company Premises

The term "Company premises" shall include, but is not limited to , any property owned, rented, used or leased by the Company, including any and all vehicles or equipment owned or leased by the Company.

### SEARCHES

The Company may conduct searches of employees for drugs or alcohol if the Employer has reasonable suspicion (as referred to General Testing) that the employee is in violation of the policy. Searches include, but are not limited to, searches of employees personal effects, lockers, baggage, desks, lunch boxes, clothing, purses, billfolds, tool boxes, and parcels located on Company premises.

Refusal of an employee to consent to such an inspection and/or search, or to otherwise co-operate with an investigation conducted by the Company, is sufficient ground for discipline up to and including discharge.

### DRUG AND ALCOHOL TESTING

The Company intends to use laboratory drug and alcohol testing to detect or confirm suspected violations of the policy. Laboratory testing includes, but is not limited to, saliva analysis, urinalysis, breath analysis and blood analysis. The testing shall be done by a laboratory certified by NIDA as a laboratory which complies with the scientific and technical guidelines for Federal Drug testing programs.

The Company shall perform testing as follows:

#### Pre-Employment

All job applicants to whom a job offer is made may be required to submit to drug and alcohol testing. Those applicants that test positive will be ineligible for employment with the Company. If an individual has started work with the Company prior to the Company receiving the positive test results, the individual shall be discharged immediately without recourse through the grievance procedure.

#### General Testing

An illustrative list of factors that management may consider in determining whether there is reasonable suspicion include, but are not limited to:

1. Observable phenomena, such as direct observation of drug or alcohol use or possession and/or the physical symptoms of being under the influence of drugs and/or alcohol.

2. A pattern of abnormal conduct or erratic behavior.

3. Conviction of a drug related offense.

009569

4. Information provided by reliable and credible sources or otherwise independently corroborated, regarding an employee's substance abuse or rule infraction.

5. Employees involved in an accident at Hydro Automotive Structures or in any Company vehicle or on any Company property, which results in an expense of over $250.00.

6. Employees testing positive, but not discharged, shall be subject to random drug/alcohol testing for a period of 24 months. In any event, an employee testing positive more than once shall be immediately discharged.

Employees who seek voluntary assistance in advance of being detected for such rule violations may not be disciplined for seeking such assistance. Requests from employees for such assistance shall remain confidential.

Employees enrolled in substance abuse programs shall be subject to all employer rules, regulations and job performance standards.

The cost of rehabilitation will be subject to the employees health insurance.
Any bargaining unit employee that is being taken from the shop for drug testing will be transported to the testing site by a member of management. In no case shall a union member take another union member for drug testing. Furthermore a member of the bargaining committee shall be notified prior to any union member being transported from the shop for drug testing.

OK

## EMPLOYEE ASSISTANCE PROGRAM

The Company provides an Employee Assistance Program (EAP) to all employees who wish to use it. Ottagon Area Resources (OAR, Inc.) provides assessment and counseling for those employees who elect to use such services.

Employees who recognize that they have a drug and/or alcohol problem and submit voluntarily to the EAP will be given an opportunity to remedy the problem.

In the event that the employee does not successfully complete treatment through the EAP program, or if the employee's abuse problem recurs, the employee may be disciplined up to and including discharge. The employee may ask to be placed in the EAP program prior to a positive test and shall be given an opportunity to remedy the problem. However, if the employee requests the EAP program after reasonable suspicion of abuse exists (and such suspicion has been brought of the attention of the employee), or after testing has begun, the request for the EAP shall not be considered voluntary and the EAP or disciplinary action up to and including discharge shall be at the discretion of the Company.

009570

## ARTICLE XVII - SKILLED TRADES SUPPLEMENT

**SECTION 1. SKILLED TRADES DEFINITION.** Skilled Trades for the purpose of this Agreement shall include the following classifications Tool and Die, Toolkeeper, Millwright, Electrician, Extrusion Die Technician, Sample Maker, and CMM Operator.

