# EXHIBIT 37

## 1990 Contract Ratification Vote

# CONTRACT RATIFIED

## 12·18·90

$$70 \overset{\text{SKILLED TRADES}}{-} 20 = 90 \text{ (YES)}$$

$$68 \overset{\text{SKILLED TRADES}}{-} 11 = 79 \text{ (NO)}$$

$$\underline{\phantom{xxx}1 \text{ (VOID)}}$$

$$170$$

Thank you all!
The Election Comm.
ANNY SKILES — RON VAN OMMEN — DONNA HALL

008163