# EXHIBIT 39

Contract Language - 02/11/1991
Proposed, 02/11/1991 Signed



*Dave Forbes submitted 2-11-91 to Committee*

AGREEMENT CONCERNING

HOLIDAY CELEBRATION DATES

BETWEEN 11/08/90 AND 11/05/93

| 1990 - 1991 | 1991 - 1992 | 1992 - 1993 |
|---|---|---|
| 11-22-90/Thursday | 11-28-91/Thursday | 11-26-92/Thursday |
| 11-23-90/Friday | 11-29-91/Friday | 11-27-92/Friday |
| 12-24-90/Monday | 12-11- 12-24-91/Tuesday | 12-24-92/Thursday |
| 12-25-90/Tuesday | 12-25-91/Wednesday | 12-25-92/Friday |
| 12-31-90/Monday | 12-31-91/Thursday -Tues | 12-31-92/Thursday |
| 01-01-91/Tuesday  3-29-91 Good Friday | 01-01-92/Wednesday | 01-01-93/Friday |
| 05-27-91/Monday | 04-17-92/Friday | 04-09-93/Friday |
| 07-04-91/Thursday | 05-25-92/Monday | 05-31-93/Monday |
| 07-05-91/Friday  out | 07-03-92/Friday change 7-04-92 | 07-02-93/Friday 7-04-93 |
| 09-02-91/Monday | 09-07-92/Monday | 09-06-93/Monday |

Agreed upon this _____ day of February, 1991.

For The Company:                           For The Union:

_____                _____
David A. Forbes                            Robert Rietveld


                                           _____
                                           Donald Welch


                                           _____
                                           George Powell


                                           _____
                                           Ronald Clapp


                                           _____
                                           Philip Sullivan


                                           _____
                                           Ricardo Marques


**HYDRO ALUMINUM**
Bohn, Inc.

AGREEMENT CONCERNING

HOLIDAY CELEBRATION DATES

BETWEEN 11/08/90 AND 11/08/93

| 1990 - 1991 | 1991 - 1992 | 1992 - 1993 |
|---|---|---|
| 11-22-90/Thursday | 11-28-91/Thursday | 11-26-92/Thursday |
| 11-23-90/Friday | 11-29-91/Friday | 11-27-92/Friday |
| 12-24-90/Monday | 12-24-91/Tuesday | 12-24-92/Thursday |
| 12-25-90/Tuesday | 12-25-91/Wednesday | 12-25-92/Friday |
| 12-31-90/Monday | 12-31-91/Tuesday | 12-31-92/Thursday |
| 01-01-91/Tuesday | 01-01-92/Wednesday | 01-01-93/Friday |
| 03-29-91/Friday | 04-17-92/Friday | 04-09-93/Friday |
| 05-27-91/Monday | 05-25-92/Monday | 05-31-93/Monday |
| 07-04-91/Thursday | 07-03-92/Friday * | 07-05-93/Monday |
| 09-02-91/Monday | 09-07-92/Monday | 09-06-93/Monday |

\* The parties agree that with the exception of critical or essential operations, the company will not schedule Saturday overtime work for Saturday, July 4, 1992.

Agreed upon this __11th__ day of February, 1991.

For The Company:

_____
David A. Forbes

For The Union:

_____
Robert Rietveld

_____
Donald Welch

_____
George Powell

_____
Ronald Clapp

_____
Philip Sullivan

_____
Ricardo Marques

HYD 000000169

Article XIX

ARTICLE XIX - TERMINATION AND MODIFICATION

This agreement will become effective on November 8, 1990, as ratified on December 18, 1990, and shall continue in full force and effect without change until 12:00 mid-night November 8, 1993, and thereafter for a successive period of sixty (60) days, unless either party shall, on or before the sixtieth (60th) day prior to expiration, serve written notice on the other party of a desire to terminate, modify, alter, renegotiate, change, or amend this agreement. A notice of desire to modify, alter, amend, renegotiate, or change, or any combination thereof, shall have the effect of terminating the entire agreement (on the expiration date) in the same manner as a notice of desire to terminate, unless before that date all subjects of amendments proposed by either party have been disposed of by agreement or by withdrawal by the party proposing the amendment.

Within ten (10) days after receipt of any such notice, a conference will be arranged to negotiate the proposals, in which case this agreement shall continue in full force and effect until termination, as provided herein.

Notices shall be sufficient if sent by mail, addressed, if to the Union, to Local Number 1402, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW, Holland, Michigan, or to such address as the Union shall furnish to the Company in writing; and, if to the Company, to Hydro Aluminum-Bohn-Inc., Holland, Michigan, or to such other address as the Company may furnish to the Union in writing.

IN WITNESS WHEREOF, the Company has caused these presents to be signed in its behalf by its duly authorized and accredited representatives; and the Union has caused the same to be signed in its name by its duly authorized and accredited representatives, officers and committeepersons this

11th day of February, 1991

For The Company:

David A. Forbes

For The Union:

Robert Rietveld

Donald Welch

George Powell

Ronald Clapp

Philip Sullivan

Ricardo Marques

HYD 000000237