UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE AEROSPACE AND
AGRICULTURAL WORKERS OF
AMERICA, UAW, and its LOCAL 1402,

and

RONALD CLAPP, ROBERT RIETVELD,
ANN SKILES, JOHN CHESTER, and
PHILIP SULLIVAN as individuals, on behalf
of themselves and all persons similarly situated,

   Plaintiff,          CASE NOs. 1:11-CV-28 and
                      1:12-CV-324

v.                  HON. ROBERT J. JONKER

HYDRO AUTOMOTIVE STRUCTURES
NORTH AMERICA, INC., HYDRO
ALUMINUM ADRIAN, INC., and
HYDRO AUTOMOTIVE STRUCTURES
NORTH AMERICA, INC., WELFARE
BENEFIT PLAN FOR UNION EMPLOYEES,

   Defendant.
_____/

**ORDER**

  In accordance with the Opinion entered this day, **IT IS ORDERED** that the proposed Settlement Agreement (Case No. 1:11-CV-28, docket # 325-2; Case No. 1:12-CV-324, docket # 195-2) is **APPROVED**.

Dated: February 12, 2015    /s/ Robert J. Jonker
                 ROBERT J. JONKER
                 UNITED STATES DISTRICT JUDGE