**SECTION 2. OCCUPATIONAL SENIORITY.** Seniority in the Skilled Trades shall be by classification. The seniority list shall be by basic classification, except that present employees of such departments shall continue to be listed in the same order shown on seniority lists last published prior to December 5, 1969. Neither this section nor any other section of this Agreement shall be interpreted to mean that the Company shall not have the right of assigning work outside of classification to fill out a Journeyman's time or to answer an emergency. Skilled Trades Crew Leaders maintain seniority on the basis of their seniority within their Skilled Trade and shall not be considered as a separate classification.

**SECTION 3. FUTURE OCCUPATIONAL SENIORITY.** After the signing of this Agreement, seniority of Journeymen in the Skilled Trades classifications shall begin as of date of entry into such classification, except graduates of the apprenticeship program; they shall have seniority as provided for in the apprenticeship standards.

**SECTION 4. SENIORITY OUTSIDE SKILLED TRADES.** Production workers will not carry seniority into the skilled trades occupations; however, skilled trades workers may, in case of layoff, exercise their plant seniority to bump into a group one or group two classification occupied by a less senior employee ~~for which they are qualified to perform without training.~~ The decision regarding layoff or exercising plant seniority must be made at the time the reduction in force occurs.



**SECTION 5. JOURNEYMAN DEFINITION.** The term "journeyman," as used in this Agreement, shall mean any person:

A.  Who presently holds a Journeyman classification in the plant.
B.  Who has served a bona fide apprenticeship and has a certificate which substantiates his claim of such service.
C.  Who has had eight (8) years of practical experience and can prove same with proper affidavits qualifying for a UAW Journeyman card.

The Company may consider the possession of a UAW Journeyman Card as presumptive proof of qualifications under B and C above.

**SECTION 6. FUTURE SKILLED TRADES EMPLOYMENT.** Any further employment in the skilled trades classifications in this plant, after signing of this

64

009571

Agreement, shall be limited to Journeymen, apprentices, or employees in training on non-apprenticeable job classifications.

**SECTION 7. LAYOFF AND RECALL.** In the case of layoff in the Skilled Trades classifications, the following procedure shall be used:
A.  Temporary employees.
B.  Probationary Journeymen.
C.  Least senior employee within the classification.
D.  Least senior employee in the department, providing the employee retained is able to perform the available work.
E.  The same procedure shall apply in the Maintenance Department.
F.  Recalls shall be made in the reverse order of the layoffs.

**SECTION 8. SKILLED TRADES CLASSIFICATIONS.** The following classifications shall be established as either apprenticeable or non-apprenticeable:

clerical

Tool and Die Maker (apprenticeable)
Electricians (apprenticeable)
~~Millwrights~~ Machine Repair (apprenticeable)
Extrusion Die Technician (non apprenticeable)
Sample Maker (non apprenticeable)
CMM Operator (not apprenticeable)
Toolkeeper (not apprenticeable)

**SECTION 9. APPRENTICESHIP STANDARDS.** The Company and the Union have negotiated an apprenticeship program. The apprenticeship standards are in keeping with the standards of the International Union, UAW. The apprenticeship standards shall be considered as an inseparable part of the supplementary agreement.

**SECTION 10. LABOR AGREEMENT APPLICATION.** All sections of the bargaining Agreement presently in effect, which are not inconsistent with the supplement, shall apply to the skilled workers.

**SECTION 11.**
A.  When the Company determines it necessary to increase the number of employees in the non-apprenticeable skilled trades classifications (Extrusion Die Technician, Sample Maker, Tool Keeper and CMM Operator), such opening(s) shall be filled in the following order of preference:
   1.  If any qualified Journeymen have previously been reduced out of the classification to be filled, such employee(s) shall be returned to the classification in accord with the recall provisions of the Agreement.
   2.  If no qualified Journeymen are available through the recall procedure, the opening(s) shall be posted on a plantwide basis for bid by employees of the Company.
B.  When an Upgrader Trainee job is to be filled in the Extrusion Die Technician, Sample Maker, Tool Keeper or CMM Operator classifications, bargaining unit

65

009572

employees from other sections of the plant may be transferred to the appropriate department and reclassified as Upgrader Trainees.

C. Such transferees shall be given on-the-job experience supplemented with applicable and available outside education to permit them to become proficient in performing the duties of the trade in which the individual is being trained.

D. Notice of openings for Upgrader Trainees shall be posted on the plant bulletin boards and Upgraders will be selected by the Company on the basis of their overall qualifications, which shall include but not be limited to applicable skills acquired in prior employment, skills acquired during Wickes Manufacturing Company and Hydro Aluminum-Bohn employment and applicable training and education acquired through recognized educational institutions. When qualifications are equal, seniority will prevail.

E. Should no qualified employee apply for an Upgrader Trainee opening, the Company may hire a suitable qualified person from outside the Company for training under provisions of this Agreement.

F. Employees who are transferred into or hired into the Upgrader Training Program shall serve a probationary period of ninety (90) days sixty (60) days. The probationary period shall not include periods of layoff and/or periods where an employee is transferred back into a non-skilled classification.

G. Upon completion of the upgrading period, such employee shall use his skilled trades seniority (one hundred percent [100%] of his actual training time) for the purpose of layoff and recall.

H. In the event of a curtailment of force in skilled trades classification and/or classifications, such Upgrader and/or Upgraders will be transferred out of the affected classification(s), i.e., Extrusion Die Technician, Sample Maker, CMM Operator, Tool Keeper back to their former department and classification in accordance with seniority provisions of this Agreement. An employee who occupies Upgrader Training status in one (1) of the skilled trade job classifications shall not be permitted to exercise his Upgrader Training seniority against an employee occupying Upgrader Training status in one (1) of the other skilled trade Upgrader job classifications. The Upgraders will exercise seniority in their own Upgrading classification in the event of a reduction of force. The last individual transferred into or hired into an Upgrader classification shall be the first to be transferred out or laid off, as the case may be, i.e., last in, first out.

I. An employee may withdraw from the Upgrader Training Program at any time and return to his former non-skilled classification and department in accordance with his non-skilled trade seniority. The Company may remove an Upgrader Trainee during his probationary period. The Company may remove an Upgrader Trainee who has

66

009573

completed the probationary period from the program for failure to participate in the educational program or for failure to progress toward Journeyman status on the job.

J.      Employees who withdraw from the Upgrader Training Program, or elect to accept a transfer to another classification, or those employees who are removed from the program per paragraph I above, shall be prohibited from reentering an Upgrader Training Program in the same classification, except by mutual agreement of the Company and the Union.

K.      An Upgrader will not be permitted to exercise shift preference over another Upgrader during the Upgrader Training Program and/or Journeymen cannot exercise shift preference over an Upgrader Trainee. Upgraders shall work those shifts which would be most advantageous to their related training. Upon attainment of Journeyman status, employees are subject to shift transfer based on their skilled trades seniority.

L.      The base rate of newly-hired Upgraders, shall be as follows:

| | |
|---|---|
| 1st three (3) months | 70% of Journeyman rate |
| 2nd three (3) months | 75% of Journeyman rate |
| 3rd three (3) months | 80% of Journeyman rate |
| 4th three (3) months | 85% of Journeyman rate |
| Next six (6) months | 90% of Journeyman rate |
| Next six (6) months | 95% of Journeyman rate |
| After two (2) years | Journeyman rate |

Seniority employees who transfer into the Upgrader Program shall enter the program at a base rate of twenty-four cents ($.24) per hour less than the Journeyman rate, and thereafter shall be increased six cents ($.06) per hour for six (6) months until the Journeyman rate is reached. However, employees transferring into the Upgrader Program whose hourly base rate in their former classification is less than twenty-four cents ($.24) per hour below the Journeyman rate shall retain their existing base rate until such time as the six (6) month interval of increases permits a rate adjustment. In no case will an employee, upon transfer into the Upgrader Program, maintain a base rate in excess of the Journeyman rate for the Upgrader classification entered.

The Company will reimburse Upgrader Trainees for required tools (and toolbox, when necessary) not furnished by the Company in an amount not to exceed three hundred dollars ($300), as follows:

      A maximum of one hundred dollars ($100) shall be provided by the Company at the outset of the training period. A maximum of an additional one hundred dollars ($100) shall be provided by the Company after successful completion of the probationary period. A maximum of an additional one hundred dollars ($100) shall be provided by the Company

67

009574

after one year in the training program. The Company shall be furnished with receipts to verify expenditure of the above monies for required tools.

M.  The Upgrader Trainee(s) shall be required to sign a statement consenting to the terms and conditions of this Agreement, thereby waiving:
1.  The right to any permanent status in the Skilled Trades classification other than Upgrader seniority until successful completion of such training period.

N.  It is desirable that Upgraders attain necessary related training to make them competent in as short a period of time as possible.

O.  An Upgrader Trainee shall acquire Journeyman status only after two (2) calendar years in the Upgrader classification and following successful completion of all related classroom instruction. Further, upon acquiring Journeyman status, overtime hours will be equalized within his own classification.

P.  The Company agrees to pay, on behalf of those employees covered by this Upgrader Program, for books, registration fees, and/or tuition required in connection with related training for a period of not more than three (3) years under this program. When an Upgrader Trainee is required by the Company to attend classes outside of the normal working hours for the purpose of facilitating training in Extrusion Die Technician, Toolkeeper, CNC Operator, Sample Maker, or CMM Operator, the Company will pay the individual his applicable rate of pay, but excluding shift premium and overtime premium for the actual hours that an individual participates in classroom instruction. This related training as outlined shall be on a mandatory basis for all future employees entering into this Upgrader Training. In the event an employee fails to achieve a passing grade in a course of related training, the cost of repeating such course of instruction shall be borne by the employee.

Q.  The Upgrader Training Program may be amended to include additional training programs by mutual agreement of the Company and the Union.


## ARTICLE XVIII - WORK RELOCATION

Notwithstanding any other provision in this Agreement to the contrary, the Company reserves the right to relocate work when such relocation is determined in its sole judgment to be in the Company's best interest on the basis of sound business practices. Such actions shall not be taken in a capricious or arbitrary manner.

009575

**ARTICLE XIX - TERMINATION AND MODIFICATION**

This Agreement will become effective on January 24, 2003, as ratified on January 24, 2003 and shall continue in full force and effect without change until 11:59 January 23, 2006, and thereafter for a successive period of sixty (60) days, unless either party shall, on or before the sixtieth (60th) day prior to expiration, serve written notice on the other party of a desire to terminate, modify, alter, renegotiate, change, or amend this Agreement. A notice of desire to modify, alter, amend, renegotiate, or change, or any combination thereof, shall have the effect of terminating the entire Agreement (on the expiration date) in the same manner as a notice of desire to terminate, unless before that date all subjects of amendments proposed by either party have been disposed of by agreement or by withdrawal by the party proposing the amendment.

Within ten (10) days after receipt of any such notice, a conference will be arranged to negotiate the proposals, in which case this Agreement shall continue in full force and effect until termination, as provided herein.

Notices shall be sufficient if sent by mail, addressed, if to the Union, to Local Number 1402, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, Holland Michigan, or to such address as the Union shall furnish to the Company in writing; and, if to the Company, to Hydro Automotive Structures, 533 Ottawa Avenue, Holland, Michigan, or to such other address as the Company may furnish to the Union in writing.

009576

## APPENDIX 1 –
## ALTERNATE WORK SCHEDULE

It has been agreed between the parties that business necessity may require the need for an alternate work schedule. It is further agreed that in the event that the Company implements this alternate work schedule this appendix shall govern how procedures will be followed as it pertains to the following:

### THE SCHEDULE:

The alternate work schedule shall consist of a 4 hours each Friday or Monday, 12 hours each Saturday, and 12 hours each Sunday. This alternate work schedule shall be referred to as the "weekend shift".

### WAGES AND OVERTIME:

Employees working this schedule shall be compensated time and one half for work performed on Saturdays and double time for Sundays. Should the employee work outside of his normal weekend schedule, he shall be paid at the straight time rate of pay for the job classification.

Should a holiday occur during the weekend shift then employees shall be compensated at their normal rate for the hours that they would have worked on that day. The Good Friday holiday will be exchanged for the Easter Sunday holiday.

Payday shall remain on Thursdays. Employees on the weekend shift can elect to pick-up their checks on payday or have their checks mailed or direct deposited to their bank accounts.

Shift premium shall not apply to weekend shift employees.

### REST PERIOD:

Employees who work the weekend shift shall have two additional 10 minute rest periods.

### OVERTIME WORK OPPORTUNITIES:

For equalization purposes, weekend shift employees will be considered a separate equalization group from others in their department and/or classification. When an employee moves to or from the weekend shift, he/she shall have his/her hours averaged in with his/her new equalization group.

### TIME OFF FROM WORK:

009577

Vacation time and bank hours will be calculated based upon hours. For instance, a 20 year employee has 160 hours of vacation per year. When an employee elects to take a day of vacation he/she shall use 12 hours of vacation time. Vacation time may be taken in allotments of six hours at a time or four hours if taken on the Friday or Monday.

Employees who elect paid vacation days will be paid at the weekend rate for the number of hours taken.

This same concept will apply to bank hours. The attendance payout shall remain the same per the No Fault Attendance policy.

Bereavement time off shall be calculated at a rate of 24 hours (equivalent of 3 days) at straight time.

BUMPING:

Employees will be entitled to 4 bumps a year. Employees shall provide a minimum two week's notice prior to the Monday that they wish to bump. Once an employee commits to bump he/she will be held to that bump.

SHIFT PREFERENCE:

Senior employees of the department or classification shall have the first opportunity to work the weekend shift. If there are not enough senior employees, junior employees in the department/classification will be forced.

SHIFT DESIGNATION:

An employee whose scheduled shift starts on or after 9:00pm, but before 11:00am shall be deemed to be working the "fourth" shift.

An employee whose scheduled shift starts on or after 11:00am, but before 9:00pm shall be deemed to be working the "fifth" shift.

REPORTING PAY AND CALL-BACK PAY:

Eligibility and guidelines for reporting pay and call-back pay shall remain the same as the current contract language (Article XI, Section 4 and Section 5), replacing four (4) to six (6) hours. Pay will be paid per the current contract language.

CREDITED SERVICE:

Employees working the weekend shift shall receive credited service based upon a 40 hour work week. (ie: 40 x 52 weeks = 2080).

009578

UNION REPRESENTATION:

There shall be a maximum of 6 union stewards elected to cover the weekend shift. The number of stewards will be determined based upon the number of employees working the alternate work schedule. The union shall also determine the where the stewards shall be assigned.

Anything not covered in this appendix shall be deemed to fall under the other provisions of the collective bargaining agreement. The Company agrees to post and provide 30 days notice to the union when it either intends to implement or discontinue this alternate work schedule. The Company will post notice of its intention to implement or discontinue the alternate work schedule. Employees will be notified a minimum of two weeks in advance of their transfer to the weekend shift.

The Company and the Union further agree to meet to discuss and resolve any unforeseen issues that may arise out of the implementation of this alternate work schedule.

009579

**IN WITNESS WHEREOF,** the Company has caused these presents to be signed in its behalf by its duly authorized and accredited representatives; and the Union has caused the same to be signed in its name by its duly authorized and accredited representatives, officers and committeepersons this 24th day of January, 2003.

Hydro Automotive Structures

International Union,
United Automobile, Aerospace
and Agricultural Implement
Workers of America, UAW,
and Local Number 1402, UAW

Age Larsstuen
President

Jerry Zachary
President, Local 1402

Allison Solis
Human Resources Manager

Daril Valentine
Chairman, Bargaining Committee

Kevin Pogodzinski
Business Area Manager

Phil Sullivan
Committee Person

Elena Sgroia
Finance Manager

Richard DeNio
Committee Person

Mike Bolles
Committee Person

Steve Ayres
International Representative

Don Oetman
Regional Director

73

009580

# HYDRO AUTOMOTIVE STRUCTURES

## SHOP RULES

The shop rules set forth below are not intended to be exclusive, are provided for your information and guidance; they are not a part of the Agreement between the Company and the Union. The Union reserves the right to grieve under any circumstance which they consider to be an unreasonable application of any published or unpublished Shop Rule;

## THE FOLLOWING OFFENSES ARE VIOLATIONS OF SHOP RULES AND ARE GROUNDS FOR DISCIPLINARY ACTION, INCLUDING DISCHARGE;

1.    Leaving job without permission or not reporting to the job on time.

2.    Producing excessive scrap or inferior work through carelessness, or willfully wasting or damaging materials or supplies;

3.    Theft or attempted theft or removal from the premises without proper authorization any Company property or the property of any employee.

4.    Conviction of any felony.

5.    False statements on employment application or giving false information at the time of employment as to a pertinent item.

6.    Immoral conduct or indecent behavior on Company premises.

7.    Fighting or attempting bodily injury to another on Company premises (this does not include action taken in self-defense) or provoking a fight on Company premises.

8.    Deliberate falsification of production reports, time reports, or other similar reports.

9.    Falsifying information regarding any illness, injury or request for leave of absence of any kind.

10.   Intentionally and knowingly punching another employee's time card.

11.   Failing to punch in and/or punch out when entering or leaving the plant or when starting or finishing an employee's assigned shift.

12.   Misusing, destroying, or damaging Company property or property of any employee.

13.   Making of false, vicious, or malicious statements concerning any employee, the Company, or its products.

14.   Carrying, possessing or being under the influence of alcohol on Company premises or narcotics at any time, on or off Company premises, or reporting for work while under the influence of alcohol or narcotics.

009581

15. Interfering or refusing to cooperate with the plant protection officers in the performance of their duties.

16. Sleeping on the job during work hours.

17. Insubordination (refusing or failing to obey an order from proper authority).

18. Mistakes due to carelessness.

19. Altering or defacing Company or Union notices on bulletin boards.

20. Distributing written or printed matter of any description in violation of the Company's No Distribution Rule, unless approved by the Human Resource Department; posting or removal of notices or signs, writing or marking on Company property, without authorization from the Company.

21. Creating or contributing to unsanitary conditions or poor housekeeping.

22. Engaging in horseplay, running, scuffling, or throwing things.

23. Gambling or engaging in a lottery on Company premises.

24. Violating a safety rule or safety practice.

25. Failure to observe parking and traffic regulations on Company premises.

26. Failure to carry out a known and specified work procedure. Any instruction to deviate from such procedure must be in written form.
27. Use or possession of another employee's tools without the employee's consent.

28. Engaging in work of a personal nature on Company time and/or property.

29. Soliciting of any kind on Company premises in violation of the Company's No Solicitation Rule.

30. Entering the production area of the plant any time other than regular scheduled work shift unless authorized to do so by the Company.

31. Being in possession of any weapon and/or firearm on Company premises, unless authorized by the Human Resources Manager.

32. Smoking outside of designated smoking areas.

THE WORK RULES ENUMERATED ABOVE ARE NOT INTENDED TO BE ALL INCLUSIVE, AND OTHER TYPES OF CONDUCT NOT LISTED MAY ALSO BE SUBJECT TO DISCIPLINARY ACTION UP TO AND INCLUDING DISCHARGE.

009582

## NO SOLICITATION/DISTRIBUTION RULE

Many outside organizations have requested permission to solicit our employees for memberships, contributions or Participation in various activities. To protect employee rights to privacy and preserve the integrity of the workplace, we have developed uniform policies to deal with these matters. Our solicitation/distribution policies are as follows:

"To avoid interference with the efficiency or safety of employees, solicitation by an employee of another employee on behalf of any cause will not be permitted during work time. Work time is all time when an employee is expected to be engaged in work tasks, but does not include lunch periods, break periods and time before and after the employee's scheduled working day. The only exception to this will be company approved programs such as the United Way.

Similarly, to avoid littering or the disruption of work routines, the distribution of literature, products, or other non-business materials will not be permitted in work areas at any time.

Company premises, including parking lots, grounds and buildings, are private property and restricted to use by employees and business visitors. Non-employed visitors must have approved business reason to be permitted on company premises."

009583

# INDEX

401(k)                                      51
ABSENTEEISM                                 17
ACCIDENTAL DEATH AND
    DISMEMBERMENT                       53, 54
ALCOHOL                      67, 68, 69, 80
ALTERNATE WORK SCHEDULE
    WEEKEND SHIFT                       35, 76
ANNUAL INVENTORY                            62
APPENDIX                                    76
APPRENTICESHIP STANDARDS                    71
ARBITRATION                          2, 11, 12
AREAS OF REPRESENTATION                     10
ATTENDANCE                              17, 77
BANK HOURS                          17, 18, 77
BARGAINING COMMITTEE                        10
BARGAINING UNIT WORK                        63
BEREAVEMENT                         17, 18, 40
BEREAVEMENT PAY                             40
BIDDING                                     24
BLUE CROSS/BLUE SHIELD 54, 56, 57
BRIDGE                                      53
BULLETIN BOARDS                             59
CALL-BACK PAY                           36, 77
CALL-IN                                     18
CASH-IN-LIEU                                59
CHANGES OF ADDRESS                          61
CHECKOFF                                     6
COMPANY POLICY                              63
COMPENSABLE INJURIES                        61
COMPLETE AGREEMENT                          60
CONTRACT PREEMPTION                         60
CREATION OF PRODUCTION
    DEPARTMENTS                             24
CREDIT UNION                                61
CREDITED SERVICE                        49, 77
DENTAL INSURANCE                            58
DEPENDENT INSURANCE                         53
DISABILITY      17, 18, 30, 49, 50, 55, 56
DISABILITY PLACEMENT                    16, 30
DISABILITY PLACEMENT OPTION 16
DISCHARGE                       2, 16, 80, 81
DISCIPLINARY HEARINGS                       16
DISCIPLINARY PROTESTS                       16
DISCIPLINE                              2, 16

DISPUTES                                    14
DOWNGRADE                                   22
DOWNGRADING                                 63
DRUG AND ALCOHOL POLICY                     67
DRUG AND ALCOHOL TESTING                    68
DRUG COVERAGE                               57
EDUCATIONAL IMPROVEMENT                     63
EDUCATIONAL LEAVES                          31
EAP PROGRAM                                 69
EQUALIZATION OF OVERTIME                    33
EXCLUDED EMPLOYEES                          27
EYEGLASS PURCHASE                           59
FMLA                                17, 18, 31
GRIEVANCE                                2, 11
HOLIDAY DATES                           42, 43
HOLIDAY PAY                   2, 36, 42, 44
INITIATION FEES                            6, 7
INSURANCE    2, 50, 52, 56, 57, 58, 59,
    62, 65, 66
JURY DUTY                              17, 41
LEAVES OF ABSENCE                        2, 31
LETTER OF AGREEMENT                         48
LETTER OF UNDERSTANDING 64, 65
LIFE INSURANCE                          53, 54
MAILING LISTS                               60
MEDICARE CO-PAYMENT                     57, 58
MEMBERSHIP DUES                              6
MEMORANDUMS OF
    UNDERSTANDING                           61
MILITARY DUTY                               17
NEW PAY RATE                                40
NO SOLICITATION/DISTRIBUTION
    RULE                                    82
NON SKILLED TRADES                          22
NONDISCRIMINATION                            5
NONDISCRIMINATION IN UNION
    MEMBERSHIP                               6
OFF-SHIFT PLANT ENTRY                       14
OTHER WORK DURING LEAVE                     31
OVERTIME                     18, 34, 62, 64
OVERTIME                 2, 32, 33, 62, 76
PAY FOR UNION TIME                          13
PAYCHECKS                                   36
PAYROLL ERROR                               65

009584

PENSION                          2, 49, 50
PERSONAL CLEAN-UP                      35
PERSONAL LEAVES                        31
POLITICAL SERVICE LEAVES               31
POSTING                     21, 22, 23, 24
PREAMBLE                                3
PREFERENTIAL SENIORITY                 27
PRINTING OF CONTRACT                   61
PROBATIONARY PERIOD         6, 20, 30,
   72, 73
PRODUCTION STANDARDS                    8
PROFIT SHARING                         66
PYRAMIDING                             32
RECALL 8, 21, 22, 23, 24, 26, 27, 28, 65,
   71, 72
RECALL NOTIFICATION                    28
REDUCTION IN FORCE                     25
REPORT PAY                             36
REPRESENTATION SCOPE                    5
REST PERIOD                        35, 76
RETIREES                               49
RETROACTIVITY                          13
RULE VIOLATION                         16
SAFETY                             14, 59
SEARCHES                               68
SENIORITY      2, 20, 21, 28, 29, 31, 70
SENIORITY BREAKOFF                     28
SENIORITY DEFINITIONS                  20
SENIORITY GROUPS                       21
SENIORITY LISTS                        29
SHIFT DESIGNATION                  36, 77
SHIFT PREFERENCE                   29, 77
SHIFT PREMIUM                          37
SHOP RULES                             80
SICKNESS AND ACCIDENT 53, 55, 56,
   58

SKILLED TRADES            2, 23, 70, 71
STRIKES AND LOCKOUTS               2, 15
SUBCONTRACTING                          9
TARDY                                  19
TEAM LEADER         21, 37, 38, 61, 63
TEAM LEADERS                           61
TEMPORARY TRANSFERS                    26
TEMPORARY LAYOFFS                      27
TERMINATION AND
   MODIFICATION                     2, 75
TIME LIMITS                            13
TRANSFERS                              21
TRANSITION                             53
TRANSITION AND BRIDGE
   BENEFITS                            55
TRUSTEE REPORTS                        60
UNAUTHORIZED DRUGS                     67
UNION ACCOMMODATIONS                   62
UNION LEAVES                           31
UNION MEMBERSHIP CESSATION  6
UNION OFFICER LISTS                    29
UNION REPRESENTATION ON
   OVERTIME                            34
UNION SHOP                              6
UNION STEWARDS                         10
UNION TIME                         14, 35
UPGRADER                  71, 72, 73, 74
VACATION                       2, 46, 48
VACATION PAY                           47
VALIDITY OF AGREEMENT                  60
VENDING MACHINE PROCEEDS               62
WAGE ADMINISTRATION                    40
WAGES                       2, 32, 37, 76
WORK FORCE INCREASES                   21
WORK RELOCATION                    2, 74
WORKMEN'S COMPENSATION                 56

009585